## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNIFER HAMEN et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:16cv01394 |
| ) | |
| **THE ISLAMIC REPUBLIC OF IRAN et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR LEAVE TO AMEND

COMES NOW, Plaintiffs, by counsel, and hereby move the Court for an Order amending the Complaint, ECF No. 1, to correct for the misnomer of one named plaintiff and the proper identification of another plaintiff who was a minor at the time of filing. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint in this case on July 1, 2016. ECF No. 1.

2. One plaintiff was identified as "J.H. a minor, by and through his parent and natural guardian, JENNIFER HAMEN." ECF No. 1 at 1.

3. Another plaintiff was identified as "RAQUEL MCALISTER." ECF No. 1 at 2.

4. The Islamic Republic of Iran ("Iran") has been properly served and has failed to respond. *See* ECF Nos. 25–26.

5. Default was entered against Iran on March 2, 2018. ECF No. 27.

6. The plaintiff originally identified as "J.H." has, since the filing of the Complaint, reached the age of eighteen. Therefore, it is appropriate for his full legal name, Johann Hamen, to be disclosed in an Amended Complaint and used throughout any and all future proceedings in this case. *See* LCvR 5.4(f)(2).

7. The plaintiff originally identified as "RAQUEL MCALISTER" has since alerted Plaintiffs' counsel to the fact that her proper legal name is, and should be reflected as, N. Raquel McAlister. Such a misnomer can be corrected with the filing of an amended complaint.

8. Iran will not be prejudiced in any way if the Court allows Plaintiffs to make these technical corrections.

9. Plaintiffs' proposed First Amended Complaint is attached hereto as "Exhibit A."

10. Aside from references to Plaintiffs' names, as indicated above, no other material changes were made to the Complaint by Plaintiffs' proposed First Amended Complaint.

11. Plaintiffs request that the Court enter the Proposed Order attached as "Exhibit B" and direct the Clerk to enter Exhibit A as Plaintiffs' First Amended Complaint.

Respectfully submitted,

    /s/ Kevin A. Hoffman
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer *pro hac vice*
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerdavis.law
Email: randy.singer@singerdavis.law
*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on this, the 2nd day of March 2018, copies of the foregoing were served on all registered parties via CM/ECF, concurrent with the filing of the same.

        /s/ Kevin A. Hoffman
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer *pro hac vice*
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerdavis.law
Email: randy.singer@singerdavis.law
*Counsel for Plaintiffs*