IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JENNIFER HAMEN, et al.,

        Plaintiffs,

      vs.

THE ISLAMIC REPUBLIC OF
IRAN,

        Defendant.

_____/

Civil Action
No. 1:16-cv-1394

Washington, DC
July 25, 2018

9:45 a.m.


TRANSCRIPT OF EVIDENTIARY HEARING - DAY 1
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE


**APPEARANCES:**

For the Plaintiffs:    **RANDY D. SINGER**
                      **KEVIN A. HOFFMAN**
                       Singer Davis, LLC
                       1209A Laskin Road
                       Virginia Beach, VA 23451

_____

Court Reporter:      **Jeff M. Hook, CSR, RPR**
                      Official Court Reporter
                      U.S. District & Bankruptcy Courts
                      333 Constitution Avenue, NW
                      Room 4700-C
                      Washington, DC  20001


Proceedings recorded by realtime stenographic shorthand;
transcript produced by computer-aided transcription.

## I N D E X

**WITNESS**                                                                    **PAGE**

MARK McALISTER

    Direct Examination by Mr. Singer                        42


JONATHAN ARDEN, M.D.

    Direct Examination by Mr. Singer                        103


SEALED WITNESS

    Direct Examination by Mr. Hoffman                       143


ABDUL-QADER AL JUNAID

    Videotaped Deposition Played                            163


MICHAEL PREGENT

    Direct Examination by Mr. Hoffman                       165

## E X H I B I T S

**PLAINTIFFS'**                                                                **PAGE**

Exhibit 7:        ....Admitted Into Evidence....              112

Exhibit 8:        ....Admitted Into Evidence....              112

Exhibit 10:       ....Admitted Into Evidence....              187

Exhibit 11:       ....Admitted Into Evidence....              189

Exhibit 32:       ....Admitted Into Evidence....              104

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Civil action 16-1394, Jennifer

3    Hamen versus the Islamic Republic of Iran.  Will the parties

4    please approach the podium and identify yourselves for the

5    record.

6          **MR. SINGER:**  Good morning, your Honor.  Randy

7    Singer, counsel for the family of Mr. Hamen and Mark

8    McAlister and his family.  And Mark and Raquel, his

9    daughter, and Crystal are here in the front row today with

10   us in this session.

11         **THE COURT:**  Welcome to all of you.

12         **MR. HOFFMAN:**  Kevin Hoffman, here for the families

13   as well.

14         **THE COURT:**  Okay, thank you Mr. Hoffman.

15   Mr. Singer, did you want to make any type of opening

16   statement or do you want to just call your first witness?

17         **MR. SINGER:**  I would like to make an opening

18   statement.

19         **THE COURT:**  Okay, please proceed.

20         **MR. SINGER:**  Your Honor, I have just a couple

21   housekeeping matters before my opening statement if I could

22   address those with the Court.

23         **THE COURT:**  Okay.

24         **MR. SINGER:**  One is we have a draft findings of

25   fact and conclusions of law which we would like to present

1    to the Court so you'll have it for this hearing, but then we

2    would propose to supplement it with the record once we get

3    the transcript and file that as our official proposed

4    findings of fact.

5            **THE COURT:**  I think that would be helpful.  That

6    way I can have a map as to where you're going during the

7    hearing, and then we'll have the final afterwards.

8            **MR. SINGER:**  That's what I thought, Judge.

9            **THE COURT:**  That makes sense to me.

10           **MR. SINGER:**  And then secondly, if Mr. Hoffman

11    could be allowed to text witnesses, use his cellphone to

12    text witnesses.  We saw the sign outside the courtroom that

13    said we needed the Court's permission to do that.

14           **THE COURT:**  You may.

15           **MR. SINGER:**  Thank you, Judge.  And then third

16    thing is we've marked for identification of course our

17    exhibits, some of which are going to have -- we won't be

18    able to lay the authenticity foundation, but our experts

19    will be relying on them and quoting from them.  So we wanted

20    the Court and the witnesses to have them in the notebook

21    even though we won't be moving all of them in as exhibits

22    during this hearing.

23           **THE COURT:**  But some of them will be items that

24    the experts rely upon then to form the experts' opinions?

25           **MR. SINGER:**  That's correct.

1    **THE COURT:**  Okay, that's fine.

2    **MR. SINGER:**  Thank you, Judge.  The last thing is

3    Ms. Hamen will be here tomorrow to testify, but she's asked

4    not to sit through the proceedings today because of the

5    nature of the proceedings.

6    **THE COURT:**  I respect her wishes.

7    **MR. SINGER:**  Thank you.  May I hand this up?

8    **THE COURT:**  You may.  Do you have a second copy of

9    this by any chance?

10   **MR. SINGER:**  We do.

11   **THE COURT:**  If I can have one for my law clerk.

12   Okay, Mr. Singer.

13

14                        **OPENING STATEMENT**

15   **MR. SINGER:**  Thank you, Judge.  As I mentioned, my

16   name is Randy Singer.  It's my privilege to represent the

17   plaintiffs in this case.  As the Court is well aware, this

18   is a case under 28 U.S.C. 1605(a), the exception to the

19   Foreign Sovereign Immunities Act, against the Islamic

20   Republic of Iran, a designated state sponsor of terrorism

21   both at the time of the events in question and continuing up

22   to the present time.  They provided material support and

23   resources to the Houthi rebels.

24        On October 20th, 2015, John Hamen and Mark

25   McAlister, two men who at the time were working on a

1    contract for the United Nations, were taken hostage by the

2    Houthi rebels.  After nearly three weeks, John was

3    strangled, his body was dropped off at a local hospital.

4    His autopsy revealed evidence of torture and beatings that

5    preceded his death.  After surviving nearly six months of

6    interrogation and inhumane conditions, Mark McAlister was

7    released by the rebels psychologically scarred for the rest

8    of his life.

9           Our evidence will show that the kidnapping of John

10    Hamen and Mark McAlister qualifies as hostage taking under

11    the definition provided in 1605(a); that Mr. Hamen was

12    strangled to death and extrajudicially killed and tortured

13    as that term is defined in that act; and that Iran, through

14    its Islamic Revolutionary Guard-Qods Force provided and to

15    this day continues to provide weapons, training, logistical

16    support and other resources to the Houthis knowing that the

17    Houthis are engaged in systemic human rights abuses,

18    international law violations such as those at issue here.

19           Now, for cases involving state sponsors of

20    terrorism, there is very seldom eye witness testimony.  As

21    this Court said in Owens versus The Republic of Sudan:

22    "Knowledgeable firsthand witnesses are rare in these cases,

23    and circumstantial evidence is predicted and frequently the

24    norm."

25           Here, your Honor, we have the rare circumstance of

1   not just one eye witness, but three eye witnesses.  Mark

2   McAlister of course will testify about his capture, about

3   his interrogation, about his prison conditions and his

4   release.  In addition to that, a man named Dr. Al Junaid,

5   who was a political dissident in Yemen at the time and was

6   captured by the Houthis before Mark, will also testify by a

7   videotaped de bene esse deposition.  He shared a cell with

8   Mark, and he heard various statements made by the Houthis.

9   He will provide direct evidence on the issue of hostage

10  taking.

11          In addition, there will be another witness who

12  will testify that he was in Yemen at the time working for

13  the same company; that he was released by the Houthis; and

14  that as part of that release he saw an exchange of cash

15  between the Houthis and the intermediary from Oman who was

16  there to secure his release.

17          In addition to this rare eye witness testimony,

18  the Court will hear from Dr. Arden who is the former chief

19  medical examiner from Washington, D.C. who will testify

20  about the cause of death for John Hamen.  The Court will

21  also hear from Michael Pregent, a former intelligence

22  analyst who served a number of years in the Middle East with

23  the Defense Intelligence Agency.  He specialized in Iranian

24  influence among Shia militia groups.  And the Court will

25  also hear from Dr. Dan Green who brings years of experience

1   for the military, the State Department, the Defense

2   Department.  He's analyzed counter-insurgency movements like

3   the Houthis.  He's specialized his attention on Yemen, and

4   he presently works for an institute here in Washington,

5   D.C., a think tank in Washington, D.C.

6           But in addition to the eye witness testimony and

7   in addition to the experts, your Honor, there's the

8   international community's testimony.  The interdiction of

9   arms and weapons that went from Iran to the Houthi rebels,

10  the fingerprinting of missiles that were used by the

11  Houthis.  When parts of those missiles are analyzed, it's

12  shown that they're the same missiles that are manufactured

13  in Iran, some even bearing the markings of defense

14  contractors from Iran.  And there's the condemnation of

15  Iran's activities by the international community through the

16  United Nations.  That comes in two ways, Judge.

17          First in 2010, there were sanctions levied against

18  Iran for its support of terrorist regimes and terrorist

19  activities throughout the world and in the Middle East as

20  well as its nuclear proliferation program.  As a result of

21  that resolution imposing those sanctions, every year there

22  was a report by a panel of experts to the United Nations

23  Security Council about Iran's failure to comply with these

24  international sanctions and international mandates.  As part

25  of those reports from the international panel of experts,

1    they talked about the interdiction of weapons that went from

2    Iran to Yemen, and how that continued despite the sanctions.

3              As the Court probably knows, in 2015, there was a

4    comprehensive plan of action entered into by a number of

5    nations, including the United States and Iran, to lift some

6    of these sanctions; to have Iran comply with proscriptions

7    against their nuclear program; and to stop the shipment of

8    arms to places like Yemen.  And then there were bi-annual

9    reports from the Secretary General of the UN as to whether

10   Iran was complying with these sanctions.  The gist of those

11   reports is that although Iran was complying with the

12   sanctions on the nuclear related issues, they were not

13   complying with the other sanctions including the shipment of

14   arms, and particularly the shipment of arms to the Houthi

15   rebels in Yemen.

16             So all of this together, Judge, and finally with

17   the witness of our own State Department which said through

18   then Secretary of State John Kerry on April 8th, 2015:

19   "We're very concerned about what is going on in Yemen.

20   We're well aware of the support that Iran has been giving to

21   Yemen" -- referring to the Houthis, "and Iran needs to

22   recognize the United States is not going to stand by while

23   the region is destabilized."  That is the evidence that will

24   bring to bear on the question of Iran providing material

25   support and resources to the Houthi rebels.

1           Judge, I want to talk for just a minute about who

2    the Houthis are, explain what happened on October 20th when

3    John and Mark flew into Iran.  I want to talk a little bit

4    about the imprisonment of Mark and the autopsy of John.  And

5    then finally, the evidence with regard to Iran's supplying

6    of weapons and materials.

7           The Houthis, Judge, are a group of predominantly

8    Zaidi Shia Muslims who live in the northern Yemeni

9    governorate of Sa'dah.  They have a history of conflict with

10   the Yemeni government.  They're disenchanted because of the

11   political conditions, because of the economic conditions and

12   because of the cultural conditions.  For six years, from

13   2004 to 2010, they fought six wars against the Yemeni

14   government that was then under the control of President Ali

15   Saleh who is also a Zaidi Shia.

16          Then, as the Court knows, there was the era of

17   unrest that followed the Arab Spring of 2011.  When that

18   happened, the regime of President Saleh fell apart.  They

19   were unable to provide even the most basic resources to

20   Yemen, things like water, electricity, other basic

21   utilities.  And the country was in such a state of disrepair

22   and uproar that the United Nations stepped in and the

23   international community stepped in.  Saleh stepped down and

24   his successor was appointed, President Hadi.  And then his

25   appointment was confirmed by a national election that the

1    international community said it was a free and fair

2    election.  And that took place in 2012.

3            They set up something called the National Dialogue

4    Conference, and the idea was to get all the groups in Yemen

5    together to the stakeholders at the table to set up this new

6    provisional government.  The Houthis were included in that.

7    They had many seats on this provisional government.  And the

8    government was making progress.  The United Nations lauded

9    their progress.  President Obama lauded their progress.  The

10   international community did as well.  But the Houthis

11   weren't satisfied.

12           So in 2014, they started an armed insurrection.

13   And in September of 2014, that armed insurrection went into

14   Sana'a, which was the capital of Yemen at the time, and

15   eventually they ran out the provisional government under

16   President Hadi.  Interestingly, the Houthis in doing this

17   combined with some of the old forces of the prior president

18   of Yemen who they had fought against for six years in those

19   civil wars.

20           So according to the State Department report, the

21   Houthis went to the homes of activists, journalists, any

22   political opponents and arrested them.  Sometimes arrested

23   their family members.  They tried to quell all dissent in

24   the area of Yemen that they controlled.  The State

25   Department has a 2015 report on human rights, it's contained

1    at Exhibit 39.  We think it's one of the most important

2    exhibits in this case, because it details that period of

3    time just before John and Mark landed in Sana'a and just

4    before they were held captive.

5           In that report, the State Department says that in

6    the year prior to John and Mark's captivity, the Houthis

7    arbitrarily detained an estimated 5,000 people.  And

8    according to documentation from the Yemeni coalition to

9    monitor human rights violations, there were more than 796

10   cases of torture and abuse including the killing of 11

11   detainees.

12          Dr. Al Junaid, who the Court will hear from, is

13   one of the political detainees who was arrested in his home.

14   He was the former mayor of Taiz, and he was one of the first

15   Yemeneze political dissidents to discover Twitter.  So he

16   was criticizing the Houthis on Twitter, and because of his

17   outspokenness they arrested him.  They put him in prison,

18   and for a while he shared a cell with Mr. McAlister.

19          All told, according to the State Department

20   reports, the coalition was able to document between

21   September 2014 and August 2015 abductions of 982 people in

22   17 different governorates which are like the states in the

23   country of Yemen.

24          So when Mark and John flew into Sana'a in October

25   of 2015, the U.S. embassy has been closed earlier that year,

1   February 2015.  All U.S. personnel had been withdrawn from

2   the country.  The country was in a state of chaos.  John and

3   Mark were working for AC4S which is a government contractor

4   that had a contract with the State Department.  They were

5   going to be working on what used to be a Sheraton Hotel

6   located next to the U.S. embassy.  The purpose of the work

7   on the Sheraton Hotel was to prepare it for United Nations

8   personnel.  John was going to serve as a security officer on

9   the project, and Mark was going to be the project manager.

10   They were trying to increase the security of this former

11   embassy hotel.

12          They flew into the airport at about 4:00 p.m. on

13   October 20th, 2015, stepped off the plane, were met by

14   someone who worked for AC4S as was according to the plan.

15   They were going to pass through passport control and go

16   right to the hotel where they thought they'd be in a safe

17   and secure environment.  As they were trying to exit the

18   airport, a Houthi took their passports, saw the passports

19   were American, made Mark and John sit down in some seats not

20   too far from where he was.  He was armed at the time.  He

21   got on the phone, spent a fair amount of time on the phone.

22   Neither Mark nor John spoke Arabic, couldn't tell of course

23   what he was saying.  Eventually he moved Mark and John to a

24   different place in the airport, brought in some

25   reinforcements and started going through their bags.  This

1   process took a few hours.  Pretty soon the airport is

2   cleared out.  The people that were supposed to meet Mark and

3   John there have left.  Mark and John are alone with their

4   captors.

5          Mark will tell you about his interrogation and his

6   subsequent captivity.  He and John were tied up and

7   blindfolded.  They were transported in a van to a place that

8   was about 20 minutes away.  It ended up being a concrete

9   room which ended up being a prison cell.  And they started

10  interrogating these two men.

11         John from the very beginning was thinking about

12  trying to escape.  And the Court will hear testimony from

13  Mark that on the van ride out to this prison cell, even as

14  they were riding in that van with the Houthis who had them

15  captive at the time, John was able to get his hands untied.

16  His back was to Mark, and he whispered over his shoulder to

17  Mark, "I've got my hands untied.  Can you get your hands

18  untied?" to see if they could make a break for it.  But Mark

19  could not do that.

20         To this day that moment haunts him, the what ifs

21  of if I could have done that, if I could have helped John,

22  would things have turned out differently.  They were

23  interrogated for quite a while in this cell of concrete

24  walls.  The Houthis went through all of their belongings.

25  They went through their cellphones, their computers, all of

1    their baggage.  Again, John got his hands untied when he was

2    in that cell and talked to Mark, but Mark couldn't join him

3    in the escape efforts.  They saw what looked to be a window

4    behind some curtains.  They didn't realize there were bars

5    over it.  They were trying to figure out if they could

6    escape.  But the long and short of it is they didn't try to

7    escape, and eventually the Houthis separated them.  That's

8    the last that Mark talked to his friend John.

9           Now, Mark ended up being imprisoned for six

10   months.  He was in a small cell 12 feet by 9 and a half feet

11   with no lights.  You'll be amazed I think, Judge, when he

12   testifies as a contractor, Mark has this incredible

13   attention to detail.  So he can tell you all about the size

14   of the cell and how far they went.  He records all these

15   things almost photographically.  He saw the light three

16   times during that entire six months; he was allowed outside

17   just three times.  There were hours of interrogation every

18   night.  A hole in the floor for his toilet, no toilet paper.

19   No windows.  He wasn't able to have his reading glasses or

20   any contact with the outside world except once when he was

21   allowed to call his wife.  And he was kept in conditions

22   that over time basically drove him to a breakdown.

23          After three weeks of this, Judge, he went on a

24   hunger strike because he wanted to see his friend John.  He

25   said, "If you don't allow me to see my friend John, I'm not

1      going to eat anything."  And he lost a number of pounds.  Of

2      course, he doesn't know how much he lost.  But you'll hear

3      from Dr. Al Junaid who does speak English.  After three

4      weeks, the Houthis put him in Mark's cell presumably because

5      they were afraid that Mark was going to die from the hunger

6      strike.  Dr. Al Junaid kind of as a doctor went in and

7      talked to him about eating again and trying to take care of

8      himself and trying to survive this.

9              He continued to be Mark's cellmate for a number of

10     weeks, and then eventually he had to be moved out of the

11     cell because Mark started going into these spells, Judge,

12     where he just attacked the prison door and trying to climb

13     the walls and scream.  And he even threatened Dr. Al Junaid,

14     so they had to move the doctor out of the cell.  Mark will

15     tell you about those conditions, but of course Mark is the

16     fortunate one in that he made it back to the United States.

17     He's with his family.  Things will never be the same.

18     You'll hear from Mark and from the family members.

19             But John, as the Court knows, did not make it out

20     alive.  After nearly three weeks, the Houthis dropped his

21     body off at a hospital in Sana'a.  He was identified by his

22     tattoos.  Dr. Arden, who's got extensive qualifications as a

23     medical examiner, he's now the vice president of the

24     National Association of Medical Examiners, the former chief

25     medical examiner for Washington, D.C., will testify about

1    the autopsy of John Hamen and what it shows.  And I will let

2    the Court hear that testimony, I won't try to detail it all.

3    But it will show that it was undoubtedly a death by

4    strangulation by ligature.  That it was on the throat in

5    such a manner below the Adam's Apple, Judge, in kind of a

6    horizontal angle going to the back which is not -- Dr. Arden

7    will say there's two ways when you die by strangulation with

8    ligature, it's either going to be probably a hanging or it's

9    going to be someone choking you to death.

10          With a hanging, the ligature goes up above the

11   Adam's Apple and angles up to the back because usually the

12   knot's in the back.  But on this one, it was below the

13   Adam's Apple and went more back horizontally which

14   represents to Dr. Arden the fact that someone was standing

15   behind and slightly over top of John when this was done.

16   And that he was choked to death, it wasn't done by hanging,

17   whether self-imposed or otherwise.

18          Other marks on his body indicate that he was

19   brutally beaten.  He had four broken ribs.  He has

20   lacerations on his forehead, on the back of his head from a

21   blunt force object.  He has numerous other contusions and

22   abrasions throughout different parts of his body.  And,

23   Judge, you will hear about that testimony and see the

24   results of the autopsy.

25          But there is no question that John suffered, that

1   John was tortured, that John was beaten and that the beating

2   took place far enough in advance of his death that the

3   healing process in some of these wounds had already begun,

4   and there's evidence of that as well.

5          So the question becomes was John's death an

6   extrajudicial death.  And of course it was, Judge.  There's

7   no evidence whatsoever that he had any rights.  Mark had no

8   rights.  He was never given a hearing.  No lawyer came to

9   visit him.  Nobody could come to visit him at all.  There's

10  no evidence that John had any hearing or any court

11  proceeding.  So his death is extrajudicial.  The evidence of

12  his torture is strong from the autopsy.

13         The issue that the Court raised at the status

14  hearing that we intend to address today is with regard to

15  Mark, and whether this constitutes hostage taking in Mark's

16  situation.  Certainly with John, the statute calls for

17  extrajudicial killings and torture, and we believe that's

18  clear with John.  Also hostage taking, which we think is

19  clear with Mark.

20         Here are the reasons that we think Mark

21  McAlister's captivity --

22         **THE COURT:**  I'm sorry, are you arguing with

23  respect to John there was hostage taking as well?

24         **MR. SINGER:**  Yes, we are, Judge.  And I think the

25  evidence that we have with respect to Mark would be equally

1   strong with respect to John.

2           THE COURT:  If the Court finds that one of the

3   three statutory conditions are satisfied, do I have to find

4   the others?

5           MR. SINGER:  No, it's alternatively.

6           THE COURT:  Does it affect the damage calculation?

7           MR. SINGER:  We don't believe it does, Judge,

8   because what the Court should take into account on the

9   damage calculation for the captivity piece of it are the

10  conditions in captivity.  So in that respect, if there's not

11  torture, it could result in a lower per diem calculation for

12  the Court.  But it doesn't mean that you don't get a per

13  diem for the captivity time.

14          THE COURT:  Right, but if there's torture then --

15          MR. SINGER:  Then it increases.

16          THE COURT:  -- that would increase the damage

17  award.  I suppose the question about whether there was

18  actually a hostage taking would affect the damage award as

19  well, because that would affect sort of a per day assessment

20  of damages.

21          MR. SINGER:  That's correct, we think it does.

22          THE COURT:  So I really do need to consider in

23  each case whether each of the three conditions are

24  satisfied.  I mean, it's sufficient to recover something to

25  show one of the three.  But I need to consider each of the

1    three, because that will then affect the damage

2    calculations.

3              **MR. SINGER:**  That is our reading of it, yes.

4              **THE COURT:**  Okay.

5              **MR. SINGER:**  So we do contend with respect to John

6    that all three are present.  And we contend with respect to

7    Mark -- we don't think that the Court has to make gray area

8    calls in this case.  And so the definition of torture that's

9    incorporated in 1605(a) -- and the case law is a little bit

10   inconsistent on this.  And these inhumane conditions do

11   track some of the cases where this Court has found torture.

12   But most of the cases where the Court has found torture are

13   conditions that are more heinous than the conditions that

14   Mark was subject to for reasons that I'll try to explain in

15   a few minutes.

16             So Judge, we think with respect to Mark, we're on

17   very solid ground on the hostage taking.  And that's the

18   main gist of what I want to address with regard to Mark's

19   captivity.

20             **THE COURT:**  On that one, maybe it's -- I'm trying

21   to think of whether I do need to decide whether the

22   conditions rise to the level of torture because -- and I'll

23   leave it open to you to decide whether you want to argue

24   that or not.  But it does strike me that I probably could

25   consider the conditions with respect to damages for the

1    hostage taking.  And that the damages for taking somebody

2    hostage and putting them up at the Ritz are different from

3    the damages of taking someone hostage and putting them up in

4    a 9-by-6 cell with no light, whether it rises to the level

5    of torture or not.

6         **MR. SINGER:**  We believe that's absolutely correct,

7    yes.

8         **THE COURT:**  Well, just let me know whether you're

9    arguing torture as well and whether it affects damages just

10   so I know whether I need to make a finding on that.  I do

11   share your sense and I've spent time thinking about this

12   issue of sort of where one draws the line on torture.

13   Unfortunately there's not any precise guidance on that

14   question.

15        **MR. SINGER:**  There's not.

16        **THE COURT:**  Some of these cases are ones where the

17   conduct is undoubtedly heinous, but there's a question about

18   whether it rises to the level of torture which I think turns

19   on a very abstract judgment about how heinous is heinous

20   enough to be torture.

21        **MR. SINGER:**  The definition includes extreme

22   physical and mental pain.  So when you get into the mental

23   pain category, that's where some of the cases that we'll

24   cite in our closing statement do find torture even though

25   there's not physical infliction of torture.  But the

1    circumstances are such that, as Mark did, eventually the

2    victim just breaks down from the mental stress.

3         **THE COURT:**  I have no doubt, for example, that

4    conducting repeated mock executions could constitute torture

5    even though there's actually no physical injury involved.

6         **MR. SINGER:**  Right, exactly.  So going to the

7    issue of hostage taking, Judge, we think there's strong

8    evidence of hostage taking here.  There's a case I do want

9    to cite -- and I'll cite it again in my closing, it's

10   Simpson versus Libya.  It's 470 F.3d 356, it's a D.C.

11   Circuit case.  In that case, the Court was looking at the

12   issue of was there enough evidence pled to get past the

13   jurisdictional question of hostage taking.  And the Court

14   initially said there wasn't enough evidence pled.  It went

15   up on appeal.  They came back, and in an amended complaint

16   they passed the jurisdictional bar.  And they did it in two

17   ways, Judge.  They cited a State Department report and they

18   had an expert witness.

19        And what the Court said in that case, I think it's

20   very instructive.  The Court said that in a hostage taking

21   situation, the question is did the captors intend to use

22   these captives to work some kind of quid pro quo, to get

23   compensation for them, to get them to confess to something,

24   to get somebody else to stop doing something.

25        So the really the question is the intent of the

1    captor.  What the Court said in that case is that you don't

2    have to have a demand -- Simpson said you don't have to have

3    a demand from the captor, you can infer the intent from

4    circumstantial evidence.  And the Court noted that in cases

5    like this, it said, "The plaintiffs need to know why Libya

6    acted as it did, but they could not compel Libya to explain.

7    Instead, the plaintiffs submitted jurisdictional filings and

8    put forward their best assessments.  Based on circumstantial

9    evidence and the relevant proffers, the district court could

10   draw reasonable inferences regarding Libya's state of mind

11   and its intended purposes."

12              **THE COURT:**  I've read that case, I'm familiar with

13   that one.

14              **MR. SINGER:**  Okay, thank you.  So in Exhibit 39,

15   that's a State Department report on the human rights abuses

16   in Yemen.  And it's not all about the Houthis, but the

17   Houthis are a part of it of course.  And it talks about how

18   the Houthis would take captives and they would demand

19   ransoms for those captives on a systemic basis.

20              So first of all, we start with the notion that

21   it's widespread with the Houthis.  Secondly, Dr. Green as an

22   expert witness will testify about the tactics and

23   methodologies of the Houthis; and how they were trained by

24   Iran and how they borrowed from that, Iran's violation of

25   international norms in using political prisoners and using

1    captives for negotiation and ransom; and that this was

2    happening with the Houthis.  And that's the circumstantial

3    evidence, the type of circumstantial evidence the Court said

4    was sufficient in Simpson.

5          Here, we have more than that, Judge.  We have

6    actually one direct piece of evidence.  When Dr. Al Junaid

7    was in prison at the Sana'a prison and when he was out at

8    the prison yard -- which he got to go out to more than Mark

9    did, and he was there with other prisoners, the head Houthi

10   guard bragged when John and Mark were captured that, "We

11   have two Americans."  And according to Dr. Al Junaid, the

12   guard told him that, "We will not release these Americans

13   until we get something for them as we did before."  And he

14   said in his deposition, "Those are the exact words of the

15   head Houthi captor."

16         Secondly, the Court will hear testimony from a

17   witness who's testifying under seal because he continues to

18   do international work.  But he was a coworker at AC4S.  He

19   was actually at the Sheraton when John and Mark landed at

20   the airport.  He and a few other coworkers of AC4S had come

21   in a couple weeks before, and they'd managed to get through

22   customs and they were at the Sheraton.  After John and Mark

23   were captured of course, everybody's concerned about their

24   own safety and how do we get out of the country.  So

25   negotiations took place with the Houthis that they would

1   release this man provided that certain conditions were met.

2   He didn't know what those conditions were because people

3   other than him from the State Department were doing the

4   negotiations.

5            He was given a ride to the airport by one of the

6   Houthi guards.  They took him to the airport.  He met an

7   intermediary from the country of Oman at the airport.  That

8   man escorted this witness who will testify under seal onto

9   an airplane where this witness saw him open a briefcase full

10  of stacks of money, take out three stacks of money which

11  looked to the witness to be about $10,000 per stack.  And

12  take that money out and give it to the Houthi guard in which

13  case they kissed each other on the cheek, and he came back

14  into the airplane and this man came back to the United

15  States a free man.

16           So there's not only a direct admission by one of

17  the head Houthi guards in the prison.  There's not only the

18  circumstantial evidence of the type that was at issue in

19  Simpson.  But we also have someone seeing money change hands

20  with a person who is very similar in -- where they were

21  positionally to Mark and John.

22           **THE COURT:**  Were there efforts to reach out to the

23  Houthis during the period of Mr. McAlister's abduction or

24  incarceration?

25           **MR. SINGER:**  Yes, your Honor.  So the fusion cell

1     which is a State Department group that kind of specializes

2     in negotiations when an American citizen is in captivity was

3     involved -- and we've contacted the State Department, tried

4     to of course get them to come and testify.  And that's a

5     state secret of national security, so no one from the State

6     Department is willing to come in and testify in this case.

7     However, one of the things they said to Crystal McAlister,

8     Mark's wife who the Court will hear from tomorrow, is, "Make

9     sure you keep a low profile on this.  We can't tell you

10    anything about negotiations, but if this thing gets in the

11    media, then Mark becomes much more valuable to them."  So

12    that would also indicate that there were negotiations going

13    on between the State Department and the Houthis having to do

14    with Mark's value as a prisoner.

15         **THE COURT:**  Or at least that they anticipated the

16    possibility of negotiations.

17         **MR. SINGER:**  Correct, right.  So we think that

18    evidence combined is enough to certainly pass the Simpson

19    test, and we think go above and beyond it especially with

20    the testimony of Dr. Al Junaid.  Now, we also believe,

21    Judge -- and this is just logical inferences from the

22    evidence, but we think it may have well been worse for Mark

23    but for what happened to John.

24         So we have both men captured together.  John is

25    killed after three weeks, and under conditions that make it

1    clear he was being pretty brutally beaten before he was

2    killed.  We also know that John was intent on escaping from

3    the moment that he was captured, and he was hired to be

4    security.  He has a long and distinguished career in the

5    Army, 22 years in the Army.  His wife will come in and

6    testify about all the commendations and medals he's got.  He

7    did several tours in Iraq, Afghanistan, the Mid East.  And

8    after three weeks, we know that his body came back having

9    been strangled to death.

10            It is reasonable to assume we believe that the

11   Houthis knowing that they have the Americans who are of

12   value to them, according to the testimony -- or the

13   statement of the Houthi guard and the circumstantial

14   evidence, now having lost one American, either because he

15   attempted to escape or because somebody lost their temper

16   who was interrogating him or there was a fight or whatever,

17   but they know that one American is dead.  They send his body

18   back -- which that's an unusual -- in my mind when I looked

19   at this case, I thought that's an unusual thing, that they

20   dropped his body off at the hospital knowing it would make

21   it back to the U.S. authorities.

22            And Judge, we see this as indirect circumstantial

23   evidence of saying we're not afraid to kill an American, we

24   have another American left.  You'd better up your

25   negotiations and be willing to negotiate with us.  And from

1    the time that John was killed, that's approximately the same

2    time that they became more concerned about Mark's well being

3    and keeping him alive, and sent Dr. Al Junaid into that cell

4    to basically talk Mark off of this hunger strike and give

5    him a little companionship in a language he understood with

6    the hopes that they can keep him alive long enough to

7    negotiate whatever it is they intended to negotiate.  So we

8    think from that perspective, the evidence fits together.

9              **THE COURT:**  Do we know why Mr. McAlister was

10   released ultimately?

11             **MR. SINGER:**  We don't know.  We only know the

12   timeframe and the circumstances, but they've never told the

13   families what the quid pro quo was or exactly what the

14   circumstances were that allowed that to happen.  As the

15   Court has noted, these are cases that are circumstantial on

16   issues like that, because of course the State Department

17   can't make any statements about what those negotiations

18   were, even to the family members.

19             Now, the final question becomes did Iran provide

20   material support and resources -- that's the language in

21   1605(a) -- to the Houthis such that they should be held

22   responsible for this conduct.  Judge, we think that the

23   evidence is overwhelming in that regard.

24             I'm going to just quickly list six stages of

25   evidence that we think satisfies that proof.  First is the

1   proof from the United Nations in its adjudicatory capacity

2   rendering a collective judgment for the nations that Iran

3   was not complying with the deal that was struck in 2015

4   called the Joint Comprehensive Plan of Action.  Here in the

5   United States we more figuratively referred to it as the

6   Iran deal, but it's that same deal that was brokered by the

7   international community.  Under that deal, and under the

8   Joint Comprehensive Plan of Action, that all dealt with

9   nuclear weapons and what they could and couldn't do with

10  uranium enrichment.  But there was an Annex B to the UN

11  resolution that was passed, and Annex B dealt with

12  non-nuclear issues including a prohibition that Iran ship

13  weapons and arms to other countries or have weapons and arms

14  from other countries coming into Iran.

15          As a result of that -- which was UN Resolution

16  2236, it's Exhibit 26, the Secretary General to the UN was

17  required to report every six months on Iran's compliance

18  with it.  And so what you will see at Exhibits 27 through 31

19  are those bi-annual reports of the United Nations.  The

20  interesting thing is that there's a pretty comprehensive

21  process and what looks to be a fair process to decide is

22  Iran complying or not.  So the United States or France or

23  Australia will interdict a ship with weapons on it from

24  Iran, and they'll report that to the United Nations.  Then

25  the United Nations will give Iran a chance to respond.  The

1    United Nations looks at those weapons, they see if they can

2    fingerprint them to Iran, where they were headed, and they

3    go through this kind of adjudicatory process with all these

4    interdicted ships.

5                So what the Court will see is that the

6    international community has concluded that Iran continued to

7    provide weapons, supplies, rocket launchers, machine guns,

8    thousands of AK47s and other weapons to the Houthis.  And

9    that after Mark was released -- we believe the Court can

10   consider evidence not just before the capture of Mark and

11   John, but also after the capture of Mark and John.  There's

12   some case law, we prepared a little memorandum if the Court

13   would like us to submit it, on considering events that take

14   place afterwards to prove the nature of a preexisting

15   conspiracy.  It's not direct evidence, but it's

16   circumstantial evidence of that.  And it certainly comes in

17   on the issue of punitive damages in this case as well.

18               But after Mark's release, they continued to supply

19   these conventional weapons.  But they also started supplying

20   these medium range, short range ballistic missiles which the

21   Houthis have used to fire into Saudi Arabia and other places

22   and against civilians.  Of course the remnants from those

23   missiles have been taken apart and analyzed, and the UN and

24   the United States has concluded that they were supplied by

25   Iran.  And in fact, some of those missiles have the insignia

1    of a government defense contractor in Iran that makes those

2    missiles for Iran.  But it's also the design of the

3    missiles, it's a unique design that can be traced back to

4    the Iranian missiles, and Dr. Green will testify to that.

5         Secondly is the admissions against interest.  The

6    Iranian and Houthi leaders, this is -- you know, Iran

7    doesn't advertise their support for terrorist groups and

8    human rights violations, but every once in a while one of

9    their leaders will slip into statements bragging about their

10   support of some of these groups.  We will present a series

11   of those statements from the leaders of Iran with regard to

12   the Houthis.  Third are the interdiction of the weapons

13   heading from Iran to the Houthis.  Dr. Green will testify

14   about a list of those weapons that have been captured.

15        Fourth are the water mines used by the Houthis

16   that show Iranian origins, and remnants of Houthi missiles

17   that are based on Iranian designs.  Fifth, our own

18   government has concluded there's sufficient evidence of the

19   IRGC-Qods Force.  As the Court probably knows, the IRGC is

20   the Revolutionary Guard in Iran, and the Qods Force is their

21   foreign policy branch and the branch most responsible for

22   supporting and funding terrorists.  The IRGC-Qods Force has

23   been sanctioned, and Hezbollah has been sanctioned for

24   providing Houthis with weapons and other assistance.

25        Sixth, Dr. Green will testify there's evidence of

1    Houthi training and support taking place in Lebanon and

2    Syria where the Houthis go to train with the Hezbollah which

3    is a proxy of Iran.  And then seventh, Mr. Pregent, who's an

4    expert who worked for the Defense Intelligence Agency for a

5    long time, will testify that the Houthis -- who are by

6    nature a disorganized insurgent group, they're not

7    government trained and funded, they're a tribal warfare

8    insurgent group -- would not have been able to hold a city

9    the size of Sana'a against Coalition Forces for over a year

10   absent the training and support that came from the IRGC-Qods

11   Force.  That's shown in their radicalization and their

12   tactics as well.

13            Then finally, Judge, is the issue of damages.  And

14   I think --

15            **THE COURT:**  Just before you move off of this one,

16   it seems to me one of the issues that we'll just have to

17   address is even if there's a showing that Iran has provided

18   the Houthis with support, it would be a question as to

19   whether the particular injuries at issue in this case were

20   the proximate cause of that material support.

21            **MR. SINGER:**  Right.

22            **THE COURT:**  Which then gets into the question of

23   whether it's -- that it was foreseeable that the Houthis

24   would use that support in a way that would involve the

25   taking of Americans captive or the torture or murder of

1   Americans or whether it's a natural consequence of the

2   provision of that material support.

3           **MR. SINGER:**  Correct, right.  The courts have

4   been --

5           **THE COURT:**  I have a vague recollection of seeing

6   a case about the Houthis.

7           **MR. SINGER:**  Judge, I was going to mention the

8   fact that this circuit has made it pretty clear that but for

9   causation is not required in these cases.

10          **THE COURT:**  Correct.

11          **MR. SINGER:**  And the issue of proximate cause

12  really comes down to is there a level of support such that,

13  as the Court just mentioned, it's reasonably foreseeable

14  that in some way this group you're supporting is going to be

15  violating human rights of -- you know, is going to be

16  torturing or extrajudicial killings or hostage taking.  I'll

17  be able to cite that in the closing.  I can pull it up now

18  if the Court wants me to.

19          **THE COURT:**  You don't have to do it right now, but

20  at some point I want to make sure we circle back on that.

21          **MR. SINGER:**  I do think that's an important point.

22  But I think the Court's been pretty clear that if you had to

23  draw a line from the support to the torture or the hostage

24  taking, none of these cases would move forward.  So it's a

25  level of causation that is less than but for causation.

1          **THE COURT:**  That's definitely true.  The Court of

2      Appeals has been emphatic about that.  I think they've been

3      quite clear that the test is proximate cause.

4          **MR. SINGER:**  Right.  So one of the reasons that we

5      think the human rights record of the Houthis that comes in

6      in Exhibit 39 is so important is that this is a group that

7      is known to do these kinds of things, to quell political

8      dissent, to torture, to demand ransoms.  And when Iran is

9      supporting them in the way that they are, and training

10      them -- and that's where Mr. Pregent and Dr. Green will --

11      their testimony will be so important, that these tactics

12      themselves mirror the tactics of the IRGC-Qods Force and

13      mirror the tactics of Iran.  Iran is notorious for taking

14      political prisoners and taking international hostages and

15      negotiating concessions in exchange for their release.  So

16      we think it's those three strands, Judge.  One is that it's

17      pervasive enough that it was reasonably foreseeable.

18      Secondly, that there's training involved.  And third, that

19      it ends up mirroring what Iran does as a nation.  That's

20      enough to get past the causation hurdle.

21          **THE COURT:**  One thing that would be helpful for me

22      to hear from you about on that is what it is that needs to

23      be foreseeable.  I can see a whole range of options with

24      respect to specificity.  It is reasonably foreseeable that

25      the Houthis are going to engage in brutal conduct that

1  violates human rights.  See, for example, the fact that they

2  take political prisoners all the time and that they have

3  executed political prisoners.

4  I could see a further step, well, but is there any

5  evidence that they've done something like that with respect

6  to people who are not from Yemen that was not part of a

7  political conflict.  Have they done it with respect to

8  foreigners.  Have they taken foreigners hostage in a way to

9  try and extract benefits from foreign countries.  All the

10  way to the extreme -- which I think is not required, is is

11  it foreseeable that these particular individuals would be

12  subject to this particular type of conduct.  And I know

13  that's not required and that's too specific, but I will have

14  to wrestle with the question of -- with respect to

15  foreseeability, of what exactly it is that was foreseeable

16  and how specific that has to be or how closely related that

17  has to be to what occurred here.

18  **MR. SINGER:**  Right, and where on the spectrum does

19  that fall.

20  **THE COURT:**  Exactly.

21  **MR. SINGER:**  So I would answer that question two

22  ways now, Judge, and we'll prepare more on this later.  But

23  when Dr. Green testifies, he is going to specifically

24  mention either four or five cases of foreigners that were

25  held captive by the Houthis and eventually were released.

1    Again, we don't know what the negotiations were, but we know

2    it was a similar situation to John and Mark, that they're

3    not alone in this.  And I think that does go to the level of

4    foreseeability that this isn't just their own people in

5    Yemen that they're doing this to, but it's the international

6    community.

7              Secondly, keep in mind that these -- John and Mark

8    flew in on a UN chartered flight to do UN work.  So everyone

9    knew they were working for the UN contractor -- were working

10   for the United Nations through an American contractor in

11   this Sheraton Hotel project.  And they explained that to the

12   Houthis, and that was well known.  So the Houthis, like

13   Iran, have kind of thumbed their nose not just at foreigners

14   but at the United Nations as well.

15             And then the third thing is one of the ways in

16   Yemen that you recognize that this is a Houthi soldier as

17   opposed to a government soldier is, one, they don't have

18   uniforms, but they all have a patch.  The patch says, "Death

19   to America.  Death to Israel."  And these are their chants.

20   This is what they told Mark when he was captive, and this is

21   what they told Dr. Al Junaid.  It's well known that they

22   have adopted the mantra of Iran in terms of whatever we can

23   do to harm the United States and Israel, that's going to

24   form the cornerstone of our foreign policy.

25             I think when that's the case, it's not just -- you

1    know, it passes any foreseeability test.

2               THE COURT:   Okay, that's helpful, thank you.

3               MR. SINGER:   And then Judge, finally, I'm not

4    going to spend a lot of time on damages because I think the

5    most important thing is for the Court to hear from the

6    witnesses themselves.   We will present most of the family

7    members.   The Court, when we were here for the status

8    report, said that we could submit some by affidavit, some of

9    the family members.   So we're going to be doing that as

10   well.   The Court will hear from Mark McAlister, his wife

11   Crystal, daughter Raquel and their son Christian.   And the

12   Court will hear from Johann Hamen who is John's oldest son

13   and his wife Jen.

14               When we submitted an affidavit from Jen, she had

15   letters from each of the kids which we would ask the Court

16   to consider as regards --

17               THE COURT:   I've seen that.

18               MR. SINGER:   And she will testify as well about

19   that.   We will also have videotaped testimony of an expert

20   in vocational rehab, and an economist who will talk about

21   the lost wage part of the damage claim.   And then finally,

22   Judge, is the issue of punitive damages.   We are of course

23   asking for punitive damages for this conduct.   We think that

24   if the Court finds liability, punitive damages necessarily

25   follow from this kind of conduct.

1          One of the things that I've tried to do in this

2     case and I hope we can do with the Court is not get so

3     bogged down in the weeds that we forget the bigger picture

4     of what actually happened here.  And I think our last

5     witness will be Jen Hamen.  When she came by our office this

6     week to talk about testifying tomorrow, one of the things

7     that struck me was I asked her if she had any good memories

8     of John.  She said, "Every time I think of John, I just

9     think of him being tortured."  Because she saw the body, and

10    it is something that she cannot get past.  She immediately

11    broke down and started crying.

12         It just reminded me that I can get caught up in

13    evidence and I can get caught up in UN reports and

14    everything else, but at the end of the day, there were two

15    innocent Americans trying to support their family working

16    for the United Nations that were taken captive for no good

17    reason, who were clearly innocent of anything they were

18    being accused of.  One was brutally beaten and killed, and

19    the other was held in captivity for six months to the point

20    of having nervous breakdowns.  That's why we're here, and

21    that conduct merits punitive damages we would submit to the

22    Court.

23         **THE COURT:**  Let me ask you a practical question

24    about punitive damages.  It's my understanding that the fund

25    that is available does not cover punitives, correct?

1          **MR. SINGER:**  That's correct.

2          **THE COURT:**  And that for the punitives you would

3     have to be able to -- if you were awarded punitives, you

4     would have to be able to find some assets of Iran to execute

5     on?

6          **MR. SINGER:**  That's correct.

7          **THE COURT:**  Is there anything left on that tree

8     after a lot of years of people searching for Iranian assets?

9          **MR. SINGER:**  There's been some really good lawyers

10    who have searched ahead of us.  We don't see any low hanging

11    fruit on that tree, Judge, but there's --

12         **THE COURT:**  I'm not saying it would affect the

13    Court's award.

14         **MR. SINGER:**  There are things that -- I mean, as

15    the Court's probably aware, there's an office building in

16    New York City that was levied against.

17         **THE COURT:**  I do remember that.

18         **MR. SINGER:**  There were some artifacts and museums

19    and some planes and things like that.

20         **THE COURT:**  I had a case that was probably 15 or

21    20 years old where they were some of the folks who were

22    trying to share in those proceeds.

23         **MR. SINGER:**  Well, we have actually talked to some

24    lawyers in some other countries about what it would take to

25    domesticate there and seize Iranian assets there.  So we're

1    determined to hunt this down.  We don't -- we're not

2    unrealistic enough to think that this is going to be an easy

3    quest here in the U.S.  But there's also, Judge -- as the

4    Court's well aware, our relationship with Iran is constantly

5    in a state of flux and turmoil.

6            **THE COURT:**  Right.

7            **MR. SINGER:**  And who knows but what the future

8    laws may be with regard to satisfying judgments and punitive

9    damages and those types of things.  So something that seems

10    spheric today may be real in the future.  So we think every

11    part of this judgment matters for them.

12            **THE COURT:**  And I don't mean to discount that, I'm

13    just trying to think through some of the practicalities

14    here.  I suspect there probably are -- I wouldn't be at all

15    surprised if we were talking about hundreds of billions of

16    dollars in punitive damages that are already out there.

17            **MR. SINGER:**  I would think that's probably right.

18    We think there's about 3,000 plaintiffs total, not just Iran

19    but in the terrorism cases total.  So that wouldn't surprise

20    me.

21            **THE COURT:**  Okay.  Are you done with your opening?

22            **MR. SINGER:**  Yes, I am, Judge.

23            **THE COURT:**  Thank you, that was helpful.  Do you

24    want to take a short break before calling your first

25    witness?  I don't know how long the witness is likely going

1    to take.

2              **MR. SINGER:**  That would be great.

3              **THE COURT:**  So why don't we do that.  Why don't we

4    come back at five minutes until 11:00, so we'll take a 15

5    minute break.

6              **MR. SINGER:**  Thank you, Judge.

7         (Off the record at 10:40 a.m.)

8         (Back on the record at 10:57 a.m.)

9              **THE COURT:**  Mr. Singer, you may call your first

10   witness.

11             **MR. SINGER:**  The plaintiff calls Mr. McAlister.

12   Judge, Dr. Arden is here.  Is it okay if he sits in the

13   courtroom?

14             **THE COURT:**  He's an expert witness?

15             **MR. SINGER:**  Yes.

16             **THE COURT:**  Yes, I have no objection to that.

17             **MR. SINGER:**  Thank you.

18             **DEPUTY CLERK:**  Do you solemnly swear the testimony

19   you're about to give will be the truth, the whole truth and

20   nothing but the truth, so help you God?

21             **THE WITNESS:**  Yes, I do.

22             **DEPUTY CLERK:**  Thank you.  You may be seated.

23

24        DIRECT EXAMINATION OF MARK McALISTER

25   **BY MR. SINGER:**

1    **Q.**   Please state your full name for the record.

2    **A.**   My name is Mark Lynn McAlister.

3    **Q.**   And where do you presently live?

4    **A.**   I'm sorry?

5    **Q.**   Where do you live?

6    **A.**   Greenfield, Tennessee, West Tennessee.

7    **Q.**   Are you married?

8    **A.**   Yes, sir.

9    **Q.**   And your wife's name is?

10   **A.**   Crystal Lynn McAlister.

11   **Q.**   How long have you been married?

12   **A.**   I've been married 30 years and been together 33.

13   **Q.**   How old are you?

14   **A.**   I'm 60.

15   **Q.**   Just turned 60?

16   **A.**   Just turned 60.

17   **Q.**   What was your birth date?

18   **A.**   May 2nd, 1958.

19   **Q.**   Do you have children?

20   **A.**   Yes, sir.

21   **Q.**   Who are they, what are their names and how old are

22   they?

23       **A.**   First born is Raquel McAlister, she's 32.  Then I

24   have Christina McAlister who is 27, and then Christian

25   McAlister is 24.

1        **Q.**    Are you a citizen of the United States?

2        **A.**    Yes, I am.

3        **Q.**    Were you a citizen of the United States when you

4   were taken captive by the Houthi rebels in Yemen?

5        **A.**    Yes, I am.

6        **Q.**    Are your wife and children citizens of the United

7   States?

8        **A.**    Yes, they are.

9        **Q.**    And have they been their entire lives?

10       **A.**    Yes, sir.

11       **Q.**    Now, tell the Court a little bit, Mr. McAlister,

12   about your educational background.

13       **A.**    I started out as a technical associate,

14   associate's degree, and kind of moved on up in construction

15   management, got qualified as a QCM with the Corps of

16   Engineers.  My background is construction management, but

17   I'm now quality control management.

18       **Q.**    Are you certified as a construction manager?

19       **A.**    Yes, sir.

20       **Q.**    And where are those -- who are those

21   certifications with?

22       **A.**    Some of the certifications are from my experiences

23   with Murray State University, UTM University at Martin.  And

24   then I took some extension classes from Union University in

25   Jackson, Tennessee.

1        **Q.**    Are you also OSHA certified?

2        **A.**    I'm OSHA certified as a training instructor.

3        **Q.**    What does that entail?

4        **A.**    Anything that has to do with safety on any kind of

5 construction on a job or manufacturing job requires certain

6 safety measures for personal protection.  It's very highly

7 enforced.  It's the number one thing on the job before

8 maintenance or performance or quality.  It's got to be

9 number one.

10        **Q.**    Now, this case concerns events that transpired

11 when you were working for AC4S in 2015?

12        **A.**    Yes, sir.

13        **Q.**    But prior to that work, can you tell the Court a

14 little bit about your work background and experience?

15        **A.**    I'd been working overseas for the last 10 years as

16 a -- started out as a construction management, and went on

17 again as I say as OSHA certification.  Moved up into

18 supervision and OSHA certification instructing and training.

19 Then from there, I went into the quality control management

20 because of my certification with the Corps of Engineers.  A

21 lot of these jobs I've done have been directly with the

22 military.

23        The last job I was on had to do with being in

24 reference to the embassy, a close relationship with them

25 because of where we were at and the job that we were doing,

1    living in the same quarters that we were.

2        Q.   Now, you said a lot of this work is overseas.  Can

3    you give an example of the types of countries that you

4    worked in?

5        A.   I worked in Iraq in 2005 and 2006.  I worked in

6    Afghanistan.  I worked in Kabul, the capital, in the Kunar

7    Valley.  I worked in Kandahar, a couple of Apaches, a place

8    which are small FOBs by our military.  I worked in Abu

9    Dhabi, different areas such as that.  I've been in around 14

10   different countries.

11       Q.   And when you mentioned this work, is this all

12   construction work and construction management work?

13       A.   It is construction management, but now in my role

14   with quality control management, I'm more of an inspector

15   for the government you might say.

16       Q.   Do you have any military experience?

17       A.   I have no military experience.  I never was in the

18   military.  My father retired from the military, but I never

19   was.

20       Q.   Have you ever been employed by the State

21   Department?

22       A.   Never really by the State Department, no.

23       Q.   The Department of Defense?

24       A.   No, sir.

25       Q.   The CIA?

1      **A.**   No, sir.

2      **Q.**   The FBI?

3      **A.**   No, sir.

4      **Q.**   What was your relationship like with your family

5      during this time that you were working overseas for these

6      companies leading up to 2015?

7      **A.**   We had a good relationship.  I was trying to be

8      the best father and the best spouse I could be, you know,

9      provide a living.  I've always worked hard.  Before I went

10     over there I had like two or three jobs.  I just thought I'd

11     go over there after my father had passed away; in 2003 he

12     passed away.

13     **Q.**   Now, I understand that the death of your father

14     had something to do with you working in these types of jobs.

15     Could you explain that to the Court?

16     **A.**   Well, with him being prior military and he retired

17     from there, he just stated, "You need to see what your

18     military is capable of and what they do, and it would be a

19     good way to serve your country.  If you're not going to be

20     in the military, you could at least go serve them."  I tried

21     to join one time but I was too old, so I just thought this

22     would be the thing to do at the time.

23     **Q.**   Now, at the time your kids were still I guess in

24     college?

25     **A.**   Yes, sir.

1    **Q.**    Some in high school.  Were you concerned about

2    spending a lot of time away from your family?

3    **A.**    I was.  They were raised in the church all their

4    life and they knew how to act.  I knew they would probably

5    do pretty well.  This was just an opportunity to give them a

6    better lifestyle and pay for college tuition, things of that

7    nature.

8    **Q.**    What was your marriage like at the time?

9    **A.**    I had a good marriage.  You know, we've raised our

10   three children together, and very active in church and in

11   the community.  I love my wife and love my kids, that's the

12   reason I went over there.  It wasn't for me, I hated every

13   minute of it really.  But I was able to serve, and that's

14   what I wanted to do for them so they could concentrate on

15   the war efforts.

16   **Q.**    What kind of company is AC4S?

17   **A.**    In the beginning they were a communication

18   company.  And as the war of Iraq was kind of dwindling down,

19   some of the guys in there that knew some people in the State

20   Department stated, "You ought to think about construction.

21   We have a lot of construction jobs."  And so they got more

22   into the construction part field, and they hired some men

23   that they knew in Tampa.  Another gentleman which was an

24   OSHA certification worker with one of these men, he asked

25   them about me and my credentials.  That's when they gave me

1    a phone call.

2        **Q.**   When did you begin working for AC4S?

3        **A.**   It was around January of 2014.

4        **Q.**   What was -- in what capacity?

5        **A.**   I went in as a quality control manager.

6        **Q.**   Do you remember approximately what you were making

7    at the time?

8        **A.**   At the time I started, I was making $205,000 a

9    year.

10       **Q.**   And did this include a commitment to do overseas

11   work?

12       **A.**   Yes, sir.

13       **Q.**   What was the first overseas contract that you were

14   involved with when you were working for AC4S?

15       **A.**   I was to work at a -- it used to be an old

16   Sheraton Hotel, but the State Department decided to

17   hopefully one day purchase the hotel.  They wanted to turn

18   it into a diplomatic transit area.  We were only an eighth

19   of a mile from the embassy, so it was an ideal place really

20   and it stood up on a hill.  It already had some sort of a

21   retention wall around it, but it wasn't to our specs.

22       **Q.**   So let me back you up just a little bit.  You're

23   talking about a Sheraton Hotel.  Is that located in the

24   country of Yemen?

25       **A.**   Yes, sir.

1  **Q.** Had you been to Yemen prior to beginning your work

2 for AC4S?

3  **A.** Never been to Yemen in my life.

4  **Q.** When is the first time that you went to Yemen as

5 part of your work for AC4S?

6  **A.** The first time I believe was around

7 September 14th.

8  **Q.** Of what year, sir?

9  **A.** Of 2014.

10  **Q.** And when you went there on September 14th of 2014,

11 was the U.S. embassy still open in Yemen?

12  **A.** Yes, sir, they were open.  There was -- actually,

13 they were being transferred from the embassy to our hotel

14 that we were renovating.

15  **Q.** And can you tell the Court whether or not

16 Sana'a -- is that the city that you were in at the time?

17  **A.** Yes, sir.

18  **Q.** Whether that was under the control of the

19 Coalition Forces or the Houthi rebels or somebody else?

20  **A.** At that time, the original government was there.

21 And when we went in, everything was really quiet.  I'd been

22 there two weeks, and as we were doing cardio around the

23 facility -- we had a walking track -- we noticed explosions

24 going on.  And then from that point on, other things started

25 happening.  We realized and was told by security of the

1    hotel that the Houthis had more or less infiltrated Yemen.

2         **Q.**   What was your particular job responsibilities in

3    September 2014 with regard to the Sheraton Hotel?

4         **A.**   My responsibility was to ensure that all

5    government contracts for one thing -- which started out with

6    the blueprints, I had to have a secret clearance to even

7    work in that area.  So I would read the prints and make sure

8    they were doing them correctly.  We were installing PVC

9    catchment and blast walls for protection for occupants

10   inside the hotel.  I had to make sure that they met our

11   requirements, every piece of material, you know, from bolts

12   to paint, everything.  They just had to be installed

13   correctly.

14        **Q.**   You mentioned PVC catchment?

15        **A.**   Yes, sir.

16        **Q.**   What is that?

17        **A.**   PVC catchment is a material, it's like a 4-by-8

18   sheet of PVC clear material.  There were three of them,

19   they're panels.  And we would install them in front of the

20   hotel windows in the rooms of the occupants.

21        **Q.**   Was it your understanding that that provided some

22   kind of security if the windows were blown out?

23        **A.**   It would prevent -- it wouldn't stop an RPG or

24   anything like that, but it would stop the shrapnel or the

25   glass that could possibly be blown in the rooms for

1    protection of each one in the room.

2         **Q.**   Who was the contract for, who was the company

3    working for under this contract?

4         **A.**   The State Department.

5         **Q.**   And how long were you actually in Yemen during

6    that time beginning in September of 2014?

7         **A.**   Was I actually in there?

8         **Q.**   Yeah, how long did you stay in Yemen when you went

9    over this first time?

10        **A.**   The first time I stayed over there approximately

11   around -- I think it was around two months.  Maybe two, two

12   and a half.  And then we were forced to go.  The embassy

13   personnel that stayed in there, their security had called us

14   in for a meeting and told us we're going to have to evacuate

15   the hotel because of the unrest that continued to go on with

16   the Houthis.

17        **Q.**   Now, you mentioned that you'd seen some explosions

18   and bombings and things.  Did you see other sorts of unrest

19   in the city during that time?

20        **A.**   There was no electricity.  Fortunately enough we

21   had power generators by the State Department.  There was a

22   lot of gunshots.  You could see the tracers coming across

23   the top of the hotel and around us.  We were never fired at

24   directly with any RPGs or anything of that nature.  But the

25   other items, we'd find shells and bullets laying around.

**Q.**   Did you hear or see mobs that were supportive of
the Houthis and the things they would chant?

**A.**   There was demonstrations even around our hotel.
They would chant, "Death to America.  Death to Israel."  You
get kind of personal with these guys when you're all like on
a team, some of the security guys that went with the embassy
personnel, they would -- the guys would have patches and
roadblocks set up with those very same signs set up at
different checkpoints.

**Q.**   Who would have the roadblocks set up?

**A.**   The Houthis.

**Q.**   And what kind of patches did they have?

**A.**   They were green and red in color in Arabic, and
they had them on their shoulders.

**Q.**   What did the patches say?

**A.**   "Death to America.  Death to Israel."

**Q.**   Now, after --

**THE COURT:**  I'm sorry, just to pause for a second.
If it was in Arabic, how did you know that that's what it
said?

**THE WITNESS:**  The security gentlemen, they spoke
Arabic.  Some of them were special forces prior and they
told me that personally.  I don't speak Arabic, but they
told me that.

**THE COURT:**  Okay, thank you.

1   **BY MR. SINGER:**

2       **Q.**    You don't speak or read Arabic, is that right?

3       **A.**    No, sir.  I do know what "shams" means, that's

4   sun.  I do know that.  That's it.

5       **Q.**    So after you left -- so you would have left when,

6   at the end of 2014 the first time?

7       **A.**    Actually, after we were forced out, I left -- it

8   was around like sometime in November.  I remember staying

9   home for six weeks, and they asked me to go back.  They

10  said, "We want you to go back."  And we went back --

11      **Q.**    And when you say, "They asked me to go back," who

12  do you mean by "they"?

13      **A.**    My company asked me to go back through the

14  recommendation of the State Department.

15      **Q.**    Okay.  And what was your job going to be this time

16  when you went back?

17      **A.**    Well, when I went back -- we were actually told to

18  leave twice.  I went back that time.  The second time that

19  we left, I went and I went on Christmas Eve.  The second

20  time that we left was because they had shot up embassy

21  personnel, the Houthis did at a checkpoint.

22      **Q.**    The second time you went back was on Christmas Eve

23  of 2014?

24      **A.**    Yes, sir.

25      **Q.**    And what was your job going to be this time?

1       **A.**    It was still going to be to make sure that that

2   work was being done correctly.

3       **Q.**    And how long did you stay during this stint?

4       **A.**    By that time, sir, I stayed until around

5   February 1st of 2015.

6       **Q.**    And the reason you left is what you just explained

7   to the Court?

8       **A.**    Exactly.

9       **Q.**    And at that time, was the embassy shut down as

10   well, the U.S. embassy?

11       **A.**    By that time, they had evacuated the embassy, all

12   Marines that were there -- I think we had 81 Marines on top

13   of the hotel watching over the embassy personnel.

14       **Q.**    So in February of 2015, all of the American

15   personnel were evacuated including the AC4S workers?

16       **A.**    That is correct, sir.

17       **Q.**    When you got back to the United States, what did

18   you do for AC4S then?

19       **A.**    Well, when I got back, I still worked remotely

20   from home.  I would travel back and forth to Tampa and we

21   would still continue to do the work.  It's just done by

22   e-mails.  We had Skype, we had different apps where we could

23   track the work that was going on or would be going on, make

24   sure that it was being done correctly.

25       **Q.**    So there's work still being done on the hotel but

1    not by Americans?

2         A.   Exactly.

3         Q.   Were you called upon by your employer to then go

4    back over to Yemen a third time?

5         A.   Yes, sir.

6         Q.   And when did that happen?

7         A.   I believe that was approximately around August,

8    end of August.

9         Q.   Of 2015?

10        A.   Of 2015, yes, sir.

11        Q.   And were you told -- what were you told, if

12   anything, regarding the safety of the country?

13        A.   Well, I asked them, I said, "With the unrest going

14   on there, is it safe to go back?"  They said, "We have the

15   UN to protect us.  They're going to escort us from the

16   airport back to the hotel."

17        Q.   And during that time as you were preparing to go

18   back a third time, did you meet Mr. Hamen?

19        A.   Yes, sir.  During those two previous meetings when

20   I was sent home by the 1st of February, I was -- had the

21   pleasure of meeting Mr. John Hamen on two different

22   occasions before we went back prior.

23        Q.   And had you known Mr. Hamen before he began

24   working for AC4S?

25        A.   No, sir, I didn't.

1      **Q.**   So you met him through your employment there?

2      **A.**   Yes, sir.

3      **Q.**   What was the nature of your project going to be

4      this time with regard to that Sheraton Hotel?

5      **A.**   Well, they wanted Mr. Hamen to be the security

6      liaison you might say.  He was going to put up cameras, just

7      make sure that everyone's being vetted correctly, that they

8      were safe to work on that area.  My position was going to

9      make sure working with the local nationals -- which we had

10     about 81, maybe 83 locals that worked inside the hotel that

11     would be doing the work that American contractors were doing

12     which were also evacuated out.

13     **Q.**   Did you learn as part of your job responsibilities

14     who intended to occupy that hotel once you got this security

15     work done on it?

16     **A.**   Yes, sir.

17     **Q.**   And who would that be?

18     **A.**   Well, we understood that diplomatic personnel from

19     all countries would stay there, and then they would be

20     transferred over toward the embassy to meet with our

21     personnel.

22     **Q.**   When you were preparing now to go back into Yemen

23     the third time at a point when there were no U.S. personnel

24     in Sana'a any longer, how were you going to get into the

25     country?

1       **A.**    Well, we'd flown to Djibouti, Africa.  I remember

2   the program manager and the procurement personnel that was

3   with me, we three would get on a plane and go there first.

4   And then I think a UN flight would come in, and we would

5   load that flight and go from there to Yemen.  Very short,

6   probably a 30 minute flight.

7       **Q.**    Did you make it into Djibouti?

8       **A.**    Yes, sir, I did.

9       **Q.**    And you flew in with these other two gentlemen

10  that worked for AC4S?

11      **A.**    That is correct, yes, sir.

12      **Q.**    Was Mr. Hamen with you at that time?

13      **A.**    At that time Mr. Hamen wasn't with me.  He had

14  difficulty getting his visa, and so did I.

15      **Q.**    When the first flight left from Djibouti to go

16  into Sana'a, were you on that UN flight?

17      **A.**    No, sir, I wasn't on that flight.

18      **Q.**    Were you planning on going on a later UN flight?

19      **A.**    Yes, sir.  My position was -- and I'd been there

20  through back and forth about two or three different times

21  because of being evacuated.  I agreed to stay back so I

22  could meet with John where he would feel a little safer

23  going in.

24      **Q.**    To your knowledge, had John ever been to Yemen

25  before?

1    **A.**    He never had been before, no, sir.

2    **Q.**    How long did you wait for John to get to Djibouti

3    and get his clearance before the two of you flew into

4    Sana'a?

5    **A.**    I want to say it was probably a week and then I

6    met him, he came in.  And then we waited another three to

7    four days after that to get the okay to come.

8    **Q.**    When you flew in, were you flying on a UN

9    chartered flight?

10    **A.**    Yes, sir, it was a UN flight.

11    **Q.**    How many people were on that flight?

12    **A.**    There were two pilots and seven personnel on that

13    flight counting John and myself.

14    **Q.**    In addition to -- well, apart from you and John,

15    were there any other Americans on that flight?

16    **A.**    No, sir.  There was one British gentleman on that

17    flight, but the rest were Arabic speaking people.

18    **Q.**    What day did you fly into Sana'a?

19    **A.**    I want to say it was on a Friday night.  It's kind

20    of hard to remember exactly the day, but I think it was on a

21    Friday.  It's toward the end of the week.

22    **Q.**    Do you remember the date?

23    **A.**    Yes, sir, I remember it well.  It was

24    October 20th, 2015.

25    **Q.**    What time did you land in the airport?

1    **A.**    It was 4:00 o'clock that we landed.

2    **Q.**    Describe for the Court what happened after you

3    landed, and going through the customs process and the next

4    couple minutes after you landed.  What happened with regard

5    to you and with regard to John?

6    **A.**    Well, me being sick that night because of bad

7    water, you know, I felt really bad so I remember I wanted to

8    just get off the plane.  So the plane landed on the tarmac,

9    we walked across the tarmac within probably 70 yards from

10   the terminal.  John and I first walked off the plane, were

11   the first two in there out of the seven personnel that was

12   on the plane.

13          As soon as we got there, there was a gentleman

14   that is the hotel manager, he had called my name and pointed

15   at me, waved that he was there.  Him and his associate that

16   worked in our hotel, they called my name and I came over.

17   The associate with our manager asked for my passport, and I

18   gave him my passport and I walked over to the left where

19   there was a window where I couldn't see through the window.

20   But they asked for my passport, and they stamped my visa

21   there.  Normally you'd get your visa done prior, but for

22   some reason or another we couldn't get it.  They did John

23   the same way.  Then he took our passports and gave it to the

24   personnel that worked for us.

25   **Q.**    Did you go through passport control with no

1  problems?

2       A.   Went through passport control, didn't have a bit

3  of problem, no.

4       Q.   After you went through passport control, were you

5  getting ready to exit that area of the airport to go get

6  your luggage?

7       A.   There was one door to go through, and at that

8  door.

9       Q.   Tell the Court what happened with regard to that

10  last door you were getting ready to go through?

11       A.   Well, as we were about to go through the door, a

12  gentleman was standing there and he stopped us and he asked

13  for the passports.  The personnel that works in our hotel

14  with us, he handed him the passports.  And he realized that

15  they were American passports.  He looked at them and he

16  said, "American?"  I said, "Yes."  So as soon as he saw the

17  two American passports, mine and John's, he asked us to set

18  over -- behind us was about four or five chairs, and we sat

19  there at least for 30 minutes to two hours completely.

20       Q.   Did the others that flew in on this UN chartered

21  flight, were they allowed to go through with no issues?

22       A.   There was one British guy that had walked over

23  there with us, and he wasn't even over there one minute and

24  he went back.  And the rest of the personnel went through

25  there as we stayed in the chairs just sitting there.

1    **Q.**   So just to be clear, was the British passenger

2    retained at the airport or was he allowed to leave?

3        **A.**   He was allowed to leave.

4        **Q.**   Now, what happened next?  When you're sitting

5    there and you've been told to stay, what happened next?

6        **A.**   Well, as we're sitting there -- and again, I

7    remember John telling me that he didn't see our hotel

8    manager or the personnel with him.  We didn't see any UN

9    guards that were supposed to lead us through there safely.

10   And I said, "Well, maybe they're hanging out in the back

11   part trying to wait for us to get whatever was going on

12   solved."  I told John, "I'm sure they're probably just

13   checking the roster."

14            As time went on, probably approximately two hours,

15   I looked back over to the checkpoint where the passport

16   control was and there was no one there.  I did notice that

17   by that time, three soldiers with AKs came in.  The way I

18   understood from the time prior I was there, they were in

19   camouflage apparel so I knew they were the old soldiers.

20   And I still didn't really think nothing of it.

21            By that time, the gentleman at the door came --

22   you know, he got on the phone and he was on the phone quite

23   a bit.  And he'd get off, then he'd get back on the phone.

24   And then he came over to me and John and asked us to move

25   over to the corner of the airport, kind of a glass enclosed

1    area.   That's when he started immediately going through my

2    luggage.

3        Q.   Now, you mentioned some soldiers in camouflage and

4    you said they were part of the old soldiers.  I want to just

5    try and make it clear for the Court.  Could you recognize

6    Houthi soldiers, and if so, how did you recognize the

7    Houthis?

8        A.   By their clothing, by their apparel.  A lot of

9    them -- the patches that some of them had worn.

10        Q.   Was --

11        A.   The other one -- I'm sorry.

12        Q.   To your understanding, was the man who first

13    detained you Houthi or not a Houthi?

14        A.   Later I found out that he was a Houthi.

15        Q.   How did you find that out?

16        A.   The doctor and I was talking about the clothings

17    that they were wearing.

18        Q.   All right.  The camouflage uniforms you mentioned

19    as being part of the old soldiers, were they the soldiers

20    who were loyal to former President Saleh, is that what you

21    mean?

22        A.   They were the old government, yes.

23        Q.   But they were not fighting for the international

24    coalition government that had been put into place?

25        A.   No, sir.

1      **Q.**   Was it your understanding that the old soldiers

2  under Saleh's regime had allied with the Houthis in their

3  takeover of Sana'a?

4      **A.**   Yes, sir.

5      **Q.**   So when you say old soldiers, those are Houthi

6  allies that you're talking about?

7      **A.**   Yes, sir.

8      **Q.**   Now, you said that they took you to a different

9  corner of the airport.  Explain what happened then.

10      **A.**   Well, as they was going through my bag, I've been

11  there so much before I knew I had -- I told him and assured

12  him that I don't have anything to hide in there.  You know,

13  I'm not -- I told them I was a Christian and I don't smoke

14  and drink and all that kind of stuff.  There's no drugs in

15  there, I know the laws of the land.  I'm just trying to make

16  peace, let them know that we're doing the right thing.

17      **Q.**   Did they speak English?

18      **A.**   He spoke a little English, yes.  He spoke where I

19  could understand him and he could understand me.  Then he

20  had seen my two passports that I'd had placed in there as

21  well.

22      **Q.**   Did he tell you what was going on?

23      **A.**   He never said a word, he just kept searching.

24      **Q.**   Did eventually they take you and transport you

25  someplace else?

1      **A.**    Well, after they went through John's equipment and
2    probably another 30 minutes or so, there were those three
3    soldiers that came through there.  I heard a sound outside
4    the -- a truck coming up to the terminal, and it was a white
5    van.  And three men got out which were Houthis, and they
6    came into the facility.
7      **Q.**    And what did they do when they came into the
8    facility?
9      **A.**    Well, as soon as they came in and I was at the
10    time trying to pack John's luggage, he had five pieces of
11    luggage with him.  And he was planning on staying the whole
12    year because of the family that he had, he has a large
13    family, and trying to expedite things a little quicker.
14    They told me to put my hands behind my back, and they tied
15    my hands up in a figure eight.  He removed a scarf off one
16    of the soldiers and he tied it into a figure eight.  And
17    then he blindfolded me, stuck cotton between my eyes where I
18    couldn't see anything.
19      **Q.**    After they tied you up and blindfolded you, what
20    did they do with you?
21      **A.**    They stood me there until they started trying to
22    tie up John.  And John gave them more or less a hard time
23    being a soldier I'm sure and didn't want to be tied up.
24    Neither did I, but I just asked him, "Everything will be
25    okay, we'll sort this out."  And he went ahead and let them

1    tie him up, and then they put us in the van.  I could feel

2    the van had woven wire in behind it, quarter-inch wire to

3    keep anyone from getting out.

4        **Q.**   So they put you in the back of the van?

5        **A.**   Yes, sir.

6        **Q.**   Was John there with you?

7        **A.**   John was in the van with our hands tied, and I

8    remember the guy that tied me up, he was also an English

9    speaking man.  He sat across from us.

10       **Q.**   Were you able to see him?

11       **A.**   I couldn't see him because I was blindfolded and

12    John was blindfolded.  During that ride, I started counting,

13    you know, trying to determine how long we might be driving.

14    We were trained in Fort Benning -- even as a contractor, we

15    were told if you are kidnapped or taken hostage, any time in

16    the first hour or two hours is the most crucial time to

17    escape.

18         John had whispered to me that he had gotten his

19    hands untied.  He said, "Can you get your hands untied?"

20    Even with the guy in there -- I don't know if he heard him

21    or not, I can't verify that.  But I said, "I'll try."  And I

22    got my hands apart behind me, but John's a lot bigger guy

23    than I was.  I could get them apart about 6 inches, but I

24    couldn't get them loose from behind me.

25       **Q.**   Did you make any attempts to escape during that

1   van ride?

2        **A.**   By that time, no.   Since I couldn't get my hands

3   untied, I think John just didn't attempt to escape or me

4   either.

5        **Q.**   Tell the Court where they took you and then what

6   happened when you got there?

7        **A.**   After I guess around 20 minutes, they took us to

8   an undisclosed location, still blindfolded and handcuffed.

9   I remember they took John out first.   I was very, very sick

10  by that time being blindfolded, already nauseous.   I get

11  motion sickness pretty bad anyway.   They came and got me,

12  and they were rough.   They were shoving us, pushing us.   And

13  I remember climbing up some stairs, and they sat me I'm

14  presuming in the middle of the floor.   I could hear a lot of

15  Arabic speaking, people talking, different voices, different

16  tones.   Maybe I realized later around seven to nine

17  different people.

18            And I was so sick, I remember John telling me,

19  "Just lean against my back."   I couldn't even hardly hold my

20  head up I was so sick.   But he allowed me to lean up against

21  his back.   We sat there probably another 30 minutes.   And

22  then I remember them picking us up and taking us into a room

23  toward our right.   When we got in there, they removed the --

24  our hands being tied and removed the handcuffs.   And then I

25  could see that there were about nine, maybe more, Houthis in

1      there.

2                   They immediately told us to -- kneeled us down

3      3 feet from the wall toward a window, and that's where we

4      stayed.  One guy come around in front of us and they asked

5      us to stand, and they started removing our shoes and our

6      socks, our shirts.  They let me keep my pants.  Removed our

7      belts, our watches, jewelry, anything that reminded us of

8      home, necklaces.  They brought in our computers probably

9      after 30 more minutes, wanted to know our passwords.  And we

10     refused to give them our passwords.  And then they brought

11     the tasers out, and they persuaded us to give them our

12     passwords.  They wanted to know the passwords to our

13     iPhones.  I didn't bring my personal, I had my other company

14     laptop.  John had two.  So they got a lot of that

15     information.  Got our cameras, our cellphones for job

16     related.

17          Q.   Let me just clarify a couple of things as I heard

18     that answer.  I think you mentioned something about removing

19     handcuffs.  Were you actually handcuffed?

20          A.   Well, by that time they had put the handcuffs on

21     us.  In the beginning we were tied with just their scarves

22     and their headsets, and then they put handcuffs on us after

23     that.

24          Q.   And you mentioned that they knelt you first and

25     then stood you in front of a window?

1      **A.**   Yes.

2      **Q.**   Could you tell if the window -- was the window

3  opened, did it have bars in front of it?

4      **A.**   We were probably a couple of feet from it by that

5  time.  I noticed -- and I told John -- and we could talk a

6  little bit, this was after they got rid of all of our

7  things, that there was no wind blowing or anything.  It was

8  kind of windy that day.  I didn't really know if it was

9  closed, if there were bars on the windows.  They did have

10  thick curtains to cover the window.  The window wasn't

11  probably about 2 foot by a foot and a half wide.

12      **Q.**   Then you mentioned they threatened you with

13  tasers?

14      **A.**   Yes.

15      **Q.**   And you did give them your password then?

16      **A.**   I gave them my passport, my passwords to

17  everything.

18      **Q.**   Did John give him his passwords?

19      **A.**   John did too.  He removed his wedding ring, and I

20  remember him telling me he said his wife was going to kill

21  him for taking that wedding ring off.

22      **Q.**   What happened after this?

23      **A.**   Well, after that, they started documenting

24  everything we had and putting it in baggies and things of

25  that nature.  From that point on, they left the room, turned

1    the light off.  They were in the room next to us.  You could

2    still hear them all talking.  And John and I tried to talk

3    together trying to think whether the window would be a way

4    out.  They yelled at us and came in there and threatened us

5    again to be quiet.

6        Q.   Did they then begin interrogating you?

7        A.   Well, by that time they came into the room, turned

8    the light on, picked me up and they blindfolded me again.

9    They picked John up, and I'm sure they blindfolded him as

10   well.  I can't verify that, but I'm pretty sure.  They took

11   him to the room next to me.  And they started interrogating

12   me.

13       Q.   And as they were interrogating you, did you also

14   hear noises from the room next to you?

15       A.   I could hear them interrogating John, different

16   tones of voices, people speaking, yelling, primarily the

17   same thing.

18       Q.   What were they accusing you of?

19       A.   They asked me -- they asked me why I was in

20   Sana'a, and I said I was a contractor and I do quality

21   control management for the old Sheraton Hotel.  They called

22   me a liar.  He could speak very good English.  He said,

23   "You're CIA."  I kind of actually laughed at that, I thought

24   they were really kidding.  But I said, "I'm not CIA, I'm

25   just a construction man just like John."  And this went on

1    and on calling me a liar, accusing me of working for the

2    government.  You know, "You were here before."  And I said,

3    "No, I'm just a contractor."  But this probably went on for

4    another two hours probably up into the morning.  It was

5    probably 10:30, 11:00 when I think we left the terminal, and

6    then it was a while after that.

7        **Q.**    After this interrogation was done, what did they

8    do with you?

9        **A.**    They realized they wasn't getting anything, I was

10   so sick I couldn't even hardly hold my head up.  I hadn't

11   drank any water all day or anything.  They picked me up and

12   walked me down a corridor.  I could see under the blindfold,

13   they didn't put the cotton in this time for some reason.  So

14   I was trying to figure out where I was at.  I saw three

15   steel doors to my left as I walked down the corridor, I

16   could see that.

17           When I got to the end of the corridor, they

18   removed the blindfold and in front of me was one steel door

19   and there was one to my left.  As the one guy took the

20   blindfold up, the other guy raised the AK at me.  And the

21   one gentleman with me, he had given me a mattress.  It was

22   probably 2 inches, but it was a worn out mattress, it had

23   been used quite a bit.  He opened the door, and I went

24   inside and threw the mattress on the floor.  He slammed the

25   door and they turned the light out, and that's where I was

1    at.

2        Q.    And did you end up staying in that cell for a

3    while?

4        A.    I was in that cell for -- and normally I could

5    count, I'd mark on the wall.  I was in there 21 days with

6    myself.

7        Q.    And after 21 days, did you get a chance to go

8    outside for a little while?

9        A.    After 21 days, on the 22nd day they put a doctor

10   in there with me.  They'd seen that I wasn't going to eat.

11       Q.    Did you continue in that cell until just before

12   they released you?

13       A.    The same cell until 11 days after that I was

14   removed to another prison.

15       Q.    Until 11 days before you were --

16       A.    Yes, sir.

17       Q.    So explain to the Court what that cell was like.

18       A.    That cell, it was a concrete floor with tile

19   placed in the floor.  It wasn't done correctly of course.

20   It was about 12-inch walls, I'd say 12- to 16-inch thick.

21   It had rebar at the very top of it with an open 8-inch place

22   for a light to shine in.  The light was actually on the

23   outside of the wall with about a 30- to 40-watt light,

24   yellow bulb, that would shine in and illuminate the top of

25   the cell but not the bottom.

1          It was at least 12-foot by 9 and a half.  It had a

2    small 90-degree angled concrete wall about 3-foot tall that

3    you would go behind.  And behind that was a hole in the

4    floor approximately 10 inches wide.  That's where you would

5    relieve yourself.  There was a little rubber bucket to the

6    right of it with a little faucet for water.  And at the top

7    of that, above it two inches from that ceiling there was a

8    4-inch PVC pipe and it would allow air to come in.

9          At the end of that PVC pipe there was a PVC T-pipe

10   so you couldn't see the sun or see outside light.  Only

11   early in the morning, because it being a white pipe, the

12   light would actually illuminate the pipe a little bit and it

13   would cascade a circle on the wall that would give some

14   light during the day, but not much.

15        Q.   Was there any toilet paper or toiletries in there?

16        A.   There was no toilet paper, nothing to hang on.

17   There was just solid walls.  No toothpaste.  They did

18   finally bring in soap, just a little soap there one time.

19        Q.   Other than your mattress, was there anything else

20   in the cell?

21        A.   Cockroaches and mosquitoes and things of that

22   nature.

23        Q.   Other than that?

24        A.   Sewage, stuff like that.

25        Q.   What were you thinking when they put you in that

1   cell?

2       **A.**   Well, the first thing I thought, I was ready to

3   go.  I didn't know who had me.  I didn't know if it was

4   ISIS.  Being a contractor, I watched the Middle East local

5   news quite a bit, the unrest.  I noticed that one contractor

6   had been released by Al Qaeda.  They told the story about

7   that ISIS and the Houthis were more or less going to kind of

8   band together to -- this was on the news, that they were

9   planning on -- they get Americans to hold them for hostage

10  for their benefit.  I kind of saw that, and he was released

11  because of his health issues.  It just made me worry.  I was

12  afraid I was going to become a YouTube video.  I didn't want

13  my family to see me getting my head cut off or anything like

14  that.  That's actually what I thought.

15      **Q.**   Now, were you interrogated over -- and let's take

16  it for the next three weeks, because you mentioned that for

17  21 days you were in that cell alone.

18          Were you subject to interrogation during that

19  time?

20      **A.**   I was subject to interrogation every day at least

21  three to four times a day, yes, sir.

22      **Q.**   And what times of the day, did it vary?

23      **A.**   Any time.  Sometimes it would be in the middle of

24  the night, they would come and get me.  I mean, I was always

25  up, I couldn't sleep.

1      **Q.**   Did you know whether the people who were

2  interrogating you were Houthis or not?

3      **A.**   They stated to me they were Houthis.

4      **Q.**   And what kinds of questions were they asking you?

5      **A.**   They asked me why I was there again.  They asked

6  me who I worked for.  They asked me about my family.  They

7  asked me about my company.  They were putting down America,

8  you know, why is America doing this, they're destroying this

9  country, this is our country, things of that nature; you're

10  a part of it, you're the problem.

11      **Q.**   Did you ever ask to see John?

12      **A.**   Every time I was interrogated.

13      **Q.**   And what did they tell you?

14      **A.**   They say John, he's upstairs, he's fine.  That's

15  all that they would tell me.

16      **Q.**   Did you eventually do anything to try and force

17  their hand so that you could see John?

18      **A.**   Well, I got to the point where I did the hunger

19  strike thing because I didn't really want to be there.

20  Again, they wouldn't let me see John, and I continued to do

21  without food and lost a substantial amount of weight.

22      **Q.**   I'm sorry, I didn't hear the last part?

23      **A.**   I lost a substantial amount of weight.

24      **Q.**   Now, when you say you went on a hunger strike, how

25  long after you had been captive did you go on your hunger

1    strike?

2         **A.**   Well, I continued and went on a hunger strike

3    until they let me see John, and I never got to see him.

4         **Q.**   How long were you in their prison before you

5    started the hunger strike?

6         **A.**   I started it immediately.

7         **Q.**   So you didn't eat anything right from the very

8    beginning?

9         **A.**   No, I didn't really eat anything.  For the first

10   21 days, I had nothing to eat.  So if you don't eat

11   anything, you don't have anything to exit out or waste.  And

12   I didn't urinate or anything like that.  Excuse me.

13        **Q.**   Were they trying to feed you, did they give you

14   food?

15        **A.**   They gave me somewhat food, but you wouldn't eat

16   it.

17        **Q.**   And how long was it before -- strike that.

18             You mentioned a doctor came into your cell.  Can

19   you identify who that was?

20        **A.**   After 21 days, they realized I wouldn't eat and

21   they put this doctor in the cell with me.  He was Yemeni, he

22   was about 66 years old.  He spoke very good English.  He

23   stated to me that the reason that he was in there -- which

24   this is how I gained a lot of my information to where I was

25   at, he explained to me that I was in the national security

1   prison.

2   **Q.**   What is his name?

3   **A.**   I can't really pronounce it.

4   **Q.**   The Court's going to hear from Abdul-Qader Al

5   Junaid, is that the doctor?

6   **A.**   Al Junaid, yes.

7   **Q.**   Did he explain whether or not he was a political

8   dissident?

9   **A.**   He just stated to me that he was a doctor, and he

10  was tweeting quite a bit against what the Houthis were doing

11  destroying his city, destroying his country.  He did this

12  continuously every day he told me, and that's when they

13  entered his home and took him hostage.

14  **Q.**   Did he give you any advice about you should eat or

15  any medical advice or things like that?

16  **A.**   Well, yes, sir, he tried to get me to eat.  He

17  stated to me that -- he told me I looked like I was 80 years

18  old at the time, and I'm sure I did.  After a while, I just

19  thought about it and I started eating a little bit more.  I

20  thought about John and still thought well, maybe if I can

21  stay somewhat healthy, maybe I can continue trying to get

22  John and I together.

23  **Q.**   Did the interrogations continue?

24  **A.**   The interrogations continued, yes.

25  **Q.**   And did you and the doctor become friends?

1      **A.**   We became friends the first two and a half months,

2   and we talked a lot.  He explained a lot about the prison,

3   told me that many, many Sunnis were in there.  I actually

4   for the first time in -- on the 22nd day got to go out.

5      **Q.**   All right.  Before -- well, explain what happened

6   when you got to go out?

7      **A.**   Well, when I got out, they opened the door and

8   they yelled "shams."  That's how I knew that meant sun which

9   I always looked forward to.  They handcuffed me and him

10   together.  We had to cover our heads with our backs bent

11   over.  They handcuffed us together and let us out through a

12   door into the back court of the prison which was holed out

13   of the base of a mountain.  And there we sat out in the sun

14   for one hour to receive sunlight for vitamin D they said.

15      **Q.**   How did that feel?

16      **A.**   It felt great.

17      **Q.**   How many times were you allowed to go out during

18   your six months of captivity?

19      **A.**   Well, I was actually there six months and 11 days,

20   and in that six months and 11 days I saw the sun three times

21   for three hours.

22      **Q.**   Now, did you eventually have a falling out with

23   Dr. Al Junaid?

24      **A.**   Yes.  The doctor had been there I believe around

25   two months longer than me.  I was starting to realize

1    something about anxiety and being closed in, and I didn't

2    really know this until then, but I started getting

3    claustrophobic.  I was ready to get out.  I'd had enough of

4    it.  And the doctor would -- he would start kind of losing

5    his temper.  I guess maybe two cultures, different cultures,

6    I don't know.  He got a little irritated and I got

7    irritated, and he asked to leave.

8         Q.   Now, irritated is a nice, polite word.  Explain to

9    the Court what you were actually doing that caused the

10   doctor to request to transfer out?

11        A.   When these attacks would come up on me, I'd

12   actually climb the walls.  I would grab the small door and

13   pull myself up to the top of that little window, climbing as

14   much as I could kicking the door, beating it with my fist

15   until they bled.

16        Q.   Were you yelling at the time?

17        A.   I was yelling, screaming, everything.

18        Q.   Were you threatening people?

19        A.   Yes, I didn't care at that point.  I was

20   threatening them and then the doc got scared.  I think I was

21   just losing it.

22        Q.   Did you threaten the doctor too?

23        A.   I didn't really threaten him I didn't feel like,

24   but maybe I did he said.  I didn't realize I did, I'm not a

25   violent person.

1    **Q.**   How many times a day would this happen?

2    **A.**   It would happen at least three or four times a

3    week.  It's something I could -- I knew when it was coming

4    on me.

5    **Q.**   How did you know, what did it feel like?

6    **A.**   It just -- just I had to get out, I couldn't take

7    it no more.

8    **Q.**   Now, after the doctor moved out, were you alone

9    then for the rest of the time?

10   **A.**   I was alone for 30 minutes, and then they moved an

11   extremist in there with me next.

12   **Q.**   You say an extremist, what do you mean by that?

13   **A.**   Well, all he talked about was -- he was from the

14   south and he hated the northern people.  He was a Hungarian

15   Muslim, and he talked about cutting men, women and

16   children's heads off, things of that nature.

17   **Q.**   When you say he hated the northern people, were

18   the Houthis included in the northern people?

19   **A.**   Well, he hated the northern -- some of the

20   northern Sunnis that allowed the Houthis to come into their

21   country.  They didn't fight back at the time, and the south

22   was part of the resistance I believe.

23   **Q.**   And did they eventually transfer him out?

24   **A.**   After -- well, when they -- after three months and

25   he got scared of me too, we was doing the same thing.  As a

1    matter of fact, they threatened to beat me many times

2    because of that.  And he explained to them -- because he

3    could speak excellent English.  He explained to them the man

4    is claustrophobic.

5        Q.    When you say they threatened to beat you, who is

6    "they"?

7        A.    The Houthis.

8        Q.    Were you eventually -- excuse me, before I get

9    there, did you ever get a chance to call your wife?

10       A.    After five months and 10 days they allowed me to

11   call Crystal, yes.

12       Q.    And explain to the Court how that happened.

13       A.    Well, they -- I'd ask them -- been asking for

14   months and they didn't allow me to do it.  They had a phone,

15   it was set up so they could actually call.  I says, "Can I

16   tell her where I'm at?"  They says, "Oh yes, we want her to

17   know where you're at."  And so I called her and told her

18   that I'm in the national security prison built by Al Qaeda

19   which it was by our tax dollars -- which that's not been

20   classified, but that's what I was told.  And she was

21   hysterical and she was crying.  I couldn't even barely talk

22   to her because of the crying, and I told her to gather

23   herself.

24            She started telling me about the prayer vigils

25   that our church had for me and at the gym and things of

1    nature.  She just told me about the kids and told me about

2    my new granddaughter being born.

3         Q.   You mentioned something about that prison being

4    built with tax dollars.  Is that something you heard from

5    your captors?

6         A.   I heard from -- well, actually they had stated it

7    to me and kind of laughed about it in interrogation, yes.

8         Q.   What did they tell you?

9         A.   They just said, "It's funny that you're in here

10   and this was built for them," the Al Qaeda that was setting

11   in the prison yard as well.

12        Q.   Eventually after six months, were you transferred

13   to another prison?

14        A.   One night they came and got me, one of the other

15   soldiers, and they took me to another undisclosed place.  I

16   started counting again to try to figure out how far it would

17   take to get there.  It was around three minutes, it was very

18   close to the facility that I was at.  And then I was told

19   later, after I'd gotten out, that they had more than one

20   national security prison.

21        Q.   Where did they put you in that prison, what kind

22   of cell was that?

23        A.   They put me in a smaller cell, it was 9-by-6.

24        Q.   And how tall was it?

25        A.   It was 16-foot tall.

1      **Q.**    Was there any light in that cell?

2      **A.**    It did have a little brighter light at the top.

3   The light was inside.  It was a new facility, I could tell

4   by the new paint on the wall.  It even had carpet halfway up

5   the wall.  I couldn't understand that.

6      **Q.**    Did anybody tell you why they had moved you?

7      **A.**    No one spoke English when they moved me, no one

8   told me anything.

9      **Q.**    Did they interrogate you in this new facility?

10     **A.**    They didn't interrogate me at all.

11     **Q.**    How long were you in that new facility?

12     **A.**    I was in there 11 days.

13     **Q.**    And what happened at the end of those 11 days?

14     **A.**    One night they came and got me for the first time,

15   and blindfolded me and handcuffed me again and took me to a

16   room that I'd never been in before.  I hadn't been down to

17   that room since they moved me there.  I heard a voice, and

18   it was one of my interrogators.  He stated to me,

19   "Mr. Mark," that was the first thing that came out of his

20   mouth.  Because the Houthi was -- he wanted me to sit on the

21   floor and I wouldn't.  He was hitting me on the shoulder and

22   back trying to get me to sit down.  That's when the

23   interrogator said, "Get him a chair," and he got me a chair.

24     **Q.**    Had this been one of the men that had interrogated

25   you over the course of the last six months?

1      **A.**    Six months and 11 days, yes.

2      **Q.**    So he was at the other facility and at this new

3    facility?

4      **A.**    Yes.  I didn't notice that the other Houthis would

5    come to that facility as well.

6      **Q.**    Did you feel like over that time you had developed

7    some kind of rapport with that one interrogator?

8      **A.**    Yes.

9      **Q.**    Tell the Court how that happened.

10     **A.**    Well, he -- there was one younger there that he

11   could speak very good English.  And he just told me when the

12   other two older interrogators left the room, he stated to me

13   that, "You remind me of my father, he has a long gray

14   beard."  By that time my beard had done got to my chest and

15   my hair got pretty long.  You couldn't see my face from the

16   hair.  I said, "Well, I have a son who's 24."  I thought in

17   the very beginning maybe if I can befriend one of these

18   guys -- because he spoke English, maybe I could kind of find

19   out a little bit more about what was going on and why they

20   had me.

21           And then one day he brought a picture -- after he

22   had unblindfolded me, there was a picture of Crystal and me

23   together at my middle daughter's graduation.  I thought that

24   was a kind gesture, but within three interrogations he come

25   up missing.  The Houthi told me they were captured by the

1    resistance.

2        **Q.**   So after that you didn't --

3        **A.**   After that he became the number one man maybe that

4    kind of talked to me, and he told me that, "Mr. Mark, you're

5    going home."  That's all he said, "You're going home."  I

6    said, "What about John?"  That's the first thing I asked

7    him.  And he stated that, "We're not through interrogating

8    John, we have some more questions for John."  He said it

9    just that clear.  It didn't really don on me, because I knew

10   usually I wouldn't go home alone I think, we wouldn't leave

11   no one behind.  But again, I was losing it by that time I

12   think.  I just wasn't myself.

13       **Q.**   When you say you were losing it, you've already

14   explained the claustrophobic actions and literally climbing

15   the walls.  What else was happening as you were losing it?

16       **A.**   Well, he told me, "You're going home tomorrow,"

17   and I was complaining about the food.  And I had the same

18   clothes on for six months.  And they gave me soap, and you'd

19   have to wash your underwear one day with that water, no hot

20   water.  And you'd try to wash your pants the next day.  The

21   shirt, it done had holes in it and everything.  I just

22   wasn't myself, I wasn't thinking.

23             Then he stated again, "Do you want to go home?  Do

24   you want to call your wife?  Do you want to chew khat?"

25   That's a drug that they do.  That's what the Houthis did all

1    day.  They say it's like cocaine, the way the military

2    explained it to me.  I said, "I want to call my wife."  And

3    then I said, "No, wait, I want to go home."  Then they

4    removed the handcuffs, and they removed my blindfold and

5    they allowed me to shave.  So I shaved my beard.

6         Q.   And the next day, did they actually take you on a

7    ride that would eventually end up with your freedom?

8         A.   Well, I thought I was going to the airport, it was

9    only 20 minutes I figured from the time I remembered

10   counting.  And when we passed the airport, I thought they

11   was taking -- I knew then that they were taking me to

12   negotiate a trade for me I thought.

13        Q.   All right.  Where did they take you?

14        A.   Well, they took me to Sa'dah city which is the

15   stronghold of the Houthis.  In the middle of the city, as I

16   told my wife, as many as from seven year old to 70, everyone

17   has an AK.  Never seen so many rifles in all my life.  They

18   took me to an undisclosed location which was their safe

19   house, and it was all Houthis standing around.  In the

20   corner of the room that they put me in, there was a TV on, a

21   flat screen TV with martyrs, the martyrs of Houthis who had

22   been killed by the resistance.  There was about 11 or 12

23   guys in there looking at me.  I just didn't feel very

24   comfortable with that.

25             And then by that time, my interrogator came into

1    the room and the driver of the vehicle, and he told me to go

2    through my things again.  I said, "I've done went through my

3    things, they're there."  He wanted me to look again so I

4    did.  I said, "Yeah, it's good."

5        Q.    Did they eventually take you to the border with

6    Saudi Arabia?

7        A.    Well, that was around 12:00 noon, because they

8    were praying and I knew how to keep time by their prayers.

9    I asked them where we were going.  I remember we were

10   leaving the city, we could see they had stopped and they

11   showed me this mosque that was bombed.  Then they would show

12   me the school that was bombed and this merchant's house that

13   was bombed in the city.  He said, "This is what your

14   government's doing, and we want you to tell them what

15   they're doing.  And we'll not leave this place, we will die

16   fighting."

17          And then we'd stop at another area down the road,

18   and they'd show me another mosque, another school, another

19   area.  There were 21 bridges I counted that were blown up by

20   the Saudis to keep the Houthis from invading into Saudi

21   Arabia, because that's what their goal was, to enter from

22   the south and then Iran they said would come in from the

23   west.

24       Q.    Who told you this?

25       A.    Well, the guys in the yard, the doctor, some of

1    those.  And the guys in the car was talking to me about what

2    their plans wanted to do.  They wanted me to tell my

3    government these things, you know.  I mean, they actually

4    stated that.

5         Q.   Did they take you to the border with Saudi Arabia?

6         A.   After nine hours, I came into the mountains and

7    yes, they did take me to the border.

8         Q.   And tell the Court how they negotiated the

9    exchange so that you became free at that point?

10        A.   In the beginning when I first arrived at the safe

11   house, there was a man on the phone.  The interrogator asked

12   me -- I said, "Who's he talking to?" just to make

13   conversation because he could speak English.  He says, "He's

14   talking for your release, your negotiation."  Then when we

15   got to the border, there was a Saudi on the other side of

16   the border.  And that same man that was doing the talking

17   got out of the vehicle that was behind us, and he walked

18   approximately 40 yards to the border across through this

19   chain link fence and met this guy.  And they kissed and all

20   that kind of stuff.

21        Q.   And what did they do with you?

22        A.   They made me sit in the car, and I remember my

23   knees being tucked under me for nine hours in the middle of

24   a Toyota 4Runner.  I was in excruciating pain.  They

25   wouldn't let me get out.  I could see them walking, and then

1    I saw more Saudis come in.  I knew what they wore, their

2    apparel being over in that part of the country.  And the

3    Houthis, the rifles was coming in from behind me.  By that

4    time, there was quite a gathering of soldiers on both sides.

5    The next thing I know, this Saudi is standing right here, I

6    don't even remember him walking.  It's all kind of like a

7    blur.  I guess I was in a state of shock, I guess that's

8    what you'd call it.  I never was in shock before, so I don't

9    really know.

10         But I remember him coming up to me and turning on

11   his iPhone.  And then one of the diplomats from Riyadh --

12   and I can't say his name, but he spoke to me of course in

13   English and said, "You go with this man across the border,

14   and I will meet you at a restaurant within an hour."  The

15   man shook his head like that, and I said, "Yes."  I remember

16   him grabbing me by the hand and me stepping out of the car,

17   but I don't remember walking across to the border.  I just

18   don't remember it.

19        **Q.**   But you did end up meeting this diplomat in a

20   restaurant?

21        **A.**   I did, I met him in a restaurant probably in an

22   hour, maybe a little more.  They took me to the Saudi

23   hospital and they X-rayed me.  They wanded me to make sure I

24   didn't have anything implanted in me.  And as I was coming

25   up to the restaurant, I noticed three black vehicles which

1    were the diplomatic security and the FBI.  And when I

2    approached them, they said, "Welcome back."  I says, "Thank

3    you," you know.  I says, "Glad to see you guys."  And then

4    next thing they said was, "Well, we're going to tell you

5    right now before we go any further that John is not with us

6    no longer, he's been murdered and tortured."  I mean, I just

7    lost it.

8        Q.   Did you ever find out any details about any

9    negotiations between the U.S. government and the Houthis?

10       A.   You mean prior, later on?

11       Q.   No, I mean afterwards.  So the question is did

12   anybody tell you the details of you were released in

13   exchange for anything else?

14       A.   I was told by my --

15       Q.   Now, before you say what you were told, explain to

16   the Court who said this to you I guess first.  So I want to

17   make sure we're --

18       A.   Well, I was told by my CEO of my company that I

19   was freed with a large amount of money and 40 Houthi

20   representatives, maybe upper soldiers or maybe regular

21   soldiers.  But there were 40 Houthis that were released from

22   Saudi Arabia and a large amount of money.

23       Q.   Did he tell you how he knew that?

24       A.   I'm sorry?

25       Q.   Did he tell you how he knew that?

1    **A.**   No, he never stated how he knew that.  I was also

2    told --

3    **Q.**   Were you ever told from any U.S. government

4    representatives as to whether anything was given in exchange

5    for your release?

6    **A.**   No, I didn't ask anyone about it.

7    **Q.**   Or anyone else in an official capacity?

8    **A.**   No, sir.

9    **Q.**   Now, how long after that did you get back to

10   Tennessee and back to your family?

11   **A.**   Well, I wanted to go home immediately, but the

12   diplomatic security, the gentleman had done this and seen

13   this before.  He advised me to go to the hospital and --

14   excuse me.  I went there three days, they examined me.

15   There were some things wrong with me physically because no

16   eating and things of that nature.  And then I went home

17   probably -- it was right after my birthday, I made it home

18   before my son's graduation.

19   **Q.**   Did you get to see your son graduate?

20   **A.**   I actually got to see him graduate, yes.

21   **Q.**   Was that one of your goals?

22   **A.**   That was my goal, yes.

23   **Q.**   Explain to the Court what it was like when you met

24   your family again after six months away in captivity?

25   **A.**   Well, it was the happiest day of my life.  I

1    still -- you know, I don't think my wife really understood

2    yet that I was really I think still in shock with it all.

3    After I read my medical report and the things that were

4    wrong with me, she was in tears.  I don't know, she just

5    didn't think I cared nothing about her.  Anyway, it was a

6    good day.  Mom was there, my kids were there, my grandkids

7    were there.  I got to see my new granddaughter.

8         Q.   Were you able to adjust back to the kind of

9    lifestyle you had before you took off?

10        A.   Not yet.  I'm trying, but not yet.

11        Q.   Tell me what happened after you had been home for

12   a few weeks and you tried to get back into the rhythms of

13   family life again?

14        A.   Well, I just noticed that after four weeks, my

15   wife had issues.  She wasn't the same.

16        Q.   Did you understand that she'd been through a lot

17   as well?

18        A.   I did.  You know, I know that she spent days --

19   not hours, but days without sleep texting and talking to

20   different people overseas trying to find out where I was at,

21   and actually come up with some information that helped the

22   government.  And she explained to a gentleman named Peter --

23   which I can say his name, in the government that stayed in

24   close contact, that she gave him the information that also

25   helped me in a lot of ways.

1     **Q.**   Did your marriage -- after you returned, was your

2   marriage as strong as it was before?

3     **A.**   No.

4     **Q.**   Did you and Crystal eventually separate?

5     **A.**   Yes, she left me in four weeks.

6     **Q.**   And has she come back to the house and are you now

7   living together again?

8     **A.**   After a year she came back, and she's not the same

9   lady.  She's not the same wife.  She's not the same person.

10   She was real active in the church and talked to mission

11   friends and things of that nature, you know.  Did our Easter

12   plays together.  I mean, she's just not herself.

13     **Q.**   Are you the same person that you were before you

14   left this last time to work in Yemen?

15     **A.**   No.

16     **Q.**   How are you different?

17     **A.**   Well, I used to have a lot of drive.  I mean, I'd

18   always work hard.  I just -- I'm used to doing things

19   myself.  And I try to -- you know, I just -- I don't have

20   the get up and go I used to have.  I don't have that will

21   anymore.

22     **Q.**   Have you worked since you came back from Yemen?

23     **A.**   No.

24     **Q.**   Did you continue to be on the payroll for AC4S for

25   a period of time?

1      **A.**   They still would want me to come in, and they had

2  me coming in.

3      **Q.**   How long did they have you coming in and doing --

4      **A.**   I came in until December 29th of 2017.

5      **Q.**   Since December 29th of 2017, have you worked?

6      **A.**   No.

7      **Q.**   Has your doctor cleared you for work?

8      **A.**   No, sir.

9      **Q.**   Are you getting counseling?

10     **A.**   No, sir.

11     **Q.**   Don't you believe that you need counseling given

12  what you've been through?

13     **A.**   Yes, she said I did.

14     **Q.**   Who said that you did?

15     **A.**   My doctor.

16     **Q.**   What is your doctor's name?

17     **A.**   Dr. Karen Davidson.

18     **Q.**   And did she diagnose you with anything, sir?

19     **A.**   She diagnosed me with Post-Traumatic Stress

20  Disorder, depression and anxiety.

21     **Q.**   And since you have that diagnosis, did she also

22  prescribe some medication?

23     **A.**   She did.

24     **Q.**   Are you taking that medication?

25     **A.**   Because of my religious beliefs, I refrained from

1    taking it.  I believe I can pray and ask God to heal me.  I

2    believe in faith.  I just don't like -- I mean, I'm really a

3    health nut before all this happened.  I'd run, workout with

4    weights.  I just don't like to put stuff like that in my

5    body.

6         Q.    Do you recognize that people that have been

7    through Post-Traumatic Stress Disorder have a need for

8    counseling?

9         A.    Yes, I do now.

10        Q.    Are you going to try and get some of that

11   counseling?

12        A.    Yes, she -- I told her last week.

13        Q.    You told the doctor last week?

14        A.    My doctor, yes.

15        Q.    And are you going to try to get to a place where

16   you can go back to work?

17        A.    I hope to by the end of this year if possible.

18        Q.    And do you believe you still have valuable job

19   skills that you could use in the American market?

20        A.    I still can be in quality control management or

21   construct management, yes.

22        Q.    Are you willing to go overseas and work again in

23   the future?

24        A.    No, no.

25        Q.    Are you willing to take the medications that your

1   doctor has been prescribing?

2       **A.**   Yes, I decided I need to.

3       **Q.**   Have you started taking those yet?

4       **A.**   I have took a little.  I took it maybe two weeks

5   ago, but she wanted me to take it on a regular basis.

6       **Q.**   What has the relationship been like with your kids

7   since you've gotten back about two and a half years ago?

8       **A.**   Well, I mean, it's not -- you know, we used to

9   have -- I mean, we have a little ranch.  During the

10  holidays, 4th of July, we'd all cookout and invite all the

11  families over.  We just don't do it anymore.  I mean, I want

12  to, but we don't do it.

13      **Q.**   Do you have the same energy and excitement for

14  life that you had before?

15      **A.**   No.

16      **Q.**   What do you have as far as physical injuries, if

17  any, from the results of your captivity?

18      **A.**   Well, I have problems with my lower back because

19  of the concrete -- I mean, the mattress, it was not a

20  mattress, it was a piece of wore out foam.  From all the

21  continuous bombing and explosions every day, I do have

22  ringing in my ear, my left ear now.  I have a constant

23  headache.  I didn't have a pillow for over three months, and

24  I tried to roll my jeans up to have something to sleep on.

25  But it wasn't adequate enough support to me.

1          And the depression I guess.  I can't gain my

2     weight back.  I was 166, and I dropped down to the weight

3     that I dropped down -- I don't weigh that now.  I don't

4     sleep.

5          Q.   Do you have nightmares?

6          A.   Oh, I still think about this every day.  I think

7     about John every day.

8          Q.   Do you have flashbacks?

9          A.   Yes.

10         Q.   Do you have spells of anger?

11         A.   I just get where I want to be by myself and get

12    away from everybody.

13         Q.   Isolation?

14         A.   Yes, sir.

15         Q.   Do you understand what I mean when I say

16    detachment, do you feel detachment?

17         A.   Yes, sir.

18         Q.   Describe what that feels like, what that means?

19         A.   I know that the things that I used to do, they

20    don't interest me anymore for one thing.  Like I say, I have

21    a ranch and cattle and a nice little farm.  Some days I

22    just -- I don't care, I just don't even get up.  It's not

23    that I don't want to, I've always worked all my life, your

24    Honor.  I was working three jobs before I went overseas to

25    work.  I always provided.  I always tried to be a good

1  father, a good spouse, a good Christian man.  I love my

2  country and I respect it.  But I just -- I don't know.

3  **Q.**  Do you suffer from headaches?

4  **A.**  Yes.

5  **Q.**  And did you suffer from headaches before you were

6  in captivity?

7  **A.**  I've never had headaches.  I don't know -- I never

8  had a migraine so I don't know what a migraine is, I don't

9  know.  Just headaches.

10  **Q.**  Now, you mentioned that you want to try to get

11  back to work before the end of the year.  Do you have a plan

12  for that?

13  **A.**  I hope so, yes.

14  **Q.**  What is that plan?

15  **A.**  I'm going -- for one thing, I'm going to seek

16  counseling.  And she recommended it, and I told her I would

17  do it.  Also immediately taking my medication.  I realize

18  that you can't -- you know, God also gives us enough

19  common-sense to listen to doctors, you know.  And she's a

20  good Christian doctor, and so I decided to start doing it.

21  Maybe that might make things better.

22  **Q.**  You've been doing it for a couple of weeks, is

23  that correct?

24  **A.**  Yes, sir.

25  **Q.**  Is there anything else you want to tell the Court

1   about the time that you were imprisoned and the impact that

2   it's had on your life?

3       A.   Well, I know I tried to do it on my own.  I know

4   that I've always been a pretty strong willed person.  I knew

5   that -- I just realized after all this time and even the

6   psychiatrist in Germany said, "It won't bother you now, but

7   in a year or two, maybe even three years down the road, this

8   is going to affect you."  And it's starting to affect me

9   like he stated.  But the biggest thing if I could do all

10  this over again, if I can just go back with John and try a

11  little harder, you know.  Excuse me.

12          He was a good guy.  He had a family.  He was only

13  46.  And if I could have maybe got my hands untied, maybe we

14  could have took them.  I mean, he was a big guy, and for 58

15  I was in good shape.  Still pretty strong.  Maybe we could

16  have took them or maybe we'd have both died, I don't know.

17      Q.   You understand though at the time you were

18  surrounded by a number of Houthis with weapons?

19      A.   Right.  There was three in that van, and I think

20  that's what he was thinking.  I mean, he knew me and he knew

21  I worked out and everything and was pretty strong and he was

22  too.  But we knew they had weapons.

23      Q.   But you're committed to talk with a counselor and

24  talk through these regrets and work through these issues

25  with a counselor?

1      **A.**    Yes.

2             **MR. SINGER:**  Answer any questions that the Court

3   may have.

4             **THE COURT:**  Can you tell me a little bit about the

5   food that they gave you?

6             **THE WITNESS:**  I'm sorry?

7             **THE COURT:**  Can you tell me a little bit about the

8   food that you were given?

9             **THE WITNESS:**  Your Honor, the food was -- it was

10  in a Tupperware bowl, and it had maybe about an inch or two

11  I guess of like water.  And then it was beans.  Most of the

12  time it was English peas.  And you got that in the morning.

13  And they did give you six pieces of bread, and that would

14  last you through the day.  And then they would -- they'd

15  give you nothing but rice, and I wouldn't eat the rice.  I

16  don't eat rice anyway because of the carbs it puts on you,

17  you know.

18            Just the place I was at I guess, it wasn't a clean

19  place.  Of course you can hear them in there chewing khat

20  and clearing their throat and everything else.  And then

21  there were 18 to 20 times that they just didn't feed us.

22  Why I don't know, but we didn't get food.

23            **THE COURT:**  But for how long?

24            **THE WITNESS:**  It was during that six months.

25            **THE COURT:**  So was it for a day they didn't feed

1     you, two days, three days?

2            THE WITNESS:  Oh, they might have come in and gave

3     us something in the morning, and then you may not get

4     anything else until the next day.  That was -- that's part

5     of the reason why I lost so much weight too, sir.

6            THE COURT:  Can you tell me a little bit more

7     about when you were at the safe house and you said that one

8     of the individuals there was negotiating for your release?

9            THE WITNESS:  Yes, sir.

10           THE COURT:  Tell me about that.

11           THE WITNESS:  He couldn't speak English, but

12    Mohammad, the interpreter, he said this is what he does.  As

13    soon as we got there -- and of course I was -- I tried to

14    get along in the situation I'm in.  I knew that I was in a

15    bad situation, and I still didn't know who he was talking

16    to.  That's why I asked who was he talking to.  And he said,

17    "He's negotiating your release."  He even told me that -- I

18    mean, the guy even let me see his face, I don't know why the

19    interpreter did.  But he stated that he's done this many

20    times, negotiating hostage's release.  This is not his first

21    time.  And he was negotiating with the Saudi my release.  I

22    didn't even really catch on to that, because I didn't know

23    for sure -- you know, I don't know exactly who he talked to

24    personally, but that was his job he said.

25           THE COURT:  His job within the Houthi group?

1          **THE WITNESS:**  Within the Houthi.  Each had -- some

2     Houthi were like supervisors the way I understood it.

3          **THE COURT:**  How long did that process last?  How

4     long was he on the telephone?

5          **THE WITNESS:**  We were there probably I would say a

6     couple of hours, because they prayed and those guys rested.

7     And he would call, and then he'd wait for another call and

8     call back.  That went on probably around 30 minutes or so,

9     different times.  I don't know what they said because it was

10    all in Arabic.

11         **THE COURT:**  I don't think I have anything further.

12         **MR. SINGER:**  May I have just a minute, your Honor?

13         **THE COURT:**  Yes.

14         **MR. SINGER:**  Just to be clear, if I could ask a

15    follow up question?

16         **THE COURT:**  Of course.

17    BY MR. SINGER:

18    **Q.**    What were you diagnosed -- you said you met with a

19    psychiatrist in Germany and some doctors in Germany before

20    you came home?

21    **A.**    Yes.  I had some -- well, there were some things

22    physically inside wrong with me, doctor terms I couldn't

23    tell you.  But I know he stated to me that, "You think

24    you're all right right now" -- and I always think I'm all

25    right.  You can ask my wife, I don't like to go to the

1    doctor.  And I don't, I try to stay healthy.  And I don't

2    take medication of any at my age except for what Dr. Karen

3    is giving me now.  But he says -- he just stated about the

4    Post-Traumatic Stress Disorder.  I never knew what that -- I

5    always heard of it and I thought it was something made up,

6    but it's real I guess.

7            **MR. SINGER:**  That's all I have, Judge.

8            **THE COURT:**  Thank you.  You're excused.

9            **THE WITNESS:**  Thank you, your Honor.

10           **MR. SINGER:**  Dr. Arden would be our next witness.

11           **THE COURT:**  Why don't we go ahead since it's

12   12:15 now and just break until 1:30.

13           **MR. SINGER:**  Yes, sir.

14           **THE COURT:**  We can start with Dr. Arden then at

15   1:30.

16           **MR. SINGER:**  That would be fine.  Thank you,

17   Judge.

18       (Off the record at 12:14 p.m.)

19       (Back on the record at 1:40 p.m.)

20           **THE COURT:**  Mr. Singer, you may call your witness.

21           **MR. SINGER:**  Thank you, your Honor.  Just for

22   planning purposes for the Court, we intend to today

23   hopefully get through Dr. Arden who's the medical examiner,

24   two fact witnesses, one of whom will testify by videotaped

25   deposition, and then one of our expert witnesses.  So we

1    would call Dr. Arden to the stand.

2              **THE COURT:**  Okay, thank you.

3              **DEPUTY CLERK:**  Please raise your right hand.  Do

4    you solemnly swear that the testimony you're about to give

5    will be the truth, the whole truth and nothing but the

6    truth, so help you God?

7              **THE WITNESS:**  I do.

8              **DEPUTY CLERK:**  Thank you.  You may be seated.

9              **THE WITNESS:**  Thank you.

10             **THE COURT:**  You may proceed.

11

12        DIRECT EXAMINATION OF JONATHAN ARDEN, M.D.

13   **BY MR. SINGER:**

14        **Q.**   Good afternoon, Dr. Arden.

15        **A.**   Good afternoon, sir.

16        **Q.**   Could you please state your name and address for

17   the record.

18        **A.**   I'm Dr. Jonathan Arden, A-R-D-E-N.  My business

19   address is 1390 Chain Bridge Road, Number 105, McLean,

20   Virginia 22101.

21        **Q.**   Where are you presently employed?

22        **A.**   I'm primarily currently employed as the president

23   of Arden Forensics which is my consulting practice in

24   forensic medicine and pathology.  I also hold a part-time

25   position with the Office of the Chief Medical Examiner for

1    the state of West Virginia.

2        **Q.**   I'd like to direct your attention to Exhibit 32

3    which hopefully will be on the screen in front of you, and

4    also it's in the notebook as well, whichever you'd like to

5    use.

6        **A.**   Yes, sir.

7        **Q.**   Is that a true and accurate copy of your CV?

8        **A.**   I'm seeing the first page here.  I'm assuming you

9    have five pages in the exhibit?

10       **Q.**   Yes, we do.

11       **A.**   Yes, if that complete document -- yes, now that I

12   scroll through it, as a matter of fact that is a copy of my

13   curriculum vitae or professional resume.

14           **MR. SINGER:**  I would like to introduce that into

15   evidence, your Honor.

16           **THE COURT:**  Exhibit 32 is admitted.

17       (Plaintiffs' Exhibit 32 admitted into evidence)

18   **BY MR. SINGER:**

19       **Q.**   Thank you.  Now I'm going to ask you about your

20   qualifications.  And if there's anything on the resume that

21   you want to highlight or that relates to this, let me know

22   as we go through this, okay?

23       **A.**   Yes, sir.

24       **Q.**   Could you tell the Court whether you are board

25   certified by the American Board of Pathology, Anatomic and

1    Forensic Pathology?

2         **A.**    Yes, I am.

3         **Q.**    And what does that certification entail?

4         **A.**    Every one of the medical specialties in this

5    country has a governing board.  So for me that is the

6    American Board of Pathology.  And the governing board

7    promulgates standards of education and training.  And if a

8    person in a given field meets those standards of education

9    and training, is licensed to practice medicine, you can then

10   make application, pay a fee and sit for examinations in the

11   various fields governed by that board.

12             If you pass the examination, then you are

13   certified by your board demonstrating the degree of

14   competency and accomplishment, if you will, in your field.

15        **Q.**    And when were you board certified?

16        **A.**    I was board certified in both anatomic and

17   forensic pathology in 1985.

18        **Q.**    Can you tell the Court about your academic

19   qualifications?

20        **A.**    I attended college for two years at the Johns

21   Hopkins University, then for two years at the University of

22   Michigan where I received my Bachelor of Science degree in

23   1976.  I then attended and graduated from the University of

24   Michigan Medical School, received my M.D. or doctor of

25   medicine degree in 1980.  I then served in two medical

1    specialty training programs, what we commonly call

2    residencies.  The first was a three-year program in the

3    field of anatomic pathology at the New York University

4    Medical Center in New York City.  The second was a one-year

5    program in forensic pathology at the Office of the Chief

6    Medical Examiner for the state of Maryland located in

7    Baltimore.

8         Q.   Are you licensed to practice medicine in various

9    states?

10        A.   I am currently licensed in four states, although

11   one of those licenses is in an inactive status.  New York

12   allows you to remain licensed but be unregistered if you're

13   not practicing there.  But technically I'm licensed in four

14   states currently.

15        Q.   What are those states?

16        A.   Virginia, West Virginia, Maryland and New York.

17        Q.   Can you explain your work history to the Court,

18   please?

19        A.   At the completion of the education and training I

20   described, I then spent a total of 20 years in full-time

21   government service working in four different medical

22   examiner offices.  I worked in the office in Suffolk County

23   on Long Island, New York a little less than two years.  I

24   was a medical examiner for the state of Delaware for three

25   years.  I then spent a total of nine years working in the

1   Office of Chief Medical Examiner for the city of New York.

2   I rose through multiple titles, and I finished there as the

3   first deputy chief medical examiner or the second in command

4   of that system.  I then spent about five and a half years as

5   the chief medical examiner of Washington, D.C.

6           When I completed that total time, I then

7   essentially went out into private practice, the consulting

8   practice type of work that brings me here today.  In

9   addition to doing my consulting work now for it's about 14

10  years or so, I had initially a part-time appointment with

11  the medical examiner system in Northern Virginia where I

12  live.  I voluntarily gave that up after about a year and a

13  half.

14          And for the past -- it's now a little over eight

15  years I believe, I have the part-time position in the state

16  of West Virginia in which I function as a medical examiner,

17  but I only do it on a part-time basis.

18      Q.   In the total work history, any idea of how many

19  autopsies you might have performed?

20      A.   I've personally performed about 3,000 forensic

21  autopsies.  I've also done external examinations for the

22  purposes of issuing death certificates at a minimum another

23  500 times.  And during the course of my career, I've

24  supervised thousands of other autopsies.

25      Q.   And did any of those autopsies involve suicide by

1  hanging?

2      A.    Yes.  As a matter of fact -- and I can't give you

3  an exact account of how many of this case or that kind of

4  case I've handled, but I have seen numerous examples of

5  suicidal hangings including doing the autopsies myself on

6  many of those cases.

7      Q.    And did any of those cases involve death by

8  strangulation?

9      A.    Yes.  Again, I can't give you an exact number, but

10  I have seen many cases of homicidal strangulations of

11  various types including manual strangulation and ligature

12  strangulation.

13      Q.    What is the National Association of Medical

14  Examiners?

15      A.    National Association of Medical Examiners, which

16  we commonly refer to by its acronym of NAME, is the

17  professional association that represents the interests of

18  forensic pathologists and medical examiners as well as the

19  offices in which they work and the systems in which they

20  work across this country.  And now to some degree, around

21  the world.

22          So this is a professional organization that

23  maintains standards for forensic autopsy practice, maintains

24  an accreditation program for medical examiner and coroner's

25  offices, represents the interests of forensic pathology in

1      various public and governmental entities.  That's the nature

2      of that organization.

3          Q.    Are there other organizations like that in the

4      United States or is that pretty much the one that governs

5      the medical examiners?

6          A.    There is only one other similar organization in

7      the United States which is the American Academy of Forensic

8      Sciences.  That is a much larger organization that covers

9      many other forensic disciplines besides the medical

10     examiners.  But the NAME that I am a member of and an

11     officer in is really the number one organization that

12     represents our professional status.

13         Q.    Have you served on the executive committee of the

14     National Association of Medical Examiners?

15         A.    Yes.  Earlier in the 2000s, I spent six years on

16     the board of directors, three of which I was elected by the

17     board to be on the executive committee.

18         Q.    And are you presently serving as an officer of

19     that association?

20         A.    Yes, I am currently the vice president of that

21     association which also places me back on the board of

22     directors and the executive committee.

23         Q.    And is it typical that the vice president rolls

24     into the position of president?

25         A.    It's not guaranteed, but I believe it's going to

1    happen, yes.

2        **Q.**    Unless you do something crazy between now and

3    then?

4        **A.**    Yes, barring that, I expect to be president next

5    year.

6            **MR. SINGER:**  Your Honor, I would proffer Dr. Arden

7    as an expert forensic pathologist.

8            **THE COURT:**  The Court concludes that Dr. Arden is

9    qualified under Rule 702 to testify in the field of forensic

10   pathology.

11   **BY MR. SINGER:**

12       **Q.**    Thank you.  Dr. Arden, did you have a chance to

13   review the autopsy performed by Dr. Mazuchowski and the

14   associated photographs?

15       **A.**    I did.

16       **Q.**    And if you're going to use the notebook, that

17   would be Exhibit 7 and Exhibit 8.  And I'll also pull those

18   up on the screen as we go through those.

19           By the way, do you know Dr. Mazuchowski?

20       **A.**    I do.

21       **Q.**    How do you know Dr. Mazuchowski?

22       **A.**    I'm acquainted with Dr. Mazuchowski through in

23   part my work with the National Association of Medical

24   Examiners, and in part because on occasions throughout

25   really my entire career I've had contact with the military

1    medical examiner system.  Actually I'm referring to it

2    generically, because it has gone through a series of names

3    in the years I've known them.  But the military medical

4    examiners have been an organization and people that I have

5    worked with and I have interacted with over the years.  So

6    I've met Dr. Mazuchowski in both of those realms.

7        **Q.**   Have you had a chance in your consulting work to

8    regularly review autopsy reports that are put out by the

9    military medical examination system?

10       **A.**   I have regular occasion to review autopsy reports

11   from many different medical examiner and coroner offices

12   across the country.  And I have on several occasions in the

13   past had to review specifically the autopsies from what's

14   now called the Armed Forces Medical Examiner System.

15       **Q.**   And is this autopsy consistent with the types of

16   autopsies you see from the Armed Forces Medical Examiner

17   System?

18       **A.**   This autopsy is consistent with those that I have

19   reviewed previously from the Armed Forces Medical Examiner

20   System, and in general is consistent with autopsy reports

21   from forensic organizations across the country.

22       **Q.**   And in your involvement in this case, have you had

23   any reason to question the truth and accuracy of either

24   Exhibit 7 which is the autopsy report or Exhibit 8 which are

25   the photographs?

1    **A.**    I've had no indication in my review to question

2    the autopsy report or the autopsy photographs.  And as a

3    matter of fact, the autopsy photographs, some of which I

4    know are being presented as Exhibit 8, allowed me to view

5    independently the findings described in the autopsy report.

6    And in fact, the photographs corroborated the descriptions

7    in the report such that I had an independent reason to take

8    the autopsy report at its face value and to believe it.

9              **MR. SINGER:**  Your Honor, we would move Exhibit 7

10   and Exhibit 8 into evidence.

11             **THE COURT:**  Exhibit 8, are these the photographs

12   that go along with Exhibit 7?

13             **MR. SINGER:**  Yes, sir.

14             **THE COURT:**  Okay.  Exhibit 7 and Exhibit 8 are

15   admitted.

16        (Plaintiffs' Exhibits 7 and 8 admitted into evidence)

17   **BY MR. SINGER:**

18   **Q.**    In addition to reviewing the autopsy report and

19   the -- strike that, let me back up just for a second.

20             We have selected certain photographs at your

21   direction to include as Exhibit 8.  Were there other

22   photographs that you reviewed as well, Dr. Arden?

23   **A.**    Yes.  You've selected I think -- excuse me, it

24   looks like 15 autopsy photographs.  There were numerous

25   other autopsy photographs that I reviewed and relied upon

1   aside from these.

2        Q.   And in addition to the other photographs, these

3   two exhibits, did you review other documents related to this

4   case?

5        A.   Yes, sir.

6        Q.   What were those?

7        A.   I reviewed the complaint in this matter, and I

8   think that was the only other document.  Excuse me.  Other

9   than representations from counsel and discussions with

10  counsel, I think the only other document was the complaint,

11  the autopsy report and the autopsy photographs.

12       Q.   After reviewing the autopsy report and the autopsy

13  photographs, are you able to express an opinion to a

14  reasonable degree of scientific certainty about the cause

15  and manner of John Hamen's death?

16       A.   Yes.  Actually, I prefer the term reasonable

17  degree of medical certainty.

18       Q.   What did I say?

19       A.   You said scientific.

20       Q.   I stand corrected.  And I had medical certainty in

21  my notes, so reasonable degree of medical certainty about

22  the cause and manner of John Hamen's death?

23       A.   Yes, I can.

24       Q.   And what is that opinion?

25       A.   My opinions again to a reasonable degree of

1    medical certainty are that the cause of death for Mr. Hamen

2    was strangulation by ligature, and that the manner of death

3    for Mr. Hamen was homicide.

4         Q.    Do these findings agree with Dr. Mazuchowski?

5         A.    My opinions agree with the findings and opinions

6    expressed by Dr. Mazuchowski.  I have expressed my opinion

7    as to the cause of death to a slightly more specific degree

8    than he did in his autopsy report.  Dr. Mazuchowski, the

9    medical examiner who performed the autopsy, certified the

10   cause of death as asphyxia.  And he then included in his

11   autopsy report and demonstrated in the autopsy photographs

12   evidence of use of a ligature -- meaning a binding in

13   essence around the neck.

14        And in fact, if you look at -- I'm using my copy,

15   but this is for Exhibit 7.  If you look at the very last

16   page where he has his final diagnoses, where the first

17   diagnosis is asphyxia, he has two subheadings under that.

18   The first of those describes the ligature mark around the

19   neck.  So Dr. Mazuchowski has opined that this is death by

20   asphyxia.  He has highlighted in his findings the presence

21   of a mark of a ligature having been applied around the neck.

22   But he didn't phrase it as strangulation by ligature which I

23   believe is the more specific conclusion that is appropriate

24   based on his work.

25        Q.    Now let's begin with your opinion regarding the

1    cause of death.  With these -- with regard to these ligature

2    marks on John's neck that you referenced in the photographs,

3    what about those ligature marks allow you to draw the

4    conclusion that you drew regarding the cause of death?

5        A.   Well, the cause of death is actually based on the

6    totality of the evidence, some of which is positive evidence

7    directly related to your question, and some of which is

8    actually negative evidence.  Because you also have to have

9    the absence of some other competing or superseding cause in

10   place.

11            The ligature mark itself is a thin indentation.

12   It's noted in the autopsy report being about a quarter-inch

13   wide and about a quarter-inch deep.  And it's a band going

14   across the front of the neck, slightly upward on each side

15   of the neck.  And then is largely present even around the

16   back.  Although the area of the ligature mark in the back

17   goes more sharply upward and is not quite as pronounced.

18   But there is a ligature mark.  And again, Dr. Mazuchowski

19   has characterized it -- I agree with this, as being a near

20   complete circumferential ligature mark.

21       Q.   Dr. Arden, are those photos in Exhibit 8 that we

22   could point those out on?

23       A.   Yes.  Actually, if you'll give me one second then

24   we'll go to those.  So the -- to finish answering your

25   question, the ligature mark is indicative of somebody having

1    applied a ligature around the neck quite forcefully.  In

2    conjunction with that, Mr. Hamen had a few pinpoint sized

3    hemorrhages on the surfaces of his eyes or inside the

4    eyelids.  Those are called petechiae or petechial

5    hemorrhages.  Those are also commonly seen with

6    strangulation, not exclusively but commonly.

7              He also had -- just to be complete -- no other

8    really potential superseding or competing cause.  He didn't

9    have heart disease or a gunshot wound or something else that

10   would take us away.  So he has enough findings here to

11   indicate death by ligature compression of the neck.

12             Now, you asked me about the photos.  If we can

13   start with 8E, please.

14             **THE COURT:**  Have we turned the monitors off?

15             **MR. SINGER:**  We did, Judge, before this part of

16   it.

17             **THE COURT:**  Okay, thank you.

18             **THE WITNESS:**  This is an autopsy photograph, you

19   can see this blue draping around.  So you're seeing

20   basically the lower half of the face, the chin area with his

21   beard.  You're seeing the front of his neck in the bottom

22   half of the photograph.

23   **BY MR. SINGER:**

24        **Q.**   I think we're looking at a different exhibit.

25        **A.**   8E according what I have here should be ligature

1    mark front which I believe this is.

2         **Q.**   Okay.

3         **A.**   So the one thing to notice about this

4    photograph -- since there will be several others, your

5    Honor, of the ligature mark from each side, some of the

6    photographs were taken before part of his beard was shaved.

7    Some of the ligature mark is in the area that was hair

8    covered by the bottom part of his beard.  So this is one of

9    the ones where the shaving has been done.  But the ligature

10   mark is the kind of light brown kind of -- it's got kind of

11   like a parchment look.  I think if I can do --

12        **THE COURT:**  I see it.

13        **THE WITNESS:**  Okay.  Your Honor, I just put a

14   little dot on each side.  It's the line that goes between

15   them.  So that's what it looks like on the front.  If we can

16   go to 8F, please.  I have to -- how do I get my dots off the

17   screen?  There's usually a button to hit.

18        **THE COURT:**  Kristin, do you know where the clear

19   is -- how to clear the screen from the marks?

20        **THE WITNESS:**  Oh, thank you.  This is Exhibit 8F.

21   This is showing a ligature mark from the left side.  You'll

22   notice in this picture, your Honor, that the shaving has not

23   yet been done.  But again, I'm going to just put a few marks

24   near the bottom.  You can follow that upwards.  Actually, if

25   I put a mark on the screen right in front of his throat,

1    you'll see that the ligature mark goes up to the midline

2    there.  And you can see where I'm trying to draw this curved

3    line, you can see his Adam's Apple, the bump on the front of

4    his throat, which is above the ligature mark.  Perhaps a

5    better way to put it is the ligature mark is below the

6    Adam's Apple which is going to be one of the important

7    points in terms of the interpretation of how this occurred.

8            If we can go to -- actually, if we can do 8H,

9    please.  I'm going to go out of order just to stay in the

10   same place.  So this is 8H, your Honor, which is ligature

11   from left side of the neck.  But now you see the shaving has

12   been done, so the ligature mark -- the portion that was in

13   the beard is more clearly demonstrated here.  But you can

14   see the features of it.  It's narrow, it's very linear.  As

15   I said, it's described to be about a quarter-inch wide and a

16   quarter-inch deep.  It's well-defined.  It's also largely

17   going across the front of his neck.

18           In this photograph, you can see that as it goes

19   from the front toward the side and the rear, it's angled a

20   little bit upward relative to the top of his head, that kind

21   of upward.  But the mark across the front in particular

22   going below the Adam's Apple is very much horizontal which

23   is another important feature as to interpreting this mark

24   and how it was caused.

25           If we could go to 8G, please.  And 8G you can see

1    is another photo of the ligature mark from his right side or

2    on his right side.  And it really has the same features.  So

3    rather than belaboring this, if we can go to 8I, please.

4            And 8I on the screen is the ligature mark on the

5    right side with the shaving having been done to demonstrate

6    it.  And it has all the same features, so I won't belabor

7    that, your Honor.

8    **BY MR. SINGER:**

9       **Q.**   Now still talking about cause of death, is there

10   any significance to the findings regarding his tongue and

11   his teeth?

12      **A.**   Yes.  The other thing that was noted in the

13   autopsy report and the photographs is that his tongue was

14   slightly protruding and clenched in his teeth.  This is

15   another thing that is commonly seen with death related to

16   neck compression of various sorts.  Because the pressure on

17   the front of the throat is exerted upward to some degree,

18   and the base of the tongue is located underneath your jaw.

19           So if there's pressure pushing the voicebox and

20   the base of the tongue upward, it causes the tongue to

21   protrude.  And so a person at autopsy may not only have the

22   tongue protruding as he did slightly, but it may also have

23   the teeth to basically clench down on it which is just

24   another indication of the pressure on the neck.  It's

25   consistent with the totality of the injuries and the

1    conclusion as to ligature strangulation.

2         **Q.**    Now moving to your opinion regarding manner of

3    death.   Can you remind us what that opinion is?

4         **A.**    In my opinion, the manner of death is homicide.

5         **Q.**    And in the medical examiner profession, explain

6    the difference between cause of death and manner of death?

7         **A.**    Cause of death is defined as the specific process

8    that initiates the sequence of events that culminate in the

9    death of the person.   So cause of death inherently in its

10   definition requires that you get to the underlying or

11   proximal -- proximate, excuse me, cause of the death.   Not

12   the immediate last pathway kind of thing, but the specific

13   underlying process.

14        Manner of death is the circumstantial explanation

15   for how the cause of death came about.   And it's usually

16   fairly self-explanatory in terms of what the choices are.

17   The choices for manner of death are typically homicide,

18   suicide, accident, natural and the medical examiner world

19   gets to use undetermined if necessary.

20        **Q.**    And is this something that a medical examiner does

21   in the ordinary course of business with an autopsy is to

22   determine both cause and manner of death?

23        **A.**    Yes, the medical/legal death investigative body in

24   any jurisdiction, be that coroner or medical examiner in

25   various parts of this country, typically is statutorily

1    charged with and obligated to determine cause of death and

2    manner of death, and routinely puts that into the death

3    certificate which is the process we call certification of

4    death.

5        Q.   And how were you able to determine that this was

6    homicide as opposed to suicide by hanging for example?

7        A.   Right.  In fact, those would be the only two major

8    choices here.  Somebody who has a ligature mark around the

9    neck and has clearly died from ligature compression of the

10   neck, in an adult almost always the extinction will be

11   between a suicidal hanging and a homicidal strangulation.

12   Of course there may be some very rare other choices, but

13   those two choices will cover almost every example you'll

14   ever see.

15            There are several features of this ligature mark

16   that are helpful, and there's of course the totality of the

17   circumstances.  Because manner of death being a

18   circumstantial explanation, it is highly dependent on the

19   investigative results in terms of reaching that conclusion.

20            So to begin with the more medical or anatomical

21   findings, a ligature mark that is predominantly horizontal

22   across the front is one of the features that more typically

23   is associated with a homicidal strangulation as opposed to a

24   suicidal hanging.  Now, either one may be pretty much

25   horizontal in the front, but it's the angulation upward

1    along the sides that is particularly important.  Hangings

2    almost always involve suspension from a point of elevation

3    above the head.  So the ligature marks in a suicidal hanging

4    typically angle quite sharply upward to the point of

5    suspension usually in some part of the back of the head.

6            If someone were to be homicidally strangled with a

7    ligature, usually that is either placed around the front of

8    the neck and the pressure is brought from behind and/or the

9    ligature is wrapped all the way around the neck and force is

10   applied to compress the neck.  And by and large, those

11   ligature marks tend to be more horizontal all the way around

12   the neck.  And there's a substantial degree of that in this

13   case.  Admittedly, there is some upward angulation, but it's

14   not nearly as sharp as your typical suicidal hanging.

15           The other feature that is particularly germane

16   here is the location that I pointed out of the ligature mark

17   on the front of the neck being below the Adam's Apple.  Now,

18   in a suicidal hanging, most commonly the weight of the

19   person being taken up by the noose causes the noose to slide

20   upward on the neck under the jaw.  And so the portion of the

21   ligature mark in the front of the neck is almost always

22   above the Adam's Apple because of that relationship between

23   the slipping of the noose and the weight of the body pulling

24   downward.

25           In this case, we have a ligature mark across the

1   front that is directly below the Adam's Apple.  That is much

2   more commonly seen when somebody places the ligature around

3   the neck and pulls on it as opposed to having the person

4   suspended from that ligature.

5       Q.   Is the size of the ligature mark indicative of one

6   method versus the other?

7       A.   The size of the ligature mark per se is not

8   indicative of homicide versus suicide.  It is relevant in

9   this case, because as I said I also take into account the

10  totality of the circumstances and the rest of the evidence.

11  And that's one of the features.  For instance, I know that

12  he was being held in captivity, he had been held hostage.

13  So clearly there was harm being done to him.

14          I know, as we will discuss shortly, that he has

15  other injuries that certainly in my opinion were inflicted

16  upon him rather than self-inflicted.  Again, part of the

17  total picture of people harming him which is much more

18  consistent with a homicide versus a suicide.

19          And I guess to get to your question, under the

20  circumstances where he was held, if he were to have hanged

21  himself, committed suicide, he would have to use something

22  that is available.  And unless conveniently they left him

23  with some rope, you would expect him to use a bed sheet,

24  you'd expect him to use a belt, you'd expect him to use an

25  article of clothing.  These are generally wider objects.

1    Most of them like clothing or a towel or a sheet will be

2    more irregular if you roll them up to make a ligature out

3    of.  And so those would be inconsistent with the

4    configuration of his ligature mark.

5         Q.   And you pointed out earlier that there was also a

6    ligature mark across the back of the head, not maybe as

7    defined as across the front?

8         A.   Yes, sir.

9         Q.   But is that consistent with your conclusion, and

10   if so, why?

11        A.   It is still consistent with my conclusion that the

12   manner of death is homicide, because a person over or behind

13   him could put a ligature around the front and compress it --

14   you know, basically pull it tight around the rear as well.

15   I'm motioning with my hands coming together.  You could do

16   it that way.  You could cross the hands such that the

17   ligature from one side is held with the other hand, and you

18   could then bring the hands past each other.  And then you

19   would complete the ligature mark around the back of the neck

20   or the head as well.

21        Q.   Now, were there any binding marks on John's ankles

22   or wrists?

23        A.   No, he didn't have any marks that suggested

24   binding of his ankles or wrists.

25        Q.   Were you here for the testimony of Mr. McAlister?

1    A.    Yes, sir.

2    Q.    And did you hear him testify that at the beginning

3    his hands -- his and John's hands were tied with a scarf

4    type material?

5    A.    I heard that, yes, sir.

6    Q.    Would that in your opinion and experience leave

7    any kind of binding marks on his wrist?

8    A.    The best I can say is that it might leave a mark.

9    A scarf is not particularly hard or sharply defined, so

10   there is always -- anytime you bind somebody's hands or

11   wrists, there's a possibility of leaving a mark, especially

12   if the person struggles against it.

13        A scarf is going to be, again, a softer, broader

14   kind of material.  It's not going to lend itself to making a

15   mark as much as something metal or like those plastic flex

16   cuffs could easily do.  And also, even if it did leave a

17   mark, the likelihood is that it would cause a little bit of

18   bruising under the surface.  Again, scarf is not the kind of

19   material that is likely to break the surface of the skin.

20   So if it did cause a little bruise and he then had weeks of

21   time prior to death, the likelihood is that that would have

22   healed, it would have resolved.

23   Q.    Were there any scratch marks on John's neck?

24   A.    No, sir.

25   Q.    What did that indicate to you?

1      **A.**   One of the features that you look for in any kind

2   of example of ligature strangulation or hanging are

3   scratching marks on the neck or the throat, because people

4   who are being strangled frequently will claw at the hands or

5   the ligature around the neck to try to break the hold or

6   break the pressure from the ligature.

7           And so it's not universal, but it is a common

8   finding and it is something that you should always look for.

9   And that's another indication that the person may have been

10  awake, conscious, actively resisting.  And so not finding

11  any such marks on Mr. Hamen suggests to me that his hands

12  were not available to fight or grab at the ligature.

13          And so again, given that we have no indication of

14  injuries to confirm that he was bound like at his wrists or

15  ankles, the more likely scenario then becomes that somebody

16  was physically restraining him; that he was being held down

17  basically such that he can't get his hands to the ligature

18  to try to grab it.

19     **Q.**   Was the angle of the ligature mark consistent with

20  the scenario you just pointed out of him being held down?

21     **A.**   Yes.  In fact, the fact that the ligature mark in

22  the back does go up somewhat is consistent with somebody

23  behind and/or over him pulling upward on that ligature to

24  strangle him.

25          **THE COURT:**  I assume by the way that in your

1   experience where you see the claw marks, that would include

2   in cases of suicide as well as cases of strangulation?

3          **THE WITNESS:**  It can occur in suicides, although

4   you actually see it much less frequently because people who

5   commit suicide tend to have the resolve that they're doing

6   this purposely.  But yes, you're right, your Honor, it can

7   be seen in a suicide as well.

8   **BY MR. SINGER:**

9          **Q.**   Do the contusions that we're going to discuss in

10  more detail in a moment on John's arms, legs and chest

11  factor into your conclusion regarding the manner of death?

12         **A.**   Yes.  The other injuries that he had -- which were

13  subsumed under the term of blunt injuries or blunt force

14  injuries which included some lacerations, some contusions

15  and some broken ribs, all of which do factor into my

16  conclusion and my opinion as to this being a homicide,

17  clearly somebody had inflicted other injuries upon him and

18  over probably some period of time.  And in ways that were

19  sure to have caused pain and suffering.  And so that

20  certainly is part of the context, if you will, of deciding

21  that his ligature strangulation was homicidal.

22         **Q.**   Is a death by homicidal strangulation of the type

23  that you saw here slow or instantaneous?

24         **A.**   Oh, it's certainly nothing instantaneous.  And it

25  certainly would not cause immediate unconsciousness.  It

1  would take some time.  And depending upon how much he could

2  resist and how much ability he had to stiffen his neck or to

3  try to move or try to avoid the pressure, and depending upon

4  how firmly the pressure was applied and whether it was

5  applied continuously or not, this is something that could

6  certainly go on for a minute or so.

7        **Q.**   Now, in addition to your opinions regarding cause

8  and manner of death, did you also form opinions as to any

9  physical abuse or pain and suffering for Mr. Hamen?

10       **A.**   Yes, sir, I did.

11       **Q.**   And what are those opinions?

12       **A.**   My opinions are that the other injuries that we

13  can discuss in detail that I referenced were all inflicted

14  upon him; that to varying degrees they would all have caused

15  him pain, some of them severe pain.  And so in my opinion,

16  he was the object of other assaults besides the homicidal

17  strangulation, and that he did indeed suffer conscious pain

18  as a result of those.

19       **Q.**   Please explain to the Court the significance of

20  the lacerations on his forehead.

21       **A.**   Mr. Hamen had two closely spaced vertical

22  lacerations in the middle of his forehead.  They were

23  noteworthy to me -- well, first of all, the general answer

24  to your question about the significance is that a laceration

25  by definition is a blunt impact injury.

1          So when there is impact to soft tissue and the

2     tissue tears or splits, that is a laceration.  People

3     frequently call them cuts which is really not appropriate.

4     A cut is made by a sharp implement like a knife, and a

5     laceration is made by a blunt impact.  So these two vertical

6     lacerations side by side on his forehead indicate that there

7     was impact or impacts to that location with enough force to

8     split open the skin and to cause some bleeding underneath.

9     But it was not with enough force to have broken the bone

10    underneath or to have caused brain damage.

11         And what you see on the screen now is Exhibit 8A

12    which is the overall view of the two lacerations of the

13    forehead.  If we -- I think we can get an even closer look

14    at those in 8B.  Yeah, 8B that's on the screen now is a

15    little darker.  The noteworthy features of these two

16    lacerations is that they are very sharply defined.  And I

17    hesitate to use words like sharp, because this is

18    definitely -- these are definitely lacerations, these are

19    not cuts made with a sharp implement.  But lacerations have

20    features that allow you to interpret and diagnose them that

21    they tend to have some degree of abrasion or scraping on

22    their margins.  They tend to have some raggedness to them.

23         Particularly if you take a laceration and pull the

24    edges apart, there will be irregularity and little bridges

25    of tissue down in the depth which are all indicative of

1    splitting open versus cutting open.

2            The interesting thing about these two lacerations

3    is that if I again use that same word sharp, maybe in

4    quotation marks, these have particularly sharp margins as

5    you generally see comparing lacerations.  And so these are

6    indicative of having been caused by an impact by an object

7    that has some kind of well-defined edge to it.  Not sharp

8    like a knife, but thin, narrow, maybe elongated.  The kind

9    of thing that is a very, very well-defined or in terms of a

10   non-knife, a sharp edge to it, if you will, or sharp surface

11   that allows this laceration to occur in such a way that it

12   has a very thin, defined nature to it.

13       Q.    Are those -- is that type of surface you just

14   described consistent with the butt of a pistol or a gun?

15       A.    Yes, as a matter of fact, those are the kinds of

16   objects that I'm thinking of.  So even though in fairness I

17   cannot tell you specifically what object caused these

18   lacerations, I can tell you it had to be something with that

19   kind of configuration.  And in fact, the butt of a gun or a

20   pistol is a particularly good object to explain lacerations

21   with these features.

22       Q.    Were there also lacerations on the back of

23   Mr. Hamen's head?

24       A.    There's one laceration on the back which is in 8C.

25       Q.    And what, if anything, was significant about that?

1      **A.**    Well, to begin with -- and 8C is on the screen

2    now, your Honor.  You can see pretty much right in the

3    middle of the back of his head, there is a horizontal split

4    in the skin which is the laceration.  This has been shaved.

5    The scalp here has been shaved around it as part of the

6    autopsy procedure to demonstrate the injury better.

7           In terms of what is significant about it, this is

8    actually a very classic textbook looking laceration,

9    especially if you enlarge it on the screen.  And it has all

10   the features that I alluded to earlier.  And it does not

11   have the definition or sharpness of the lacerations we saw

12   on the forehead.

13          So this is significant because it also represents

14   a blunt impact with sufficient force to split through the

15   skin to cause hemorrhaging or bleeding underneath the site

16   of the impact.  But again, not to break the bone of the

17   skull, not to cause internal head injuries.  So these are

18   lacerations front and back that indicate some substantial

19   force being struck with an object, and enough to cause

20   injury and enough to cause pain.  They'd be very painful.

21   But not enough to kill the person, and probably not enough

22   to render him unconscious either.

23     **Q.**   Can you tell from the photographs and your review

24   of the autopsy report whether or not these injuries were

25   recent in time to Mr. Hamen's death or occurred in some

1   margin of time before his death?

2        **A.**   These are both relatively recent before his death.

3   Now, they're not -- they do not necessarily have to be

4   immediately before death.   And in fact, the autopsy report

5   has a microscopic examination of the laceration I believe

6   from the back of the head.   And it identified that there

7   were inflammatory cells in the tissue beneath that

8   laceration.   Now, inflammation is the body's response to

9   damage, whether that damage be injury or disease.

10        So this indicates the passage of at least some

11   time, likely a good 12 hours or more.   So while I don't have

12   evidence that says this laceration is weeks old or something

13   like that -- and if you look at it in the photograph that's

14   still on the screen, 8C, it still is open.   It doesn't have

15   obvious healing to the naked eye examination.

16        But this is something that's probably a day or

17   several days old, it's in that range.

18        **Q.**   Now, in addition to the lacerations on the head,

19   were there any broken ribs?

20        **A.**   Yes, Mr. Hamen had four rib fractures.

21        **Q.**   Can you explain to the Court where those rib

22   fractures were and the significance of those rib fractures

23   to your conclusion?

24        **A.**   Yes.   Mr. Hamen had four rib fractures on the

25   right side.   He had fractures of right ribs six and seven in

1    the front.  And just for context, your Honor, the ribs of

2    course are numbered one through 12 starting at the top of

3    the ribcage and going down.  So you have rib one through 12

4    on the right and rib one through 12 on the left.  So six and

5    seven are roughly midway in the front of the chest where he

6    had two broken ribs, two fractures.  And then eight and nine

7    in the rear of those two ribs were also broken.

8         Q.   What is the combination of the fact that he has

9    these two ribs in the front and the two ribs in the back on

10   roughly the same level?  Does the combination of those ribs

11   say anything to you as a medical examiner?

12        A.   Well, at the very least, the fact that he has

13   multiple rib fractures is indicative of a substantial degree

14   of force being applied.  Now, you can do that in several

15   different ways.  Direct impacts can cause rib fractures.  So

16   if that were the case, he would have to have one or two

17   direct impacts with substantial force to the front of the

18   ribcage on the right, and one or two impacts to the rear of

19   the ribcage to cause those.

20             You could do those with somebody who is well

21   trained, a very hard punch, a kick, a knee.  The other

22   significance though is when you have rib fractures, both

23   front and back on the same side, another mechanism that is

24   consistent with causing rib fractures front and back is

25   compression of the chest from the front to the back.

1          So if you had somebody who stomped on him, if you

2     had somebody who threw him very, very forcefully up against

3     the wall or against the floor or combinations of those

4     scenarios, the compressive forces can also cause a

5     combination of front and back rib fractures.

6          Q.   What kind of pain do these rib fractures cause?

7          A.   Rib fractures are classically very painful,

8     especially when they're fresh.  Every time you move, every

9     time you breathe, every time you cough, every time you

10    twist, those things will give you a sharp, stabbing pain.

11    They're very painful.

12         Q.   Were there other contusions and abrasions that you

13    saw in the autopsy report and photographs?

14         A.   Yes.  He had a few other nondescript small

15    bruises.  There's about an inch sized bruise just to the

16    left of his left eye area.  There's two very small bruises,

17    one on the left upper front chest, one on the left side of

18    the abdomen.  He had a vertical scrape down the back of his

19    right shoulder.  He had some visible bruises around the

20    elbows and part of the -- I think the right arm above the

21    elbow.  He had bruises identified on each shin which are not

22    very obvious in the photographs.  But the medical examiner

23    appropriately also cut into the skin there to demonstrate

24    that the mild discoloration has bleeding underneath it which

25    proves that those are both bruises, real bruises.

1            And for reference, in the autopsy report

2    Dr. Mazuchowski was very formal and appropriate with his

3    terminology.  He refers to -- what we would call the shin,

4    he refers to as the leg.  Technically, anatomically the top

5    half of your leg is the thigh and the bottom half, the lower

6    leg, is the leg.  And so the descriptions in his report

7    match the photographs that on the front of each leg; namely

8    the shin, there's a bruise on each side, one of which he has

9    cut into and demonstrated very nicely that there is

10   substantial underlying hemorrhage.

11           Again, those are important because even though

12   they're not serious injuries, they're painful.  I think this

13   is common knowledge that if you bark your shin, it hurts.

14   So somebody has caused impacts to both of his shins in such

15   a way that would clearly cause painful injuries, but

16   wouldn't disable him in any way.

17           And then finally, he also had -- internally

18   there's some hemorrhage overlying the upper to middle

19   portion of the left front ribcage which is indicative of

20   impact, but does not have associated rib fractures.  And

21   then there is a little bit of bruising on the back which

22   when Dr. Mazuchowski opened the soft tissues of the back, he

23   discovered that in fact there were two areas of bruising,

24   left side of the back just below the shoulder blade and then

25   a very large area, I think it was 10 inches by something, in

1    the lower right back indicative of some really severe

2    impacts to the area of the back.

3         **Q.**   Is that shown on the photographs?

4         **A.**   Yes.  We have -- actually, if we go -- if we can

5    start with 8M.  I'll go through these quickly, your Honor.

6    8M is the right shin.  We did not include the picture of the

7    right shin with the incision into it.  But the area I'm

8    circling that's a little pinker in the right shin, that's

9    the actual contusion which was proved by the dissection by

10   the medical examiner.

11        And if we go to 8N -- we'll do 8N, O and P in

12   order, please.  Okay, here is a broad view.  This is 8N on

13   the screen, your Honor.  This is a broad overhead view of

14   the back of Mr. Hamen.  And you can see in the right lower

15   back, like overlying also where the back of the pelvis or

16   the hip area is, you can see it's black and blue.  If we go

17   from that to 8O, please, this is a closer up view and I

18   think the bruising is quite obvious in the same area.  This

19   picture is oriented differently, now the head is toward the

20   top of the photo.  But bruising is quite obviously.

21        Although, if we now go to 8P, please, 8P will

22   demonstrate why Dr. Mazuchowski did this part of the

23   procedure.  8P is showing the back.  His head is at the top.

24   His buttocks are down at the bottom of the photo as it

25   projects to you, your Honor.  And so his left is on our left

1   and his right on our right.  There's been an incision made

2   down the middle of the back, and incisions horizontally

3   across the upper buttocks and across the shoulders.  The

4   skin and the underlying tissue has been peeled back or

5   folded back.  It's open like a book.

6           And what's interesting is that -- I'm going to put

7   two dots here.  On the left side, there's two almost square

8   looking areas.  The one that I dotted first to our right is

9   the tissue that's remaining.  The area to our left that I

10  dotted second is the tissue that has been folded back.  So

11  those two areas actually are overlapping when the skin is in

12  place prior to the autopsy.  But that's a substantial area

13  of hemorrhage.

14          The area in the lower right you can see is much

15  larger and much more impressive, if you will.  There's much

16  more injury in the lower right than was indicated by the

17  relatively small bruise that we saw from the exterior

18  photographs just before.  So this is an example of why a

19  medical examiner would do this extra or extended dissection

20  in a case like this.  Because sometimes you do indeed find

21  injuries internally that are not apparent externally.  And

22  this is a good example.

23      Q.   Is what you found about injuries like this

24  consistent with captors physically assaulting someone in

25  captivity?

1      **A.**    Yes, it is.  I mean, again, I think I've alluded

2   to this, but we have injuries in multiple locations.  Some

3   of them are quite substantial blunt impacts.  They've caused

4   some internal injuries, but no fatal injuries.  These are

5   things that would have caused him substantial pain.  Some of

6   them are injuries that are consistent with being inflicted

7   specifically to cause pain like the shins, like the head.

8          So yes indeed, these are highly consistent with

9   being inflicted by captors for the purposes of torturing

10  him, extracting information, causing pain and suffering

11  without risking killing the captor.

12     **Q.**    And my final question, can you definitively in

13  your opinion to a reasonable degree of medical certainty

14  rule out suicide in this case?

15     **A.**    Yes, sir.  In my opinion, the manner of death is

16  clearly homicidal.  This is a homicide.  So while there's no

17  100 percent certainty in medicine or in life in anything, I

18  think the evidence for homicide is overwhelming.  And the

19  possibility of some other alternative explanation like a

20  suicide is infinitesimal.  So yes, in my opinion, I have

21  reasonably excluded suicide.

22         **MR. SINGER:**  Thank you.  Your Honor, may I have

23  just a second?

24         **THE COURT:**  Yes, and I had a couple of questions

25  as well.

1          **MR. SINGER:**  Yes, sir.  Please answer any

2     questions Judge Moss has.

3          **THE WITNESS:**  Yes, sir.

4          **THE COURT:**  My question is -- my principal

5     question is that with respect to the head lacerations, you

6     indicated that they likely occurred 12 hours or more before

7     death, correct?

8          **THE WITNESS:**  The one in the back, yes, sir.

9          **THE COURT:**  What about the one in the front?

10          **THE WITNESS:**  We don't have the microscopic

11     examination for that, so I can't be anymore specific about

12     that one.

13          **THE COURT:**  Okay.  And what about the time that

14     the other injuries occurred relative to the time of death,

15     can you make any judgments about that based on the amount of

16     bleeding that occurred for example?

17          **THE WITNESS:**  Nothing specific, your Honor.  If

18     you look at the autopsy photographs -- and I'm sorry, I'm

19     not addressing -- I'm looking at the microscopic examination

20     to be sure I haven't missed anything else here.  All of the

21     injuries to the naked eye look fresh.  So we frequently

22     assume in ordinary trauma deaths that we see in civilian

23     life that the injuries all occurred at or about the same

24     time and just before death.

25          So his injuries are consistent with having

1    occurred close to the time of death.  But in fairness, a

2    fresh appearing injury can also be hours old.  It can also

3    be several days old.

4         I think what I can reasonably exclude here is that

5    these are not injuries that are weeks old for instance.  In

6    fact, I'd be surprised if any of these was older than a

7    week.  But fresh looking injuries can be days or a week old

8    at autopsy.

9         **THE COURT:**  The injuries where there was

10   substantial -- let me see if I can describe it, subdural

11   hemorrhaging, is that the way to put it?

12        **THE WITNESS:**  Subdural is in the head.  This would

13   be subcutaneous.

14        **THE COURT:**  Okay, subcutaneous hemorrhaging.  Is

15   there reason to think that the reason that it presents that

16   way is because there wasn't time before death for the

17   hemorrhaging to reach the surface?  In other words, if you

18   hit somebody hard, at first you may not have a substantial

19   bruise, but the next morning you could wake up and have a

20   substantial bruise and it takes some time for that to

21   develop at the surface.

22        **THE WITNESS:**  It is certainly possible, that is

23   one of the things in play here.  Although I can tell you

24   that you can also -- if you have substantial impacts, you

25   can cause deep bleeding where it doesn't all come to the

1    surface.  So I think the appearance of his back is probably

2    a combination of those explanations.  Some of this is deep

3    enough in the tissues that it may never have shown itself.

4    And some of it is consistent with the phenomenon that the

5    Court has referenced, that sometimes it takes a while to

6    become visible on the surface.

7              THE COURT:  So what I'm wondering and sort of

8    puzzling through is it sounds as though at least some of the

9    injuries including the trauma to the back of the head was

10   not inflicted at the time of death.  But I'm wondering

11   whether one scenario here is that the broken ribs and the

12   bruising on the back is consistent with a circumstance in

13   which you have a big and strong man who is being held down

14   by his captors and is fighting them while someone is

15   strangling him to death; and that the reason the ribs are

16   broken both in the front and the back is that there was one

17   or more large people who were on top of him forcing him down

18   as he was struggling to try and preserve his life.

19             THE WITNESS:  That is one of several entirely

20   consistent scenarios, yes.

21             THE COURT:  Okay.  Anything further?

22             MR. SINGER:  Nothing further, your Honor.

23             THE COURT:  Thank you for being here today.

24             THE WITNESS:  Thank you, your Honor.

25             MR. SINGER:  Thank you, Dr. Arden.  Judge, our

1   next witness will be testifying under seal.

2           **THE COURT:**   Okay.   Let me then ask that anyone who

3   is not court staff and a plaintiff in the case leave the

4   courtroom for this portion of the proceeding.   Obviously

5   counsel or someone who is working with counsel -- I don't

6   know if there's anybody who falls in that category or not.

7           **MR. HOFFMAN:**   Your Honor, can we keep our expert

8   in the room?

9           **THE COURT:**   You're the ones who are asking to seal

10   that.   As long as you have no objection to that, it's fine

11   with the Court.

12   I'm going to order that everyone present in the

13   courtroom not disclose the identity of the next witness.

14           **MR. HOFFMAN:**   My understanding is he's outside.

15           **THE COURT:**   You may bring him in.

16   (Sealed testimony placed under separate cover)

17           **DEPUTY CLERK:**   Please raise your right hand.   Do

18   you solemnly swear that the testimony you are about to give

19   will be the truth, the whole truth and nothing but the

20   truth, so help you God?

21           **THE WITNESS:**   I do.

22           **DEPUTY CLERK:**   Thank you.   You may be seated.

23           **THE COURT:**   And for the benefit of the witness who

24   wasn't in the room, let me just say that this portion of the

25   proceeding is under seal.

1    DIRECT EXAMINATION OF SEALED WITNESS

2    (Sealed testimony placed under separate cover)

3    **BY MR. HOFFMAN:**

4    **Q.**    Where are you employed?

5    **A.**    AC4S in Tampa, Florida.

6    **Q.**    What sort of work does AC4S do?

7    **A.**    We're defense contractors in the federal and DoD

8    sectors.  We do life support services and mission support

9    services.

10   (Sealed testimony placed under separate cover)

11   **Q.**    Did you make a request for this portion of the

12   hearing for your testimony to be sealed?

13   **A.**    Yes, I did.

14   **Q.**    What was your reasoning for making that request?

15   **A.**    I feel that in testifying against a hostile

16   country to America and the work that I do and the travel

17   that I take place in overseas would potentially place me in

18   a dangerous situation should I be part of some public

19   record.

20   (Sealed testimony placed under separate cover)

21   **Q.**    Were you working at AC4S in 2015?

22   **A.**    I was.

23   **Q.**    What position were you in at that time?

24   **A.**    I was a program director supporting Department of

25   State contracts.

1    **Q.**   How would you describe your job duties as a

2    program director?

3    **A.**   I'm responsible for ensuring that we execute

4    requirements, our contract requirements for our customer,

5    and deliver upon those requirements.

6    **Q.**   As part of those job duties, were you familiar

7    with a contract that AC4S had in Sana'a, Yemen?

8    **A.**   Yes, I was personally responsible.

9    **Q.**   What was the work involved with that contract?

10   **A.**   We were responsible for the operations and

11   maintenance for the 13-acre multi structure compound in

12   Sana'a supporting the U.S. embassy in Sana'a.

13   **Q.**   When you say you were personally responsible for

14   it, what does that mean?

15   **A.**   That means I was assigned as a program manager.

16   So I'm the responsible party for my company to execute all

17   the requirements of that specific contract.

18   **Q.**   Were you a direct supervisor of all the people

19   working on that contract?

20   **A.**   Not a direct supervisor, but in the supervisory

21   chain of anyone working.

22   (Sealed testimony placed under separate cover)

23   **Q.**   When did that contract begin?

24   **A.**   In 2012, the end of 2012, the first month of 2013.

25   **Q.**   How many different contracts were you personally

1    responsible for aside from the Sana'a one?

2        **A.**   A dozen.

3        **Q.**   How much of an active role did you take in the

4    Sana'a project?

5        **A.**   A big part, a very active role.  It was a large

6    effort.  It was a difficult effort.  So it was my primary

7    focus.

8        **Q.**   What made it difficult?

9        **A.**   Operating in an overseas environment.

10        **Q.**   Do you know how many employees AC4S had working on

11    that contract?

12        **A.**   Direct AC4S employees, it would be approximately

13    11.

14        **Q.**   And generally speaking, what were the different

15    roles that were necessary?

16        **A.**   The roles were to provide technical oversight to

17    the local workforce which also supported the contract which

18    was upwards of about 200 folks.

19        **Q.**   Do you know Mark McAlister?

20        **A.**   Yes.

21        **Q.**   When did you meet Mark?

22        **A.**   I met Mark in probably around 2013, maybe 2014.

23        **Q.**   Did you get to know him as part of your employment

24    at AC4S?

25        **A.**   Yes.

1      **Q.**   How well did you know him?

2      **A.**   Very well.

3      **Q.**   Did you guys work together very often?

4      **A.**   We interacted -- at some periods of time we

5      interacted daily.

6      **Q.**   And was Mark working with you on the Yemen

7      contract?

8      **A.**   Yes.

9      **Q.**   What was Mark's role on the project?

10     **A.**   He was a construction manager, a quality control

11     manager and a director of maintenance.

12     (Sealed testimony placed under separate cover)

13     **Q.**   Did you know John Hamen?

14     **A.**   Yes, I did.

15     **Q.**   When did you meet John?

16     **A.**   I met John during military service.  I knew John

17     over the years in the service.  I can't recall the first

18     time we met.  But I had a very tight relationship with him

19     in 2007-2008 when we were assigned to the same military

20     unit.

21     (Sealed testimony placed under separate cover)

22     **Q.**   Were you stationed with John?

23     **A.**   Yes.

24     **Q.**   About how long -- I know military folks move

25     around a lot.  How long were you guys stationed in the same

1    area?

2         **A.**    2007 to 2008.  I retired in 2008.

3         **Q.**    And how close were you personally, not just

4    professionally?

5         **A.**    I was a Command Sergeant Major for the

6    organization which is the senior enlisted advisor.  John was

7    one of our First Sergeants, so I worked very closely with

8    him.

9         **Q.**    Did the two of you keep up after 2008?

10        **A.**    Yes.

11        **Q.**    How so?

12        **A.**    Just various e-mails back and forth.  We shared

13   the same profession, was in the same types of organizations.

14   We just kept up via e-mail.

15        (Sealed testimony placed under separate cover)

16        **Q.**    What was John's role on the Yemen contract?

17        **A.**    He would have been a security liaison responsible

18   for physical security of the facility, and interacting with

19   the regional security office.

20        **Q.**    Is that a role that AC4S has on most of its

21   contracts or was that specific to Sana'a?

22        **A.**    It was on this specific effort.

23        **Q.**    And what was the reason for that?

24        **A.**    Just like we had to provide technical oversight

25   for all of our positions, we also had to liaise with the

1   U.S. government.  So we had various folks that liaised with

2   different U.S. government sections, and John was responsible

3   for being the liaison officer to the regional security

4   office.

5        Q.   How often did you go to Sana'a as part of your

6   work on that contract around 2014-2015?

7        A.   Probably about every three months.

8        Q.   How long would you stay?

9        A.   Sometimes two weeks, sometimes three months.

10       Q.   And that was to perform supervisory roles or did

11  you have some job duties on the ground you had to do?

12       A.   It was just oversight, oversight of the effort.

13       Q.   Where were you on October 20th, 2015?

14       A.   In Sana'a, Yemen.

15       Q.   Were you staying at the Sheraton?

16       A.   I was.

17       Q.   What were you doing there?

18       A.   We had just reestablished our U.S. contractors at

19  the Sheraton in support of the United Nations.

20       Q.   As of October 20th, how long had you been in

21  Sana'a?

22       A.   Probably on that particular trip, three weeks.

23       Q.   From your personal knowledge and experience that

24  you gained from your job duties and from your travel, what

25  was the security situation like in Sana'a at the time?

1        **A.**    For us, the U.S. contractors, we were restricted

2    to the compound.  And we were escorted from the airport to

3    the compound on each trip.  And you only left the compound

4    when it was time to return to the airport and depart the

5    country.

6        **Q.**    Did you know who it was that had control over the

7    city of Sana'a at that point?

8        **A.**    Yes.

9        **Q.**    Who was that?

10        **A.**    The Houthi rebels.

11        **Q.**    Did that control include the airport facility?

12        **A.**    To some degree I would say yes.

13        **Q.**    Did you know that Mark and John were due to arrive

14    in Sana'a on the 20th?

15        **A.**    Yes.

16        **Q.**    How did you know that?

17        **A.**    It was a scheduled rotator flight that the UN was

18    conducting.

19        **Q.**    How did you know that Mark and John were coming in

20    though, were you responsible for making their travel

21    arrangements?

22        **A.**    I was just responsible for having situational

23    awareness of everything that our employees did, and I knew

24    that they were scheduled on that particular flight.

25        **Q.**    Who was responsible for those travel arrangements?

1        **A.**    It would have been a UN security representative.

2        **Q.**    And you liaised with the UN because the UN was

3    leasing the space from the U.S. government?

4        **A.**    The UN was the tenant that was occupying the

5    space.

6        **Q.**    Did you fly in on the same type of flight when you

7    came to Yemen a few weeks before that?

8        **A.**    I did.

9        **Q.**    How would you describe the flight?

10       **A.**    It was very routine, much like travel when the

11   U.S. diplomatic security was responsible.  Met at the

12   airport, picked up, transported to the compound.  Very

13   routine.

14       **Q.**    When you came in, who was it that met you at the

15   airport?

16       **A.**    United Nations representatives.

17       **Q.**    Do you know if somebody like that was supposed to

18   meet Mark and John at the airport?

19       **A.**    Yes.

20       **Q.**    When did you first know that there was a problem

21   with Mark and John's entry into Sana'a?

22       **A.**    I started to feel uncomfortable probably within a

23   couple of hours of their scheduled arrival that they'd not

24   yet arrived.

25       **Q.**    Were you in communication with them prior to that?

1       A.     I was in communication with them up until the time

2    that they departed Djibouti on the afternoon of I believe it

3    was the 20th of October.

4       Q.     What did you do when you started to feel

5    uncomfortable?

6       A.     Communicated to the United Nations security folks

7    that I felt uneasy, uncomfortable that there was a delay.

8    They communicated back to us that they thought that type of

9    delay was typical, and that we shouldn't be concerned and to

10   continue to wait on their arrival.

11      Q.     Did your level of concern for them grow subsequent

12   to that?

13      A.     Yes, as time passed it continued to grow.

14      Q.     When did you know for a fact that they had been

15   captured?

16      A.     Somewhere probably at around 11:00 p.m. that

17   evening, the UN dispatched a quick reaction security force

18   to the airport to try to take control of the situation.

19   There was a lot of activity on the compound.  You could kind

20   of feel the angst as people were moving around and teams

21   were assembling and loading into vehicles to depart for the

22   airport.

23      Q.     Were you personally involved in any of the efforts

24   to locate them initially?

25      A.     No.

1      **Q.**   Were you aware of those efforts?

2      **A.**   Yes.

3      **Q.**   Who was in charge of them?

4      **A.**   I would speculate the U.S. government.

5      **Q.**   How did you hear about John's death?

6      **A.**   Sometime during the first week of November, maybe

7 the 6th, I received a phone call from one of the co-owners

8 of my company.  He instructed me -- Norm Abdallah instructed

9 me to gather up the general manager, Youssef Alami, and get

10 on the phone with him, he had some news to share with us.

11      **Q.**   Was it John's death that escalated any concern for

12 your personal safety?

13      **A.**   Yes.

14      **Q.**   How did that change the situation from your

15 perspective?

16      **A.**   Up until that point, you kind of felt maybe like

17 what was at stake changed.  Prior to that, their being held,

18 probably very uncomfortable.  But you just didn't think the

19 possibility was to be killed.  You just didn't think about

20 it.  It was uncomfortable, it was a problem, it was a

21 concern, but it was just different.  And then once we

22 learned that he had been killed, it changes everything.  Now

23 you...

24      **Q.**   Are you done?

25      **A.**   Yes.

1      Q.   Did anything happen subsequent to that to increase

2   your personal concern for your own personal safety?

3      A.   Not to that point.

4      Q.   How about after that, did anything happen at the

5   Sheraton complex that raised your level of concern?

6      A.   Yes, there was two to three individuals that came

7   to the compound, that actually came on that day.  Our

8   initial phone call was cut.  Norm had called us, said, "Hey,

9   I've got something to share with you.  We believe that John

10   has been killed."  At that point, our phone cut out.

11   Speculation, but I feel like the phone call was cut.  And

12   then later that afternoon, two to three individuals came to

13   the compound and stated that they had warrants for our

14   arrest.

15      Q.   Did they know who you were?

16      A.   Yes.

17      Q.   By name?

18      A.   Yes.

19      Q.   Did they notify who they were?

20      A.   Only -- no, they didn't.

21      Q.   At some point later did you come to discover who

22   they were?

23      A.   Well, I assume that they were Houthi

24   representatives.

25      Q.   And what was the result of their demand for your

1    arrest?

2         **A.**    A feeling that we had to leave, we had to depart,

3    and that if we stayed there, at some point they would be

4    successful in grabbing us.

5         **Q.**    You didn't get arrested that day though, did you?

6         **A.**    No.

7         **Q.**    Why not?

8         **A.**    We were on the compound, we felt that it was a

9    line that they wouldn't cross to come into the compound.

10         **Q.**    At that point, did you feel that it was safe for

11    you to try and leave the compound?

12         **A.**    Absolutely not.

13         **Q.**    Did you try and leave the compound on your own at

14    any point?

15         **A.**    Absolutely not.

16         **Q.**    Did you eventually get permission to leave Yemen?

17         **A.**    I'm not so sure if it was permission, if that's a

18    good word.  Our release was negotiated, that we would be

19    allowed to leave the country, the compound and the country

20    safely.

21         **Q.**    Who was that negotiated between?

22         **A.**    I have to assume the U.S. government.

23         **Q.**    And how about inside of Yemen?

24         **A.**    Houthi representatives and the Oman government.

25         **Q.**    When did that happen?

1   **A.**   The actual departure date from Yemen I believe was

2   the 17th of November.

3   **Q.**   And how was that communicated to you that you'd be

4   able to leave?

5   **A.**   Well, there was various conversations that I was

6   having with company representatives.   There was some

7   coaching that was going on with U.S. representatives that

8   were operating out of Jeddah, Saudi Arabia discussing kind

9   of dos and don'ts and the way that -- kind of some things

10   that we should and shouldn't do should we become captured or

11   in the event that they came onto the compound to try and

12   take us.

13   **Q.**   Did you make any requests as far as your transport

14   to the airport?

15   **A.**   We kind of landed on a solution of the best way to

16   depart would be to be escorted by a Houthi representative

17   who either made the deal to allow us to leave or was part of

18   that deal.

19   **Q.**   Why was that?

20   **A.**   We felt like -- I specifically felt like that if

21   we were to be handed over to some third party, there could

22   be a double-cross and the Houthi representatives would deny

23   any knowledge of it and would just simply say it wasn't our

24   fault, someone took them.   So I felt like the best way for

25   us to get out of there was to have one of the Houthi

1    representatives who negotiated the deal to be personally

2    responsible for taking us to the airport.

3         Q.   So that individual came to the Sheraton complex to

4    pick you up?

5         A.   He did.

6         Q.   On the 16th of November?

7         A.   I believe the 17th kind of sticks in my head.  By

8    the time we got to Muscat, maybe it was the next day, so I

9    think we're in the ballpark.

10        Q.   Did that individual speak English?

11        A.   Didn't communicate with me at all.

12        Q.   So was there anybody else in the car with you that

13   day or was it just you and him?

14        A.   No, there were -- he was there, he appeared to be

15   in charge.  He had a driver.  And then there were two escort

16   gun trucks with about 15 or so soldiers, one gun truck to

17   the front of us and one to the rear.

18        Q.   And did they drive you directly to the airport

19   from the Sheraton?

20        A.   It appeared so.  I'm not familiar with the

21   terrain, but it appeared that we went directly to the

22   airport.

23        Q.   You didn't make any stops on the way?

24        A.   No.

25        Q.   And was there a plane waiting for you when you got

1    to the airport?

2         **A.**    Eventually.

3         **Q.**    How long did that take?

4         **A.**    Several hours.  Once we arrived at the airport,

5    the Houthi representative who had escorted us there had

6    turned us over to some other individuals at the airport.

7         **Q.**    Did any of those individuals talk to you about

8    what was going on?

9         **A.**    They simply stated that they were going to arrest

10   us and that we wouldn't be allowed to leave Yemen.

11        **Q.**    And what happened when the plane got there?

12        **A.**    After a bit of interrogation and being broken up

13   as individuals, that probably went on for an hour or so.

14   And eventually me and my other travel companions kind of

15   merged into a room together and reunited.  Then we were

16   placed in another vehicle and taken to a VIP section of the

17   airport where we could see into the distance, we could see

18   the Oman representatives waiting for us.

19        **Q.**    How did you know they were from Oman?

20        **A.**    I assumed.  They were dressed very different than

21   everybody else.  They were off to themselves, and they were

22   behind the gate.

23        **Q.**    And what happened next after you saw the Omanis?

24        **A.**    At some point, lots of back and forth discussion,

25   shouting.

1    **Q.**    In Arabic?

2    **A.**    In Arabic.

3    **Q.**    Do you speak Arabic?

4    **A.**    No.   We were -- eventually the gate opened, and we

5    were pushed through to the other side.   That was the first

6    time that we had come in contact, personal contact with the

7    Oman representatives.   And probably another 30, 40 minutes,

8    maybe an hour or so they took us to the flight line.

9    **Q.**    And did you board the plane at that point?

10   **A.**    Yes.

11   **Q.**    And what happened and what did you observe after

12   you boarded the plane?

13   **A.**    Once we boarded the plane, one of the Oman

14   officials went to the overhead bin of the aircraft, opened

15   up a briefcase, pulled out what I estimated to be $30,000.

16   I saw them to be $10,000 stacks of bills.   Took what I

17   perceived to be about $30,000, three $10,000 stacks, put it

18   in his pocket, walked down the stairs to the airport,

19   greeted the Houthi representative that took us -- that

20   brought us there, handed him the money and then got back on

21   the aircraft.

22   **Q.**    Was it your understanding that that money was paid

23   in exchange for your safe release from Yemen?

24   **A.**    I felt like it was.

25   (Sealed testimony placed under separate cover)

1          **THE COURT:**  I had a couple of follow up questions.

2     You indicated that you requested that you be taken to the

3     airport by the Houthi representative who was negotiating the

4     terms of your release, correct?

5          **THE WITNESS:**  Yes.

6          **THE COURT:**  How did you know that that's who the

7     person was?

8          **THE WITNESS:**  I didn't know that was the

9     individual, but that was the request that I made.  I had to

10    assume that folks were honoring our request.

11         **THE COURT:**  Who did you make the request to?

12         **THE WITNESS:**  I'm not 100 percent sure how we

13    landed on that solution.  There were days and weeks of

14    discussion on how we could safely get to the airport.  So

15    I'm not 100 percent sure how we landed on that solution.

16    But in a series of discussions, I felt that it was best.  I

17    communicated it to the U.S. government representatives in

18    Jeddah that we just felt that it was best if they would take

19    us to the airport.

20         **THE COURT:**  So there were representatives of the

21    United States Government that were involved at least in some

22    way -- you may not know the details, but they were involved

23    in some way in getting you out?

24         **THE WITNESS:**  Yes, they were -- I spoke to them

25    daily.  There was some coaching back and forth about kind of

1    dos and don'ts, should they storm the compound and try to

2    take us.  So there were at least daily conversation, text

3    message exchanges, kind of the coaching that was going on to

4    prepare us for the departure.

5           THE COURT:  And it was your understanding during

6    that period of time that people were involved in

7    negotiations of some type with the Houthi government -- or

8    the Houthi rebels with respect to convincing them that you

9    should be allowed to leave?

10          THE WITNESS:  Yes, I felt like at a very high

11   level.

12          THE COURT:  But you don't know the actual terms

13   other than having seen this money?

14          THE WITNESS:  No.

15          THE COURT:  That's helpful, thank you.

16          MR. HOFFMAN:  Thank you, sir.

17          THE COURT:  Thank you for being here.

18          THE WITNESS:  Thank you.

19          THE COURT:  Just before we unseal the courtroom,

20   can I request that counsel review the transcript from this

21   portion of the proceeding to indicate which portions of that

22   can be in the public record.  Obviously not identifying the

23   witness by name.  There may be some portions of his

24   testimony from which one can infer who he is.  I'd like as

25   much as of the proceeding to be on the public record as

1    possible, but making sure we're not revealing the identity

2    of the witness in the process, okay?

3            **MR. HOFFMAN:**  Sure.

4            **THE COURT:**  Okay, so would this be a good time to

5    take our afternoon break?

6            **MR. HOFFMAN:**  Our next witness will be a video.

7            **THE COURT:**  How long is the video?

8            **MR. HOFFMAN:**  Forty-five minutes.

9            **THE COURT:**  Why don't we go ahead and take a --

10   just a 10 minute break.  Do you think you'll be able to get

11   on all the witnesses today that you intended to call today?

12           **MR. HOFFMAN:**  I think there's one that seems to be

13   trailing.

14           **MR. SINGER:**  We'll get on all the witnesses we

15   intended to call after lunch.  In the morning we had a more

16   ambitious agenda.  We can bring the other witness on

17   tomorrow and I think we'll still be able to finish tomorrow.

18           **THE COURT:**  Okay, great.  Let's take a 10 minute

19   break and return for the video.

20       (Off the record at 3:06 p.m.)

21       (Back on the record at 3:31 p.m.)

22           **MR. HOFFMAN:**  Your Honor, just three housekeeping

23   things on the video testimony.  I just handed up a blue

24   flash drive which I believe is on your law clerk's bench.

25   It contains all the video files for this hearing as well as

1    the deposition transcripts in full.

2         **THE COURT:**  Okay.

3         **MR. HOFFMAN:**  And the exhibits that were entered

4    at the depositions.  In addition to that, we had a little

5    bit -- this video, unlike the other four, is a little soft

6    on the volume.  So I handed up the transcript just in case

7    it helps you to follow along with that.

8              And then in talking with the court reporter, we're

9    fine if your Honor's okay with just adding the transcript

10   from the video deposition into the record for this case.

11   But he mentioned that in one or two other courts, the judges

12   asked for him to record verbatim the audio as it comes out

13   of the video.  Plaintiffs are fine with the easier of those

14   two options, but we'll leave it up to your discretion.

15        **THE COURT:**  Can you represent to the Court that

16   the transcript that you've provided me is indistinguishable

17   from the substance of the video?

18        **MR. HOFFMAN:**  Yes, your Honor.  The videos we are

19   playing in the courtroom, we are starting as soon as the

20   witness has been sworn in just for -- to save the Court the

21   minute or so on the transcript and hearing the

22   videographer's identification of the transcript.

23             But the video files and the transcripts --

24   deposition transcripts that are on the flash drive that we

25   handed up are identical in every way.

1         THE COURT:  Okay, I think it's okay to proceed

2     that way.  You can just move the transcript into evidence as

3     the testimony along with the video.

4         MR. HOFFMAN:  Thank you, your Honor.

5         MR. SINGER:  Judge, just one last thing.  Dr. Al

6     Junaid lives out of the country.  He was in Florida for a

7     short period of time, so we were able to go down and get his

8     de bene esse deposition.  We would have loved to have

9     brought him in live, but this is the next best thing we

10    could do.

11        THE COURT:  Are you invoking the -- I can't

12    remember if it's the hearsay exception or exclusion from the

13    hearsay rule for a witness who is outside the jurisdiction

14    not subject to subpoena but who's provided sworn testimony?

15        MR. SINGER:  Yes, your Honor.

16        THE COURT:  So he's coming in on that basis?

17        MR. SINGER:  Yes, sir.

18        THE COURT:  Okay.

19        MR. SINGER:  Thank you.

20        MR. HOFFMAN:  Are you ready, your Honor?

21        THE COURT:  Yes, I am.

22

23        VIDEO DEPOSITION TESTIMONY OF ABDUL-QADER AL JUNAID

24        PLAYED IN OPEN COURT

25        THE COURT:  Can I ask you to pause it for a

1    second.   Should the witness' address be redacted?

2            **MR. SINGER:**  Yeah, I think that was -- it probably

3    for the purposes of the trial should be, yes.

4            **THE COURT:**  Why don't you go ahead and file as an

5    exhibit a redacted version of the transcript that excludes

6    his address.

7            **MR. SINGER:**  Yes, sir.

8            **THE COURT:**  Okay, thank you.

9        (Video deposition testimony of Abdul-Qader Al Junaid

10           continued playing)

11           **THE COURT:**  Can you pause here just for a second.

12   The one thing I've noticed is on page 38 of the transcript

13   at line 18, the transcript says, "With a mimicking gesture,"

14   and the witness said, "With a menacing gesture."

15           **MR. SINGER:**  Thank you, Judge.

16           **THE COURT:**  You can continue.

17       (Video deposition testimony of Abdul-Qader Al Junaid

18          continued playing)

19           **THE COURT:**  Since we didn't transcribe that

20   portion of the proceeding, I'm going to request that you

21   file on the public docket the transcript with the redactions

22   that we discussed.

23           **MR. SINGER:**  Yes, sir.

24           **MR. HOFFMAN:**  Judge, our last witness for the day

25   is Mr. Michael Pregent.

1              **THE COURT:**  Okay.

2              **DEPUTY CLERK:**  Please raise your right hand.  Do

3    you solemnly swear that the testimony you are about to give

4    will be the truth, the whole truth and nothing but the

5    truth?

6              **THE WITNESS:**  I do.

7              **DEPUTY CLERK:**  Thank you.  You may be seated.

8

9         DIRECT EXAMINATION OF MICHAEL PREGENT

10   **BY MR. HOFFMAN:**

11        **Q.**   My apologies, your Honor, I'm testing my

12   multitasking abilities up here before I get started.

13             Sir, can you please tell the Court your name?

14        **A.**   Michael Pregent.

15        **Q.**   And where are you currently employed?

16        **A.**   I am a senior fellow at The Hudson Institute.

17        **Q.**   What is The Hudson Institute?

18        **A.**   It's a think tank.  It's -- I focus primarily on

19   national security issues and foreign policy issues in the

20   Middle East, North Africa.  In particular Iranian, IRGC-Qods

21   Force terrorism activities, terrorist activities in the

22   region.

23        **Q.**   What's your title at Hudson?

24        **A.**   Senior fellow.

25        **Q.**   And generally speaking, what are your daily job

1    duties?

2         **A.**    Well, I travel all over the region.  I've visited

3    Saudi Arabia, I'm going to Bahrain, I've been to Iraq.  I

4    primarily focus on the activities of the Islamic

5    Revolutionary Guard Corps, Qods Force, Qasem Soleimani's

6    external terrorist organization.

7         **Q.**    Prior to your work at Hudson, did you participate

8    in any other fellowships or positions?

9         **A.**    I was at the National Defense University, I was

10   brought on by General Odierno to work on the Department of

11   the Army's case -- or history of the Iraq war, in particular

12   to help with the chapters that dealt with Iranian terrorism.

13        **Q.**    What is the National Defense University?

14        **A.**    It's a U.S. government Department of Defense think

15   tank that supports the U.S. government.

16        **Q.**    Who's trained by National Defense University?

17        **A.**    They actually train foreign officers on U.S.

18   foreign policy and national security issues, and try to

19   promote a good working relationship with foreign military

20   officers and the U.S. military as a whole.

21        **Q.**    And you mentioned the project you worked there,

22   but can you elaborate on that a little bit?

23        **A.**    Specifically what I looked at is Qasem Soleimani's

24   terrorism network.  Qasem Soleimani is an Iranian general.

25   He commands the Revolutionary Guard Corps' Qods Force, its

1   external operations.  I focused on lethal aid to proxy

2   groups, Shia proxy groups that led to the death of

3   Americans, the activities of Hezbollah Unit 3800 which

4   actually trained Shia militia units in Iraq.  Well, they

5   took them to Tehran to train them on how to kill Americans

6   and how to do other types of operations such as

7   assassinations, kidnappings, rocket attacks and put in place

8   improvised explosive devices.

9        Q.   Did you publish anything as part of your work with

10  NDU?

11       A.   At NDU, I did.  I gave lectures and published op

12  eds, and also it led to testimony as a Hudson fellow.  But

13  in my capacity working in Iraq, I published classified

14  reports for Generals Odierno and Petraeus on exactly that,

15  the IRGC-Qods Force activities.

16       Q.   And you mentioned a chapter.  Was it a textbook?

17  You said you worked on --

18       A.   It's actually a book, a book on the history of the

19  Iraq war going back from the beginning.  It's actually being

20  revised now to include the post ISIS strategy.  So it was a

21  long term project.

22       Q.   And that's a book published by NDU?

23       A.   Yes -- well, Department of Defense, Department of

24  the Army actually.

25       Q.   What's your educational background?

1       **A.**   Well, I learned Arabic at 18 at the Defense

2   Language Institute in Monterey, California.   Then I went to

3   Indiana University, international relations, Middle East

4   focus.   Then I went to grad school at George Washington

5   University.

6       **Q.**   Did you earn a degree at grad school?

7       **A.**   Yes, I did, it's in strategic communications.

8       **Q.**   What is it about your past employment that

9   qualifies you for fellowship positions at places like Hudson

10  and NDU?

11      **A.**   Well, I joined the military at 18, and I had a

12  20-year career as an intelligence officer primarily focused

13  on activities in the Middle East.   My last -- or let's put

14  it this way:   My post 9/11 experience was in Afghanistan and

15  also Iraq where basically looking at IRGC-Qods Force lethal

16  aid support to the Taliban, to the Pakistani ISI which is

17  their intelligence service, and then Iraq looking at Iranian

18  lethal aid.   I spent time in uniform in 2005-2006 as an

19  intelligence officer embedded with the Iraqi Peshmerga

20  fighting Al Qaeda and also Iranian backed Shia militias that

21  were conducting operations.

22      **Q.**   As an intelligence analyst, what agencies did you

23  work for?

24      **A.**   When I was in the military, I worked for the

25  National Security Agency early on in my career.   In my

1    military capacity, I was a source for the CIA and DIA in

2    different capacities.  Then when I left the Army after a

3    20-year career, I joined the Defense Intelligence Agency as

4    a subject matter expert on basically Iraq, but specifically

5    Iranian support to military operations in the Middle East

6    and North Africa.  And I spent seven years with the Defense

7    Intelligence Agency.

8         Q.   What does it mean to be a subject matter expert?

9         A.   A subject matter expert, in most cases you have to

10   have a Master's degree.  I didn't have one, but my

11   qualifications came from an extensive military background in

12   the Middle East, 20 years as an intelligence officer focused

13   on the Middle East, and then 10 years actually in the

14   region.  And then after that, working for DIA, it was in

15   year one, year two that I became a subject matter expert or

16   a highly qualified expert based on my experiences.

17        Q.   Did you have different postings during your time

18   at DIA?

19        A.   Yes, so at DIA initially I came in by name request

20   to go to Iraq.  I spent 2006, 7, 8, 9 and 10 in Iraq in a

21   capacity as an intelligence adviser, political adviser to

22   Generals Petraeus and Odierno as a binding request.  And in

23   2010, I worked in the National Military Command Center at

24   the Pentagon working the Arab Spring where I specifically

25   started looking at Houthi activity and IRGC-Qods Force

1    activity in Yemen to support those operations.

2        Q.   You said the NMCC, what is that?

3        A.   National Military Command Center.  After that I

4    worked the Osama bin Laden Sensitive Site Exploitation in

5    Abbottabad where we looked at documents related to not only

6    Al Qaeda support to the counter Houthi elements in Yemen,

7    but also Iran support to Al Qaeda so you could actually see

8    that again the Iranians would not only support Shia proxy

9    groups, but they would also lend aid to Sunni terrorist

10   groups if they were solely focused on attacking the United

11   States.

12       Q.   And have you dealt anything with Yemen since

13   leaving the DIA?  What's your exposure to Yemen?

14       A.   Basically looking at traveling to the region

15   again.  Every time I go to the region, I looked at the

16   foreign fighter flow from Yemen into Syria and Iraq to

17   support ISIS.  And in that we also saw a heavy concentration

18   of the IRGC-Qods Force recruiting individuals from Yemen to

19   actually going to Syria and fight on behalf of Assad -- not

20   Hafez al-Assad, but Assad in Syria.  And also go to Iraq to

21   work with the Shia militia organization the Hash'd al Shaabi

22   or the People's Mobilization Units.

23       Q.   Your primary focus though has been on Qods Force

24   and Qods Force influence?

25       A.   Right.  Basically it's this:  The IRGC-Qods Force

1    claims the ability to influence four capitals in the Middle

2    East.  It's Baghdad, Damascus, Beirut and Sana'a.  They

3    pride themselves on that, they recruit based on that.  They

4    basically track the activities of -- Unit 400 is IRGC-Qods

5    Force's unit that goes to these places, Yemen, Syria, Iraq

6    and Lebanon.  They work close in hand with Hezbollah Unit

7    3800 which basically claims the same capabilities of being

8    able to influence, train and -- influence the political

9    situation and the security situation in Baghdad, Damascus,

10   Beirut and Sana'a.

11       Q.    Since leaving DIA working for The Hudson

12   Institute, have you had writings published on the topics of

13   Iranian foreign policy, Qods Force influence in the Middle

14   East?

15       A.    Yes, numerous publications from foreign affairs,

16   foreign policy, Washington Post, Wall Street Journal, think

17   tank pieces.  And then I've testified three times on Iranian

18   activities in the region in front of Congress.

19       Q.    What area of Congress or what committee did you

20   testify in front of?

21       A.    It was the House Government Oversight Committee on

22   Terrorism.  I was basically asked to talk about the

23   activities of Iran in the Joint Comprehensive Plan of

24   Action, the Iran deal time period where Iran received the

25   $100 billion to $150 billion based on the Iran deal, and

1    then started stepping up their activities specifically in

2    Yemen, Damascus and Iraq.

3        Q.   What was your most recent time testifying before

4    Congress?

5        A.   I believe it was March.

6        Q.   Of this year?

7        A.   Yes.

8        MR. HOFFMAN:  Your Honor, I'd ask to have

9    Mr. Pregent recognized as an expert on the topics of Iranian

10   foreign policy and Qods Force influence in the Middle East.

11       THE COURT:  So I think it's a little too broad to

12   qualify the witness as an expert on Iranian foreign policy

13   just generally.  But I do think that you certainly

14   established that he's qualified to testify as an expert on

15   the Qods Force and Iranian efforts to influence political

16   activity in Yemen, Iraq, Syria and Lebanon.  So I think

17   you've satisfied that requirement with respect to Rule 702,

18   so I will accept the witness' testimony as an expert with

19   respect to those issues.

20   BY MR. HOFFMAN:

21       Q.   Thank you, your Honor.  And Mr. Pregent, you and I

22   can try and slow our pace down a little bit.

23       A.   Oh, was I going too fast?  I apologize.

24       Q.   I think we were talking over each other just a

25   little bit.

1      **A.**   Oh, okay.  I apologize.  I'm on Berlin time, I

2  just got back.

3      **Q.**   From a big picture perspective when you look at

4  Iranian goals and influences in the Middle East, what are

5  their foreign policy goals?

6      **A.**   I would summarize it as destabilizing activities.

7  They believe fractured government policy is the best way for

8  them to maintain influence in these countries that I've

9  mentioned.  And in particular, to build up proxy

10  organizations that they can direct, finance.  One thing that

11  Iran does so the IRGC-Qods Force does is it marries their

12  proxies.  It pays them to strategically carry out Iran's

13  goals, and it makes them adhere to that.  So I would

14  summarize it as a policy to spread the revolution, and also

15  to take advantage of areas where there are fractured states.

16      **Q.**   You just used the phrase proxy.  What does that

17  mean to you in this context?

18      **A.**   A direct affiliate that's paid by, trained by,

19  directed by IRGC-Qods Force or Lebanese Hezbollah 3800 unit

20  leadership.

21      **Q.**   Is there a specific organization within the

22  Iranian government that's responsible for identifying and

23  training new proxy organizations?

24      **A.**   Yes, the Islamic Revolutionary Guard Corps-Qods

25  Force is responsible for training proxy forces.

1      **Q.**   Who is the leader of the Qods Force?

2      **A.**   For the Qods Force is Qasem Soleimani, General

3    Qasem Soleimani.

4      **Q.**   And who does General Soleimani report to within

5    the Iranian government?

6      **A.**   He answers directly to the Supreme Leader.

7      **Q.**   What purpose does the Qods Force serve within the

8    Iranian government?

9      **A.**   The Qods Force is its external operating body.  It

10   is a hybrid of a CIA like entity and also our special

11   operations entity.  It goes out and it finds proxies to

12   train and politicians to intimidate.

13     **Q.**   In your experience both in your prior professions

14   and now working for Hudson, have you formed an opinion as to

15   whether or not the Qods Force funds and supports

16   international terrorism?

17     **A.**   Yes, I have.

18     **Q.**   And what is your opinion on that issue?

19     **A.**   That they do and they do it well.

20     **Q.**   How long has that been true?

21     **A.**   It's been true since the founding of Lebanese

22   Hezbollah.  It's been true since the revolution since 1979.

23     **Q.**   Do you have an opinion as to who it is that

24   instructs the Qods Force to do this?

25     **A.**   The Supreme Leader, whether it be Khomeini and

1    then after that Khamenei.

2        **Q.**   Does the funding of terrorism by the Qods Force

3    advance foreign policy goals by the Iranian government?

4        **A.**   Yes.

5        **Q.**   How so?

6        **A.**   It increases Iranian influence.  The proxies that

7    the Islamic Revolutionary Guard Corps -- can I call it the

8    IRGC-Qods Force?

9            **THE COURT:**  Yes.

10           **THE WITNESS:**  Okay, the IRGC-Qods Force, the

11   proxies they develop end up having primacy not only over the

12   political systems of these countries, but also their

13   security apparatus.  That's where Iran exerts its influence.

14   **BY MR. HOFFMAN:**

15       **Q.**   In your opinion, over the past decade, has Qods

16   Force funding and supporting of terrorism increased,

17   decreased or remained about the same?

18       **A.**   It has increased.  And they have an ability to

19   offset the actual expenses of funding these proxies by

20   developing natural resources within the countries

21   themselves, and also using their ability to infiltrate their

22   financial sectors or their economic sectors.

23       **Q.**   Mr. Pregent, in 2015, this Court issued an opinion

24   in a case titled Flanagan versus Islamic Republic of Iran.

25   And the Court stated that:

1                "The IRGC is dedicated to the spread of

2          fundamentalist Islamist principles throughout the

3          world, and the establishments of fundamentalist

4          Islamist governments in nations other than Iran.

5          The IRGC-Qods Force is the branch of the IRGC

6          generally charged with foreign operations."

7                Do you agree with that statement?

8      A.    Yes.

9      Q.    Was that statement true in October of 2015?

10     A.    Yes, it was.

11     Q.    And is that statement true today?

12     A.    Yes.

13     Q.    Let me see if I can pull up -- well, we can skip

14   that, the monitor's not working.  We can skip the monitor

15   for now.  Oh, there we go, look at that.  Perfect timing.

16          Mr. Pregent, are you familiar with terrorist

17   designations by the Treasury Department?

18     A.    Yes, I am.

19     Q.    Is that something that you've worked on in the

20   past?

21     A.    Yes.  I've actually been working recently with

22   Capitol Hill to designate several IRGC proxies as terrorist

23   organizations.

24     Q.    And are you familiar with the announcements of

25   those designations the Treasury Department posts on their

1   website?

2        **A.**   Yes.

3        **Q.**   Are you familiar with the process by which those

4   designations are investigated and the decision making

5   process within the Treasury Department?

6        **A.**   Yes.

7        **Q.**   Are you aware of any times in which the IRGC-Qods

8   Force has been mentioned or identified in one of those

9   Treasury Department designations?

10       **A.**   Yes.

11       **Q.**   I'd like to show you what's been marked as

12   Exhibit 10 to this hearing.  Are you familiar this document

13   that's on the screen in front of you right now?

14       **A.**   Yes.  I only see the top half of it, but yes.

15       **Q.**   And what is this document?

16       **A.**   It's a notice that the Treasury Department -- OFAC

17   in the Department of Treasury put out that talks about the

18   recent designation of a group based on Executive Order

19   13224.

20       **Q.**   And is the Qods Force included as one of the

21   entities discussed in this designation?

22       **A.**   Yes.

23       **Q.**   Are you familiar with where on this document the

24   Qods Force is discussed?  If you can direct me to it on

25   here, and we can only see one page at a time.

1      **A.**   Of course the designation -- I'm pretty familiar

2   with the designation of the Qods Force.  Individuals

3   designated, also the banks that support their operations to

4   include shipping liners, freight companies, individuals that

5   are sanctioned based on either providing material support to

6   terrorism or actually being involved directly in terrorism.

7      **Q.**   What's the significance for the Qods Force and

8   being identified and designated like this?

9      **A.**   Well, it gives the U.S. government tools.  It also

10   helps freeze their assets.  Also we get to publicly tell

11   people who they are and how much -- what their assets are.

12   Secretary Pompeo did that last week when he identified

13   members of the IRGC and the Qods Force individuals, and how

14   much money they made in order to broadcast that to the

15   Iranian people.  But also to warn British -- you know,

16   European countries not to do business with Iran because

17   they'd be subject to U.S. secondary sanctions.

18      **Q.**   And do you rely on designations like this when you

19   do your work?

20      **A.**   It's one tool, but it's a significant tool.

21   Because the first thing we try to do is go after the money,

22   try to cut it off, try to seize it so that we can limit

23   terrorist operations.  Then that allows our intelligence

24   community to focus on the black market or the shell company

25   assets.  Shell companies are front companies that they use

1    to offset U.S. sanctions.  So it shuts down one corridor,

2    and the other part comes up and we're able to look at that

3    through the intelligence community's assets.

4        **Q.**    Independent of findings of this designation, are

5    its findings consistent with your knowledge, opinion and

6    experience as an expert in this field?

7        **A.**    Yes, and there's actually basis for them to

8    actually be designated at a higher, higher level.

9        **Q.**    What do you mean by that?

10       **A.**    A Foreign Terrorist Organization, that's what

11   we're trying to get at.  We're trying to get Hezbollah

12   there, trying to get other organizations there based on

13   evidence of support of terrorism and direct, direct evidence

14   of conducting terrorist attacks.

15       **Q.**    On page three of this designation which is on the

16   screen in front of you, do you see the last sentence dealing

17   with the Qods Force, it talks about Qods Force provides

18   lethal support?

19       **A.**    "Instrumental in providing lethal support to the

20   Taliban and others," yes.

21       **Q.**    No, I'm actually talking about I think the little

22   mark next to it.

23       **A.**    Let's see.  I'm familiar that the IRGC-Qods Force

24   provides terrorist support to their proxies.

25       **Q.**    And it says in this document that it provides

1    lethal support in the form of weapons, training, funding and

2    guidance.

3          Is that consistent with your experience and

4    opinion as to how the Qods Force supports its proxies?

5        **A.**   Yes.

6          **THE COURT:**   Although I should just note for that

7    sentence you're pointing to there, it talks about providing

8    that support to Iraqi Shia militants.

9    **BY MR. HOFFMAN:**

10       **Q.**   Yes, thank you, your Honor.  Generally speaking,

11   though, beyond the Iraqi Shia context, is that consistent

12   with how the Qods Force supports its proxies?

13       **A.**   It is.  The Qods Force introduces the Hezbollah

14   model.  So they introduced the Hezbollah model to the Iraqi

15   Shia militia construct.  And the Houthis have actually

16   touted Hezbollah as their model of how to operate, and also

17   their mentors based on the close relationship between

18   Hezbollah's Unit 3800 and the Houthis.  And that of course

19   was directed by the IRGC-Qods Force.

20       **Q.**   Let's talk in a little bit of detail about how

21   each of those four areas are employed by the Qods Force in

22   supporting its proxies.

23          With the first one, weapons, this may be overly

24   simplistic, but why does the Qods Force supply weapons to

25   its proxy organizations?

1          A.    Well, initially it provides weapons to its proxies

2     in order to demonstrate a capability.  We've seen advanced

3     delivery of weapon systems to the Houthis which demonstrates

4     more of a strategic relationship between the IRGC-Qods Force

5     and its Houthi proxies.

6          Q.    Is there a common method or M.O. in how those

7     weapons are delivered to any particular proxy?

8          A.    Yes.  In the case of IRGC-Qods Force support to

9     the Houthis in particular, we've seen them use shipping

10    liners.  We've seen -- the U.S. military has actually

11    intercepted fishing boats that had small arms weapons,

12    rocket propelled grenades, components for drones, components

13    for -- dual use components that they can actually use in

14    IEDs and also rockets.

15         Q.    In your experience, are those weapons that are

16    supplied by the Qods Force to the proxies, are they always

17    Iranian made weapons?

18         A.    Not always, they can provide Russian weapons as

19    well.  The Iranians do tend to copy systems, so they will

20    actually make their own copies of certain weapons.  They've

21    done that with drones, they've done that with antitank

22    weapons.  And they actually are the premier manufacturers of

23    explosively formed penetrators, something they've also

24    introduced to the Houthis.  The most important thing here is

25    they don't provide that weapons support until they've

1    actually developed the relationship and developed the

2    training before they receive the arms so that they use it

3    the way the regime wants it to be used.

4        Q.    And in your personal experience, what -- or how

5    have you encountered the Qods Force supply of weapons to a

6    proxy organization?

7        A.    We've actually captured individuals that crossed

8    the border into Iraq with lethal aid.  The current director

9    of the Ministry of Interior in Iraq is actually an IRGC-Qods

10   Force proxy who now has access to U.S. funds and equipment

11   which is interesting.  But what they do is they use key

12   individuals in the political and security apparatus to be

13   able to make these weapons transfers look legit like it's a

14   government operation.  This is key because of Houthi control

15   now of the central government in Yemen.

16       Q.    Let's talk next about the training element that

17   the Treasury identified in the designation.  What sort of

18   things does the Qods Force train its proxies how to do?

19       A.    The Qods Force is very good at selecting talent.

20   So if you don't have any talent, then they'll train you on

21   the basics, train you on how to shoot your weapon, how to do

22   small unit tactics.  If you have talent, then you can go

23   into the bomb making training course.  If you have smarts in

24   different languages, then they'll put you into the

25   assassination and kidnapping training.  They tend to

1  separate their proxies.  So when you go through two months

2  of training, it's not all of that.  It's two months of

3  training that are actually selected for the individuals

4  based on their competency levels.  They're very good at

5  identifying talent.

6      Q.    Is it common for those trainings to take place

7  domestically within the proxy's nation or externally?

8      A.    Well, in the case of the -- they can do them in

9  both places.  But in the case of the fight against ISIS and

10  what Iran has been doing in Syria to prop up Assad, they've

11  actually been selecting some of these individuals from Yemen

12  and sending them into the battlefield in Syria to be trained

13  up.  And also putting them into the Iraqi militia construct

14  that is led by the IRGC-Qods Force to get real live training

15  in actual combat scenarios that they can take back.  That's

16  again where the talent is identified, who will build an IED,

17  who will be able to launch a SCUD missile, who will be able

18  to fire advanced weapons and also who will take part in

19  assassinations and kidnapping operations.

20      Q.    Do you have any personal experience observing this

21  kind of training in your professional career?

22      A.    Yes.

23      Q.    What sort of things?

24      A.    Specifically kidnapping operations in Iraq, the

25  Karbala 2007 operation where Lebanese Hezbollah went in,

1    worked with an Iraqi proxy called AAH or Asa'ib Ahl al-Haq.

2    Basically what they focused on is kidnapping five Americans

3    to trade for four IRGC-Qods Force operatives.  I can relate

4    that to Yemen.

5            THE COURT:  Just so you know, I have in front of

6    me the case involving the attack on the Karbala PJCC.

7            THE WITNESS:  I'm an expert witness in that one as

8    well.

9    BY MR. HOFFMAN:

10       Q.    So moving off of training onto funding, why does

11   the Qods Force supply funding for these proxy organizations?

12       A.    Well, it's a way to keep them relevant.  They want

13   them to have primacy of the battle space that they own, and

14   they also want them to be able to defend themselves against

15   competitors.  In the case of where IRGC-Qods Force sets up

16   its proxies, there are always -- there are competitors.  In

17   the case of Yemen, it's Al Qaeda in the Arab peninsula.

18   It's the factions on the other side, the Hadi government

19   side.  And of course not all Shia support the Houthis, so

20   they need to be able to intimidate other Shia in Yemen in

21   order to comply with Houthi goals.

22       Q.    How would you describe the relationship between

23   Iran and Hezbollah?

24       A.    Hezbollah is the gold standard for what Iran wants

25   to do with their proxy militias in Afghanistan, Syria, Iraq

1   and Yemen.  The relationship doesn't work -- Lebanese

2   Hezbollah is basically directed by the IRGC-Qods Force to

3   conduct external operations outside of Lebanon.  If they go

4   somewhere outside of Lebanon, it's usually at the --

5   primarily at the request of the IRGC-Qods Force.  I can be

6   more specific if you need me to be or if that works.

7        Q.   No, that's fine.  Again in the Flanagan case that

8   I mentioned earlier, the Court stated that the IRGC-Qods

9   Force is the principal Iranian organization working with the

10  Lebanese Hezbollah organization's armed elements.  Is that

11  consistent with your view?

12       A.   Yes.

13       Q.   Was that true in 2015?

14       A.   Yes.

15       Q.   Is it still true today?

16       A.   It is.  It's actually accelerated.  Hezbollah is

17  now able to operate at the brigade level.  What that means

18  is five years ago they were good at operating with just 30

19  guys.  Now they're good at operating with a thousand

20  fighters at the same time doing combined arms training.  So

21  their capabilities have actually increased.  The most

22  important thing is General Votel from CENTCOM has actually

23  said that Iran plans to do with the Houthis in five years

24  what it took them 20 years to do with Lebanese Hezbollah.

25  So CENTCOM and the intelligence community is actively

1    looking at Iran's focus on increasing the lethal capability

2    and wanting to make the Houthis a Hezbollah-like

3    organization in Yemen that can threaten Saudi Arabia, and

4    also control the ports where they can actually threaten

5    Israel as well.

6        Q.    And similarly, in the 2003 case known as Peterson

7    versus Iran, the Court stated that, "Hezbollah is largely

8    under Iranian orders.  It's almost entirely acting" -- with

9    a slight part of that sentence taken out, "almost entirely

10   acting under the order of the Iranians, and being financed

11   almost entirely by the Iranians."

12            Is that consistent with your opinion?

13       A.    Yes.  The Iranians give them about a $200,000,000

14   budget a year.  They can increase it based on operation

15   tempo, what Lebanese Hezbollah is trying to do.  They've

16   actually increased it since the JCPOA went into effect.

17   We're still waiting to see the impacts of the Iran deal

18   being walked away from, how that impacts Iranian support to

19   Lebanese Hezbollah.  Most experts will tell you that it now

20   becomes more important than ever for Iran to increase its

21   support to its proxy groups in order to stave off U.S.

22   actions.

23       Q.    I want to turn your attention to what's been

24   marked as Exhibit 11.  Are you familiar with this document?

25       A.    Yes.

1    **Q.**   What is this document?

2    **A.**   This is a document designating -- the person that

3    stands out to me is Khalil Harb.

4            **THE COURT:**   I'm sorry, just to back up a second,

5    are you going to move into evidence Exhibit 10?

6            **MR. HOFFMAN:**   That's not necessary, your Honor,

7    it's just a basis for his opinion.

8            **THE COURT:**   I think there may be a basis under the

9    rules as a government report to introduce it into evidence,

10   but I'll leave it to you as to whether that's something

11   you'd like to do or not.

12           **MR. SINGER:**   I think we would like to move it into

13   evidence under the government documents exception.

14           **THE COURT:**   So I will admit Exhibit 10.

15       (Plaintiffs' Exhibit 10 admitted into evidence)

16           **MR. SINGER:**   Thank you.

17   BY MR. HOFFMAN:

18   **Q.**   Mr. Pregent, what is this document that's been

19   marked as Exhibit 11?

20   **A.**   The most important thing here is the designation

21   of Khalil Harb as a specially designated global terrorist.

22   **Q.**   Why does Mr. Harb stand out to you on this

23   designation?

24   **A.**   Because he happens to be the leader of Hezbollah

25   Unit 3800, and he has been the leader since 2012.  He's

1    primarily responsible for Hezbollah's training activities

2    supporting not only Iraqi militias, Shia militias, but also

3    the Houthis, stepping up their capabilities.

4        Q.    Was there a portion of these findings that dealt

5    directly with Yemen and the Houthis?

6        A.    Yes, providing financial support to the Houthis

7    and their political parties.

8        Q.    And what was that financial support that Hezbollah

9    provided?

10       A.    According to the report, it's $50,000 a month.

11   About $600,000 a year.  It doesn't sound like a lot in the

12   United States, but that is a lot in Yemen, especially in a

13   country that's riveted with war.

14       Q.    And independent of this report, is that consistent

15   with your opinion as well as far as Hezbollah's funding of

16   the Houthis?

17       A.    Yes.  I thought it would be more money, but yes.

18       Q.    And is this report the type of report that you

19   would rely on both as an employee with DIA and also as an

20   expert at The Hudson Institute?

21       A.    Absolutely.  You would use this report as a basis

22   to actually designate higher based on the information here,

23   to seek a higher designation for Khalil Harb.

24            **MR. HOFFMAN:**  Your Honor, I'd move Exhibit 11 on

25   the same basis as entering Exhibit 10.

1      **THE COURT:**  Exhibit 11 is admitted.

2      (Plaintiffs' Exhibit 11 admitted into evidence)

3      **THE COURT:**  Can you go back and point to me where

4   it says -- I see a paragraph here that talks about Hezbollah

5   providing funding of $50,000 to a Yemeni political party, is

6   that what you're referring to?

7      **MR. HOFFMAN:**  Yes, your Honor.  And maybe I can

8   ask one more question of Mr. Pregent to --

9      **THE COURT:**  Go ahead, why don't you do that.

10  **BY MR. HOFFMAN:**

11     **Q.**   Mr. Pregent, this report states that Mr. Harb is

12  funding or helping a Yemeni political party obtain $50,000.

13  What does that mean to you?

14     **A.**   Well, this is Hezbollah Unit 3800 which Mr. Harb

15  is in charge of and is responsible not only for providing

16  support to the proxy, military support, but also political

17  support to influence the political situation.  Most likely

18  this is money that's going to members inside.  They call it

19  the Supreme Political Council that's in Yemen.  So it would

20  be individuals within there that are able to actually

21  influence policy.

22     **THE COURT:**  Would that be the Houthis or someone

23  else?

24     **THE WITNESS:**  It would be the Houthis.  It would

25  be Houthi controlled.  They've set up a notional committee

1   where they have the majority seats in it, so it will do what

2   the Houthis want it to do.

3          **THE COURT:**  And do you know, was this a one-time

4   $50,000 payment?

5          **THE WITNESS:**  It's supposed to be every month, so

6   it would have gone on for a year.  We don't know whether

7   it's stopped or whether there's been other ways to actually

8   continue the payments.

9          **THE COURT:**  Okay, continue.

10  **BY MR. HOFFMAN:**

11      **Q.**   Mr. Pregent, in your experience when you see

12  funding by Hezbollah external to Lebanon, what does that

13  mean to you?

14      **A.**   It means that the money has been directed by the

15  IRGC-Qods Force to be moved by Lebanese Hezbollah to a

16  proxy.

17      **Q.**   And why do you believe that?

18      **A.**   It's what they do.  They can do that directly as

19  well, they don't need Lebanese Hezbollah to do that.  But in

20  this case, it develops a closer relationship.  Lebanese

21  Hezbollah Unit 3800 is the unit that has the frequency and

22  proximity to these proxy groups.  The more daily interaction

23  you have with a proxy group, the more you want to be the

24  ones that actually deliver the cash.  It just builds trust.

25      **Q.**   And would you expect that Lebanese Hezbollah or

1    Unit 3800, whatever, do that in the absence of Iranian Qods

2    Force direction?

3        **A.**    No, it would be directed, but it would also be a

4    one-time direction continue to pay them and Lebanese

5    Hezbollah does it.  It doesn't need to be said every month

6    to do it, it's just something that's understood.

7        **Q.**    And finally, the fourth section that was

8    identified -- or the fourth type of material support that

9    was identified by the Treasury document that was Exhibit 10,

10   it was guidance.

11           In your experience, what is guidance provided by

12   the Qods Force?

13       **A.**    In my experience, they're very specific on their

14   guidance.  What weapons to use against what target.  They've

15   taken away lethal aid capabilities from Iraqi militias that

16   didn't listen.  Specifically, a group started using

17   explosively formed penetrators against Iraqi military, and

18   Qasem Soleimani took the capability away from them because

19   he said it would be only used against Americans.  And also

20   assassinations are directed by the Qods Force, that's

21   guidance.

22           When I hear guidance, I hear direction and also

23   kidnapping incentives.  The IRGC-Qods Force has always

24   placed a bounty or a reward for any of its proxies that

25   kidnaps what we call high value targets.  In this case, the

1    highest value target you can kidnap would be an American.

2         Q.    In your experience, is it common for the Qods

3    Force to embed an adviser with a proxy organization?

4         A.    Yes -- well, the embedding role is with the

5    Hezbollah Unit 3800.  The IRGC-Qods Force leadership will

6    visit the unit to oversee the unit, and then deal directly

7    with either the leader of the Houthis with the Hezbollah

8    unit commander there as well or with the Hezbollah unit

9    commanders and have that passed to the Houthi leadership.

10        Q.    What is the advantage to the proxy organization of

11   having an embedded adviser in the group?

12        A.    Well, you get legitimacy from a state sponsor.

13   You get a state sponsor which is Iran.  You get direct

14   access to -- when you have an issue, you can ask for more

15   funds, you can ask for more training, you can ask for more

16   equipment and you can ask for more guidance.

17        Q.    Do you have any personal experience encountering

18   an embedded Qods Force or Hezbollah adviser?

19        A.    Yes, the Karbala operation, Musa Daqduq from

20   Lebanese Hezbollah.  The actual Unit 3800 was directed by

21   Qasem Soleimani to train up an Iraqi militia to kidnap

22   Americans.  And Musa Daqduq has been doing this in other

23   places as well through the region.  His activities are not

24   limited to Iraq.

25        Q.    I'd like to talk more specifically about Yemen --

1          **THE COURT:**  Just before you move to Yemen, let me

2    ask you how much more time do you have with this witness?  I

3    don't want to rush you.

4          **MR. HOFFMAN:**  I would say less than half an hour.

5          **THE COURT:**  Are you available to come back

6    tomorrow?

7          **THE WITNESS:**  Absolutely.

8          **THE COURT:**  I think maybe it would make sense to

9    adjourn for the evening.  This is important testimony, and I

10   want to make sure we're not rushing through it and that I'm

11   fresh to hear it.  So why don't we reconvene tomorrow if

12   this is a good stopping point.

13         **MR. HOFFMAN:**  That's fine.

14         **THE COURT:**  Is 9:30 okay, does that work for you?

15         **MR. HOFFMAN:**  Yes.

16         **THE WITNESS:**  Sure.

17         **THE COURT:**  So you're excused for the evening.  If

18   you can just be back at 9:30, that would be great.

19         **MR. HOFFMAN:**  Your Honor, we'll have Mr. Pregent,

20   we'll have our Yemen causation expert Daniel Green and then

21   we'll have family members.

22         **THE COURT:**  Okay, that's fine.  So you're excused.

23   I did have one question, just a legal question for you or

24   for Mr. Singer which is I've seen these documents before

25   that are the OFAC findings that particular entities are

1   engaged in terrorist activities and end up on the OFAC list.

2   It's my understanding that for purposes of the statute,

3   that's not what you're relying on.  But what you'd be

4   relying on for purposes of just the statutory condition that

5   there be a designation that the defendant is a state sponsor

6   of terrorism would be the separate -- not the OFAC

7   designations, but I think it's a State Department

8   designation --

9           **MR. SINGER:**  It is, that's correct.

10          **THE COURT:**  -- that the defendants are currently

11  and at the time of the actions were state sponsors of

12  terrorism.  And this is just evidentiary.

13          **MR. HOFFMAN:**  Yes.  Exhibit 2 in our exhibit

14  binder is the Federal Register reporting of when Iran was

15  designated under that.

16          **THE COURT:**  Okay.  I'll leave it to you to move

17  for the admission of that at the appropriate time then,

18  although that's something I suspect I can take judicial

19  notice of.

20          **MR. HOFFMAN:**  Yes, judicial notice.

21          **THE COURT:**  Exactly, okay.  Anything further you

22  wanted to raise this evening?

23          **MR. SINGER:**  Not for this evening, Judge.  I think

24  we're good.

25          **THE COURT:**  Okay, good.  Well, I will see you all

1    in the morning then.   Thank you.

2         (Proceedings adjourned at 5:11 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

I, **Jeff M. Hook, CSR, RPR,** certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


__August 2, 2018__                    _____

**DATE**                              **Jeff M. Hook, CSR, RPR**

## $

$10,000 [3]   25/11 158/16
  158/17
$100 [1]   171/25
$150 [1]   171/25
$150 billion [1]   171/25
$200,000,000 [1]   186/13
$205,000 [1]   48/8
$30,000 [2]   158/15 158/17
$50,000 [4]   188/10 189/5
  189/12 190/4
$600,000 [1]   188/11

## .

....Admitted [5]   2/21 2/22
  2/23 2/24 2/25

## 1

10 [13]   2/23 44/15 80/10
  161/10 161/18 169/13
  169/20 177/12 187/5 187/14
  187/15 188/25 191/9
10 inches [2]   72/4 135/25
100 [2]   159/12 159/15
100 percent [1]   138/17
103 [1]   2/7
104 [1]   2/25
105 [1]   103/19
10:30 [1]   70/5
10:40 a.m [1]   41/7
10:57 a.m [1]   41/8
11 [17]   2/24 12/10 71/13
  71/15 77/19 77/20 82/12
  82/13 83/1 85/22 145/13
  168/14 186/24 187/19
  188/24 189/1 189/2
112 [2]   2/21 2/22
11:00 [1]   41/4
11:00 p.m [1]   151/16
11:00 when [1]   70/5
12 [7]   71/20 85/22 132/11
  133/2 133/3 133/4 139/6
12 feet [1]   15/10
12-foot [1]   72/1
12-inch [1]   71/20
1209A [1]   1/15
12:00 [1]   86/7
12:14 p.m [1]   102/18
12:15 now [1]   102/12
13-acre [1]   144/11
13224 [1]   177/19
1390 [1]   103/19
1394 [2]   1/4 3/2
14 [2]   45/9 107/9
143 [1]   2/10
14th [2]   49/7 49/10
15 [4]   39/20 41/4 112/24
  156/16
16-1394 [1]   3/2
16-foot [1]   81/25
16-inch [1]   71/20
1605 [4]   5/18 6/11 20/9
  28/21
163 [1]   2/13
165 [1]   2/16
166 [1]   96/2
16th [1]   156/6
17 [1]   12/22
17th [2]   155/2 156/7
18 [4]   99/21 164/13 168/1

168/11
187 [1]   2/23
189 [1]   2/24
1958 [1]   42/18
1976 [1]   105/23
1979 [1]   174/22
1980 [1]   105/25
1985 [1]   105/17
1:16-cv-1394 [1]   1/4
1:30 [2]   102/12 102/15
1:40 p.m [1]   102/19
1st [1]   54/5
1st of [1]   55/20

## 2

2 inches [1]   70/22
20 [8]   14/8 39/21 66/7
  85/9 99/21 106/20 169/12
  185/24
20-year [2]   168/12 169/3
200 [1]   145/18
20001 [1]   1/23
2000s [1]   109/15
2003 [2]   46/11 186/6
2004 [1]   10/13
2005 [1]   45/5
2005-2006 [1]   168/18
2006 [3]   45/5 168/18
  169/20
2007 [2]   147/2 183/25
2007-2008 [1]   146/19
2008 [4]   146/19 147/2
  147/2 147/9
2010 [3]   8/17 10/13 169/23
2011 [1]   10/17
2012 [4]   11/2 144/24
  144/24 187/25
2013 [2]   144/24 145/22
2014 [11]   11/12 11/13
  12/21 48/3 49/9 49/10 50/3
  51/6 53/6 53/23 145/22
2014-2015 [1]   148/6
2015 [22]   5/24 9/3 9/18
  11/25 12/21 12/25 13/1
  13/13 29/13 44/11 46/6 54/5
  54/14 55/9 55/10 58/24
  143/21 148/6 148/13 175/23
  176/9 185/13
2017 [2]   93/4 93/5
2018 [1]   1/5
20th [8]   5/24 10/2 13/13
  58/24 148/13 148/20 149/14
  151/3
21 [7]   71/5 71/7 71/9
  73/17 75/10 75/20 86/19
22 [1]   27/5
22101 [1]   103/20
2236 [1]   29/16
22nd [2]   71/9 77/4
23451 [1]   1/16
24 [2]   42/25 83/16
25 [1]   1/5
26 [1]   29/16
27 [2]   29/18 42/24
28 [1]   5/18
29th [2]   93/4 93/5
2nd [1]   42/18

## 3

3 feet [1]   67/3
3,000 [2]   40/18 107/20

3-foot [1]   72/2
30 [11]   42/12 57/6 60/19
  64/2 66/21 67/9 71/23
  79/10 101/8 158/7 185/18
31 [1]   29/18
32 [5]   2/25 42/23 104/2
  104/16 104/17
33 [1]   42/12
333 [1]   1/22
356 [1]   22/10
38 [1]   164/12
3800 [10]   167/3 171/7
  173/19 180/18 187/25
  189/14 190/21 191/1 192/5
  192/20
39 [3]   12/1 23/14 34/6
3:06 p.m [1]   161/20
3:31 p.m [1]   161/21

## 4

4-by-8 [1]   50/17
4-inch [1]   72/8
40 [3]   89/19 89/21 158/7
40 yards [1]   87/18
40-watt [1]   71/23
400 [1]   171/4
42 [1]   2/4
46 [1]   98/13
470 [1]   22/10
4700-C [1]   1/23
4:00 [1]   59/1
4:00 p.m [1]   13/12
4Runner [1]   87/24
4th [1]   95/10

## 5

5,000 [1]   12/7
500 [1]   107/23
58 [1]   98/14
5:11 p.m [1]   195/2

## 6

6 inches [1]   65/23
60 [3]   42/14 42/15 42/16
66 [1]   75/22
6th [1]   152/7

## 7

70 [1]   85/16
70 yards [1]   59/9
702 [2]   110/9 172/17
796 [1]   12/9

## 8

8-inch [1]   71/21
80 [1]   76/17
81 [2]   54/12 56/10
83 [1]   56/10
8A [1]   129/11
8B [2]   129/14 129/14
8C [3]   130/24 131/1 132/14
8E [2]   116/13 116/25
8F [2]   117/16 117/20
8G [2]   118/25 118/25
8H [2]   118/8 118/10
8I [2]   119/3 119/4
8M [2]   136/5 136/6
8N [2]   136/11 136/11
  136/12
8O [1]   136/17
8P [3]   136/21 136/21

**8**

**8P... [1]** 136/23
**8th [1]** 9/18

**9**

**9-by-6 [2]** 21/4 81/23
**9/11 [1]** 168/14
**90-degree [1]** 72/2
**982 [1]** 12/21
**9:30 [1]** 193/18
**9:30 okay [1]** 193/14
**9:45 [1]** 1/6

**A**

**A-R-D-E-N [1]** 103/18
**a.m [3]** 1/6 41/7 41/8
**AAH [1]** 184/1
**Abbottabad [1]** 170/5
**Abdallah [1]** 152/8
**abdomen [1]** 134/18
**abduction [1]** 25/23
**abductions [1]** 12/21
**ABDUL [5]** 2/12 76/4 163/23
164/9 164/17
**ABDUL-QADER [5]** 2/12 76/4
163/23 164/9 164/17
**abilities [1]** 165/12
**ability [4]** 128/2 171/1
175/18 175/21
**able [26]** 4/18 12/20 14/15
15/19 32/8 33/17 39/3 39/4
47/13 65/10 91/8 113/13
121/5 155/4 161/10 161/17
163/7 171/8 179/2 182/13
183/17 183/17 184/14
184/20 185/17 189/20
**about [151]** 7/2 7/2 7/3
7/20 8/23 9/1 9/19 10/1
10/4 13/12 14/5 14/8 14/11
15/13 16/7 16/15 16/25
17/23 19/17 21/11 21/17
21/19 23/16 23/17 23/22
24/23 25/11 26/10 27/6
28/2 28/17 31/9 31/14 33/6
34/2 34/22 37/18 37/20
38/6 38/24 39/24 40/15
40/18 41/19 43/12 44/14
47/1 47/20 47/25 48/23
56/10 57/20 60/11 60/18
62/16 63/6 65/23 66/25
67/18 68/11 71/20 71/23
72/2 73/6 74/6 74/7 75/22
78/1 79/13 79/15 80/24
81/1 81/1 81/3 81/7 83/19
84/6 84/17 85/22 87/1 89/8
90/6 91/5 95/7 96/6 96/7
98/1 99/4 99/7 100/7 100/7
100/10 102/3 103/4 104/19
105/18 107/4 107/9 107/12
107/20 113/14 113/21 115/3
115/12 115/13 116/12 117/3
118/15 119/9 120/15 128/24
130/2 130/25 131/7 134/15
137/23 139/9 139/11 139/13
139/15 139/23 142/18
145/18 146/24 148/7 152/5
152/19 153/4 154/23 156/16
157/7 158/17 159/25 165/3
168/8 171/22 175/17 177/17

179/17 179/21 180/7 180/20
182/16 186/13 188/11 189/4
192/25
**about I [1]** 179/21
**about was [1]** 79/13
**above [8]** 17/10 26/19 72/7
118/4 122/3 122/22 134/20
196/5
**above-entitled [1]** 196/5
**abrasion [1]** 129/21
**abrasions [2]** 17/22 134/12
**absence [2]** 115/9 191/1
**absent [1]** 32/10
**absolutely [5]** 21/6 154/12
154/15 188/21 193/7
**abstract [1]** 21/19
**Abu [1]** 45/8
**abuse [2]** 12/10 128/9
**abuses [2]** 6/17 23/15
**AC4S [23]** 13/3 13/14 24/18
24/20 44/11 47/16 48/2
48/14 49/2 49/5 54/15
54/18 55/24 57/10 92/24
143/5 143/6 143/21 144/7
145/10 145/12 145/24
147/20
**academic [1]** 105/18
**Academy [1]** 109/7
**accelerated [1]** 185/16
**accept [1]** 172/18
**access [2]** 182/10 192/14
**accident [1]** 120/18
**accomplishment [1]** 105/14
**according [8]** 11/20 12/8
12/19 13/14 24/11 27/12
116/25 188/10
**account [3]** 19/8 108/3
123/9
**accreditation [1]** 108/24
**accuracy [1]** 111/23
**accurate [1]** 104/7
**accused [1]** 38/18
**accusing [2]** 69/18 70/1
**acquainted [1]** 110/22
**acre [1]** 144/11
**acronym [1]** 108/16
**across [18]** 51/22 59/9
65/9 87/18 88/13 88/17
108/20 111/12 111/21
115/14 118/17 118/21
121/22 122/25 124/6 124/7
137/3 137/3
**act [3]** 5/19 6/13 47/4
**acted [1]** 23/6
**acting [2]** 186/8 186/10
**action [6]** 1/3 3/2 9/4
29/4 29/8 171/24
**actions [3]** 84/14 186/22
194/11
**active [4]** 47/10 92/10
145/3 145/5
**actively [2]** 126/10 185/25
**activists [1]** 11/21
**activities [16]** 8/15 8/19
165/21 165/21 166/4 167/3
167/15 168/13 171/4 171/18
171/23 172/1 173/6 188/1
192/23 194/1
**activity [4]** 151/19 169/25
170/1 172/16
**actual [6]** 136/9 155/1

160/12 175/19 183/15
192/20
**actually [70]** 19/18 22/5
24/6 24/19 38/4 39/23
49/12 51/5 51/7 53/7 53/17
67/19 69/23 71/22 72/12
73/14 77/3 77/19 78/9
78/12 80/15 81/6 85/6 87/3
90/20 91/21 111/1 113/16
115/5 115/8 115/23 117/24
118/8 127/4 131/8 136/4
137/11 153/7 166/17 167/4
167/18 167/19 167/24
169/13 170/7 170/19 176/21
178/6 179/7 179/8 179/21
180/15 181/10 181/13
181/20 181/22 182/1 182/7
182/9 183/3 183/11 185/16
185/21 185/22 186/4 186/16
188/22 189/20 190/7 190/24
**Adam's [9]** 17/5 17/11
17/13 118/3 118/6 118/22
122/17 122/22 123/1
**adding [1]** 162/9
**addition [12]** 7/4 7/11
7/17 8/6 8/7 58/14 107/9
112/18 113/2 128/7 132/18
162/4
**address [8]** 3/22 18/14
20/18 32/17 103/16 103/19
164/1 164/6
**addressing [1]** 139/19
**adequate [1]** 95/25
**adhere [1]** 173/13
**adjourn [1]** 193/9
**adjourned [1]** 195/2
**adjudicatory [2]** 29/1 30/3
**adjust [1]** 91/8
**admission [2]** 25/16 194/17
**admissions [1]** 31/5
**admit [1]** 187/14
**admitted [7]** 104/16 104/17
112/15 112/16 187/15 189/1
189/2
**Admittedly [1]** 122/13
**adopted [1]** 36/22
**adult [1]** 121/10
**advance [2]** 18/2 175/3
**advanced [2]** 181/2 183/18
**advantage [2]** 173/15
192/10
**advertise [1]** 31/7
**advice [2]** 76/14 76/15
**advised [1]** 90/13
**adviser [5]** 169/21 169/21
192/3 192/11 192/18
**advisor [1]** 147/6
**affairs [1]** 171/15
**affect [7]** 19/6 19/18
19/19 20/1 39/12 98/8 98/8
**affects [1]** 21/9
**affidavit [2]** 37/8 37/14
**affiliate [1]** 173/18
**Afghanistan [4]** 27/7 45/6
168/14 184/25
**afraid [3]** 16/5 27/23
73/12
**Africa [3]** 57/1 165/20
169/6
**after [68]** 6/2 6/5 15/23
16/3 16/20 24/22 26/25

**A**

**after... [61]**   27/8 30/9
30/11 30/18 39/8 46/11
52/17 53/5 53/7 58/7 59/2
59/4 60/4 64/1 64/19 66/7
67/9 67/22 68/6 68/22
68/23 70/6 70/7 71/7 71/9
71/13 74/25 75/20 76/18
79/8 79/24 79/24 80/10
81/12 81/19 83/21 84/2
84/3 87/6 90/9 90/17 90/24
91/3 91/11 91/14 92/1 92/8
98/5 107/12 113/12 147/9
153/4 157/12 157/23 158/11
161/15 169/2 169/14 170/3
175/1 178/21
**afternoon [5]**   103/14
103/15 151/2 153/12 161/5
**afterwards [3]**   4/7 30/14
89/11
**again [37]**   15/1 16/7 22/9
36/1 44/17 61/6 69/5 69/8
74/5 74/20 81/16 82/15
84/11 84/23 86/2 86/3
90/24 91/13 92/7 94/22
98/10 108/9 113/25 115/18
117/23 123/16 125/13
125/18 126/13 130/3 131/16
135/11 138/1 170/8 170/15
183/16 185/7
**against [21]**   5/19 8/17 9/7
10/13 11/18 30/22 31/5
32/9 39/16 66/19 66/20
76/10 125/12 134/2 134/3
143/15 183/9 184/14 191/14
191/17 191/19
**age [1]**   102/2
**agencies [1]**   168/22
**Agency [5]**   7/23 32/4
168/25 169/3 169/7
**agenda [1]**   161/16
**ago [3]**   95/5 95/7 185/18
**agree [4]**   114/4 114/5
115/19 176/7
**agreed [1]**   57/21
**ahead [6]**   39/10 64/25
102/11 161/9 164/4 189/9
**Ahl [1]**   184/1
**aid [6]**   167/1 168/16
168/18 170/9 182/8 191/15
**aided [1]**   1/25
**air [1]**   72/8
**aircraft [2]**   158/14 158/21
**airplane [2]**   25/9 25/14
**airport [36]**   13/12 13/18
13/24 14/1 14/20 25/5 25/6
25/7 55/16 58/25 60/5 61/2
61/25 63/9 85/8 85/10
149/2 149/4 149/11 150/12
150/15 150/18 151/18
151/22 155/14 156/2 156/18
156/22 157/1 157/4 157/6
157/17 158/18 159/3 159/14
159/19
**AK [2]**   70/20 85/17
**AK47s [1]**   30/8
**AKs [1]**   61/17
**al [29]**   1/3 2/12 7/4 12/12
16/3 16/6 16/13 24/6 24/11
26/20 28/3 36/21 73/6 76/4

76/6 77/23 80/18 81/10
163/5 163/23 164/9 164/17
168/20 170/6 170/7 170/20
170/21 184/1 184/17
**al-Assad [1]**   170/20
**al-Haq [1]**   184/1
**Alami [1]**   152/9
**Ali [1]**   10/14
**alive [3]**   16/20 28/3 28/6
**all [81]**   3/11 4/21 9/16
11/4 11/23 12/19 13/1
14/24 14/25 15/13 15/14
17/2 18/9 20/6 23/16 23/20
27/6 29/8 30/3 35/2 35/9
36/18 40/14 45/11 47/3
50/4 52/5 54/11 54/14
56/19 62/18 63/14 68/6
69/2 70/11 74/15 77/5
79/13 82/10 84/5 84/25
85/13 85/17 85/19 87/19
88/6 91/2 94/3 95/10 95/10
95/20 96/23 98/5 98/9
101/10 101/24 101/24 102/7
119/6 122/9 122/11 127/15
128/13 128/14 128/23
129/25 131/9 139/20 139/23
140/25 144/16 144/18
147/25 156/11 161/11
161/14 161/25 166/2 183/2
184/19 194/25
**allied [1]**   63/2
**allies [1]**   63/6
**allow [6]**   15/25 72/8 80/14
115/3 129/20 155/17
**allowed [16]**   4/11 15/16
15/21 28/14 60/21 61/2
61/3 66/20 77/17 79/20
80/10 85/5 112/4 154/19
157/10 160/9
**allows [3]**   106/12 130/11
178/23
**alluded [2]**   131/10 138/1
**almost [9]**   15/15 121/10
121/13 122/2 122/21 137/7
186/8 186/9 186/11
**alone [6]**   14/3 36/3 73/17
79/8 79/10 84/10
**along [5]**   100/14 112/12
122/1 162/7 163/3
**already [5]**   18/3 40/16
48/20 66/10 84/13
**also [77]**   7/6 7/21 7/25
10/15 18/18 25/19 26/12
26/20 27/2 30/11 30/19
31/2 37/19 40/3 44/1 56/12
65/8 69/13 90/1 91/24
93/21 97/17 97/18 103/24
104/4 107/21 109/21 110/17
115/8 116/5 116/7 118/16
119/22 123/9 124/5 125/16
128/8 130/22 131/13 133/7
134/4 134/23 135/17 136/15
140/2 140/2 140/24 145/17
147/25 167/12 168/15
168/20 170/7 170/9 170/17
170/20 173/14 174/10
175/12 175/21 178/3 178/9
178/10 178/15 180/16
181/14 181/23 183/13
183/18 184/14 186/4 188/2
188/19 189/16 191/3 191/19

191/22
**alternative [1]**   138/19
**alternatively [1]**   19/5
**although [8]**   9/11 106/10
115/16 127/3 136/21 140/23
180/6 194/18
**always [19]**   46/9 73/24
77/9 92/18 96/23 96/25
96/25 98/4 101/24 102/5
121/10 122/2 122/21 125/10
126/8 181/16 181/18 184/16
191/23
**amazed [1]**   15/11
**ambitious [1]**   161/16
**amended [1]**   22/15
**America [6]**   36/19 52/4
52/16 74/7 74/8 143/16
**American [17]**   13/19 26/2
27/14 27/17 27/23 27/24
36/10 54/14 56/11 60/15
60/16 60/17 94/19 104/25
105/6 109/7 192/1
**Americans [14]**   24/11 24/12
27/11 32/25 33/1 38/15
55/1 58/15 73/9 167/3
167/5 184/2 191/19 192/22
**among [1]**   7/24
**amount [6]**   13/21 74/21
74/23 89/19 89/22 139/15
**analyst [2]**   7/22 168/22
**analyzed [3]**   8/2 8/11
30/23
**anatomic [3]**   104/25 105/16
106/3
**anatomical [1]**   121/20
**anatomically [1]**   135/4
**and/or [2]**   122/8 126/23
**anger [1]**   96/10
**angle [3]**   17/6 122/4
126/19
**angled [2]**   72/2 118/19
**angles [1]**   17/11
**angst [1]**   151/20
**angulation [2]**   121/25
122/13
**ankles [3]**   124/21 124/24
126/15
**Annex [2]**   29/10 29/11
**announcements [1]**   176/24
**annual [2]**   9/8 29/19
**another [25]**   7/11 27/24
47/23 58/6 59/22 64/2
66/21 70/4 71/14 81/13
81/15 86/17 86/18 86/18
86/18 101/7 107/22 118/23
119/1 119/15 119/24 126/9
133/23 157/16 158/7
**answer [5]**   35/21 67/18
99/2 128/23 139/1
**answering [1]**   115/24
**answers [1]**   174/6
**anticipated [1]**   26/15
**antitank [1]**   181/11
**anxiety [2]**   78/1 93/20
**any [66]**   3/15 5/9 11/21
15/20 18/7 18/10 18/10
21/13 28/17 35/4 37/1 38/7
39/10 44/4 45/16 51/24
56/24 58/15 61/8 65/15
65/25 70/11 72/15 73/23
76/14 76/15 82/1 89/5 89/8

**A**

**any... [37]**  89/8 90/3
95/17 99/2 102/2 107/18
107/25 108/7 111/23 119/10
120/24 124/21 124/23 125/7
125/23 126/1 126/11 128/8
132/19 135/16 139/1 139/15
140/6 151/23 152/11 154/14
155/13 155/23 156/23 157/7
166/8 177/7 181/7 182/20
183/20 191/24 192/17
**anybody [4]**  82/6 89/12
142/6 156/12
**anymore [4]**  92/21 95/11
96/20 139/11
**anyone [5]**  65/3 90/6 90/7
142/2 144/21
**anything [41]**  16/1 26/10
38/17 39/7 44/4 50/24
51/24 55/12 63/12 64/18
67/7 68/7 70/9 70/11 72/19
73/13 74/16 75/7 75/9
75/11 75/11 75/12 82/8
88/24 89/13 90/4 93/18
97/25 100/4 101/11 104/20
130/25 133/11 138/17
139/20 141/21 153/1 153/4
167/9 170/12 194/21
**anytime [1]**  125/10
**anyway [3]**  66/11 91/5
99/16
**Apaches [1]**  45/7
**apart [6]**  10/18 30/23
58/14 65/22 65/23 129/24
**apologies [1]**  165/11
**apologize [2]**  172/23 173/1
**apparatus [2]**  175/13
182/12
**apparel [3]**  61/19 62/8
88/2
**apparent [1]**  137/21
**appeal [1]**  22/15
**Appeals [1]**  34/2
**appearance [1]**  141/1
**APPEARANCES [1]**  1/13
**appeared [3]**  156/14 156/20
156/21
**appearing [1]**  140/2
**Apple [9]**  17/5 17/11 17/13
118/3 118/6 118/22 122/17
122/22 123/1
**application [1]**  105/10
**applied [6]**  114/21 116/1
122/10 128/4 128/5 133/14
**appointed [1]**  10/24
**appointment [2]**  10/25
107/10
**approach [1]**  3/4
**approached [1]**  89/2
**appropriate [4]**  114/23
129/3 135/2 194/17
**appropriately [1]**  134/23
**approximately [8]**  28/1
48/6 51/10 55/7 61/14 72/4
87/18 145/12
**apps [1]**  54/22
**April [1]**  9/18
**April 8th [1]**  9/18
**Arab [3]**  10/17 169/24
184/17

**Arabia [8]**  30/21 86/6
86/21 87/5 89/22 155/8
166/3 186/3
**Arabic [13]**  13/22 52/13
52/19 52/22 52/23 53/2
58/17 66/15 101/10 158/1
158/2 158/3 168/1
**arbitrarily [1]**  12/7
**ARDEN [8]**  2/6 7/18 16/22
17/6 17/14 41/12 102/10
102/14 102/23 103/1 103/12
103/14 103/18 103/23 110/6
110/8 110/12 112/22 115/21
141/25
**are [165]**  3/9 4/17 6/17
6/22 8/11 8/12 10/2 10/7
12/22 14/3 18/20 18/22
18/24 19/3 19/9 19/23 20/6
20/12 20/13 21/2 21/16
22/1 23/17 24/14 27/11
28/15 28/15 29/19 31/12
31/15 31/17 32/5 34/9
34/25 35/6 36/19 37/22
39/14 40/14 40/16 40/21
42/7 42/13 42/21 42/21
42/21 43/1 43/6 43/8 43/18
43/20 43/20 43/22 44/1
45/8 63/5 65/15 92/6 92/13
92/16 93/9 93/24 94/10
94/15 94/22 94/25 103/21
104/24 105/12 106/8 106/15
109/3 109/18 111/8 111/24
112/4 112/11 112/14 113/13
114/1 115/21 116/4 116/5
120/16 120/17 121/15
121/16 123/25 126/2 126/4
128/11 128/12 129/16
129/18 129/18 129/25 130/5
130/13 130/15 131/17 132/2
133/2 133/5 134/7 134/21
134/25 135/11 136/24
137/11 137/21 138/3 138/4
138/6 138/6 138/8 139/25
140/5 140/5 141/15 142/9
142/18 143/4 152/24 162/13
162/18 162/19 162/24
162/25 163/11 163/20 165/3
165/15 165/25 173/4 173/15
176/16 176/24 177/3 177/4
177/7 177/12 177/23 178/5
178/11 178/11 178/25 179/4
180/21 181/7 181/15 181/15
181/16 181/22 183/3 184/16
184/16 186/24 187/5 189/20
191/20 192/23 193/5 193/25
193/25 194/10
**area [23]**  11/24 20/7 48/18
50/7 56/8 60/5 62/1 86/17
86/19 115/16 116/20 117/7
134/16 135/25 136/2 136/7
136/16 136/18 137/9 137/12
137/14 147/1 171/19
**areas [6]**  45/9 135/23
137/8 137/11 173/15 180/21
**argue [1]**  20/23
**arguing [2]**  18/22 21/9
**arm [1]**  134/20
**armed [7]**  11/12 11/13
13/20 111/14 111/16 111/19
185/10
**arms [10]**  8/9 9/8 9/14

9/14 29/13 29/13 127/10
181/11 182/2 185/20
**Army [4]**  27/5 27/5 167/24
169/2
**Army's [1]**  166/11
**around [44]**  45/9 48/3
48/21 49/6 49/22 51/11
51/11 51/23 51/25 52/3
53/8 54/4 55/7 66/7 66/16
67/4 77/24 81/17 85/19
86/7 101/8 108/20 114/13
114/18 114/21 115/15 116/1
116/19 121/8 122/7 122/9
122/11 123/2 124/13 124/14
124/19 126/5 131/5 134/19
145/22 146/25 148/6 151/16
151/20
**arrangements [2]**  149/21
149/25
**arrest [3]**  153/14 154/1
157/9
**arrested [5]**  11/22 11/22
12/13 12/17 154/5
**arrival [2]**  150/23 151/10
**arrive [1]**  149/13
**arrived [3]**  87/10 150/24
157/4
**article [1]**  123/25
**artifacts [1]**  39/18
**as [229]**
**Asa'ib [1]**  184/1
**aside [2]**  113/1 145/1
**ask [18]**  37/15 38/23 74/11
80/13 90/6 94/1 101/14
101/25 104/19 142/2 163/25
172/8 189/8 192/14 192/15
192/15 192/16 193/2
**asked [28]**  5/3 38/7 47/24
53/9 53/11 53/13 55/13
59/17 59/20 60/12 60/17
61/24 64/24 67/4 69/19
69/19 74/5 74/5 74/6 74/7
78/7 84/6 86/9 87/11
100/16 116/12 162/12
171/22
**asking [4]**  37/23 74/4
80/13 142/9
**asphyxia [3]**  114/10 114/17
114/20
**Assad [4]**  170/19 170/20
170/20 183/10
**assassination [1]**  182/25
**assassinations [3]**  167/7
183/19 191/20
**assaulting [1]**  137/24
**assaults [1]**  128/16
**assembling [1]**  151/21
**assessment [1]**  19/19
**assessments [1]**  23/8
**assets [7]**  39/4 39/8 39/25
178/10 178/11 178/25 179/3
**assigned [2]**  144/15 146/19
**assistance [1]**  31/24
**associate [3]**  43/13 59/15
59/17
**associate's [1]**  43/14
**associated [3]**  110/14
121/23 135/20
**association [8]**  16/24
108/13 108/15 108/17
109/14 109/19 109/21

**A**

association... [1]  110/23
assume [6]  27/10 126/25
 139/22 153/23 154/22
 159/10
assumed [1]  157/20
assuming [1]  104/8
assured [1]  63/11
at [207]
attack [1]  184/6
attacked [1]  16/12
attacking [1]  170/10
attacks [3]  78/11 167/7
 179/14
attempt [1]  66/3
attempted [1]  27/15
attempts [1]  65/25
attended [2]  105/20 105/23
attention [4]  8/3 15/13
 104/2 186/23
audio [1]  162/12
August [3]  12/21 55/7 55/8
August 2015 [1]  12/21
Australia [1]  29/23
authenticity [1]  4/18
authorities [1]  27/21
autopsies [7]  107/19
 107/21 107/24 107/25 108/5
 111/13 111/16
autopsy [42]  6/4 10/4 17/1
 17/24 18/12 108/23 110/13
 111/8 111/10 111/15 111/18
 111/20 111/24 112/2 112/2
 112/3 112/5 112/8 112/18
 112/24 112/25 113/11
 113/11 113/12 113/12 114/8
 114/9 114/11 114/11 115/12
 116/18 119/13 119/21
 120/21 131/6 131/24 132/4
 134/13 135/1 137/12 139/18
 140/8
available [4]  38/25 123/22
 126/12 193/5
Avenue [1]  1/22
avoid [1]  128/3
awake [1]  126/10
award [3]  19/17 19/18
 39/13
awarded [1]  39/3
aware [6]  5/17 9/20 39/15
 40/4 152/1 177/7
awareness [1]  149/23
away [10]  14/8 46/11 46/12
 47/2 90/24 96/12 116/10
 186/18 191/15 191/18

**B**

Bachelor [1]  105/22
back [115]  14/16 16/16
 17/6 17/11 17/12 17/13
 17/20 22/15 25/13 25/14
 27/8 27/18 27/21 31/3
 33/20 41/4 41/8 48/22 53/9
 53/10 53/10 53/11 53/13
 53/16 53/17 53/18 53/22
 54/17 54/19 54/20 55/4
 55/14 55/16 55/18 55/22
 56/22 57/20 57/21 60/24
 61/10 61/15 61/23 64/14
 65/4 66/19 66/21 77/12

79/21 82/22 89/2 90/9
 90/10 91/8 91/12 92/6 92/8
 92/22 94/16 95/7 95/18
 96/2 97/11 98/10 101/8
 102/19 109/21 112/19
 115/16 115/16 122/5 124/6
 124/19 126/22 130/22
 130/24 131/3 131/18 132/6
 133/9 133/23 133/24 133/25
 134/5 134/18 135/21 135/22
 135/24 136/1 136/2 136/14
 136/15 136/15 136/23 137/2
 137/4 137/5 137/10 139/8
 141/1 141/9 141/12 141/16
 147/12 151/8 157/24 158/20
 159/25 161/21 167/19 173/2
 183/15 187/4 189/3 193/5
 193/18
backed [1]  168/20
background [5]  43/12 43/16
 44/14 167/25 169/11
backs [1]  77/10
bad [4]  59/6 59/7 66/11
 100/15
bag [1]  63/10
baggage [1]  15/1
baggies [1]  68/24
Baghdad [2]  171/2 171/9
bags [1]  13/25
Bahrain [1]  166/3
ballistic [1]  30/20
ballpark [1]  156/9
Baltimore [1]  106/7
band [2]  73/8 115/13
Bankruptcy [1]  1/22
banks [1]  178/3
bar [1]  22/16
barely [1]  80/21
bark [1]  135/13
barring [1]  110/4
bars [3]  15/4 68/3 68/9
base [3]  77/13 119/18
 119/20
based [15]  23/8 31/17
 114/24 115/5 139/15 169/16
 171/3 171/25 177/18 178/5
 179/12 180/17 183/4 186/14
 188/22
basic [2]  10/19 10/20
basically [15]  15/22 28/4
 116/20 119/23 124/14
 126/17 168/15 169/4 170/14
 170/25 171/4 171/7 171/22
 184/2 185/2
basics [1]  182/21
basis [9]  23/19 95/5
 107/17 163/16 179/7 187/7
 187/8 188/21 188/25
battle [1]  184/13
battlefield [1]  183/12
be [185]  4/5 4/11 4/17
 4/19 4/21 4/23 5/3 7/11
 13/5 13/5 13/9 13/16 15/3
 15/11 16/9 16/10 16/17
 17/8 17/9 18/25 21/20
 25/11 27/3 27/25 28/21
 29/21 31/3 32/18 33/14
 33/15 33/17 34/11 34/21
 34/23 35/11 35/16 35/17
 37/9 38/5 39/3 39/4 40/2
 40/8 40/10 40/14 41/2

41/19 41/22 44/8 46/7 46/8
 46/18 46/19 46/22 48/15
 50/12 50/25 53/15 53/25
 54/1 54/23 56/3 56/5 56/11
 56/17 56/19 61/1 64/23
 64/24 65/13 69/3 69/5
 73/23 74/19 92/24 94/20
 96/11 96/25 101/14 102/10
 102/16 103/5 103/8 104/3
 106/12 109/17 110/4 110/17
 116/7 116/25 117/4 118/6
 118/15 120/24 121/7 121/10
 121/12 121/24 122/6 122/11
 124/1 124/3 125/13 127/7
 129/24 130/18 131/20 132/3
 132/9 139/11 139/20 140/2
 140/3 140/6 140/7 140/13
 142/1 142/19 142/22 143/12
 143/18 145/12 151/9 152/19
 154/3 154/18 155/3 155/16
 155/16 155/21 155/22 156/1
 156/14 157/10 158/15
 158/16 158/17 159/2 160/9
 160/22 160/23 160/25 161/4
 161/6 161/10 161/12 161/17
 164/1 164/3 165/4 165/7
 169/8 174/25 178/17 179/8
 180/23 182/3 182/12 183/12
 183/17 183/17 184/14
 184/20 185/5 185/6 187/8
 187/24 188/17 189/20
 189/22 189/24 189/25 190/5
 190/15 190/23 191/3 191/3
 191/5 191/19 192/1 193/18
 193/18 194/3 194/5 194/6
Beach [1]  1/16
beans [1]  99/11
bear [1]  9/24
beard [7]  83/14 83/14 85/5
 116/21 117/6 117/8 118/13
bearing [1]  8/13
beat [2]  80/1 80/5
beaten [4]  17/19 18/1 27/1
 38/18
beating [2]  18/1 78/14
beatings [1]  6/4
became [5]  28/2 77/1 84/3
 87/9 169/15
because [70]  5/4 10/10
 10/11 10/12 12/2 12/16
 15/24 16/4 16/11 17/11
 19/8 19/19 20/1 20/22
 24/17 25/2 27/14 27/15
 28/16 37/4 38/9 44/20
 44/25 51/15 53/20 57/21
 59/6 64/12 65/11 72/11
 73/11 73/16 74/19 80/2
 80/2 80/22 82/20 83/18
 84/9 86/7 86/21 87/13
 90/15 93/25 95/18 99/16
 100/22 101/6 101/9 110/24
 111/2 115/8 119/16 121/17
 122/22 123/9 124/12 126/3
 127/4 129/17 131/13 135/11
 137/20 140/16 150/2 178/16
 178/21 182/14 187/24
 191/18
become [4]  73/12 76/25
 141/6 155/10
becomes [5]  18/5 26/11
 28/19 126/15 186/20

**B**

**bed [1]**  123/23

**been [88]**  9/20 12/25 13/1 26/22 27/9 30/23 31/14 31/23 31/23 32/8 33/4 33/22 34/2 34/2 39/9 42/11 42/12 42/12 43/9 44/15 44/21 45/9 45/20 49/1 49/3 49/21 57/19 57/24 58/1 61/5 62/24 63/10 70/23 73/6 74/25 77/24 80/13 80/19 82/16 82/16 82/24 85/22 89/6 91/11 91/16 93/12 94/6 95/1 95/6 97/22 98/4 111/4 114/21 117/9 117/23 118/12 119/5 123/12 126/9 130/6 131/4 131/5 137/1 137/4 137/10 147/17 148/20 150/1 151/14 152/22 153/10 162/20 166/3 170/23 174/20 174/21 174/22 176/21 177/8 177/11 183/10 183/11 186/23 187/18 187/25 190/7 190/14 192/22

**before [57]**  1/10 3/21 7/6 12/3 12/4 24/13 24/21 27/1 30/10 32/15 40/24 44/7 46/9 55/22 55/23 57/25 58/1 58/3 63/11 70/2 71/11 71/15 75/4 75/17 77/5 80/8 82/16 88/8 89/5 89/15 90/13 90/18 91/9 92/2 92/13 94/3 95/14 96/24 97/5 97/11 101/19 116/15 117/6 132/1 132/2 132/4 137/18 139/6 139/24 140/16 150/7 160/19 165/12 172/3 182/2 193/1 193/24

**befriend [1]**  83/17

**began [1]**  55/23

**begin [6]**  48/2 69/6 114/25 121/20 131/1 144/23

**beginning [10]**  14/11 47/17 49/1 51/6 67/21 75/8 83/17 87/10 125/2 167/19

**begun [1]**  18/3

**behalf [1]**  170/19

**behind [16]**  15/4 17/15 60/18 64/14 65/2 65/22 65/24 72/3 72/3 84/11 87/17 88/3 122/8 124/12 126/23 157/22

**being [55]**  14/8 14/9 15/9 27/1 28/2 38/9 38/18 44/23 46/16 49/13 54/2 54/24 54/25 56/7 57/21 59/6 62/19 64/23 66/10 66/24 72/11 73/4 78/1 81/2 81/3 87/23 88/2 112/4 115/12 115/19 121/17 122/17 122/19 123/12 123/13 126/4 126/16 126/20 127/16 131/19 133/14 138/6 138/9 141/13 141/23 148/3 152/17 157/12 160/17 167/19 171/7 178/6 178/8 186/10 186/18

**Beirut [2]**  171/2 171/10

**belabor [1]**  119/6

**belaboring [1]**  119/3

**beliefs [1]**  93/25

**believe [28]**  18/17 19/7 21/6 26/20 27/10 30/9 49/6 55/7 77/24 79/22 93/11 94/1 94/2 94/18 107/15 109/25 112/8 114/23 117/1 132/5 151/2 153/9 155/1 156/7 161/24 172/5 173/7 190/17

**belongings [1]**  14/24

**below [7]**  17/5 17/12 118/5 118/22 122/17 123/1 135/24

**belt [1]**  123/24

**belts [1]**  67/7

**bench [1]**  161/24

**bene [2]**  7/7 163/8

**beneath [1]**  132/7

**benefit [2]**  73/10 142/23

**benefits [1]**  35/9

**Benning [1]**  65/14

**bent [1]**  77/10

**Berlin [1]**  173/1

**besides [2]**  109/9 128/16

**best [10]**  23/8 46/8 46/8 125/8 155/15 155/24 159/16 159/18 163/9 173/7

**better [5]**  27/24 47/6 97/21 118/5 131/6

**between [14]**  7/15 12/20 26/13 64/17 89/9 110/2 117/14 120/6 121/11 122/22 154/21 180/17 181/4 184/22

**beyond [2]**  26/19 180/11

**bi [2]**  9/8 29/19

**bi-annual [2]**  9/8 29/19

**big [4]**  98/14 141/13 145/5 173/3

**bigger [2]**  38/3 65/22

**biggest [1]**  98/9

**billion [2]**  171/25 171/25

**billions [1]**  40/15

**bills [1]**  158/16

**bin [2]**  158/14 170/4

**bind [1]**  125/10

**binder [1]**  194/14

**binding [5]**  114/12 124/21 124/24 125/2 169/22

**birth [1]**  42/17

**birthday [1]**  90/17

**bit [26]**  10/3 20/9 43/11 44/14 48/22 60/2 61/23 68/6 70/23 72/12 73/5 76/10 76/19 83/19 99/4 99/7 100/6 118/20 125/17 135/21 157/12 162/5 166/22 172/22 172/25 180/20

**black [3]**  88/25 136/16 178/24

**blade [1]**  135/24

**blast [1]**  50/9

**bled [1]**  78/15

**bleeding [5]**  129/8 131/15 134/24 139/16 140/25

**blindfold [4]**  70/12 70/18 70/20 85/4

**blindfolded [10]**  14/7 64/17 64/19 65/11 65/12 66/8 66/10 69/8 69/9 82/15

**blowing [1]**  68/7

**blown [3]**  50/22 50/25 86/19

**blue [3]**  116/19 136/16

161/23

**blueprints [1]**  50/6

**blunt [7]**  17/21 127/13 127/13 128/25 129/5 131/14 138/3

**blur [1]**  88/7

**board [13]**  104/24 104/25 105/5 105/6 105/6 105/11 105/13 105/15 105/16 109/16 109/17 109/21 158/9

**boarded [2]**  158/12 158/13

**boats [1]**  181/11

**body [12]**  6/3 16/21 17/18 17/22 27/8 27/17 27/20 38/9 94/5 120/23 122/23 174/9

**body's [1]**  132/8

**bogged [1]**  38/3

**bolts [1]**  50/11

**bomb [1]**  182/23

**bombed [3]**  86/11 86/12 86/13

**bombing [1]**  95/21

**bombings [1]**  51/18

**bone [2]**  129/9 131/16

**book [4]**  137/5 167/18 167/18 167/22

**border [9]**  86/5 87/5 87/7 87/15 87/16 87/18 88/13 88/17 182/8

**born [2]**  42/23 81/2

**borrowed [1]**  23/24

**both [15]**  5/21 26/24 88/4 98/16 105/16 111/6 120/22 132/2 133/22 134/25 135/14 141/16 174/13 183/9 188/19

**bother [1]**  98/6

**bottom [6]**  71/25 116/21 117/8 117/24 135/5 136/24

**bound [1]**  126/14

**bounty [1]**  191/24

**bowl [1]**  99/10

**bragged [1]**  24/10

**bragging [1]**  31/9

**brain [1]**  129/10

**branch [3]**  31/21 31/21 176/5

**bread [1]**  99/13

**break [11]**  14/18 40/24 41/5 102/12 125/19 126/5 126/6 131/16 161/5 161/10 161/19

**breakdown [1]**  15/22

**breakdowns [1]**  38/20

**breaks [1]**  22/2

**breathe [1]**  134/9

**Bridge [1]**  103/19

**bridges [2]**  86/19 129/24

**briefcase [2]**  25/9 158/15

**brigade [1]**  185/17

**brighter [1]**  82/2

**bring [6]**  9/24 67/13 72/18 124/18 142/15 161/16

**brings [2]**  7/25 107/8

**British [4]**  58/16 60/22 61/1 178/15

**broad [3]**  136/12 136/13 172/11

**broadcast [1]**  178/14

**broader [1]**  125/13

**broke [1]**  38/11

**B**

**broken [9]**  17/19 127/15 129/9 132/19 133/6 133/7 141/11 141/16 157/12
**brokered [1]**  29/6
**brought [8]**  13/24 67/8 67/10 83/21 122/8 158/20 163/9 166/10
**brown [1]**  117/10
**bruise [6]**  125/20 134/15 135/8 137/17 140/19 140/20
**bruises [6]**  134/15 134/16 134/19 134/21 134/25 134/25
**bruising [6]**  125/18 135/21 135/23 136/18 136/20 141/12
**brutal [1]**  34/25
**brutally [3]**  17/19 27/1 38/18
**bucket [1]**  72/5
**budget [1]**  186/14
**build [2]**  173/9 183/16
**building [1]**  39/15
**builds [1]**  190/24
**built [3]**  80/18 81/4 81/10
**bulb [1]**  71/24
**bullets [1]**  51/25
**bump [1]**  118/3
**business [3]**  103/18 120/21 178/16
**but [202]**
**butt [2]**  130/14 130/19
**buttocks [2]**  136/24 137/3
**button [1]**  117/17
**by the [1]**  186/11

**C**

**calculation [3]**  19/6 19/9 19/11
**calculations [1]**  20/2
**California [1]**  168/2
**call [27]**  3/16 15/21 41/9 48/1 80/9 80/11 80/15 84/24 85/2 88/8 101/7 101/7 101/8 102/20 103/1 106/1 121/3 129/3 135/3 152/7 153/8 153/11 161/11 161/15 175/7 189/18 191/25
**called [12]**  11/3 29/4 51/13 55/3 59/14 59/16 69/21 80/17 111/14 116/4 153/8 184/1
**calling [2]**  40/24 70/1
**calls [3]**  18/16 20/8 41/11
**came [39]**  18/8 22/15 25/13 25/14 27/8 32/10 38/5 58/6 59/16 61/17 61/21 61/24 64/3 64/6 64/7 64/9 66/11 69/4 69/7 75/18 81/14 82/14 82/19 85/25 87/6 92/8 92/22 93/4 101/20 120/15 150/7 150/14 153/6 153/7 153/12 155/11 156/3 169/11 169/19
**cameras [2]**  56/6 67/15
**camouflage [3]**  61/19 62/3 62/18
**can [120]**  4/6 5/11 14/17 15/13 23/3 28/6 30/1 30/9 31/3 33/17 34/23 36/22 38/2 38/12 38/13 44/13 45/2 49/15 65/19 75/18 76/20 76/21 80/15 83/17 91/23 94/1 94/16 94/20 98/10 99/4 99/7 99/19 100/6 101/25 102/14 105/9 105/18 106/17 113/23 116/12 116/19 117/11 117/15 117/24 118/2 118/3 118/8 118/8 118/13 118/18 118/25 119/3 120/3 125/8 127/3 127/6 128/13 129/13 130/18 131/2 131/23 132/21 133/14 133/15 134/4 136/4 136/14 136/16 137/14 138/12 139/15 140/2 140/2 140/4 140/7 140/10 140/23 140/24 140/25 142/7 160/20 160/22 160/24 161/16 162/15 162/3 163/25 164/11 164/16 165/13 166/22 172/22 173/10 175/7 176/13 176/13 176/14 177/24 177/25 178/22 181/13 181/18 182/22 183/8 183/15 184/3 185/5 186/3 186/4 186/14 189/3 189/7 190/18 192/1 192/14 192/15 192/15 192/16 193/18 194/18
**can take [1]**  194/18
**can't [14]**  26/9 28/17 65/21 69/10 76/3 88/12 96/1 97/18 108/2 108/9 126/17 139/11 146/17 163/11
**cannot [2]**  38/10 130/17
**capabilities [4]**  171/7 185/21 188/3 191/15
**capability [3]**  181/2 186/1 191/18
**capable [1]**  46/18
**capacities [1]**  169/2
**capacity [6]**  29/1 48/4 90/7 167/13 169/1 169/21
**capital [2]**  11/14 45/6
**capitals [1]**  171/1
**Capitol [1]**  176/22
**captive [8]**  12/4 14/15 32/25 35/25 36/20 38/16 43/4 74/25
**captives [4]**  22/22 23/18 23/19 24/1
**captivity [15]**  12/6 14/6 18/21 19/9 19/10 19/13 20/19 26/2 38/19 77/18 90/24 95/17 97/6 123/12 137/25
**captor [4]**  23/1 23/3 24/15 138/11
**captors [6]**  14/4 22/21 81/5 137/24 138/9 141/14
**capture [3]**  7/2 30/10 30/11
**captured [10]**  7/6 24/10 24/23 26/24 27/3 31/14 83/25 151/15 155/10 182/7
**car [4]**  87/1 87/22 88/16 156/12
**carbs [1]**  99/16
**cardio [1]**  49/22
**care [3]**  16/7 78/19 96/22
**cared [1]**  91/5
**career [7]**  27/4 107/23 110/25 168/12 168/25 169/3 183/21
**carpet [1]**  82/4
**carry [1]**  173/12
**cascade [1]**  72/13
**case [48]**  5/17 5/18 12/2 19/23 20/8 20/9 22/8 22/11 22/11 22/19 23/1 23/12 25/13 26/6 27/19 30/12 30/17 32/19 33/6 36/25 38/2 39/20 44/10 108/3 108/4 111/22 113/4 122/13 122/25 123/9 133/16 137/20 138/14 142/3 162/6 162/10 166/11 175/24 181/8 183/8 183/9 184/6 184/15 184/17 185/7 186/6 190/20 191/25
**cases [19]**  6/19 6/22 12/10 20/11 20/12 21/16 21/23 23/4 28/15 33/9 33/24 35/24 40/19 108/6 108/7 108/10 127/2 127/2 169/9
**cash [2]**  7/14 190/24
**catch [1]**  100/22
**catchment [3]**  50/9 50/14 50/17
**category [2]**  21/23 142/6
**cattle [1]**  96/21
**caught [2]**  38/12 38/13
**causation [5]**  33/9 33/25 33/25 34/20 193/20
**cause [38]**  7/20 32/20 33/11 34/3 113/14 113/22 114/1 114/7 114/10 115/1 115/4 115/5 115/9 116/8 119/9 120/6 120/7 120/9 120/11 120/15 120/22 121/1 125/17 125/20 127/25 128/7 129/8 131/15 131/17 131/19 131/20 133/15 133/19 134/4 134/6 135/15 138/7 140/25
**caused [10]**  78/9 118/24 127/19 128/14 129/10 130/6 130/17 135/14 138/3 138/5
**causes [2]**  119/20 122/19
**causing [2]**  133/24 138/10
**ceiling [1]**  72/7
**cell [29]**  7/7 12/18 14/9 14/13 14/23 15/2 15/10 15/14 16/4 16/11 16/14 21/4 25/25 28/3 71/2 71/4 71/11 71/13 71/17 71/18 71/25 72/20 73/1 73/17 75/18 75/21 81/22 81/23 82/1
**cellmate [1]**  16/9
**cellphone [1]**  4/11
**cellphones [2]**  14/25 67/15
**cells [1]**  132/7
**CENTCOM [2]**  185/22 185/25
**Center [3]**  106/4 169/23 170/3
**central [1]**  182/15
**CEO [1]**  89/18
**certain [4]**  25/1 44/5 112/20 181/20
**certainly [10]**  18/16 26/18 30/16 123/15 127/20 127/24

# C

certainly... [4]  127/25 128/6 140/22 172/13
certainty [7]  113/14 113/17 113/20 113/21 114/1 138/13 138/17
certificate [1]  121/3
certificates [1]  107/22
certification [6]  44/17 44/18 44/20 47/24 105/3 121/3
certifications [2]  43/21 43/22
certified [8]  43/18 44/1 44/2 104/25 105/13 105/15 105/16 114/9
certify [1]  196/3
chain [3]  87/19 103/19 144/21
chair [2]  82/23 82/23
chairs [2]  60/18 60/25
chance [6]  5/9 29/25 71/7 80/9 110/12 111/7
change [2]  25/19 152/14
changed [1]  152/17
changes [1]  152/22
chant [2]  52/2 52/4
chants [1]  36/19
chaos [1]  13/2
chapter [1]  167/16
chapters [1]  166/12
characterized [1]  115/19
characterized it [1] 115/19
charge [3]  152/3 156/15 189/15
charged [2]  121/1 176/6
chartered [3]  36/8 58/9 60/20
checking [1]  61/13
checkpoint [2]  53/21 61/15
checkpoints [1]  52/9
cheek [1]  25/13
chest [5]  83/14 127/10 133/5 133/25 134/17
chew [1]  84/24
chewing [1]  99/19
chief [7]  7/18 16/24 103/25 106/5 107/1 107/3 107/5
children [3]  42/19 43/6 47/10
children's [1]  79/16
chin [1]  116/20
choices [5]  120/16 120/17 121/8 121/12 121/13
choked [1]  17/16
choking [1]  17/9
Christian [5]  37/11 42/24 63/13 97/1 97/20
Christina [1]  42/24
Christmas [2]  53/19 53/22
church [4]  47/3 47/10 80/25 92/10
CIA [5]  45/25 69/23 69/24 169/1 174/10
circle [2]  33/20 72/13
circling [1]  136/8
circuit [2]  22/11 33/8
circumferential [1]  115/20

circumstance [2]  6/25 141/12
circumstances [6]  22/1 28/12 28/14 121/17 123/10 123/20
circumstantial [12]  6/23 23/4 23/8 24/2 24/3 25/18 27/13 27/22 28/15 30/16 120/14 121/18
cite [4]  21/24 22/9 22/9 33/17
cited [1]  22/17
citizen [3]  26/2 43/1 43/3
citizens [1]  43/6
city [12]  32/8 39/16 49/16 51/19 76/11 85/14 85/15 86/10 86/13 106/4 107/1 149/7
civil [3]  1/3 3/2 11/19
civilian [1]  139/22
civilians [1]  30/22
claim [1]  37/21
claims [2]  171/1 171/7
clarify [1]  67/17
classes [1]  43/24
classic [1]  131/8
classically [1]  134/7
classified [2]  80/20 167/13
claustrophobic [3]  78/3 80/4 84/14
claw [2]  126/4 127/1
clean [1]  99/18
clear [13]  18/18 18/19 27/1 33/8 33/22 34/3 50/18 61/1 62/5 84/9 101/14 117/18 117/19
clearance [2]  50/6 58/3
cleared [2]  14/2 93/7
clearing [1]  99/20
clearly [7]  38/17 118/13 121/9 123/13 127/17 135/15 138/16
clench [1]  119/23
clenched [1]  119/14
clerk [1]  5/11
clerk's [1]  161/24
climb [2]  16/12 78/12
climbing [3]  66/13 78/13 84/14
close [7]  44/24 81/18 91/24 140/1 147/3 171/6 180/17
closed [3]  12/25 68/9 78/1
closely [3]  35/16 128/21 147/7
closer [3]  129/13 136/17 190/20
closing [3]  21/24 22/9 33/17
clothes [1]  84/18
clothing [3]  62/8 123/25 124/1
clothings [1]  62/16
co [1]  152/7
co-owners [1]  152/7
coaching [3]  155/7 159/25 160/3
coalition [5]  12/8 12/20 32/9 49/19 62/24
cocaine [1]  85/1

Cockroaches [1]  72/21
collective [1]  29/2
college [3]  46/24 47/6 105/20
color [1]  52/13
COLUMBIA [1]  1/1
combat [1]  183/15
combination [4]  133/8 133/10 134/5 141/2
combinations [1]  134/3
combined [3]  11/17 26/18 185/20
come [26]  18/9 24/20 26/4 26/6 27/5 41/4 57/4 58/7 67/4 72/8 73/24 78/11 79/20 83/5 83/24 86/22 88/1 91/21 92/6 93/1 100/2 140/25 153/21 154/9 158/6 193/5
comes [6]  8/16 30/16 33/12 34/5 162/12 179/2
comfortable [1]  85/24
coming [12]  29/14 51/22 64/4 79/3 88/3 88/10 88/24 93/2 93/3 124/15 149/19 163/16
command [4]  107/3 147/5 169/23 170/3
commander [1]  192/8
commanders [1]  192/9
commands [1]  166/25
commendations [1]  27/6
commit [1]  127/5
commitment [1]  48/10
committed [2]  98/23 123/21
committee [6]  109/13 109/17 109/22 171/19 171/21 189/25
common [6]  97/19 126/7 135/13 181/6 183/6 192/2
common-sense [1]  97/19
commonly [7]  106/1 108/16 116/5 116/6 119/15 122/18 123/2
communicate [1]  156/11
communicated [4]  151/6 151/8 155/3 159/17
communication [3]  47/17 150/25 151/1
communications [1]  168/7
community [10]  8/15 10/23 11/1 11/10 29/7 30/6 36/6 47/11 178/24 185/25
community's [2]  8/8 179/3
companies [4]  46/6 178/4 178/25 178/25
companions [1]  157/14
companionship [1]  28/5
company [12]  7/13 47/16 47/18 51/2 53/13 67/13 74/7 89/18 144/16 152/8 155/6 178/24
comparing [1]  130/5
compel [1]  23/6
compensation [1]  22/23
competency [2]  105/14 183/4
competing [2]  115/9 116/8
competitors [2]  184/15 184/16
complaining [1]  84/17

**C**

complaint [3]   22/15 113/7
113/10
complete [4]   104/11 115/20
116/7 124/19
completed [1]   107/6
completely [1]   60/19
completion [1]   106/19
complex [2]   153/5 156/3
compliance [1]   29/17
comply [3]   8/23 9/6 184/21
complying [5]   9/10 9/11
9/13 29/3 29/22
components [3]   181/12
181/12 181/13
compound [15]   144/11 149/2
149/3 149/3 150/12 151/19
153/7 153/13 154/8 154/9
154/11 154/13 154/19
155/11 160/1
comprehensive [5]   9/4 29/4
29/8 29/20 171/23
compress [2]   122/10 124/13
compression [4]   116/11
119/16 121/9 133/25
compressive [1]   134/4
computer [1]   1/25
computer-aided [1]   1/25
computers [2]   14/25 67/8
concentrate [1]   47/14
concentration [1]   170/17
concern [5]   151/11 152/11
152/21 153/2 153/5
concerned [5]   9/19 24/23
28/2 47/1 151/9
concerns [1]   44/10
concessions [1]   34/15
concluded [3]   30/6 30/24
31/18
concludes [1]   110/8
conclusion [9]   114/23
115/4 120/1 121/19 124/9
124/11 127/11 127/16
132/23
conclusions [1]   3/25
concrete [5]   14/8 14/23
71/18 72/2 95/19
condemnation [1]   8/14
condition [1]   194/4
conditions [18]   6/6 7/3
10/11 10/11 10/12 15/21
16/15 19/3 19/10 19/23
20/10 20/13 20/13 20/22
20/25 25/1 25/2 26/25
conduct [8]   21/17 28/22
34/25 35/12 37/23 37/25
38/21 185/3
conducting [4]   22/4 149/18
168/21 179/14
Conference [1]   11/4
confess [1]   22/23
configuration [2]   124/4
130/19
confirm [1]   126/14
confirmed [1]   10/25
conflict [2]   10/9 35/7
Congress [3]   171/18 171/19
172/4
conjunction [1]   116/2
conscious [1]   126/10

128/17
consequence [1]   33/1
consider [5]   19/22 19/25
20/25 30/10 37/16
considering [1]   30/13
consistent [24]   111/15
111/18 111/20 119/25
123/18 124/9 124/11 126/19
126/22 130/14 133/24
137/24 138/6 138/8 139/25
141/4 141/12 141/20 179/5
180/3 180/11 185/11 186/12
188/14
conspiracy [1]   30/15
constant [1]   95/22
constantly [1]   40/4
constitute [1]   22/4
constitutes [1]   18/15
Constitution [1]   1/22
construct [3]   94/21 180/15
183/13
construction [13]   43/14
43/16 43/18 44/5 44/16
45/12 45/12 45/13 47/20
47/21 47/22 69/25 146/10
consulting [4]   103/23
107/7 107/9 111/7
contact [5]   15/20 91/24
110/25 158/6 158/6
contacted [1]   26/3
contained [1]   11/25
contains [1]   161/25
contend [2]   20/5 20/6
context [4]   127/20 133/1
173/17 180/11
continue [10]   54/21 71/11
76/21 76/23 92/24 151/10
164/16 190/8 190/9 191/4
continued [11]   9/2 16/9
30/6 30/18 51/15 74/20
75/2 76/24 151/13 164/10
164/18
continues [2]   6/15 24/17
continuing [1]   5/21
continuous [1]   95/21
continuously [2]   76/12
128/5
contract [16]   6/1 13/4
48/13 51/2 51/3 144/4
144/7 144/9 144/17 144/19
144/23 145/11 145/17 146/7
147/16 148/6
contractor [10]   13/3 15/12
31/1 36/9 36/10 65/14
69/20 70/3 73/4 73/5
contractors [5]   8/14 56/11
143/7 148/18 149/1
contracts [4]   50/5 143/25
144/25 147/21
control [19]   10/14 13/15
43/17 44/19 45/14 48/5
49/18 59/25 60/2 60/4
61/16 69/21 94/20 146/10
149/6 149/11 151/18 182/14
186/4
controlled [2]   11/24
189/25
contusion [1]   136/9
contusions [4]   17/21 127/9
127/14 134/12
conveniently [1]   123/22

conventional [1]   30/19
conversation [2]   87/13
160/2
conversations [1]   155/5
convincing [1]   160/8
cookout [1]   95/10
copies [1]   181/20
copy [5]   5/8 104/7 104/12
114/14 181/19
corner [3]   61/25 63/9
85/20
cornerstone [1]   36/24
coroner [2]   111/11 120/24
coroner's [1]   108/24
Corps [5]   43/15 44/20
166/5 173/24 175/7
Corps' [1]   166/25
Corps-Qods [1]   173/24
correct [16]   4/25 19/21
21/6 26/17 33/3 33/10
38/25 39/1 39/6 54/16
57/11 97/23 139/7 159/4
194/9 196/4
corrected [1]   113/20
correctly [6]   50/8 50/13
54/2 54/24 56/7 71/19
corridor [4]   70/12 70/15
70/17 179/1
corroborated [1]   112/6
cotton [2]   64/17 70/13
cough [1]   134/9
could [76]   3/21 4/11 14/18
14/19 14/21 14/21 15/5
18/9 19/11 20/24 22/4 23/6
23/9 29/9 35/4 37/8 46/8
46/15 46/20 47/14 50/25
51/22 54/22 57/22 62/5
63/19 63/19 65/1 65/23
66/14 66/25 68/2 68/5 69/1
69/15 69/22 70/12 70/16
71/4 74/17 78/14 79/3 80/3
80/15 82/3 83/11 83/18
86/10 87/13 87/25 94/19
98/9 98/13 98/14 98/15
101/14 103/16 104/24
115/22 118/25 124/13
124/15 124/16 124/18
125/16 128/1 128/5 133/20
140/19 151/19 155/21
157/17 157/17 159/14
163/10 170/7
couldn't [19]   13/22 15/2
29/9 59/19 59/22 64/18
65/11 65/24 66/2 66/19
70/10 72/10 73/25 79/6
80/21 82/5 83/15 100/11
101/22
Council [2]   8/23 189/19
counsel [6]   3/7 113/9
113/10 142/5 142/5 160/20
counseling [5]   93/9 93/11
94/8 94/11 97/16
counselor [2]   98/23 98/25
count [1]   71/5
counted [1]   86/19
counter [2]   8/2 170/6
counter-insurgency [1]   8/2
counting [4]   58/13 65/12
81/16 85/10
countries [11]   29/13 29/14
35/9 39/24 45/3 45/10

# C

**countries... [5]** 56/19
173/8 175/12 175/20 178/16
**country [27]** 10/21 12/23
13/2 13/2 24/24 25/7 46/19
48/24 55/12 56/25 74/9
74/9 76/11 79/21 88/2 97/2
105/5 108/20 111/12 111/21
120/25 143/16 149/5 154/19
154/19 163/6 188/13
**County [1]** 106/22
**couple [11]** 3/20 24/21
45/7 59/4 67/17 68/4 97/22
101/6 138/24 150/23 159/1
**course [27]** 4/16 7/2 13/22
16/2 16/15 18/6 23/17
24/23 26/4 28/16 30/22
37/22 71/19 82/25 88/12
99/19 100/13 101/16 107/23
120/21 121/12 121/16 133/2
178/1 180/18 182/23 184/19
**court [89]** 1/1 1/21 1/21
3/22 4/1 4/20 5/17 6/21
7/18 7/20 7/24 9/3 10/16
12/12 14/12 16/19 17/2
18/10 18/13 19/2 19/8
19/12 20/7 20/11 20/12
22/11 22/13 22/19 22/20
23/1 23/4 23/9 24/3 24/16
26/8 28/15 30/5 30/9 30/12
31/19 33/13 33/18 34/1
37/5 37/7 37/10 37/12
37/15 37/24 38/2 38/22
43/11 44/13 46/15 49/15
54/7 59/2 60/9 62/5 66/5
71/17 77/12 78/9 80/12
83/9 87/8 89/16 90/23
97/25 99/2 102/22 104/24
105/18 106/17 110/8 128/19
132/21 141/5 142/3 142/11
162/8 162/15 162/20 163/24
165/13 175/23 175/25 185/8
186/7
**Court's [6]** 4/13 33/22
39/13 39/15 40/4 76/4
**courtroom [6]** 4/12 41/13
142/4 142/13 160/19 162/19
**courts [3]** 1/22 33/3
162/11
**cover [13]** 38/25 68/10
77/10 121/13 142/16 143/2
143/10 143/20 144/22
146/12 146/21 147/15
158/25
**covered [1]** 117/8
**covers [1]** 109/8
**coworker [1]** 24/18
**coworkers [1]** 24/20
**crazy [1]** 110/2
**credentials [1]** 47/25
**criticizing [1]** 12/16
**cross [3]** 124/16 154/9
155/22
**crossed [1]** 182/7
**crucial [1]** 65/16
**crying [3]** 38/11 80/21
80/22
**Crystal [7]** 3/9 26/7 37/11
42/10 80/11 83/22 92/4
**CSR [3]** 1/21 196/3 196/10

**cuffs [1]** 125/16
**culminate [1]** 120/8
**cultural [1]** 10/12
**cultures [2]** 78/5 78/5
**current [1]** 182/8
**currently [6]** 103/22
106/10 106/14 109/20
165/15 194/10
**curriculum [1]** 104/13
**curtains [2]** 15/4 68/10
**curved [1]** 118/2
**customer [1]** 144/4
**customs [2]** 24/22 59/3
**cut [8]** 73/13 129/4 134/23
135/9 153/8 153/10 153/11
178/22
**cuts [2]** 129/3 129/19
**cutting [2]** 79/15 130/1
**cv [2]** 1/4 104/7

# D

**D.C [6]** 7/19 8/5 8/5 16/25
22/10 107/5
**daily [5]** 146/5 159/25
160/2 165/25 190/22
**damage [9]** 19/6 19/9 19/16
19/18 20/1 37/21 129/10
132/9 132/9
**damages [15]** 19/20 20/25
21/1 21/3 21/9 30/17 32/13
37/4 37/22 37/23 37/24
38/21 38/24 40/9 40/16
**Damascus [3]** 171/2 171/9
172/2
**Dan [1]** 7/25
**dangerous [1]** 143/18
**Daniel [1]** 193/20
**Daqduq [2]** 192/19 192/22
**darker [1]** 129/15
**date [4]** 42/17 58/22 155/1
196/10
**daughter [2]** 3/9 37/11
**daughter's [1]** 83/23
**Davidson [1]** 93/17
**Davis [1]** 1/15
**day [37]** 1/10 6/15 14/20
19/19 38/14 48/17 58/18
58/20 68/8 70/11 71/9
72/14 73/20 73/21 73/22
76/12 77/4 79/1 83/21
84/19 84/20 85/1 85/6
90/25 91/6 95/21 96/6 96/7
99/14 99/25 100/4 132/16
153/7 154/5 156/8 156/13
164/24
**day he [1]** 83/21
**days [25]** 58/7 71/5 71/7
71/9 71/13 71/15 73/17
75/10 75/20 77/19 77/20
80/10 82/12 82/13 83/1
90/14 91/18 91/19 96/21
100/1 100/1 132/17 140/3
140/7 159/13
**DC [2]** 1/5 1/23
**de [2]** 7/7 163/8
**dead [1]** 27/17
**deal [11]** 29/3 29/6 29/6
29/7 155/17 155/18 156/1
171/24 171/25 186/17 192/6
**dealing [1]** 179/16
**dealt [5]** 29/8 29/11

166/12 170/12 188/4
**death [71]** 6/5 6/12 7/20
17/3 17/9 17/16 18/2 18/5
18/6 18/11 27/9 36/18
36/19 46/13 52/4 52/4
52/16 52/16 107/22 108/7
113/15 113/22 114/1 114/2
114/7 114/10 114/19 115/1
115/4 115/5 116/11 119/9
119/15 120/3 120/4 120/6
120/6 120/7 120/9 120/9
120/11 120/14 120/15
120/17 120/22 120/23 121/1
121/2 121/2 121/4 121/17
124/12 125/21 127/11
127/22 128/8 131/25 132/1
132/2 132/4 138/15 139/7
139/14 139/24 140/1 140/16
141/10 141/15 152/5 152/11
167/2
**deaths [1]** 139/22
**decade [1]** 175/15
**December [2]** 93/4 93/5
**December 29th [2]** 93/4
93/5
**decide [3]** 20/21 20/23
29/21
**decided [3]** 48/16 95/2
97/20
**deciding [1]** 127/20
**decision [1]** 177/4
**decreased [1]** 175/17
**dedicated [1]** 176/1
**deep [4]** 115/13 118/16
140/25 141/2
**defend [1]** 184/14
**defendant [2]** 1/7 194/5
**defendants [1]** 194/10
**defense [15]** 7/23 8/1 8/13
31/1 32/4 45/23 143/7
166/9 166/13 166/14 166/16
167/23 168/1 169/3 169/6
**defined [9]** 6/13 118/16
120/7 124/7 125/9 129/16
130/7 130/9 130/12
**definitely [3]** 34/1 129/18
129/18
**definition [6]** 6/11 20/8
21/21 120/10 128/25 131/11
**definitively [1]** 138/12
**degree [19]** 43/14 72/2
105/13 105/22 105/25
108/20 113/14 113/17
113/21 113/25 114/7 119/17
122/12 129/21 133/13
138/13 149/12 168/6 169/10
**degrees [1]** 128/14
**Delaware [1]** 106/24
**delay [2]** 151/7 151/9
**deliver [2]** 144/5 190/24
**delivered [1]** 181/7
**delivery [1]** 181/3
**demand [5]** 23/2 23/3 23/18
34/8 153/25
**demonstrate [5]** 119/5
131/6 134/23 136/22 181/2
**demonstrated [3]** 114/11
118/13 135/9
**demonstrates [1]** 181/3
**demonstrating [1]** 105/13
**demonstrations [1]** 52/3

**D**

deny [1]   155/22
depart [4]   149/4 151/21
 154/2 155/16
departed [1]   151/2
Department [36]   8/1 8/2
 9/17 11/20 11/25 12/5
 12/19 13/4 22/17 23/15
 25/3 26/1 26/3 26/6 26/13
 28/16 45/21 45/22 45/23
 47/20 48/16 51/4 51/21
 53/14 143/24 166/10 166/14
 167/23 167/23 176/17
 176/25 177/5 177/9 177/16
 177/17 194/7
departure [2]   155/1 160/4
dependent [1]   121/18
depending [2]   128/1 128/3
deposition [11]   2/13 7/7
 24/14 102/25 162/1 162/10
 162/24 163/8 163/23 164/9
 164/17
depositions [1]   162/4
depression [2]   93/20 96/1
depth [1]   129/25
deputy [1]   107/3
describe [6]   59/2 96/18
 140/10 144/1 150/9 184/22
described [4]   106/20 112/5
 118/15 130/14
describes [1]   114/18
descriptions [2]   112/6
 135/6
design [2]   31/2 31/3
designate [2]   176/22
 188/22
designated [6]   5/20 178/3
 178/8 179/8 187/21 194/15
designating [1]   187/2
designation [12]   177/18
 177/21 178/1 178/2 179/4
 179/15 182/17 187/20
 187/23 188/23 194/5 194/8
designations [6]   176/17
 176/25 177/4 177/9 178/18
 194/7
designs [1]   31/17
despite [1]   9/2
destabilized [1]   9/23
destabilizing [1]   173/6
destroying [3]   74/8 76/11
 76/11
detachment [2]   96/16 96/16
detail [5]   15/13 17/2
 127/10 128/13 180/20
details [4]   12/2 89/8
 89/12 159/22
detained [2]   12/7 62/13
detainees [2]   12/11 12/13
determine [4]   65/13 120/22
 121/1 121/5
determined [1]   40/1
develop [2]   140/21 175/11
developed [3]   83/6 182/1
 182/1
developing [1]   175/20
develops [1]   190/20
devices [1]   167/8
Dhabi [1]   45/9
DIA [7]   169/1 169/14

169/18 169/19 170/13
171/11 188/19
diagnose [2]   93/18 129/20
diagnosed [2]   93/19 101/18
diagnoses [1]   114/16
diagnosis [2]   93/21 114/17
Dialogue [1]   11/3
did [194]   3/15 11/10 16/19
 22/1 22/16 22/21 23/6 24/9
 24/13 27/7 28/19 48/2
 48/10 51/8 51/18 52/1
 52/12 52/15 52/19 53/21
 54/3 54/17 55/6 55/18
 56/13 57/7 57/8 57/14 58/2
 58/18 58/25 59/22 59/25
 60/20 61/16 62/6 62/15
 63/17 63/22 63/24 64/7
 64/20 64/24 65/25 68/3
 68/9 68/15 68/18 68/19
 69/6 69/13 70/7 71/2 71/7
 71/11 72/17 73/22 74/1
 74/11 74/13 74/16 74/18
 74/25 75/13 76/7 76/11
 76/14 76/18 76/23 76/25
 77/15 77/22 78/22 78/24
 78/24 79/5 79/5 79/23 80/9
 81/8 81/21 82/2 82/6 82/9
 83/6 84/25 85/6 85/13 86/4
 86/5 87/5 87/7 87/21 88/19
 88/21 89/8 89/11 89/23
 89/25 90/9 90/19 91/16
 91/18 92/1 92/4 92/11
 92/24 93/3 93/13 93/14
 93/18 93/21 93/23 97/5
 99/13 100/19 101/3 107/25
 108/7 110/12 110/15 113/3
 113/18 114/8 116/15 119/22
 125/2 125/16 125/20 125/25
 128/8 128/10 128/17 136/6
 136/22 143/11 143/13
 144/23 145/3 145/21 145/23
 146/1 146/3 146/13 146/14
 146/15 147/9 148/5 148/10
 149/6 149/11 149/13 149/16
 149/19 149/23 150/6 150/8
 150/20 151/4 151/11 151/14
 152/5 152/14 153/1 153/4
 153/15 153/19 153/21 154/5
 154/10 154/13 154/16
 154/25 155/13 156/5 156/10
 156/18 157/3 157/7 157/19
 158/9 158/11 159/6 159/11
 166/7 167/9 167/11 168/6
 168/7 168/22 169/17 171/19
 178/12 193/23
didn't [56]   15/4 15/6 25/2
 55/25 60/2 61/7 61/8 61/20
 64/23 66/3 67/13 68/8
 70/13 73/3 73/3 73/12
 74/19 74/22 75/7 75/9
 75/12 78/1 78/19 78/23
 78/23 78/24 79/21 80/14
 82/10 83/4 84/2 84/9 85/23
 88/24 90/6 91/5 95/23
 99/21 99/22 99/25 100/15
 100/22 100/22 114/22 116/8
 124/23 152/18 152/19
 153/20 154/5 156/11 156/23
 159/8 164/19 169/10 191/16
die [3]   16/5 17/7 86/15
died [2]   98/16 121/9

diem [2]   19/11 19/13
difference [1]   120/6
different [31]   12/22 13/24
 17/22 21/2 45/9 45/10 52/9
 54/22 55/21 57/20 63/8
 66/15 66/15 66/17 69/15
 78/5 91/20 92/16 101/9
 106/21 111/11 116/24
 133/15 144/25 145/14 148/2
 152/21 157/20 169/2 169/17
 182/24
differently [2]   14/22
 136/19
difficult [2]   145/6 145/8
difficulty [1]   57/14
diplomat [1]   88/19
diplomat in [1]   88/19
diplomatic [5]   48/18 56/18
 89/1 90/12 150/11
diplomats [1]   88/11
direct [24]   2/4 2/7 2/10
 2/16 7/9 24/6 25/16 30/15
 41/24 103/12 104/2 133/15
 133/17 143/1 144/18 144/20
 145/12 165/9 173/10 173/18
 177/24 179/13 179/13
 192/13
directed [7]   173/19 180/19
 185/2 190/14 191/3 191/20
 192/20
direction [4]   112/21 191/2
 191/4 191/22
directly [11]   44/21 51/24
 115/7 123/1 156/18 156/21
 174/6 178/6 188/5 190/18
 192/6
director [4]   143/24 144/2
 146/11 182/8
directors [2]   109/16
 109/22
disable [1]   135/16
disciplines [1]   109/9
disclose [1]   142/13
discoloration [1]   134/24
discount [1]   40/12
discover [2]   12/15 153/21
discovered [1]   135/23
discretion [1]   162/14
discuss [3]   123/14 127/9
 128/13
discussed [3]   164/22
 177/21 177/24
discussing [1]   155/8
discussion [2]   157/24
 159/14
discussions [2]   113/9
 159/16
disease [2]   116/9 132/9
disenchanted [1]   10/10
Disorder [3]   93/20 94/7
 102/4
disorganized [1]   32/6
dispatched [1]   151/17
disrepair [1]   10/21
dissection [2]   136/9
 137/19
dissent [2]   11/23 34/8
dissident [2]   7/5 76/8
dissidents [1]   12/15
distance [1]   157/17
distinguished [1]   27/4

**D**

district [5]   1/1 1/1 1/11
1/22 23/9
Djibouti [5]   57/1 57/7
57/15 58/2 151/2
do [158]   3/16 4/13 5/8
5/10 14/19 19/3 19/22 20/5
20/10 20/21 21/10 21/24
22/8 24/18 24/24 26/13
28/9 29/9 33/19 33/21 34/7
36/8 36/23 38/1 38/2 39/17
40/23 41/3 41/18 41/21
42/3 42/5 42/19 44/4 44/23
45/16 46/14 46/18 46/22
47/5 47/14 48/6 48/10 53/3
53/4 53/12 54/18 54/21
58/2 64/7 64/20 69/20
70/8 74/16 74/20 79/12
80/14 84/23 84/23 84/24
84/25 87/2 87/21 94/6 94/9
94/18 95/11 95/12 95/13
95/16 95/21 96/5 96/8
96/10 96/15 96/16 96/19
97/3 97/11 97/17 98/3 98/9
103/3 103/7 104/10 107/17
110/2 110/19 110/20 110/21
114/4 117/11 117/16 117/18
118/8 124/15 125/16 127/9
127/15 132/3 133/14 133/20
134/6 136/11 137/19 137/20
142/17 142/21 143/6 143/8
143/16 145/10 145/19
148/11 150/17 151/4 155/10
158/3 161/10 163/10 165/2
165/6 167/6 172/13 174/19
174/19 174/23 174/24 176/7
178/16 178/18 178/19
178/21 179/9 179/16 181/19
182/11 182/18 182/21 183/8
183/20 184/25 185/23
185/24 186/15 187/11 189/9
190/1 190/2 190/3 190/17
190/18 190/18 190/19 191/1
191/6 192/17 193/2
doc [1]   78/20
docket [1]   164/21
doctor [24]   16/6 16/14
62/16 71/9 75/18 75/21
76/5 76/9 76/25 77/24 78/4
78/10 78/22 79/8 86/25
93/7 93/15 94/13 94/14
95/1 97/20 101/22 102/1
105/24
doctor's [1]   93/16
doctors [2]   97/19 101/19
document [13]   12/20 104/11
113/8 113/10 177/12 177/15
177/23 179/25 186/24 187/1
187/2 187/18 191/9
documentation [1]   12/8
documenting [1]   68/23
documents [4]   113/3 170/5
187/13 193/24
DoD [1]   143/7
does [34]   16/3 19/6 19/7
19/21 20/24 34/19 35/18
36/3 38/25 44/3 100/12
105/3 120/20 126/22 131/10
133/10 135/20 143/6 144/14
169/8 173/11 173/11 173/16

174/4 174/7 175/2 180/24
182/18 184/10 187/22
189/13 190/12 191/5 193/14
doesn't [8]   16/2 19/12
31/7 132/14 140/25 185/1
188/11 191/5
doing [29]   11/16 22/24
25/3 36/5 37/9 44/25 49/22
50/8 56/11 56/11 63/16
74/8 76/10 78/9 79/25
86/14 86/15 87/16 92/18
93/3 97/20 97/22 107/9
108/5 127/5 148/17 183/10
185/20 192/22
dollars [3]   40/16 80/19
81/4
domestically [1]   183/7
domesticate [1]   39/25
don [1]   84/9
don't [71]   15/25 19/7
19/12 20/7 23/1 23/2 28/11
33/19 36/1 36/17 39/10
40/1 40/12 40/25 41/3 41/3
52/23 53/2 63/12 63/13
65/20 75/10 75/11 78/6
88/6 88/8 88/17 88/18 91/1
91/4 92/19 92/20 93/11
94/2 94/4 95/11 95/12 96/3
96/3 96/20 96/22 96/22
96/23 97/2 97/7 97/8 97/8
98/16 99/16 99/22 100/18
100/23 101/9 101/11 101/25
102/1 102/1 102/11 132/11
139/10 142/5 160/12 161/9
164/4 181/25 182/20 189/9
190/6 190/19 193/3 193/11
don'ts [2]   155/9 160/1
done [29]   14/21 17/15
17/16 35/5 35/7 40/21
44/21 54/2 54/21 54/24
54/25 56/15 59/21 70/7
71/19 83/14 84/21 86/2
90/12 100/19 107/21 117/9
117/23 118/12 119/5 123/13
152/24 181/21 181/21
door [13]   16/12 60/7 60/8
60/10 60/11 61/21 70/18
70/23 70/25 77/7 77/12
78/12 78/14
doors [1]   70/15
dos [2]   155/9 160/1
dot [1]   117/14
dots [2]   117/16 137/7
dotted [2]   137/8 137/10
double [1]   155/22
double-cross [1]   155/22
doubt [1]   22/3
down [33]   10/23 13/19 22/2
33/12 38/3 38/11 40/1
47/18 54/9 67/2 70/12
70/15 74/7 82/16 82/22
86/17 96/2 96/3 98/7
119/23 126/16 126/20
129/25 133/3 134/18 136/24
137/2 141/13 141/17 158/18
163/7 172/22 179/1
downward [1]   122/24
dozen [1]   180/2
Dr. [51]   7/4 7/18 7/25
12/12 16/3 16/6 16/13
16/22 17/6 17/14 23/21

24/6 24/11 26/20 28/3 31/4
31/13 31/25 34/10 35/23
36/21 41/12 77/23 93/17
102/2 102/10 102/14 102/23
103/1 103/14 103/18 110/6
110/8 110/12 110/13 110/19
110/21 110/22 111/6 112/22
114/4 114/6 114/8 114/19
115/18 115/21 135/2 135/22
136/22 141/25 163/5
Dr. Al [12]   7/4 12/12 16/3
16/6 16/13 24/6 24/11
26/20 28/3 36/21 77/23
163/5
Dr. Arden [16]   7/18 16/22
17/6 17/14 41/12 102/10
102/14 102/23 103/1 103/14
110/6 110/8 110/12 112/22
115/21 141/25
Dr. Dan [1]   7/25
Dr. Green [6]   23/21 31/4
31/13 31/25 34/10 35/23
Dr. Jonathan [1]   103/18
Dr. Karen [2]   93/17 102/2
Dr. Mazuchowski [13]
110/13 110/19 110/21
110/22 111/6 114/4 114/6
114/8 114/19 115/18 135/2
135/22 136/22
draft [1]   3/24
drank [1]   70/11
draping [1]   116/19
draw [4]   23/10 33/23 115/3
118/2
draws [1]   21/12
dressed [1]   157/20
drew [1]   115/4
drink [1]   63/14
drive [4]   92/17 156/18
161/24 162/24
driver [2]   86/1 156/15
driving [1]   65/13
drones [2]   181/12 181/21
dropped [5]   6/3 16/20
27/20 96/2 96/3
drove [1]   15/22
drug [1]   84/25
drugs [1]   63/14
dual [1]   181/13
due [1]   149/13
during [22]   4/6 4/22 15/16
25/23 46/5 51/5 51/19 54/3
55/17 55/19 65/12 65/25
72/14 73/18 77/17 95/9
99/24 107/23 146/16 152/6
160/5 169/17
duties [5]   144/1 144/6
148/11 148/24 166/1
dwindling [1]   47/18

**E**

e-mail [1]   147/14
e-mails [2]   54/22 147/12
each [17]   19/23 19/23
19/25 25/13 37/15 51/1
101/1 115/14 117/5 117/14
124/18 134/21 135/7 135/8
149/3 172/24 180/21
ear [2]   95/22 95/22
earlier [5]   12/25 109/15
124/5 131/10 185/8

# E

**early [2]** 72/11 168/25
**earn [1]** 168/6
**easier [1]** 162/13
**easily [1]** 125/16
**East [14]** 7/22 8/19 27/7 73/4 165/20 168/3 168/13 169/5 169/12 169/13 171/2 171/14 172/10 173/4
**Easter [1]** 92/11
**easy [1]** 40/2
**eat [12]** 16/1 71/10 75/7 75/9 75/10 75/10 75/15 75/20 76/14 76/16 99/15 99/16
**eating [3]** 16/7 76/19 90/16
**economic [2]** 10/11 175/22
**economist [1]** 37/20
**edge [2]** 130/7 130/10
**edges [1]** 129/24
**eds [1]** 167/12
**education [3]** 105/7 105/8 106/19
**educational [2]** 43/12 167/25
**effect [1]** 186/16
**effort [4]** 145/6 145/6 147/22 148/12
**efforts [6]** 15/3 25/22 47/15 151/23 152/1 172/15
**eight [4]** 64/15 64/16 107/14 133/6
**eighth [1]** 48/18
**either [11]** 17/8 27/14 35/24 66/4 111/23 121/24 122/7 131/22 155/17 178/5 192/7
**elaborate [1]** 166/22
**elbow [1]** 134/21
**elbows [1]** 134/20
**elected [1]** 109/16
**election [2]** 10/25 11/2
**electricity [2]** 10/20 51/20
**element [1]** 182/16
**elements [2]** 170/6 185/10
**elevation [1]** 122/2
**elongated [1]** 130/8
**else [16]** 22/24 38/14 49/19 63/25 72/19 84/15 89/13 90/7 97/25 99/20 100/4 116/9 139/20 156/12 157/21 189/23
**embassy [16]** 12/25 13/6 13/11 44/24 48/19 49/11 49/13 51/12 52/6 53/20 54/9 54/10 54/11 54/13 56/20 144/12
**embed [1]** 192/3
**embedded [3]** 168/19 192/11 192/18
**embedding [1]** 192/4
**emphatic [1]** 34/2
**employed [6]** 45/20 103/21 103/22 143/4 165/15 180/21
**employee [1]** 188/19
**employees [3]** 145/10 145/12 149/23
**employer [1]** 55/3

**employment [3]** 56/1 145/23 168/8
**enclosed [1]** 61/25
**encountered [1]** 182/5
**encountering [1]** 192/17
**end [15]** 38/14 53/6 55/8 58/21 70/17 71/2 72/9 82/13 85/7 88/19 94/17 97/11 144/24 175/11 194/1
**ended [3]** 14/8 14/9 15/9
**ends [1]** 34/19
**energy [1]** 95/13
**enforced [1]** 44/7
**engage [1]** 34/25
**engaged [2]** 6/17 194/1
**Engineers [2]** 43/16 44/20
**English [15]** 16/3 63/17 63/18 65/8 69/22 75/22 80/3 82/7 83/11 83/18 87/13 88/13 99/12 100/11 156/10
**enlarge [1]** 131/9
**enlisted [1]** 147/6
**enough [21]** 18/2 21/20 22/12 22/14 26/18 28/6 34/17 34/20 40/2 51/20 78/3 95/25 97/18 116/10 129/7 129/9 131/19 131/20 131/21 131/21 141/3
**enrichment [1]** 29/10
**ensure [1]** 50/4
**ensuring [1]** 144/3
**entail [2]** 44/3 105/3
**enter [1]** 86/21
**entered [3]** 9/4 76/13 162/3
**entering [1]** 188/25
**entire [3]** 15/16 43/9 110/25
**entirely [4]** 141/19 186/8 186/9 186/11
**entities [3]** 109/1 177/21 193/25
**entitled [1]** 196/5
**entity [2]** 174/10 174/11
**entry [1]** 150/21
**environment [2]** 13/17 145/9
**equally [1]** 18/25
**equipment [3]** 64/1 182/10 192/16
**era [1]** 10/16
**escalated [1]** 152/11
**escape [8]** 14/12 15/3 15/6 15/7 27/15 65/17 65/25 66/3
**escaping [1]** 27/2
**escort [2]** 55/15 156/15
**escorted [4]** 25/8 149/2 155/16 157/5
**especially [5]** 26/19 125/11 131/9 134/8 188/12
**esse [2]** 7/7 163/8
**essence [1]** 114/13
**essentially [1]** 107/7
**established [1]** 172/14
**establishments [1]** 176/3
**estimated [2]** 12/7 158/15
**et [1]** 1/3
**European [1]** 178/16
**evacuate [1]** 51/14

**evacuated [4]** 54/11 54/15 56/12 57/21
**Eve [2]** 53/19 53/22
**even [30]** 4/21 8/13 10/19 14/13 16/13 21/24 22/5 28/18 32/17 50/6 52/3 60/23 65/14 65/20 66/19 70/10 80/21 82/4 88/6 96/22 98/5 98/7 100/17 100/18 100/22 115/15 125/16 129/13 130/16 135/11
**evening [5]** 151/17 193/9 193/17 194/22 194/23
**event [1]** 155/11
**events [4]** 5/21 30/13 44/10 120/8
**eventually [19]** 11/15 13/23 15/7 16/10 22/1 35/25 63/24 74/16 77/22 79/23 80/8 81/12 85/7 86/5 92/4 154/16 157/2 157/14 158/4
**ever [8]** 45/20 57/24 74/11 80/9 89/8 90/3 121/14 186/20
**every [25]** 8/21 15/17 29/17 31/8 38/8 40/10 47/12 50/11 73/20 74/12 76/12 95/21 96/6 96/7 105/4 121/13 134/8 134/8 134/9 134/9 148/7 162/25 170/15 190/5 191/5
**everybody [2]** 96/12 157/21
**everybody's [1]** 24/23
**everyone [3]** 36/8 85/16 142/12
**everyone's [1]** 56/7
**everything [12]** 38/14 49/21 50/12 64/24 68/17 68/24 78/17 84/21 98/21 99/20 149/23 152/22
**evidence [58]** 2/21 2/22 2/23 2/24 2/25 6/4 6/9 6/23 7/9 9/23 10/5 18/4 18/7 18/10 18/11 18/25 22/8 22/12 22/14 23/4 23/9 24/3 24/3 24/6 25/18 26/18 26/22 27/14 27/23 28/8 28/23 28/25 30/10 30/15 30/16 31/18 31/25 35/5 38/13 104/15 104/17 112/10 112/16 114/12 115/6 115/6 115/8 123/10 132/12 138/18 163/2 179/13 179/13 187/5 187/9 187/13 187/15 189/2
**evidentiary [2]** 1/10 194/12
**exact [3]** 24/14 108/3 108/9
**exactly [10]** 22/6 28/13 35/15 35/20 54/8 55/2 58/20 100/23 167/14 194/21
**examination [14]** 2/4 2/7 2/10 2/16 41/24 103/12 105/12 111/9 132/5 132/15 139/11 139/19 143/1 165/9
**examinations [2]** 105/10 107/21
**examined [1]** 90/14
**examiner [28]** 7/19 16/23

## E

examiner... [26]  16/25
102/23 103/25 106/6 106/22
106/24 107/1 107/3 107/5
107/11 107/16 108/24 111/1
111/11 111/14 111/16
111/19 114/9 120/5 120/18
120/20 120/24 133/11
134/22 136/10 137/19
examiners [9]  16/24 108/14
108/15 108/18 109/5 109/10
109/14 110/24 111/4
example [9]  22/3 35/1 45/3
121/6 121/13 126/2 137/18
137/22 139/16
examples [1]  108/4
excellent [1]  80/3
except [2]  15/20 102/2
exception [3]  5/18 163/12
187/13
exchange [6]  7/14 34/15
87/9 89/13 90/4 158/23
exchanges [1]  160/3
excitement [1]  95/13
exclude [1]  140/4
excluded [1]  138/21
excludes [1]  164/5
exclusion [1]  163/12
exclusively [1]  116/6
excruciating [1]  87/24
excuse [7]  75/12 80/8
90/14 98/11 112/23 113/8
120/11
excused [3]  102/8 193/17
193/22
execute [3]  39/4 144/3
144/16
executed [1]  35/3
executions [1]  22/4
executive [4]  109/13
109/17 109/22 177/18
exerted [1]  119/17
exerts [1]  175/13
exhibit [44]  2/21 2/22
2/23 2/24 2/25 12/1 23/14
29/16 34/6 104/2 104/9
104/16 104/17 110/17
110/17 111/24 111/24 112/4
112/9 112/10 112/11 112/12
112/14 112/14 112/21
114/15 115/21 116/24
117/20 119/11 164/5 177/12
186/24 187/5 187/14 187/15
187/19 188/24 188/25 189/1
189/2 191/9 194/13 194/13
Exhibit 10 [5]  177/12
187/5 187/14 188/25 191/9
Exhibit 11 [4]  186/24
187/19 188/24 189/1
Exhibit 2 [1]  194/13
Exhibit 26 [1]  29/16
Exhibit 32 [2]  104/2
104/16
Exhibit 39 [3]  12/1 23/14
34/6
Exhibit 7 [6]  110/17
111/24 112/9 112/12 112/14
114/15
Exhibit 8 [8]  110/17
111/24 112/4 112/10 112/11

112/14 112/21 115/21
Exhibit 8A [1]  129/11
Exhibit 8F [1]  117/20
exhibits [7]  4/17 4/21
12/2 29/18 112/16 113/3
162/3
Exhibits 27 [1]  29/18
exit [3]  13/17 60/5 75/11
expect [5]  110/4 123/23
123/24 123/24 190/25
expedite [1]  64/13
expenses [1]  175/19
experience [19]  7/25 44/14
45/16 45/17 125/6 127/1
148/23 168/14 174/13 179/6
180/3 181/15 182/4 183/20
190/11 191/11 191/13 192/2
192/17
experiences [2]  43/22
169/16
expert [21]  22/18 23/22
32/4 37/19 41/14 102/25
110/7 142/7 169/4 169/8
169/9 169/15 169/16 172/9
172/12 172/14 172/18 179/6
184/7 188/20 193/20
experts [6]  4/18 4/24 8/7
8/22 8/25 186/19
experts' [1]  4/24
explain [17]  10/2 20/14
23/6 46/15 63/9 71/17 76/7
77/5 78/8 80/12 89/15
90/23 106/17 120/5 128/19
130/20 132/21
explained [9]  36/11 54/6
75/25 77/2 80/2 80/3 84/14
85/2 91/22
explanation [3]  120/14
121/18 138/19
explanations [1]  141/2
explanatory [1]  120/16
Exploitation [1]  170/4
explosions [3]  49/23 51/17
95/21
explosive [1]  167/8
explosively [2]  181/23
191/17
exposure [1]  170/13
express [1]  113/13
expressed [2]  114/6 114/6
extended [1]  137/19
extension [1]  43/24
extensive [2]  16/22 169/11
exterior [1]  137/17
external [6]  107/21 166/6
167/1 174/9 185/3 190/12
externally [2]  137/21
183/7
extinction [1]  121/10
extra [1]  137/19
extract [1]  35/9
extracting [1]  138/10
extrajudicial [4]  18/6
18/11 18/17 33/16
extrajudicially [1]  6/12
extreme [2]  21/21 35/10
extremist [2]  79/11 79/12
eye [8]  6/20 7/1 7/1 7/17
8/6 132/15 134/16 139/21
eyelids [1]  116/4
eyes [2]  64/17 116/3

## F

F.3d [1]  22/10
face [4]  83/15 100/18
112/8 116/20
facility [12]  49/23 64/6
64/8 81/18 82/3 82/9 82/11
83/2 83/3 83/5 147/18
149/11
fact [24]  3/25 4/4 17/14
30/25 33/8 35/1 80/1
102/24 104/12 108/2 112/3
112/6 114/14 121/7 126/21
126/21 130/15 130/19 132/4
133/8 133/12 135/23 140/6
151/14
factions [1]  184/18
factor [2]  127/11 127/15
failure [1]  8/23
fair [3]  11/1 13/21 29/21
fairly [1]  120/16
fairness [2]  130/16 140/1
faith [1]  94/2
fall [1]  35/19
falling [1]  77/22
falls [1]  142/6
familiar [11]  23/12 144/6
156/20 176/16 176/24 177/3
177/12 177/23 178/1 179/23
186/24
families [3]  3/12 28/13
95/11
family [20]  3/7 3/8 11/23
16/17 16/18 28/18 37/6
37/9 38/15 46/4 47/2 64/12
64/13 73/13 74/6 90/10
90/24 91/13 98/12 193/21
far [7]  13/20 15/14 18/2
81/16 95/16 155/13 188/15
farm [1]  96/21
fast [1]  172/23
fatal [1]  138/4
father [6]  45/18 46/8
46/11 46/13 83/13 97/1
faucet [1]  72/6
fault [1]  155/24
FBI [2]  46/2 89/1
feature [2]  118/23 122/15
features [11]  118/14 119/2
119/6 121/15 121/22 123/11
126/1 129/15 129/20 130/21
131/10
February [4]  13/1 54/5
54/14 55/20
February 1st [1]  54/5
February 2015 [1]  13/1
federal [2]  143/7 194/14
fee [1]  105/10
feed [3]  75/13 99/21 99/25
feel [14]  57/22 65/1 77/15
78/23 79/5 83/6 85/23
96/16 143/15 150/22 151/4
151/20 153/11 154/10
feeling [1]  154/2
feels [1]  96/18
feet [4]  15/10 15/10 67/3
68/4
fell [1]  10/18
fellow [3]  165/16 165/24
167/12
fellowship [1]  168/9

**F**

**fellowships [1]**  166/8
**felt [12]**  59/7 77/16 151/7
152/16 154/8 155/20 155/20
155/24 158/24 159/16
159/18 160/10
**fence [1]**  87/19
**few [8]**  14/1 20/15 24/20
91/12 116/2 117/23 134/14
150/7
**field [6]**  47/22 105/8
105/14 106/3 110/9 179/6
**fields [1]**  105/11
**Fifth [1]**  31/17
**fight [5]**  27/16 79/21
126/12 170/19 183/9
**fighter [1]**  170/16
**fighters [1]**  185/20
**fighting [4]**  62/23 86/16
141/14 168/20
**figuratively [1]**  29/5
**figure [5]**  15/5 64/15
64/16 70/14 81/16
**figured [1]**  85/9
**file [3]**  4/3 164/4 164/21
**files [2]**  161/25 162/23
**filings [1]**  23/7
**final [4]**  4/7 28/19 114/16
138/12
**finally [8]**  9/16 10/5
32/13 37/3 37/21 72/18
135/17 191/7
**finance [1]**  173/10
**financed [1]**  186/10
**financial [3]**  175/22 188/6
188/8
**financial support [1]**
188/8
**find [9]**  19/3 21/24 39/4
51/25 62/15 83/18 89/8
91/20 137/20
**finding [3]**  21/10 126/8
126/10
**findings [13]**  3/24 4/4
112/5 114/4 114/5 114/20
116/10 119/10 121/21 179/4
179/5 188/4 193/25
**finds [3]**  19/2 37/24
174/11
**fine [9]**  5/1 74/14 102/16
142/10 162/9 162/13 185/7
193/13 193/22
**fingerprint [1]**  30/2
**fingerprinting [1]**  8/10
**finish [2]**  115/24 161/17
**finished [1]**  107/2
**fire [2]**  30/21 183/18
**fired [1]**  51/23
**firmly [1]**  128/4
**first [48]**  3/16 8/17 12/14
23/20 28/25 40/24 41/9
42/23 48/13 49/4 49/6 51/9
51/10 53/6 57/3 57/15
59/10 59/11 62/12 65/16
66/9 67/24 73/2 75/9 77/1
77/4 82/14 82/19 84/6
87/10 89/16 100/20 104/8
106/2 107/3 114/16 114/18
128/23 137/8 140/18 144/24
146/17 147/7 150/20 152/6

**firsthand [1]**  6/22
**fishing [1]**  181/11
**fist [1]**  78/14
**fits [1]**  28/8
**five [11]**  35/24 41/4 60/18
64/10 80/10 104/9 107/4
161/8 184/2 185/18 185/23
**Flanagan [2]**  175/24 185/7
**flash [2]**  161/24 162/24
**flashbacks [1]**  96/8
**flat [1]**  85/21
**flew [8]**  10/3 12/24 13/12
36/8 57/9 58/3 58/8 60/20
**flex [1]**  125/15
**flight [20]**  36/8 57/4 57/5
57/6 57/15 57/16 57/17
57/18 58/9 58/10 58/11
58/13 58/15 58/17 60/21
149/17 149/24 150/6 150/9
158/8
**floor [8]**  15/18 66/14
70/24 71/18 71/19 72/4
82/21 134/3
**Florida [2]**  143/5 163/6
**flow [1]**  170/16
**flown [1]**  57/1
**flux [1]**  40/5
**fly [2]**  58/18 150/6
**flying [1]**  58/8
**foam [1]**  95/20
**FOBs [1]**  45/8
**focus [7]**  145/7 165/18
166/4 168/4 170/23 178/24
186/1
**focused [5]**  167/1 168/12
169/12 170/10 184/2
**folded [2]**  137/5 137/10
**folks [6]**  39/21 145/18
146/24 148/1 151/6 159/10
**follow [5]**  37/25 101/15
117/24 159/1 162/7
**followed [1]**  10/17
**food [8]**  74/21 75/14 75/15
84/17 99/5 99/8 99/9 99/22
**foot [5]**  68/11 68/11 72/1
72/2 81/25
**for Khalil [1]**  188/23
**force [81]**  6/14 17/21
31/19 31/20 31/22 32/11
34/12 74/16 122/9 127/13
129/7 129/9 131/14 131/19
133/14 133/17 151/17
165/21 166/5 166/25 167/15
168/15 169/25 170/18
170/23 170/24 170/25
171/13 172/10 172/15
173/11 173/19 173/25 174/1
174/2 174/7 174/9 174/15
174/24 175/2 175/8 175/10
175/16 176/5 177/8 177/20
177/24 178/2 178/7 178/13
179/17 179/17 179/23 180/4
180/12 180/13 180/19
180/21 180/24 181/4 181/8
181/16 182/5 182/10 182/18
182/19 183/14 184/3 184/11
184/15 185/2 185/5 185/9
190/15 191/2 191/12 191/20
191/23 192/3 192/5 192/18
**Force's [1]**  171/5

**forced [2]**  51/12 53/7
**forcefully [2]**  116/1 134/2
**forces [9]**  11/17 32/9
49/19 52/22 111/14 111/16
111/19 134/4 173/25
**forcing [1]**  141/17
**foregoing [1]**  196/4
**forehead [6]**  17/20 128/20
128/22 129/6 129/13 131/12
**foreign [18]**  5/19 31/21
35/9 36/24 165/19 166/17
166/18 166/19 170/16
171/13 171/15 171/16
172/10 172/12 173/5 175/3
176/6 179/10
**foreigners [4]**  35/8 35/8
35/24 36/13
**forensic [13]**  103/24 105/1
105/17 106/5 107/20 108/18
108/23 108/25 109/7 109/9
110/7 110/9 111/21
**Forensics [1]**  103/23
**foreseeability [3]**  35/15
36/4 37/1
**foreseeable [7]**  32/23
33/13 34/17 34/23 34/24
35/11 35/15
**forget [1]**  38/3
**form [4]**  4/24 36/24 128/8
180/1
**formal [1]**  135/2
**formed [3]**  174/14 181/23
191/17
**former [6]**  7/18 7/21 12/14
13/10 16/24 62/20
**Fort [1]**  65/14
**forth [5]**  54/20 57/20
147/12 157/24 159/25
**fortunate [1]**  16/16
**Fortunately [1]**  51/20
**Forty [1]**  161/8
**Forty-five [1]**  161/8
**forward [3]**  23/8 33/24
77/9
**fought [2]**  10/13 11/18
**found [4]**  20/11 20/12
62/14 137/23
**foundation [1]**  4/18
**founding [1]**  174/21
**four [17]**  17/19 35/24 58/7
60/18 73/21 79/2 91/14
92/5 106/10 106/13 106/21
132/20 132/24 162/5 171/1
180/21 184/3
**fourth [3]**  31/15 191/7
191/8
**fractured [2]**  173/7 173/15
**fractures [14]**  132/20
132/22 132/22 132/24
132/25 133/6 133/13 133/15
133/22 133/24 134/5 134/6
134/7 135/20
**France [1]**  29/22
**free [3]**  11/1 25/15 87/9
**freed [1]**  89/19
**freedom [1]**  85/7
**freeze [1]**  178/10
**freight [1]**  178/4
**frequency [1]**  190/21
**frequently [5]**  6/23 126/4
127/4 129/3 139/21

**F**

**fresh [5]**   134/8 139/21
140/2 140/7 193/11
**Friday [2]**   58/19 58/21
**friend [3]**   15/8 15/24
15/25
**friends [3]**   76/25 77/1
92/11
**front [46]**   3/9 50/19 67/4
67/25 68/3 70/18 104/3
115/14 116/21 117/1 117/15
117/25 118/3 118/17 118/19
118/21 119/17 121/22
121/25 122/7 122/17 122/21
123/1 124/7 124/13 131/18
133/1 133/5 133/9 133/17
133/23 133/24 133/25 134/5
134/17 135/7 135/19 139/9
141/16 156/17 171/18
171/20 177/13 178/25
179/16 184/5
**fruit [1]**   39/11
**full [4]**   25/9 42/1 106/20
162/1
**full-time [1]**   106/20
**function [1]**   107/16
**fund [1]**   38/24
**fundamentalist [2]**   176/2
176/3
**funded [1]**   32/7
**funding [11]**   31/22 175/2
175/16 175/19 180/1 184/10
184/11 188/15 189/5 189/12
190/12
**funds [3]**   174/15 182/10
192/15
**funny [1]**   81/9
**further [6]**   35/4 89/5
101/1 141/21 141/22
194/21
**fusion [1]**   25/25
**future [3]**   40/7 40/10
94/23

**G**

**gain [1]**   96/1
**gained [2]**   75/24 148/24
**gate [2]**   157/22 158/4
**gather [2]**   80/22 152/9
**gathering [1]**   88/4
**gave [12]**   47/25 59/18
59/23 64/22 68/16 75/15
84/18 91/24 99/5 100/2
107/12 167/11
**general [10]**   9/9 29/16
111/20 128/23 152/9 166/10
166/24 174/2 174/4 185/22
**generally [7]**   123/25 130/5
145/14 165/25 172/13 176/6
180/10
**Generals [2]**   167/14 169/22
**generators [1]**   51/21
**generically [1]**   111/2
**gentleman [8]**   47/23 58/16
59/13 60/12 61/21 70/21
90/12 91/22
**gentlemen [2]**   52/21 57/9
**George [1]**   168/4
**germane [1]**   122/15
**Germany [3]**   98/6 101/19

101/19
**gesture [3]**   83/24 164/13
164/14
**get [87]**   4/2 11/4 14/15
14/17 19/12 21/22 22/12
22/22 22/23 22/24 24/13
24/21 24/24 26/4 34/20
38/2 38/10 38/12 38/13
52/5 56/24 57/3 58/2 58/3
58/7 59/8 59/21 59/22 60/5
61/11 61/23 61/23 65/19
65/23 65/24 66/2 66/10
71/7 73/9 73/24 76/16
76/21 78/3 79/6 80/8 80/9
81/17 82/22 82/23 87/25
90/9 90/19 91/12 92/20
94/10 94/15 96/11 96/11
96/22 97/10 99/22 100/3
100/14 102/23 117/16
120/10 123/19 126/17
129/13 145/23 152/9 154/5
154/16 155/25 159/14
161/10 161/14 163/7 165/12
178/10 179/11 179/11
179/12 183/14 192/12
192/13 192/13
**gets [3]**   26/10 32/22
120/19
**getting [9]**   57/14 60/5
60/10 65/3 70/9 73/13 78/2
93/9 159/23
**gist [2]**   9/10 20/18
**give [23]**   25/12 28/4 29/25
41/19 45/3 47/5 67/10
67/11 68/15 68/18 72/13
75/13 76/14 99/13 99/15
103/4 108/2 108/9 115/23
134/10 142/18 165/3 186/13
**given [8]**   18/8 25/5 70/21
90/4 93/11 99/8 105/8
126/13
**gives [2]**   97/18 178/9
**giving [2]**   9/20 102/3
**Glad [1]**   89/3
**glass [2]**   50/25 61/25
**glasses [1]**   15/19
**global [1]**   187/21
**go [78]**   13/15 24/8 26/19
30/3 32/2 36/3 46/11 46/20
51/12 51/15 53/9 53/10
53/11 53/13 55/3 55/14
55/17 56/22 57/3 57/5
57/15 59/25 60/5 60/7
60/10 60/11 60/21 71/7
72/3 73/3 74/25 77/4 77/6
77/17 84/10 84/23 85/3
86/1 88/13 89/5 90/11
90/13 92/20 94/16 94/22
98/10 101/25 102/11 104/22
110/18 112/12 115/24
117/16 118/8 118/9 118/25
119/3 126/22 128/6 136/4
136/5 136/11 136/16 136/21
148/5 161/9 163/7 164/4
169/20 170/15 170/20
176/15 178/21 182/22 183/1
185/3 189/3 189/9
**goal [2]**   86/21 90/22
**goals [6]**   90/21 173/4
173/5 173/13 175/3 184/21
**God [5]**   41/20 94/1 97/18

103/6 142/20
**goes [7]**   17/10 115/17
117/14 118/1 118/18 171/5
174/11
**going [92]**   4/6 4/17 9/19
9/22 13/5 13/8 13/9 13/15
13/25 16/1 16/5 16/11 17/6
17/8 17/9 22/6 26/12 28/24
33/7 33/14 33/15 34/25
35/23 36/23 37/4 37/9 40/2
40/25 46/19 49/24 51/14
53/15 53/25 54/1 54/23
54/23 55/13 55/15 56/3
56/6 56/8 56/24 57/18
57/23 59/3 61/11 62/1
63/10 63/22 68/20 71/10
73/7 73/12 76/4 83/19 84/5
84/5 84/16 85/8 86/9 89/4
94/10 94/15 97/15 97/15
98/8 104/19 109/25 110/16
115/13 117/23 118/6 118/9
118/17 118/22 125/13
125/14 127/9 133/3 137/6
142/12 155/7 157/8 157/9
160/3 164/20 166/3 167/19
170/19 172/23 187/5 189/18
**gold [1]**   184/24
**gone [2]**   111/2 190/6
**good [33]**   3/6 38/7 38/16
39/9 46/7 46/19 47/9 69/22
75/22 83/11 86/4 91/6
96/25 97/1 97/1 97/20
98/12 98/15 103/14 103/15
130/20 132/11 137/22
154/18 161/4 166/19 182/19
183/4 185/18 185/19 193/12
194/24 194/25
**got [51]**   13/21 14/17 15/1
16/22 24/8 27/6 43/15 44/8
47/21 54/17 54/19 56/14
59/13 61/22 64/5 65/22
66/6 66/11 66/23 67/14
67/15 68/6 70/17 74/18
75/3 77/4 77/6 77/7 78/6
78/6 78/20 79/25 81/14
82/14 82/23 83/14 83/15
87/15 87/17 90/20 91/7
98/13 99/12 100/13 117/10
153/9 156/8 156/25 157/11
158/20 173/2
**gotten [3]**   65/18 81/19
95/7
**governed [1]**   105/11
**governing [2]**   105/5 105/6
**government [46]**   10/10
10/14 11/6 11/7 11/8 11/15
13/3 31/1 31/18 32/7 36/17
45/15 49/20 50/5 62/22
62/24 70/2 87/3 89/9 90/3
91/22 91/23 106/21 148/1
148/2 150/3 152/4 154/22
154/24 159/17 159/21 160/7
166/14 166/15 171/21 173/7
173/22 174/5 174/8 175/3
178/9 182/14 182/15 184/18
187/9 187/13
**government's [1]**   86/14
**governmental [1]**   109/1
**governments [1]**   176/4
**governorate [1]**   10/9
**governorates [1]**   12/22

**G**

governs [1]  109/4
grab [3]  78/12 126/12
126/18
grabbing [2]  88/16 154/4
grad [2]  168/4 168/6
graduate [2]  90/19 90/20
graduated [1]  105/23
graduation [2]  83/23 90/18
91/7
grandkids [1]  91/6
gray [2]  20/7 83/13
great [4]  41/2 77/16
161/18 193/18
green [9]  7/25 23/21 31/4
31/13 31/25 34/10 35/23
52/13 193/20
Greenfield [1]  42/6
greeted [1]  158/19
grenades [1]  181/12
ground [2]  20/17 148/11
group [11]  10/7 26/1 32/6
32/8 33/14 34/6 100/25
177/18 190/23 191/16
192/11
groups [10]  7/24 11/4 31/7
31/10 167/2 167/2 170/9
170/10 186/21 190/22
grow [2]  151/11 151/13
guaranteed [1]  109/25
guard [10]  6/14 24/10
24/12 25/12 27/13 31/20
166/5 166/25 173/24 175/7
Guard-Qods [1]  6/14
guards [3]  25/6 25/17 61/9
guess [11]  46/23 66/7 78/5
88/7 88/7 89/16 96/1 99/11
99/18 102/6 123/19
guidance [8]  21/13 180/2
191/10 191/11 191/14
191/21 191/22 192/16
gun [4]  130/14 130/19
156/16 156/16
guns [1]  30/7
gunshot [1]  116/9
gunshots [1]  51/22
guy [11]  60/22 65/8 65/20
65/22 67/4 70/19 70/20
87/19 98/12 98/14 100/18
guys [13]  47/19 52/5 52/6
52/7 83/18 85/23 86/25
87/1 89/3 101/6 146/3
146/25 185/19
gym [1]  80/25

**H**

had [161]  11/7 11/18 13/1
13/4 14/14 16/10 16/14
17/19 18/3 18/7 18/7 18/10
22/18 24/20 33/22 37/14
38/7 39/20 44/23 46/7
46/10 46/11 46/14 47/9
48/20 49/1 49/23 50/1 50/6
50/10 50/12 51/13 51/21
52/14 53/20 54/11 54/12
54/22 54/22 55/20 55/23
56/9 57/13 57/24 58/1
59/14 60/22 62/9 62/24
63/2 63/11 63/20 63/20

64/10 64/12 65/2 65/18
65/18 67/13 67/14 67/20
68/24 70/21 70/22 71/21
72/1 73/3 73/6 74/25 75/10
77/10 77/24 78/3 79/6
80/14 80/25 81/6 81/19
82/4 82/6 82/24 82/24 83/6
83/14 83/20 83/22 84/17
84/21 85/21 86/10 90/12
91/9 91/11 91/15 93/1
95/14 97/7 97/8 98/2 98/12
98/22 99/10 101/1 101/21
107/10 110/25 111/7 111/13
111/22 112/1 112/7 113/20
116/2 116/7 123/12 125/20
127/12 127/17 128/2 128/21
130/18 132/20 132/24
132/25 133/6 134/1 134/2
134/14 134/18 134/19
134/21 135/17 138/24 144/7
145/10 146/18 147/24
147/25 148/1 148/11 148/18
148/20 149/6 151/14 152/10
152/22 153/8 153/13 154/2
154/2 156/15 157/5 157/5
158/6 159/1 159/9 161/15
162/4 168/11 171/12 181/11
Hadi [3]  10/24 11/16
184/18
hadn't [2]  70/10 82/16
Hafez [1]  176/20
hair [3]  83/15 83/16 117/7
half [14]  15/10 51/12
68/11 72/1 77/1 95/7 107/4
107/13 116/20 116/22 135/5
135/5 177/14 193/4
halfway [1]  82/4
HAMEN [27]  1/3 3/3 3/7 5/3
5/24 6/10 6/11 7/20 17/1
37/12 38/5 55/18 55/21
55/23 56/5 57/12 57/13
114/1 114/3 116/2 126/11
128/9 128/21 132/20 132/24
136/14 146/13
Hamen's [4]  113/15 113/22
130/23 131/25
hand [8]  5/7 74/17 88/16
103/3 124/17 142/17 165/2
171/6
handcuffed [5]  66/8 67/19
77/9 77/11 82/15
handcuffs [5]  66/24 67/19
67/20 67/22 85/4
handed [6]  60/14 155/21
158/20 161/23 162/6 162/25
handled [1]  108/4
hands [23]  14/15 14/17
14/17 15/1 25/19 64/14
64/15 65/7 65/19 65/19
65/22 66/2 66/24 98/13
124/15 124/16 124/18 125/3
125/3 125/10 126/4 126/11
126/17
hang [1]  72/16
hanged [1]  123/20
hanging [13]  17/8 17/10
17/16 39/10 61/10 108/1
121/6 121/11 121/24 122/3
122/14 122/18 126/2
hangings [2]  108/5 122/1
happen [8]  28/14 55/6 79/1

79/2 110/1 153/1 153/4
154/25
happened [21]  10/2 10/18
26/23 38/4 59/2 59/4 60/9
61/4 61/5 63/9 66/6 68/22
77/5 80/12 82/13 83/9
91/11 94/3 157/11 157/23
158/11
happening [3]  24/2 49/25
84/15
happens [1]  187/24
happiest [1]  90/25
Haq [1]  184/1
Harb [6]  187/3 187/21
187/22 188/23 189/11
189/14
hard [7]  46/9 58/20 64/22
92/18 125/9 133/21 140/18
harder [1]  98/11
hardly [2]  66/19 70/10
harm [2]  36/23 123/13
harming [1]  123/17
has [77]  9/20 11/25 12/25
15/12 17/19 17/21 20/7
20/11 20/12 27/4 28/15
30/6 30/24 31/18 31/22
31/23 32/17 33/8 34/2
35/16 35/17 44/4 64/12
83/13 85/17 92/6 93/7 95/1
95/6 105/5 111/2 114/16
114/17 114/19 114/20
115/19 116/10 117/9 117/22
118/11 119/2 119/6 121/8
121/9 123/14 130/7 130/12
131/4 131/5 131/9 132/5
133/8 133/12 134/24 135/8
135/14 137/4 137/10 139/2
141/5 147/20 153/10 162/20
170/23 174/20 175/15
175/18 177/8 181/10 182/10
183/10 185/22 187/25
190/14 190/21 191/23
192/22
Hash'd [1]  170/21
hated [4]  47/12 79/14
79/17 79/19
haunts [1]  14/20
have [220]
haven't [1]  139/20
having [15]  26/13 27/8
27/14 38/20 114/21 115/25
119/5 123/3 130/6 139/25
149/22 155/6 160/13 175/11
192/11
he [284]
he'd [3]  61/23 61/23 101/7
he's [16]  8/2 8/3 16/17
16/23 27/6 41/14 74/14
74/14 87/13 89/6 100/17
100/19 142/14 163/16
172/14 187/25
head [25]  17/20 24/9 24/15
25/17 66/20 70/10 73/13
88/15 118/20 122/3 122/5
124/6 124/20 130/23 131/3
131/17 132/6 132/18 136/19
136/23 138/7 139/5 140/12
141/9 156/7
headache [1]  95/23
headaches [4]  97/3 97/5
97/7 97/9

**H**

headed [1]   30/2
heading [1]   31/13
heads [2]   77/10 79/16
headsets [1]   67/22
heal [1]   94/1
healed [1]   125/22
healing [2]   18/3 132/15
health [2]   73/11 94/3
healthy [2]   76/21 102/1
hear [28]   7/18 7/21 7/25
12/12 14/12 16/2 16/18
17/2 17/23 24/16 26/8
34/22 37/5 37/10 37/12
52/1 66/14 69/2 69/14
69/15 74/22 76/4 99/19
125/2 152/5 191/22 191/22
193/11
heard [9]   7/8 64/3 65/20
67/17 81/4 81/6 82/17
102/5 125/5
heard from [1]   81/6
hearing [11]   1/10 4/1 4/7
4/22 18/8 18/10 18/14
143/12 161/25 162/21
177/12
hearsay [2]   163/12 163/13
heart [1]   116/9
heavy [1]   170/17
heinous [4]   20/13 21/17
21/19 21/19
held [12]   12/4 28/21 35/25
38/19 123/12 123/12 123/20
124/17 126/16 126/20
141/13 152/17
help [4]   41/20 103/6
142/20 166/12
helped [3]   14/21 91/21
91/25
helpful [6]   4/5 34/21 37/2
40/23 121/16 160/15
helping [1]   189/12
helps [2]   162/7 178/10
hemorrhage [3]   135/10
135/18 137/13
hemorrhages [2]   116/3
116/5
hemorrhaging [4]   131/15
140/11 140/14 140/17
her [11]   5/6 38/7 80/16
80/16 80/17 80/17 80/22
80/22 91/5 94/12 97/16
here [45]   3/9 3/12 5/3
6/18 6/25 8/4 18/20 22/8
24/5 29/4 35/17 37/7 38/4
38/20 40/3 40/14 41/12
70/2 81/9 88/5 104/8 107/8
116/10 116/25 118/13 121/8
122/16 124/25 127/23 131/5
136/12 137/7 139/20 140/4
140/23 141/11 141/23
160/17 164/11 165/12
177/25 181/24 187/10
188/22 189/4
herself [2]   80/23 92/12
hesitate [1]   129/17
Hey [1]   153/8
Hezbollah [36]   31/23 32/2
167/3 171/6 173/19 174/22
179/11 180/13 180/14

180/16 183/25 184/23
184/24 185/2 185/10 185/16
185/24 186/2 186/7 186/15
186/19 187/24 188/8 189/4
189/14 190/12 190/15
190/19 190/21 190/25 191/5
192/5 192/7 192/8 192/18
192/20
Hezbollah's [3]   180/18
188/1 188/15
Hezbollah-like [1]   186/2
hide [1]   63/12
high [3]   47/1 160/10
191/25
higher [4]   179/8 179/8
188/22 188/23
highest [1]   192/1
highlight [1]   104/21
highlighted [1]   114/20
highly [4]   44/6 121/18
138/8 169/16
hill [2]   48/20 176/22
him [87]   12/17 12/17 14/20
15/2 15/22 16/4 16/7 18/9
18/9 24/12 25/3 25/6 25/9
27/16 28/3 28/5 28/6 38/9
46/16 56/1 58/6 59/15
59/18 60/14 61/8 63/11
63/12 63/19 64/11 64/24
65/1 65/10 65/11 65/20
68/18 68/20 68/21 69/9
69/11 75/3 76/13 77/9
78/23 79/23 82/23 84/7
88/6 88/10 88/16 88/21
90/20 91/24 123/13 123/16
123/17 123/22 123/23
123/24 123/24 124/13 125/2
126/16 126/20 126/23
126/24 127/17 128/14
128/15 131/22 134/1 134/2
135/16 138/5 138/10 141/15
141/17 141/17 142/15
145/23 146/1 146/18 147/8
152/10 156/13 158/20
162/12 163/9
himself [2]   16/8 123/21
hip [1]   136/16
hired [2]   27/3 47/22
his [124]   3/8 3/8 4/11 6/3
6/4 6/5 6/8 7/2 7/3 7/3
7/3 7/16 8/3 10/24 10/24
12/13 12/16 14/5 14/5
14/15 14/16 14/16 15/1
15/8 15/18 15/19 15/21
15/24 16/17 16/20 16/21
17/18 17/20 17/20 17/22
18/2 18/11 18/12 24/14
27/5 27/8 27/17 27/20
37/10 37/13 57/14 58/3
59/15 65/18 66/21 68/18
68/19 68/20 73/11 76/2
76/11 76/11 76/13 78/5
82/19 88/11 88/12 88/15
91/23 100/18 100/20 100/24
100/25 114/8 114/10 114/16
114/20 114/24 116/3 116/20
116/21 117/6 117/8 117/25
118/3 118/4 118/17 118/20
119/1 119/2 119/10 119/11
119/13 119/14 124/4 124/24
125/3 125/3 125/7 126/11

126/14 126/17 127/21 128/2
128/20 128/22 129/6 131/3
132/1 132/2 134/16 134/18
135/2 135/6 135/14 136/23
136/24 136/25 137/1 139/25
141/1 141/14 141/18 158/18
160/23 163/7 164/6 187/7
192/23
history [5]   10/9 106/17
107/18 166/11 167/18
hit [2]   117/17 140/18
hitting [1]   82/21
HOFFMAN [6]   1/14 2/10 2/16
3/12 3/14 4/10
hold [6]   32/8 66/19 70/10
73/9 103/24 126/5
hole [2]   15/18 72/3
holed [1]   77/12
holes [1]   84/21
holidays [1]   95/10
home [17]   12/13 53/9 54/20
55/20 67/8 76/13 84/5 84/5
84/10 84/16 84/23 85/3
90/11 90/16 90/17 91/11
101/20
homes [1]   11/21
homicidal [7]   108/10
121/11 121/23 127/21
127/22 128/16 138/16
homicidally [1]   122/6
homicide [10]   114/3 120/4
120/17 121/6 123/8 123/18
124/12 127/16 138/16
138/18
Honor [42]   3/6 3/20 6/25
8/7 25/25 96/24 99/9
101/12 102/9 102/21 104/15
110/6 112/9 117/5 117/13
117/22 118/10 119/7 127/6
131/2 133/1 136/5 136/13
136/25 138/22 139/17
141/22 141/24 142/7 161/22
162/18 163/4 163/15 163/20
165/11 172/8 172/21 180/10
187/6 188/24 189/7 193/19
Honor's [1]   162/9
HONORABLE [1]   1/10
honoring [1]   159/10
Hook [3]   1/21 196/3 196/10
hope [3]   38/2 94/17 97/13
hopefully [3]   48/17 102/23
104/3
hopes [1]   28/6
Hopkins [1]   105/21
horizontal [6]   17/6 118/22
121/21 121/25 122/11 131/3
horizontally [2]   17/13
137/2
hospital [5]   6/3 16/21
27/20 88/23 90/13
hostage [22]   6/1 6/10 7/9
18/15 18/18 18/23 19/18
20/17 21/1 21/2 21/3 22/7
22/8 22/13 22/20 33/16
33/23 35/8 65/15 73/9
76/13 123/12
hostage's [1]   100/20
hostages [1]   34/14
hostile [1]   143/15
hot [1]   84/19
hotel [27]   13/5 13/7 13/11

**H**

hotel... [24]  13/16 36/11
48/16 48/17 48/23 49/13
50/1 50/3 50/10 50/20
51/15 51/23 52/3 54/13
54/25 55/16 56/4 56/10
56/14 59/14 59/16 60/13
61/7 69/21
hour [7]  65/16 77/14 88/14
88/22 157/13 158/8 193/4
hours [16]  14/1 15/17
60/19 61/14 65/16 70/4
77/21 87/6 87/23 91/19
101/6 132/11 139/6 140/2
150/23 157/4
house [6]  85/19 86/12
87/11 92/6 100/7 171/21
housekeeping [2]  3/21
161/22
Houthi [47]  5/23 6/2 8/9
9/14 9/25 13/18 24/9 24/15
25/6 25/12 25/17 27/13
31/6 31/16 32/1 36/16 43/4
49/19 62/6 62/13 62/13
62/14 63/5 82/20 83/25
89/19 100/25 101/1 101/2
149/10 153/23 154/24
155/16 155/22 155/25 157/5
158/19 159/3 160/7 160/8
169/25 170/6 181/5 182/14
184/21 189/25 192/9
Houthi group [1]  100/25
Houthis [91]  6/16 6/17 7/6
7/8 7/13 7/15 8/3 8/11
9/21 10/2 10/7 11/6 11/10
11/16 11/21 12/6 12/16
14/14 14/24 15/7 16/4
16/20 23/16 23/17 23/18
23/21 23/23 24/2 24/25
25/23 26/13 27/11 28/21
30/8 30/21 31/12 31/13
31/15 31/24 32/2 32/5
32/18 32/23 33/6 34/5
34/25 35/25 36/12 36/12
50/1 51/16 52/2 52/11
53/21 62/7 63/2 64/5 66/25
73/7 74/2 74/3 76/10 79/18
79/20 80/7 83/4 84/25
85/15 85/19 85/21 86/20
88/3 89/9 89/21 98/18
180/15 180/18 181/3 181/9
181/24 184/19 185/23 186/2
188/3 188/5 188/6 188/16
189/22 189/24 190/2 192/7
how [107]  9/2 15/14 16/2
21/19 23/17 23/23 23/24
24/24 35/16 35/16 40/25
42/11 42/13 42/21 47/4
51/5 51/8 52/19 54/3 56/24
58/2 58/11 62/6 62/15
65/13 74/24 75/4 75/17
75/24 77/8 77/15 77/17
79/1 79/5 80/12 81/16
81/24 82/11 83/9 86/8 87/8
89/23 89/25 90/1 90/9
92/16 93/3 99/23 101/3
101/3 107/18 108/3 110/21
117/16 117/19 118/7 118/24
120/15 121/5 128/1 128/2
128/4 144/1 144/25 145/3
145/10 146/1 146/24 146/25
147/3 147/11 148/5 148/8
148/20 149/16 149/19 150/9
152/5 152/14 153/4 154/23
155/3 157/3 157/19 159/6
159/12 159/14 159/15 161/7
167/5 167/6 174/20 175/5
178/11 178/13 180/4 180/12
180/16 180/20 181/6 182/4
182/18 182/21 182/21
184/22 186/18 193/2
However [1]  26/7
Hudson [9]  165/16 165/17
165/23 166/7 167/12 168/9
171/11 174/14 188/20
human [8]  6/17 11/25 12/9
23/15 31/8 33/15 34/5 35/1
hundreds [1]  40/15
Hungarian [1]  79/14
hunger [8]  15/24 16/5 28/4
74/18 74/24 74/25 75/2
75/5
hunt [1]  40/1
hurdle [1]  34/20
hurts [1]  135/13
hybrid [1]  174/10
hysterical [1]  80/21

**I**

I could [1]  79/3
I'd [21]  44/15 46/10 49/21
57/19 63/20 71/5 71/20
78/3 78/11 80/13 81/19
82/16 92/17 94/3 104/2
140/6 160/24 172/8 177/11
188/24 192/25
I'll [9]  20/14 20/22 22/9
33/16 65/21 110/17 136/5
187/10 194/16
I'm [77]  15/25 18/22 20/20
23/12 28/24 37/3 39/12
40/12 42/4 42/14 43/17
44/2 45/14 52/18 61/12
62/11 63/13 63/15 64/23
66/13 69/9 69/10 69/24
69/24 70/3 74/22 76/18
78/24 80/16 80/18 89/24
91/10 92/18 94/2 97/15
97/15 99/6 100/14 101/24
103/18 103/22 104/8 104/8
104/19 106/13 110/22 111/1
114/14 117/23 118/2 118/9
124/15 130/16 136/7 137/6
139/18 139/18 139/19 141/7
141/10 142/12 144/3 144/16
154/17 156/20 159/12
159/15 164/20 165/11 166/3
173/1 178/1 179/21 179/23
184/7 187/4 193/10
I've [31]  14/17 21/11
23/12 37/17 38/1 42/12
44/21 45/9 46/9 63/10 86/2
96/23 97/7 98/4 107/20
107/21 107/23 108/4 110/25
111/3 111/6 112/1 138/1
153/9 164/12 166/2 166/3
171/17 173/8 176/21 193/24
idea [2]  11/4 107/18
ideal [1]  48/19
identical [1]  162/25
identification [2]  4/16
162/22
identified [10]  16/21
132/6 134/21 177/8 178/8
178/12 182/17 183/16 191/8
191/9
identify [2]  3/4 75/19
identifying [3]  160/22
173/22 183/5
identity [2]  142/13 161/1
IED [1]  183/16
IEDs [1]  181/14
if [112]  3/21 4/10 5/11
14/18 14/21 14/21 15/5
15/25 19/2 19/10 19/14
26/10 30/1 32/10 32/17
33/18 33/22 37/24 38/7
39/3 40/15 41/12 46/19
50/22 52/19 55/11 62/6
65/15 65/20 68/2 68/8 68/9
73/3 75/10 76/20 83/17
94/17 95/16 98/9 98/10
98/13 101/14 104/11 104/20
105/7 105/12 105/14 106/12
110/16 114/14 114/15
115/23 116/12 117/11
117/15 117/24 118/8 118/8
118/25 119/3 119/19 120/19
122/6 123/20 124/2 124/10
125/12 125/16 125/20
127/20 129/13 129/23 130/3
130/10 130/25 131/9 132/13
133/16 134/1 134/1 135/13
136/4 136/4 136/11 136/16
136/21 137/15 139/17 140/6
140/10 140/17 140/24 142/6
150/17 154/3 154/17 154/17
155/20 159/18 162/9 163/12
170/10 176/13 177/24
182/20 182/22 182/23 185/3
185/6 185/6 193/11 193/17
if there's [1]  142/6
ifs [1]  14/20
illuminate [2]  71/24 72/12
immediate [2]  120/12
127/25
immediately [7]  38/10 62/1
67/2 75/6 90/11 97/17
132/4
Immunities [1]  5/19
impact [9]  98/1 128/25
129/1 129/5 129/7 130/6
131/14 131/16 135/20
impacts [10]  129/7 133/15
133/17 133/18 135/14 136/2
138/3 140/24 186/17 186/18
implanted [1]  88/24
implement [2]  129/4 129/19
important [14]  12/1 33/21
34/6 34/11 37/5 118/6
118/23 122/1 135/11 181/24
185/22 186/20 187/20 193/9
imposed [1]  17/17
imposing [1]  8/21
impressive [1]  137/15
imprisoned [2]  15/9 98/1
imprisonment [1]  10/4
improvised [1]  167/8
in [733]
inactive [1]  106/11
incarceration [1]  25/24
incentives [1]  191/23

**I**

**inch [11]**   65/2 71/20 71/20 71/21 72/8 99/10 115/12 115/13 118/15 118/16 134/15
**inches [5]**   65/23 70/22 72/4 72/7 135/25
**incision [2]**   136/7 137/1
**incisions [1]**   137/2
**include [7]**   48/10 112/21 127/1 136/6 149/11 167/20 178/4
**included [5]**   11/6 79/18 114/10 127/14 177/20
**includes [1]**   21/21
**including [8]**   9/5 9/13 12/10 29/12 54/15 108/5 108/11 141/9
**inconsistent [2]**   20/10 124/3
**incorporated [1]**   20/9
**increase [5]**   13/10 19/16 153/1 186/14 186/20
**increased [4]**   175/16 175/18 185/21 186/16
**increases [2]**   19/15 175/6
**increasing [1]**   186/1
**incredible [1]**   15/12
**indeed [3]**   128/17 137/20 138/8
**indentation [1]**   115/11
**independent [3]**   112/7 179/4 188/14
**independently [1]**   112/5
**Indiana [1]**   168/3
**indicate [7]**   17/18 26/12 116/11 125/25 129/6 131/18 160/21
**indicated [3]**   137/16 139/6 159/2
**indicates [1]**   132/10
**indication [4]**   112/1 119/24 126/9 126/13
**indicative [8]**   115/25 123/5 123/8 129/25 130/6 133/13 135/19 136/1
**indirect [1]**   27/22
**indistinguishable [1]**   162/16
**individual [3]**   156/3 156/10 159/9
**individuals [16]**   35/11 100/8 153/6 153/12 157/6 157/7 157/13 170/18 178/2 178/4 178/13 182/7 182/12 183/3 183/11 189/20
**infer [2]**   23/3 160/24
**inferences [2]**   23/10 26/21
**infiltrate [1]**   175/21
**infiltrated [1]**   50/1
**infinitesimal [1]**   138/20
**inflammation [1]**   132/8
**inflammatory [1]**   132/7
**inflicted [7]**   123/15 123/16 127/17 128/13 138/6 138/9 141/10
**infliction [1]**   21/25
**influence [13]**   7/24 170/24 171/1 171/8 171/8 171/13 172/10 172/15 173/8 175/6

**influences [1]**   173/4
**information [6]**   67/15 75/24 91/21 91/24 138/10 188/22
**inherently [1]**   120/9
**inhumane [2]**   6/6 20/10
**initial [1]**   153/8
**initially [5]**   22/14 107/10 151/24 169/19 181/1
**initiates [1]**   120/8
**injuries [28]**   32/19 95/16 119/25 123/15 126/14 127/12 127/13 127/14 127/17 128/12 131/17 131/24 135/12 135/15 137/21 137/23 138/2 138/4 138/4 138/6 139/14 139/21 139/23 139/25 140/5 140/7 140/9 141/9
**injury [7]**   22/5 128/25 131/6 131/20 132/9 137/16 140/2
**innocent [2]**   38/15 38/17
**inside [8]**   50/10 56/10 70/24 82/3 101/22 116/3 154/23 189/18
**insignia [1]**   30/25
**inspector [1]**   45/14
**install [1]**   50/19
**installed [1]**   50/12
**installing [1]**   50/8
**instance [2]**   123/11 140/5
**instantaneous [2]**   127/23 127/24
**Instead [1]**   23/7
**institute [3]**   8/4 165/16 165/17 168/2 171/12 188/20
**instructed [2]**   152/8 152/8
**instructing [1]**   44/18
**instructive [1]**   22/20
**instructor [1]**   44/2
**instructs [1]**   174/24
**Instrumental [1]**   179/19
**insurgency [1]**   8/2
**insurgent [2]**   32/6 32/8
**insurrection [2]**   11/12 11/13
**intelligence [14]**   7/21 7/23 32/4 168/12 168/17 168/19 168/22 169/3 169/7 169/12 169/21 178/23 179/3 185/25
**intend [3]**   18/14 22/21 102/22
**intended [5]**   23/11 28/7 56/14 161/11 161/15
**intent [3]**   22/25 23/3 27/2
**interacted [3]**   111/5 146/4 146/5
**interacting [1]**   147/18
**interaction [1]**   190/22
**intercepted [1]**   181/11
**interdict [1]**   29/23
**interdicted [1]**   30/4
**interdiction [3]**   8/8 9/1 31/12
**interest [2]**   31/5 96/20
**interesting [4]**   29/20 130/2 137/6 182/11
**Interestingly [1]**   11/16

**interests [2]**   108/17 108/25
**Interior [1]**   182/9
**intermediary [2]**   7/15 25/7
**internal [2]**   131/17 138/4
**internally [2]**   135/17 137/21
**international [18]**   6/18 8/8 8/15 8/24 8/24 8/25 10/23 11/1 11/10 23/25 24/18 29/7 30/6 34/14 36/5 62/23 168/3 174/16
**interpret [1]**   129/20
**interpretation [1]**   118/7
**interpreter [2]**   100/12 100/19
**interpreting [1]**   118/23
**interrogate [2]**   82/9 82/10
**interrogated [4]**   14/23 73/15 74/12 82/24
**interrogating [8]**   14/10 27/16 69/6 69/11 69/13 69/15 74/2 84/7
**interrogation [9]**   6/6 7/3 14/5 15/17 70/7 73/18 73/20 81/7 157/12
**interrogations [3]**   76/23 76/24 83/24
**interrogator [4]**   82/23 83/7 85/25 87/11
**interrogators [2]**   82/18 83/12
**intimidate [2]**   174/12 184/20
**into [75]**   2/21 2/22 2/23 2/24 2/25 9/4 10/3 11/13 12/24 13/12 16/11 19/8 21/22 25/14 28/3 29/14 30/21 31/9 32/22 44/17 44/19 47/22 48/18 56/22 56/24 57/7 57/16 58/3 58/18 62/24 64/6 64/7 64/16 66/22 69/7 70/4 75/18 77/12 79/20 85/25 86/20 87/6 91/12 104/14 104/17 107/7 109/24 112/10 112/16 121/2 123/9 127/11 127/15 134/23 135/9 136/7 150/21 151/21 154/9 157/15 157/17 162/10 163/2 170/16 182/8 182/23 182/24 183/12 183/13 186/16 187/5 187/9 187/12 187/15 189/2
**introduce [2]**   104/14 187/9
**introduced [2]**   180/14 181/24
**introduces [1]**   180/13
**invading [1]**   86/20
**investigated [1]**   177/4
**investigative [2]**   120/23 121/19
**invite [1]**   95/10
**invoking [1]**   163/11
**involve [4]**   32/24 107/25 108/7 122/2
**involved [10]**   22/5 26/3 34/18 48/14 144/9 151/23 159/21 159/22 160/6 178/6
**involvement [1]**   111/22
**involving [2]**   6/19 184/6
**iPhone [1]**   88/11

**I**

iPhones [1]   67/13
IRAN [66]   1/6 3/3 5/20
6/13 8/9 8/13 8/14 8/18
9/2 9/5 9/6 9/10 9/11 9/20
9/21 9/24 10/3 23/24 28/19
29/2 29/6 29/12 29/14
29/22 29/24 29/25 30/2
30/6 30/25 31/1 31/2 31/6
31/11 31/13 31/20 32/3
32/17 34/8 34/13 34/13
34/19 36/13 36/22 39/4
40/4 40/18 86/22 170/7
171/23 171/24 171/24
171/25 173/11 175/13
175/24 176/4 178/16 183/10
184/23 184/24 185/23 186/7
186/17 186/20 192/13
194/14
Iran's [7]   8/15 8/23 10/5
23/24 29/17 173/12 186/1
Iranian [30]   7/23 31/4
31/6 31/16 31/17 39/8
39/25 165/20 166/12 166/24
168/17 168/20 169/5 171/13
171/17 172/9 172/12 172/15
173/4 173/22 174/5 174/8
175/3 175/6 178/15 181/17
185/9 186/8 186/18 191/1
Iranians [5]   170/8 181/19
186/10 186/11 186/13
Iraq [23]   27/7 45/5 47/18
166/3 166/11 167/4 167/13
167/19 168/15 168/17 169/4
169/20 169/20 170/16
170/20 171/5 172/2 172/16
182/8 182/9 183/24 184/25
192/24
Iraqi [10]   168/19 180/8
180/11 180/14 183/13 184/1
188/2 191/15 191/17 192/21
IRGC [36]   31/19 31/19
31/22 32/10 34/12 165/20
167/15 168/15 169/25
170/18 170/25 171/4 173/11
173/19 175/8 175/10 176/1
176/5 176/5 176/22 177/7
178/13 179/23 180/19 181/4
181/8 182/9 183/14 184/3
184/15 185/2 185/5 185/8
190/15 191/23 192/5
IRGC-Qods [31]   31/19 31/22
32/10 34/12 165/20 167/15
168/15 169/25 170/18
170/25 171/4 173/11 173/19
175/8 175/10 176/5 177/7
179/23 180/19 181/4 181/8
182/9 183/14 184/3 184/15
185/2 185/5 185/8 190/15
191/23 192/5
irregular [1]   124/2
irregularity [1]   129/24
irritated [3]   78/6 78/7
78/8
is [436]
ISI [1]   168/16
ISIS [5]   73/4 73/7 167/20
170/17 183/9
ISLAMIC [8]   1/6 3/3 5/19
6/14 166/4 173/24 175/7

175/24
Islamist [2]   176/2 176/4
Island [1]   106/23
isn't [1]   36/4
Isolation [1]   96/13
Israel [5]   36/19 36/23
52/4 52/15 186/5
issue [14]   6/18 7/9 18/13
21/12 22/7 22/12 25/18
30/17 32/13 32/19 33/11
37/22 174/18 192/14
issued [1]   175/23
issues [12]   9/12 28/16
29/12 32/16 60/21 73/11
91/15 98/24 165/19 165/19
166/18 172/19
issuing [1]   107/22
it's [108]   5/16 8/11 11/25
12/1 17/8 17/8 19/5 19/24
20/20 22/9 22/10 22/10
22/19 23/16 23/21 29/6
29/16 30/15 30/15 31/2
31/3 32/23 33/1 33/13
33/24 34/16 34/16 36/5
36/21 36/25 38/24 44/6
44/7 44/8 50/17 54/21
58/19 58/21 79/3 81/9 85/1
86/4 88/6 95/8 96/22 98/2
98/8 102/6 102/11 104/4
107/9 107/14 109/25 109/25
115/12 115/13 117/10
117/14 118/14 118/14
118/15 118/16 118/16
118/19 119/24 120/15
121/25 122/13 125/14 126/7
127/24 132/17 136/16 137/5
142/10 163/1 163/12 165/18
165/18 166/14 167/18
167/19 168/7 170/25 171/2
172/11 174/21 174/22
177/16 178/20 178/20
182/13 183/2 183/2 184/12
184/17 184/18 185/4 185/16
186/8 187/7 188/10 190/5
190/7 190/18 191/6 194/2
194/7
items [2]   4/23 51/25
its [24]   6/14 8/18 8/20
23/11 29/1 108/16 112/8
120/9 147/20 166/25 174/9
175/13 179/5 180/4 180/12
180/22 180/25 181/1 181/5
182/18 184/16 186/20
186/21 191/24
itself [3]   115/11 125/14
141/3

**J**

Jackson [1]   43/25
January [1]   48/3
jaw [2]   119/18 122/20
JCPOA [1]   186/16
jeans [1]   95/24
Jeddah [2]   155/8 159/18
Jeff [3]   1/21 196/3 196/10
Jen [3]   37/13 37/14 38/5
JENNIFER [2]   1/3 3/2
jewelry [1]   67/7
job [18]   44/5 44/5 44/7
44/23 44/25 50/2 53/15
53/25 56/13 67/15 94/18

100/24 100/25 144/1 144/6
148/11 148/24 165/25
jobs [5]   44/21 46/10 46/14
47/21 96/24
Johann [1]   37/12
John [106]   5/24 6/2 6/9
7/20 9/18 10/3 10/4 12/3
12/6 12/24 13/2 13/8 13/19
13/22 13/23 14/3 14/3 14/6
14/11 14/15 14/21 15/1
15/8 15/24 15/25 16/19
17/1 17/15 17/25 18/1 18/1
18/10 18/16 18/18 18/23
19/1 20/5 24/10 24/19
24/22 25/21 26/23 26/24
27/2 28/1 30/11 30/11 36/2
36/7 38/8 38/8 55/21 57/22
57/24 58/2 58/13 58/14
59/5 59/10 59/22 61/7
61/12 61/24 64/22 64/22
65/6 65/7 65/12 65/18 66/3
66/9 66/18 67/14 68/5
68/18 68/19 69/2 69/9
69/15 69/25 74/11 74/14
74/17 74/20 75/3 76/20
76/22 84/6 84/8 84/8 89/5
96/7 98/10 113/15 113/22
146/13 146/15 146/16
146/16 146/22 147/6 148/2
149/13 149/19 150/18 153/9
John's [15]   18/5 37/12
60/17 64/1 64/10 65/22
115/2 124/21 125/3 125/23
127/10 147/16 150/21 152/5
152/11
Johns [1]   105/20
join [2]   15/2 46/21
joined [2]   168/11 169/3
Joint [3]   29/4 29/8 171/23
JONATHAN [3]   2/6 103/12
103/18
Journal [1]   171/16
journalists [1]   11/21
JUDGE [44]   1/11 4/8 4/15
5/2 5/15 8/16 9/16 10/1
10/7 15/11 15/23 16/11
17/5 17/23 18/6 18/24 19/7
20/16 22/7 22/17 24/5
26/21 27/22 28/22 32/13
33/7 34/16 35/22 37/3
37/22 39/11 40/3 40/22
41/6 41/12 102/7 102/17
116/15 139/2 141/25 163/5
164/15 164/24 194/23
judges [1]   162/11
judgment [3]   21/19 29/2
40/11
judgments [2]   40/8 139/15
judicial [2]   194/18 194/20
July [2]   1/5 95/10
JUNAID [28]   2/12 7/4 12/12
16/3 16/6 16/13 24/6 24/11
26/20 28/3 36/21 76/5 76/6
77/23 163/6 163/23 164/9
164/17
jurisdiction [2]   120/24
163/13
jurisdictional [3]   22/13
22/16 23/7
just [146]   3/16 3/20 7/1
10/1 12/3 12/3 15/17 16/12

**J**

just... **[138]**  21/8 21/9 22/2 26/21 28/24 30/10 32/15 32/16 33/13 36/4 36/13 36/25 38/8 38/12 40/13 40/18 42/15 42/16 46/10 46/17 46/21 47/5 48/22 50/12 52/18 54/6 54/21 56/6 59/8 60/25 61/1 61/12 62/4 63/15 63/23 64/24 66/3 66/19 67/17 67/21 69/25 69/25 70/3 71/11 72/17 72/18 73/11 76/9 76/18 78/21 79/6 79/6 81/1 81/9 83/11 84/9 84/12 84/21 85/23 87/12 88/17 89/6 91/4 91/14 92/12 92/18 92/19 94/2 94/4 95/11 96/11 96/22 96/22 97/2 97/9 98/5 98/10 99/18 99/21 101/12 101/14 102/3 102/12 112/21 112/19 116/7 117/13 117/23 118/9 119/23 126/20 130/13 133/1 134/15 135/24 137/18 138/23 139/24 142/24 147/3 147/12 147/14 147/24 148/12 148/18 149/22 152/18 152/19 152/21 155/23 156/13 159/18 160/19 161/10 161/22 161/23 162/6 162/9 162/20 163/2 163/5 164/11 172/13 172/24 173/2 173/16 180/6 184/5 185/18 187/4 187/7 190/24 191/6 193/1 193/18 193/23 194/4 194/12

**K**

Kabul **[1]**  45/6
Kandahar **[1]**  45/7
Karbala **[3]**  183/25 184/6 192/19
Karen **[2]**  93/17 102/2
keep **[10]**  26/9 28/6 36/7 65/3 67/6 86/8 86/20 142/7 147/9 184/12
keeping **[1]**  28/3
kept **[3]**  15/21 63/23 147/14
Kerry **[1]**  9/18
KEVIN **[2]**  1/14 3/12
key **[2]**  182/11 182/14
Khalil **[3]**  187/3 187/21 188/23
Khamenei **[1]**  175/1
khat **[2]**  84/24 99/19
Khomeini **[1]**  174/25
kick **[1]**  133/21
kicking **[1]**  78/14
kidding **[1]**  69/24
kidnap **[2]**  192/1 192/21
kidnapped **[1]**  65/15
kidnapping **[6]**  6/9 182/25 183/19 183/24 184/2 191/23
kidnappings **[1]**  167/7
kidnaps **[1]**  191/25
kids **[6]**  37/15 46/23 47/11 81/1 91/6 95/6
kill **[4]**  27/23 68/20

131/21 167/5
killed **[9]**  6/12 26/25 27/2 28/1 38/18 85/22 152/19 152/22 153/10
killing **[2]**  12/10 138/11
killings **[2]**  18/17 33/16
kind **[55]**  16/6 17/5 22/22 26/1 30/3 36/13 37/25 43/14 44/4 47/16 47/18 50/22 52/5 52/12 58/19 61/25 63/14 68/8 69/23 73/7 73/10 78/4 81/7 81/21 83/7 83/18 83/24 84/4 87/20 88/6 91/8 108/3 117/10 117/10 117/10 118/20 120/12 125/7 125/14 125/18 126/1 130/7 130/8 130/19 134/6 151/19 152/16 155/8 155/9 155/15 156/7 157/14 159/25 160/3 183/21
kinds **[3]**  34/7 74/4 130/15
kissed **[2]**  25/13 87/19
knee **[1]**  133/21
kneeled **[1]**  67/2
knees **[1]**  87/23
knelt **[1]**  67/24
knew **[24]**  36/9 47/4 47/4 47/19 47/23 61/19 63/11 77/8 79/3 84/9 85/11 86/8 88/1 89/23 89/25 90/1 98/4 98/20 98/20 98/22 100/14 102/4 146/16 149/23
knife **[3]**  129/4 130/8 130/10
knot's **[1]**  17/12
know **[106]**  16/2 21/8 21/10 23/5 25/2 27/2 27/8 27/17 28/9 28/11 28/11 31/6 33/15 35/12 36/1 36/1 37/1 40/25 46/8 47/9 50/11 52/19 53/3 53/4 59/7 61/22 63/12 63/15 63/16 65/13 65/20 67/9 67/12 68/8 70/2 73/3 73/3 74/1 74/8 78/2 78/6 79/5 80/17 87/3 88/5 88/9 89/3 91/1 91/4 91/18 91/18 92/11 92/19 95/8 96/19 97/2 97/7 97/8 97/9 97/18 97/19 98/3 98/3 98/11 98/16 99/17 99/22 100/15 100/18 100/22 100/23 100/23 101/9 101/23 104/21 110/19 110/21 112/4 117/18 123/11 123/14 124/14 142/6 145/10 145/19 145/23 146/1 146/13 146/24 149/6 149/13 149/16 149/19 150/17 150/20 151/14 153/15 157/19 159/6 159/8 159/22 160/12 178/15 184/5 190/3 190/6
knowing **[3]**  6/16 27/11 27/20
knowledge **[5]**  57/24 135/13 148/23 155/23 179/5
knowledgeable **[1]**  6/22
known **[6]**  34/7 36/12 36/21 55/23 111/3 186/6
knows **[5]**  9/3 10/16 16/19 31/19 40/7
Kristin **[1]**  117/18

Kunar **[1]**  45/6

**L**

laceration **[11]**  128/24 129/2 129/5 129/23 130/11 130/24 131/4 131/8 132/5 132/8 132/12
lacerations **[18]**  17/20 127/14 128/20 128/22 129/6 129/12 129/16 129/18 129/19 130/2 130/5 130/18 130/20 130/22 131/11 131/18 132/18 139/5
Laden **[1]**  170/4
lady **[1]**  92/9
land **[2]**  58/25 63/15
landed **[9]**  12/3 24/19 59/1 59/3 59/4 59/8 155/15 159/13 159/15
language **[3]**  28/5 28/20 168/2
languages **[1]**  182/24
laptop **[1]**  67/14
large **[7]**  64/12 89/19 89/22 122/10 135/25 141/17 145/5
largely **[3]**  115/15 118/16 186/7
larger **[2]**  109/8 137/15
Laskin **[1]**  1/15
last **[20]**  5/2 15/8 38/4 44/15 44/23 60/10 74/22 82/25 92/14 94/12 94/13 99/14 101/3 114/15 120/12 163/5 164/24 168/13 178/12 179/16
later **[8]**  35/22 57/18 62/14 66/16 81/19 89/10 153/12 153/21
lauded **[2]**  11/8 11/9
laughed **[2]**  69/23 81/7
launch **[1]**  183/17
launchers **[1]**  30/7
law **[6]**  3/25 5/11 6/18 20/9 30/12 161/24
laws **[2]**  40/8 63/15
lawyer **[1]**  18/8
lawyers **[2]**  39/9 39/24
lay **[1]**  4/18
laying **[1]**  51/25
lead **[1]**  61/9
leader **[6]**  174/1 174/6 174/25 187/24 187/25 192/7
leaders **[3]**  31/6 31/9 31/11
leadership **[3]**  173/20 192/5 192/9
leading **[1]**  46/6
lean **[2]**  66/19 66/20
learn **[1]**  56/13
learned **[2]**  152/22 168/1
leasing **[1]**  150/3
least **[11]**  26/15 46/20 60/19 72/1 73/20 79/2 132/10 133/12 141/8 159/21 160/2
leave **[23]**  20/23 53/18 61/2 61/3 78/7 84/10 86/15 125/6 125/8 125/16 142/3 154/2 154/11 154/13 154/16 154/19 155/4 155/17 157/10

# L

leave... [4]   160/9 162/14
187/10 194/16
leaving [4]   86/10 125/11
170/13 171/11
Lebanese [14]   173/19
174/21 183/25 185/1 185/10
185/24 186/15 186/19
190/15 190/19 190/20
190/25 191/4 192/20
Lebanon [6]   32/1 171/6
172/16 185/3 185/4 190/12
lectures [1]   167/11
led [3]   167/2 167/12
183/14
left [35]   14/3 27/24 39/7
53/5 53/5 53/7 53/19 53/20
54/6 57/15 59/18 68/25
70/5 70/15 70/19 83/12
92/5 92/14 95/22 117/21
118/11 123/22 133/4 134/16
134/16 134/17 134/17
135/19 135/24 136/25
136/25 137/7 137/9 149/3
169/2
leg [5]   135/4 135/5 135/6
135/6 135/7
legal [2]   120/23 193/23
legit [1]   182/13
legitimacy [1]   192/12
legs [1]   127/10
lend [2]   125/14 170/9
less [7]   33/25 50/1 64/22
73/7 106/23 127/4 193/4
let [20]   17/1 21/8 38/23
48/22 63/16 64/25 67/6
67/17 74/20 75/3 77/11
87/25 100/18 104/21 112/19
140/10 142/2 142/24 176/13
193/1
let's [7]   73/15 114/25
161/18 168/13 179/23
180/20 182/16
lethal [9]   167/1 168/15
168/18 179/18 179/19 180/1
182/8 186/1 191/15
letters [1]   37/15
level [12]   20/22 21/4
21/18 33/12 33/25 36/3
133/10 151/11 153/5 160/11
179/8 185/17
levels [1]   183/4
levied [2]   8/17 39/16
liability [1]   37/24
liaise [1]   147/25
liaised [2]   148/1 150/2
liaison [3]   56/6 147/17
148/3
liar [2]   69/22 70/1
Libya [3]   22/10 23/5 23/6
Libya's [1]   23/10
licensed [5]   105/9 106/8
106/10 106/12 106/11
licenses [1]   106/11
life [13]   6/8 47/4 49/3
85/17 90/25 91/13 95/14
96/23 98/2 138/17 139/23
141/18 143/8
lifestyle [2]   47/6 91/9
lift [1]   9/5

ligature [61]   17/4 17/8
17/10 108/11 114/2 114/12
114/18 114/21 114/22 115/1
115/3 115/11 115/16 115/18
115/20 115/25 116/1 116/11
116/25 117/5 117/7 117/9
117/21 118/1 118/4 118/5
118/10 118/12 119/1 119/4
120/1 121/8 121/9 121/15
121/21 122/3 122/7 122/9
122/11 122/16 122/21
122/25 123/2 123/4 123/5
123/7 124/2 124/4 124/6
124/13 124/17 124/19 126/2
126/5 126/6 126/12 126/17
126/19 126/21 126/23
127/21
light [15]   15/15 21/4 69/1
69/8 70/25 71/22 71/22
71/23 72/10 72/12 72/14
82/1 82/2 82/3 117/10
lights [1]   15/11
like [87]   3/17 3/25 8/2
9/8 10/20 12/22 23/5 28/16
30/13 35/5 36/12 39/19
46/4 46/10 47/8 50/17
50/24 52/5 53/8 69/25
71/17 72/24 73/13 75/12
76/15 76/17 78/23 79/5
83/6 85/1 88/6 88/15 90/23
94/2 94/4 94/4 95/6 96/18
96/20 98/9 99/11 101/2
101/25 104/2 104/4 104/14
109/3 112/24 117/11 117/15
124/1 125/15 126/14 129/4
129/17 130/8 132/13 136/15
137/5 137/20 137/23 138/7
138/7 138/19 147/24 148/25
150/10 150/17 152/16
153/11 155/20 155/20
155/24 158/24 160/10
160/24 168/9 174/10 177/11
178/8 178/18 182/13 186/2
187/11 187/12 188/11
192/25
likelihood [2]   125/17
125/21
likely [6]   40/25 125/19
126/15 132/11 139/6 189/17
limit [1]   178/22
limited [1]   192/24
line [7]   21/12 33/23
117/14 118/3 154/9 158/8
164/13
linear [1]   118/14
liners [2]   178/4 181/10
link [1]   87/19
list [3]   28/24 31/14 194/1
listen [2]   97/19 191/16
literally [1]   84/14
little [47]   10/3 20/9 28/5
30/12 43/11 44/14 48/22
57/22 63/18 64/13 68/6
71/8 72/5 72/6 72/12 72/18
76/19 78/6 78/13 82/2
83/19 88/22 95/4 95/9
96/21 98/11 99/4 99/7
100/6 106/23 107/14 117/14
118/20 125/17 125/20
129/15 129/24 135/21 136/8
162/4 162/5 166/22 172/11

172/22 172/25 179/21
180/20
live [6]   10/8 42/3 42/5
107/12 163/9 183/14
lives [2]   43/9 163/6
living [3]   45/1 46/9 92/7
LLC [1]   1/15
load [1]   57/5
loading [1]   151/21
local [4]   6/3 56/9 73/4
145/17
locals [1]   56/10
locate [1]   151/24
located [4]   13/6 48/23
106/6 119/18
location [4]   66/8 85/18
122/16 129/7
locations [1]   138/2
logical [1]   26/21
logistical [1]   6/15
long [32]   15/6 27/4 28/6
32/5 40/25 42/11 51/5 51/8
54/3 58/2 65/13 74/25 75/4
75/17 82/11 83/13 83/15
90/9 93/3 99/23 101/3
101/4 106/23 142/10 146/24
146/25 148/8 148/20 157/3
161/7 167/21 174/20
longer [3]   56/24 77/25
89/6
look [14]   86/3 114/14
114/15 117/11 126/1 126/8
129/13 132/13 139/18
139/21 173/3 176/15 179/2
182/13
looked [10]   15/3 25/11
27/18 60/15 61/15 76/17
77/9 166/23 170/5 170/15
looking [12]   22/11 85/23
116/24 131/8 137/8 139/19
140/7 168/15 168/17 169/25
170/14 186/1
looks [4]   29/21 30/1
112/24 117/15
loose [1]   65/24
losing [5]   78/4 78/21
84/11 84/13 84/15
lost [9]   16/1 16/2 27/14
27/15 37/21 74/21 74/23
89/7 100/5
lot [21]   37/4 39/8 44/21
45/2 47/2 47/21 51/22 62/8
65/22 66/14 67/14 75/24
77/2 77/2 91/16 91/25
92/17 146/25 151/19 188/11
188/12
lots [1]   157/24
love [3]   47/11 47/11 97/1
loved [1]   163/8
low [2]   26/9 39/10
lower [8]   19/11 95/18
116/20 135/5 136/1 136/14
137/14 137/16
loyal [1]   62/20
luggage [4]   60/6 62/2
64/10 64/11
lunch [1]   161/15
Lynn [2]   42/2 42/10

# M

M.D [3]   2/6 103/12 105/24

**M**

**M.O [1]**  181/6
**machine [1]**  30/7
**made [17]**  7/8 13/19 16/16
33/8 73/11 87/22 90/17
102/5 129/4 129/5 129/19
137/1 145/8 155/17 159/9
178/14 181/17
**mail [1]**  147/14
**mails [2]**  54/22 147/12
**main [1]**  20/18
**maintain [1]**  173/8
**maintains [2]**  108/23
108/23
**maintenance [3]**  44/8
144/11 146/11
**major [2]**  121/7 147/5
**majority [1]**  190/1
**make [37]**  3/15 3/17 14/18
16/19 20/7 21/10 26/8
26/25 27/20 28/17 33/20
50/7 50/10 54/1 54/23 56/7
56/9 57/7 62/5 63/15 65/25
87/12 88/23 89/17 97/21
105/10 124/2 139/15 143/11
155/13 156/23 159/11
181/20 182/13 186/2 193/8
193/10
**makes [3]**  4/9 31/1 173/13
**making [9]**  11/8 48/6 48/8
125/14 143/14 149/20 161/1
177/4 182/23
**man [16]**  7/4 25/1 25/8
25/14 25/15 62/12 65/9
69/25 80/3 84/3 87/11
87/16 88/13 88/15 97/1
141/13
**managed [1]**  24/21
**management [11]**  43/15
43/16 43/17 44/16 44/19
45/12 45/13 45/14 69/21
94/20 94/21
**manager [11]**  13/9 43/18
48/5 57/2 59/14 59/17 61/8
144/15 146/10 146/11 152/9
**mandates [1]**  8/24
**manner [16]**  17/5 113/15
113/22 114/2 120/2 120/4
120/6 120/14 120/17 120/22
121/2 121/17 124/12 127/11
128/8 138/15
**mantra [1]**  36/22
**manual [1]**  108/11
**manufactured [1]**  8/12
**manufacturers [1]**  181/22
**manufacturing [1]**  44/5
**many [18]**  11/7 58/11 77/3
77/3 77/17 79/1 80/1 85/16
85/17 100/19 107/18 108/3
108/6 108/10 109/9 111/11
144/25 145/10
**map [1]**  4/6
**March [1]**  172/5
**margin [1]**  132/1
**margins [2]**  129/22 130/4
**Marines [2]**  54/12 54/12
**mark [111]**  2/3 3/7 3/8
5/24 6/6 6/10 7/1 7/6 7/8
10/3 10/4 12/3 12/24 13/3
13/9 13/19 13/22 13/23

14/2 14/3 14/5 14/13 14/16
14/17 14/18 15/2 15/2 15/8
15/9 15/12 16/5 16/11
16/14 16/15 16/18 18/7
18/15 18/19 18/20 18/25
20/7 20/14 20/16 22/1 24/8
24/10 24/19 24/22 25/21
26/11 26/22 28/4 30/9
30/10 30/11 36/2 36/7
36/20 37/10 41/24 42/2
71/5 82/19 84/4 114/18
114/21 115/11 115/16
115/18 115/20 115/25 117/1
117/5 117/7 117/10 117/21
117/25 118/1 118/4 118/5
118/12 118/21 118/23 119/1
119/4 121/8 121/15 121/21
122/16 122/21 122/25 123/5
123/7 124/4 124/6 124/19
125/8 125/11 125/15 125/17
126/19 126/21 145/19
145/21 145/22 146/6 149/13
149/19 150/18 150/21
179/22
**Mark's [10]**  12/6 16/4 16/9
18/15 20/18 26/8 26/14
28/2 30/18 146/9
**marked [4]**  4/16 177/11
186/24 187/19
**market [2]**  94/19 178/24
**markings [1]**  8/13
**marks [15]**  17/18 115/2
115/3 117/19 117/23 122/3
122/11 124/21 124/23 125/7
125/23 126/3 126/11 127/1
130/4
**marriage [4]**  47/8 47/9
92/1 92/2
**married [3]**  42/7 42/11
42/12
**marries [1]**  173/11
**Martin [1]**  43/23
**martyrs [2]**  85/21 85/21
**Maryland [2]**  106/6 106/16
**Master's [1]**  169/10
**match [1]**  135/7
**material [13]**  5/22 9/24
28/20 32/20 33/2 50/11
50/17 50/18 125/4 125/14
125/19 178/5 191/8
**materials [1]**  10/6
**matter [11]**  80/1 104/12
108/2 112/3 113/7 130/15
169/4 169/8 169/9 169/15
196/5
**matters [2]**  3/21 40/11
**mattress [6]**  70/21 70/22
70/24 72/19 95/19 95/20
**may [30]**  4/14 5/7 5/8
26/22 40/8 40/10 41/9
41/22 42/18 99/3 100/3
101/12 102/20 103/8 103/10
119/21 119/22 121/12
121/24 126/9 138/22 140/18
141/3 142/15 142/22 159/22
160/23 165/7 180/23 187/8
**May 2nd [1]**  42/18
**maybe [34]**  20/20 51/11
56/10 61/10 66/16 66/25
76/20 76/21 78/5 78/24
83/17 83/18 84/3 88/22

89/20 89/20 95/4 97/21
98/7 98/13 98/13 98/15
98/16 99/10 124/6 130/3
130/8 145/22 152/6 152/16
156/8 158/8 189/7 193/8
**mayor [1]**  12/14
**Mazuchowski [13]**  110/13
110/19 110/21 110/22 111/6
114/4 114/6 114/8 114/19
115/18 135/2 135/22 136/22
**McALISTER [20]**  2/3 3/8
5/25 6/6 6/10 7/2 12/18
26/7 28/9 37/10 41/11
41/24 42/2 42/10 42/23
42/24 42/25 43/11 124/25
145/19
**McAlister's [2]**  18/21
25/23
**McLean [1]**  103/19
**me [209]**
**mean [30]**  19/12 19/24
39/14 40/12 53/12 62/21
73/24 79/12 87/3 89/6
89/10 89/11 92/12 92/17
94/2 95/8 95/9 95/11 95/19
96/15 98/14 98/20 100/18
138/1 144/14 169/8 173/17
179/9 189/13 190/13
**meaning [1]**  114/12
**means [5]**  53/3 96/18
144/15 185/17 190/14
**meant [1]**  77/8
**measures [1]**  44/6
**mechanism [1]**  133/23
**medals [1]**  27/6
**media [1]**  26/11
**medical [51]**  7/19 16/23
16/24 16/25 76/15 91/3
102/23 103/25 105/4 105/24
105/25 106/4 106/6 106/21
106/24 107/1 107/3 107/5
107/11 107/16 108/13
108/15 108/18 108/24 109/5
109/9 109/14 110/23 111/1
111/3 111/9 111/11 111/14
111/16 111/19 111/17
113/20 113/21 114/1 114/9
120/5 120/18 120/20 120/23
120/24 121/20 133/11
134/22 136/10 137/19
138/13
**medical/legal [1]**  120/23
**medication [4]**  93/22 93/24
97/17 102/2
**medications [1]**  94/25
**medicine [5]**  103/24 105/9
105/25 106/8 138/17
**medium [1]**  30/20
**meet [8]**  14/2 55/18 56/20
57/22 88/14 145/21 146/15
150/18
**meeting [3]**  51/14 55/21
88/19
**meetings [1]**  55/19
**meets [1]**  105/8
**member [1]**  109/10
**members [8]**  11/23 16/18
28/18 37/7 37/9 178/13
189/18 193/21
**memorandum [1]**  30/12
**memories [1]**  38/7

**M**

men [8]   5/25 14/10 26/24
 47/22 47/24 64/5 79/15
 82/24
menacing [1]   164/14
mental [3]   21/22 21/22
 22/2
mention [2]   33/7 35/24
mentioned [20]   5/15 33/13
 45/11 50/14 51/17 62/3
 62/18 67/18 67/24 68/12
 73/16 75/18 81/3 97/10
 162/11 166/21 167/16 173/9
 177/8 185/8
mentors [1]   180/17
merchant's [1]   86/12
merged [1]   157/15
merits [1]   38/21
message [1]   160/3
met [16]   13/13 25/1 25/6
 50/10 56/1 58/6 87/19
 88/21 90/23 101/18 111/6
 145/22 146/16 146/18
 150/11 150/14
metal [1]   125/15
method [2]   123/6 181/6
methodologies [1]   23/23
MICHAEL [5]   2/15 7/21
 164/25 165/9 165/14
Michigan [2]   105/22 105/24
microscopic [3]   132/5
 139/10 139/19
Mid [1]   27/7
middle [22]   7/22 8/19
 66/14 73/4 73/23 83/23
 85/15 87/23 128/22 131/3
 135/18 137/2 165/20 168/3
 168/13 169/5 169/12 169/13
 171/1 171/13 172/10 173/4
midline [1]   118/1
midway [1]   133/5
might [7]   45/15 56/6 65/13
 97/21 100/2 107/19 125/8
migraine [2]   97/8 97/8
mild [1]   134/24
mile [1]   48/19
militants [1]   180/8
military [29]   8/1 44/22
 45/8 45/16 45/17 45/18
 45/18 46/16 46/18 46/20
 85/1 110/25 111/3 111/9
 146/16 146/19 146/24
 166/19 166/20 168/11
 168/24 169/1 169/5 169/11
 169/23 170/3 181/10 189/16
 191/17
militia [6]   7/24 167/4
 170/21 180/15 183/13
 192/21
militias [5]   168/20 184/25
 188/2 188/2 191/15
mimicking [1]   164/13
mind [3]   23/10 27/18 36/7
mine [1]   60/17
mines [1]   31/15
minimum [1]   107/22
Ministry [1]   182/9
minute [10]   10/1 41/5
 47/13 57/6 60/23 101/12
 128/6 161/10 161/18 162/21

minutes [15]   14/8 20/15
 41/4 59/4 60/19 64/2 66/7
 66/21 67/9 79/10 81/17
 85/9 101/8 158/7 161/8
mirror [2]   34/12 34/13
mirroring [1]   34/19
missed [1]   139/20
missile [1]   183/17
missiles [10]   8/10 8/11
 8/12 30/20 30/23 30/25
 31/2 31/3 31/4 31/16
missing [1]   83/25
mission [2]   92/10 143/8
Mobilization [1]   170/22
mobs [1]   52/1
mock [1]   22/4
model [3]   180/14 180/14
 180/16
Mohammad [1]   100/12
Mom [1]   91/6
moment [3]   14/20 27/3
 127/10
money [14]   25/10 25/10
 25/12 25/19 89/19 89/22
 158/20 158/22 160/13
 178/14 178/21 188/17
 189/18 190/14
monitor [2]   12/9 176/14
monitor's [1]   176/14
monitors [1]   116/14
Monterey [1]   168/2
month [4]   144/24 188/10
 190/5 191/5
months [25]   6/5 15/10
 15/16 29/17 38/19 51/11
 77/1 77/18 77/19 77/20
 77/25 79/24 80/10 80/14
 81/12 82/25 83/1 84/18
 90/24 95/23 99/24 148/7
 148/9 183/1 183/2
more [55]   12/9 17/13 20/13
 24/5 24/8 26/11 28/2 29/5
 35/22 45/14 47/21 50/1
 64/22 66/25 67/9 73/7
 76/19 79/7 81/19 83/19
 84/8 88/1 88/22 100/6
 114/7 114/23 115/17 118/13
 121/20 121/22 122/11 123/2
 123/17 124/2 126/15 127/10
 132/11 137/15 137/16 139/6
 141/17 161/15 181/4 185/6
 186/20 188/17 189/8 190/22
 190/23 192/14 192/15
 192/15 192/16 192/25 193/2
morning [8]   3/6 70/4 72/11
 99/12 100/3 140/19 161/15
 195/1
mosque [2]   86/11 86/18
mosquitoes [1]   72/21
MOSS [2]   1/10 139/2
most [18]   10/19 12/1 20/12
 31/21 37/5 37/6 65/16
 99/11 122/18 124/1 147/20
 169/9 172/3 181/24 185/21
 186/19 187/20 189/17
motion [1]   66/11
motioning [1]   124/15
mountain [1]   77/13
mountains [1]   87/6
mouth [1]   82/20
move [14]   16/14 32/15

33/24 61/24 112/9 128/3
 134/8 146/24 163/2 187/5
 187/12 188/24 193/1 194/16
moved [10]   13/23 16/10
 43/14 44/17 79/8 79/10
 82/6 82/7 82/17 190/15
movements [1]   8/2
moving [4]   4/21 120/2
 151/20 184/10
Mr [6]   2/4 2/7 2/10 2/16
 41/9 189/8
Mr. [47]   3/7 3/14 3/15
 4/10 5/12 6/11 12/18 25/23
 28/9 32/3 34/10 41/11
 43/11 55/18 55/21 55/23
 56/5 57/12 57/13 82/19
 84/4 102/20 114/1 114/3
 116/2 124/25 126/11 128/9
 128/21 130/23 131/25
 132/20 132/24 136/14
 164/25 172/9 172/21 175/23
 176/16 187/18 187/22
 189/11 189/11 189/14
 190/11 193/19 193/24
Mr. Hamen [16]   3/7 6/11
 55/18 55/23 56/5 57/12
 57/13 114/1 114/3 116/2
 126/11 128/9 128/21 132/20
 132/24 136/14
Mr. Hamen's [2]   130/23
 131/25
Mr. Harb [3]   187/22 189/11
 189/14
Mr. Hoffman [2]   3/14 4/10
Mr. John [1]   55/21
Mr. Mark [2]   82/19 84/4
Mr. McAlister [5]   12/18
 28/9 41/11 43/11 124/25
Mr. McAlister's [1]   25/23
Mr. Michael [1]   164/25
Mr. Pregent [10]   32/3
 34/10 172/9 172/21 175/23
 176/16 187/18 189/11
 190/11 193/19
Mr. Singer [4]   3/15 5/12
 102/20 193/24
Ms. [1]   5/3
Ms. Hamen [1]   5/3
much [26]   16/2 26/11 63/11
 72/14 78/14 100/5 109/4
 109/8 118/22 121/24 123/1
 123/17 125/15 127/4 128/1
 128/2 131/2 137/14 137/15
 137/15 145/3 150/10 160/25
 178/11 178/14 193/2
multi [1]   144/11
multiple [3]   107/2 133/13
 138/2
multitasking [1]   165/12
murder [1]   32/25
murdered [1]   89/6
Murray [1]   43/23
Musa [2]   192/19 192/22
Muscat [1]   156/8
museums [1]   39/18
Muslim [1]   79/15
Muslims [1]   10/8
my [149]   3/21 5/11 5/15
 5/16 14/17 15/25 22/9
 27/18 38/24 42/2 43/16
 43/22 44/20 45/13 45/18

**M**

**my... [134]**  46/11 47/11 47/11 47/25 49/3 50/4 53/13 56/8 57/19 59/14 59/16 59/17 59/18 59/20 59/20 62/1 63/10 63/20 64/14 64/14 64/15 64/17 65/22 66/2 66/19 66/19 67/6 67/13 67/13 68/16 68/16 70/10 70/15 70/19 73/13 73/13 74/6 74/7 75/24 78/14 81/2 82/18 83/13 83/14 83/14 83/15 83/15 83/23 85/2 85/4 85/5 85/16 85/17 85/25 86/2 86/2 87/2 87/22 89/14 89/18 89/18 90/17 90/18 90/22 90/25 91/1 91/3 91/6 91/6 91/7 91/14 93/15 93/25 94/4 94/14 95/18 95/22 95/22 95/24 96/1 96/23 97/1 97/17 98/3 98/13 100/21 101/25 102/2 103/18 103/23 104/12 105/22 105/24 107/9 107/23 110/23 110/25 112/1 113/21 113/25 114/5 114/6 114/14 117/16 120/4 123/15 124/11 124/15 127/15 127/16 128/12 128/15 138/12 138/15 138/20 139/4 139/4 142/14 144/16 145/6 152/8 156/7 157/14 165/11 165/11 167/13 168/13 168/14 168/25 168/25 169/10 169/16 191/13 194/2

**myself [8]**  58/13 71/6 78/13 84/12 84/22 92/19 96/11 108/5

**N**

**naked [2]**  132/15 139/21

**name [17]**  5/16 42/1 42/2 42/9 59/14 59/16 76/2 88/12 91/23 93/16 103/16 108/16 109/10 153/17 160/23 165/13 169/19

**named [2]**  7/4 91/22

**namely [1]**  135/7

**names [2]**  42/21 111/2

**narrow [2]**  118/14 130/8

**nation [2]**  34/19 183/7

**national [19]**  10/25 11/3 16/24 26/5 75/25 80/18 81/20 108/13 108/15 109/14 110/23 115/19 166/9 166/13 166/16 166/18 168/25 169/23 170/3

**nationals [1]**  56/9

**nations [20]**  6/1 8/16 8/22 9/5 10/22 11/8 13/7 29/1 29/2 29/19 29/24 29/25 30/1 36/10 36/14 38/16 148/19 150/16 151/6 176/4

**natural [3]**  33/1 120/18 175/20

**nature [15]**  5/5 30/14 32/6 47/7 51/24 56/3 68/25 72/22 74/9 79/16 81/1 90/16 92/11 109/1 130/12

**nauseous [1]**  66/10

**NDU [4]**  167/10 167/11 167/22 168/10

**near [2]**  115/19 117/24

**nearly [4]**  6/2 6/5 16/20 122/14

**necessarily [2]**  37/24 132/3

**necessary [3]**  120/19 145/15 187/6

**neck [28]**  114/13 114/19 114/21 115/2 115/14 115/15 116/1 116/11 116/21 118/11 118/17 119/16 119/24 121/9 121/10 122/8 122/9 122/10 122/12 122/17 122/20 122/21 123/3 124/19 125/23 126/3 126/5 128/2

**necklaces [1]**  67/8

**need [13]**  19/22 19/25 20/21 21/10 23/5 46/17 93/11 94/7 95/2 184/20 185/6 190/19 191/5

**needed [1]**  4/13

**needs [2]**  9/21 34/22

**negative [1]**  115/8

**negotiate [4]**  27/25 28/7 28/7 85/12

**negotiated [4]**  87/8 154/18 154/21 156/1

**negotiating [6]**  34/15 100/8 100/17 100/20 100/21 159/3

**negotiation [2]**  24/1 87/14

**negotiations [11]**  24/25 25/4 26/2 26/10 26/12 26/16 26/27/25 28/17 36/1 89/9 160/7

**Neither [2]**  13/22 64/24

**nervous [1]**  38/20

**network [1]**  166/24

**never [19]**  16/17 18/8 28/12 45/17 45/18 45/22 49/3 51/23 58/1 63/23 75/3 82/16 85/17 88/8 90/1 97/7 97/7 102/4 141/3

**new [16]**  11/5 39/16 81/2 82/3 82/4 82/9 82/11 83/2 91/7 106/3 106/4 106/11 106/16 106/23 107/1 173/23

**news [3]**  73/5 73/8 152/10

**next [25]**  13/6 59/3 61/4 61/5 69/1 69/11 69/14 73/16 79/11 84/20 85/6 88/5 89/4 100/4 102/10 110/4 140/19 142/1 142/13 156/8 157/23 161/6 163/9 179/22 182/16

**nice [2]**  78/8 96/21

**nicely [1]**  135/9

**night [6]**  15/18 58/19 59/6 73/24 81/14 82/14

**nightmares [1]**  96/5

**nine [6]**  66/16 66/25 87/6 87/23 106/25 133/6

**NMCC [1]**  170/2

**no [79]**  1/4 15/11 15/18 15/19 17/25 18/17 18/7 18/8 18/10 19/5 21/4 22/3 22/5 26/5 38/16 41/16 45/17 45/22 45/24 46/1 46/3

51/20 53/3 55/25 56/23 57/17 58/11 58/16 59/25 60/3 60/21 61/16 62/25 63/14 66/2 68/7 70/3 72/16 72/17 75/9 79/7 82/7 82/7 84/11 84/19 85/3 89/6 89/11 90/1 90/6 90/8 90/15 92/3 92/15 92/23 93/6 93/8 93/10 94/24 94/24 95/15 112/1 116/7 124/23 125/24 126/13 138/4 138/16 142/10 151/25 153/20 154/6 156/14 156/24 158/4 160/14 179/21 185/7 191/3

**Nobody [1]**  18/9

**noises [1]**  69/14

**non [2]**  29/12 130/10

**non-knife [1]**  130/10

**non-nuclear [1]**  29/12

**nondescript [1]**  134/14

**none [1]**  33/24

**noon [1]**  86/7

**noose [3]**  122/19 122/19 122/23

**nor [1]**  13/22

**norm [3]**  6/24 152/8 153/8

**normally [2]**  59/21 71/4

**norms [1]**  23/25

**North [2]**  165/20 169/6

**northern [7]**  10/8 79/14 79/17 79/18 79/19 79/20 107/11

**nose [1]**  36/13

**not [146]**  5/4 7/1 9/12 9/22 13/19 14/19 15/25 16/19 17/6 19/10 20/24 21/5 21/13 21/15 21/25 23/6 23/16 24/12 25/16 25/17 27/23 29/3 29/22 30/10 30/15 32/6 32/8 33/9 35/6 35/6 35/10 35/13 36/3 36/13 36/25 37/3 38/2 38/25 39/12 40/1 40/18 46/19 49/15 55/1 62/13 62/23 63/13 65/21 69/24 71/25 72/14 74/2 76/7 78/24 80/19 84/7 86/15 89/5 91/10 91/10 91/19 92/8 92/9 92/9 92/12 95/8 95/19 96/22 100/3 100/20 106/13 109/25 115/17 116/6 117/22 119/21 120/11 122/14 123/7 124/6 125/9 125/14 125/18 126/7 126/10 126/12 127/25 128/5 129/3 129/9 129/19 130/7 131/10 131/16 131/17 131/21 131/21 131/24 132/3 132/3 134/21 135/12 135/20 136/6 137/21 139/19 140/5 140/18 141/10 142/3 142/6 142/13 144/20 147/3 150/23 153/3 154/7 154/12 154/15 154/17 156/20 159/12 159/15 159/22 160/22 161/1 163/14 170/5 170/8 170/19 174/15 175/11 176/14 178/16 181/18 183/2 184/19 187/6 187/11 188/2 189/15 192/23 193/10 194/3 194/6 194/23

**note [1]**  180/6

**N**

notebook [3]   4/20 104/4
110/16
noted [4]   23/4 28/15
115/12 119/12
notes [1]   113/21
noteworthy [2]   128/23
129/15
nothing [12]   41/20 61/20
72/16 75/10 91/5 99/15
103/5 127/24 139/17 141/22
142/19 165/4
notice [7]   61/16 83/4
117/3 117/22 177/16 194/19
194/20
noticed [6]   49/23 68/5
73/5 88/25 91/14 164/12
notify [1]   153/19
notion [1]   23/20
notional [1]   189/25
notorious [1]   34/13
November [4]   53/8 152/6
155/2 156/6
now [74]   6/19 15/9 16/23
26/20 27/14 28/19 33/17
33/19 35/22 43/11 43/17
44/10 45/2 45/13 46/13
46/23 51/17 52/17 56/22
61/4 62/3 63/8 73/15 74/24
77/22 78/8 79/8 89/5 89/15
90/9 92/6 94/9 95/22 96/3
97/10 98/6 101/24 102/3
102/12 104/11 104/19 107/9
107/14 108/20 110/2 111/14
114/25 116/12 118/11 119/9
120/2 121/24 122/17 124/21
128/7 129/11 129/14 131/2
132/3 132/8 132/18 133/14
136/19 136/21 152/22
167/20 174/14 176/15
177/13 182/10 182/15
185/17 185/19 186/19
nuclear [5]   8/20 9/7 9/12
29/9 29/12
number [11]   7/22 9/4 16/1
16/9 44/7 44/9 84/3 98/18
103/19 108/9 109/11
numbered [1]   133/2
numerous [4]   17/21 108/4
112/24 171/15
nut [1]   94/3
NW [1]   1/22

**O**

o'clock [1]   59/1
Obama [1]   11/9
object [6]   17/21 128/16
130/6 130/17 130/20 131/19
objection [2]   41/16 142/10
objects [2]   123/25 130/16
obligated [1]   121/1
observe [1]   158/11
observing [1]   183/20
obtain [1]   189/12
obvious [3]   132/15 134/22
136/18
obviously [3]   136/20 142/4
160/22
occasion [1]   111/10
occasions [3]   55/22 110/24

111/12
occupants [2]   50/9 50/20
occupy [1]   56/14
occupying [1]   150/4
occur [2]   127/3 130/11
occurred [8]   35/17 118/7
131/25 139/6 139/14 139/16
139/23 140/1
October [9]   5/24 10/2
12/24 13/13 58/24 148/13
148/20 151/3 176/9
October 20th [5]   5/24 10/2
13/13 58/24 148/13
odierno [3]   166/10 167/14
169/22
of Khalil [1]   187/21
OFAC [4]   177/16 193/25
194/1 194/6
off [24]   6/3 13/13 16/21
27/20 28/4 32/15 41/7 59/8
59/10 61/23 64/15 68/21
69/1 73/13 79/16 91/9
102/18 116/14 117/16
157/21 161/20 178/22
184/10 186/21
office [8]   38/5 39/15
103/25 106/5 106/22 107/1
147/19 148/4
officer [7]   13/8 109/11
109/18 148/3 168/12 168/19
169/12
officers [2]   166/17 166/20
offices [4]   106/22 108/19
108/25 111/11
official [3]   1/21 4/3 90/7
officials [1]   158/14
offset [2]   175/19 179/1
often [2]   146/3 148/5
Oh [8]   80/16 96/6 100/2
117/20 127/24 172/23 173/1
176/15
okay [43]   3/14 3/19 3/23
5/1 5/12 20/4 23/14 37/2
40/21 41/12 52/25 53/15
58/7 64/25 103/2 104/22
112/14 116/17 117/2 117/13
136/12 139/13 140/14
141/21 142/2 161/2 161/4
161/18 162/2 162/9 163/1
163/1 163/18 164/8 165/1
173/1 175/10 190/9 193/14
193/22 194/16 194/21
194/25
old [22]   11/17 39/21 42/13
42/21 46/21 48/15 61/19
62/4 62/19 62/22 63/1 63/5
69/21 75/22 76/18 85/16
132/12 132/17 140/2 140/3
140/5 140/7
older [2]   83/12 140/6
oldest [1]   37/12
Oman [7]   7/15 25/7 154/24
157/18 157/19 158/7 158/13
Omanis [1]   157/23
on [330]
once [7]   4/2 15/20 31/8
56/14 152/21 157/4 158/13
one [134]   3/24 5/11 7/1
12/1 12/13 12/14 16/16
17/12 19/2 19/25 20/20
21/12 23/13 24/6 25/5

25/16 26/5 26/7 27/14
27/17 31/8 32/15 32/16
34/4 34/16 34/21 36/15
36/17 38/1 38/6 38/18 44/7
44/9 46/21 47/24 48/17
50/5 51/1 58/16 60/7 60/22
60/23 61/16 62/11 64/15
67/4 70/18 70/19 70/19
70/21 72/18 73/5 77/14
81/14 81/14 81/19 82/7
82/7 82/14 82/18 82/24
83/7 83/10 83/17 83/21
84/3 84/11 84/19 88/11
90/21 96/20 97/15 100/7
102/24 102/25 105/4 106/4
106/11 109/4 109/6 109/11
115/23 117/3 117/8 118/6
121/22 121/24 123/5 123/11
124/17 126/1 130/24 133/2
133/3 133/4 133/16 133/18
134/17 134/17 135/8 137/8
139/8 139/9 139/12 140/23
141/11 141/16 141/19 145/1
147/7 152/7 155/25 156/16
156/17 158/13 160/24
161/12 162/11 163/5 164/12
169/10 169/15 173/10 177/8
177/20 177/25 178/20 179/1
180/23 184/7 189/8 190/3
191/4 193/23
one-time [2]   190/3 191/4
one-year [1]   106/4
ones [4]   21/16 117/9 142/9
190/24
only [23]   25/16 25/17
28/11 48/18 72/10 85/9
98/12 107/17 109/6 113/8
113/10 119/21 121/7 149/3
153/20 170/5 170/8 175/11
177/14 177/25 188/2 189/15
191/19
onto [3]   25/8 155/11
184/10
op [1]   167/11
open [11]   20/23 25/9 49/11
49/12 71/21 129/8 130/1
130/1 132/14 137/5 163/24
opened [6]   68/3 70/23 77/7
135/22 158/4 158/14
opening [5]   3/15 3/17 3/21
5/14 40/21
operate [2]   180/16 185/17
operating [5]   145/9 155/8
174/9 185/18 185/19
operation [4]   182/14
183/25 186/14 192/19
operations [13]   144/10
167/1 167/6 168/21 169/5
170/1 174/11 176/6 178/3
178/23 183/19 183/24 185/3
operatives [1]   184/3
opined [1]   114/19
opinion [24]   113/13 113/24
114/6 114/25 120/2 120/3
120/4 123/15 125/6 127/16
128/15 138/13 138/15
138/20 174/14 174/18
174/23 175/15 175/23 179/5
180/4 186/12 187/7 188/15
opinions [8]   4/24 113/25
114/5 114/5 128/7 128/8

**O**

opinions... [2]   128/11
128/12
opponents [1]   11/22
opportunity [1]   47/5
opposed [4]   36/17 121/6
121/23 123/3
options [2]   34/23 162/14
or [187]   3/16 15/19 17/8
17/17 18/10 20/24 21/5
25/23 26/15 27/12 27/15
27/16 27/16 28/13 29/13
29/22 29/22 29/22 32/25
32/25 33/1 33/16 33/16
33/23 35/16 35/24 39/20
44/5 44/8 44/8 46/10 49/15
49/19 49/19 50/1 50/23
50/24 51/24 52/1 53/2
54/23 57/20 59/22 60/18
61/2 61/8 62/13 64/2 64/22
65/15 65/16 65/21 66/3
68/7 70/11 72/10 72/15
73/7 73/13 74/2 75/11
75/12 76/7 76/14 76/15
79/2 85/22 89/20 90/7
94/20 98/7 98/16 99/10
101/8 104/13 104/21 105/24
107/3 107/10 108/3 109/4
111/24 112/2 115/9 116/3
116/4 116/8 116/9 116/9
119/1 120/10 120/24 121/20
122/8 124/1 124/1 124/12
124/20 124/22 124/24 125/9
125/10 125/15 126/2 126/3
126/4 126/5 126/12 126/14
126/23 127/13 127/23 128/2
128/3 128/5 128/6 128/9
129/2 129/7 129/10 129/21
130/9 130/10 130/14 130/19
131/11 131/15 131/24
131/25 132/9 132/11 132/12
132/16 133/16 133/18 134/3
134/3 136/15 137/4 137/19
138/17 139/6 139/23 140/7
141/17 142/5 142/6 147/21
148/10 155/10 155/17
156/13 156/16 157/13 158/8
160/7 162/11 162/21 163/12
166/8 166/11 168/13 169/15
170/22 171/19 173/19
174/15 175/17 175/22 177/8
178/6 178/24 181/6 182/4
183/7 184/1 185/6 187/11
189/12 189/22 190/7 190/25
191/8 191/24 192/8 192/18
193/23
order [9]   118/9 136/12
142/12 177/18 178/14 181/2
184/21 186/10 186/21
orders [1]   186/8
ordinary [2]   120/21 139/22
organization [16]   108/22
109/2 109/6 109/8 109/11
111/4 147/6 166/6 170/21
173/21 179/10 182/6 185/9
186/3 192/3 192/10
organization's [1]   185/10
organizations [9]   109/3
111/21 147/13 173/10
173/23 176/23 179/12

180/25 184/11
oriented [1]   136/19
original [1]   49/20
origins [1]   31/16
Osama [1]   170/4
OSHA [5]   44/1 44/2 44/17
44/18 47/24
other [78]   6/16 9/13 10/20
17/18 17/21 24/9 24/20
25/3 25/13 29/13 29/14
30/8 30/21 31/24 38/19
39/24 49/24 51/18 51/25
57/9 58/15 62/11 67/13
70/20 72/19 72/23 81/14
83/2 83/4 83/12 87/15
107/24 109/3 109/6 109/9
112/21 112/25 113/2 113/3
113/8 113/8 113/10 115/9
116/7 119/12 121/12 122/15
123/6 123/15 124/17 124/18
127/12 127/17 128/12
128/16 133/21 134/12
134/14 138/19 139/14
140/17 157/6 157/14 158/5
160/13 161/16 162/5 162/11
166/8 167/6 172/24 176/4
179/2 179/12 184/18 184/20
190/7 192/22
other one [1]   62/11
others [4]   19/4 60/20
117/4 179/20
otherwise [1]   17/17
ought [1]   47/20
our [75]   4/3 4/16 4/18 6/9
9/17 20/3 21/24 31/17
36/24 38/4 38/5 40/4 45/8
47/9 48/21 49/13 50/10
52/3 56/20 59/16 59/17
59/23 60/13 61/7 65/7
66/23 66/24 67/5 67/5 67/6
67/6 67/7 67/8 67/9 67/10
67/11 67/12 67/15 67/15
68/6 74/9 77/10 77/10
80/19 80/25 92/11 102/10
102/25 109/12 136/25 137/1
137/8 137/9 141/25 142/7
144/4 144/4 147/7 147/25
148/18 149/23 153/7 153/10
153/13 154/18 155/23
159/10 161/5 161/6 164/24
172/22 174/10 178/23
193/20 194/13
out [81]   11/15 14/2 14/13
14/22 15/5 16/10 16/14
16/19 24/7 24/8 24/24
25/10 25/12 25/22 40/16
43/13 44/16 50/5 50/22
53/7 56/12 59/11 61/10
62/14 62/15 64/5 64/25
65/3 66/9 67/11 69/4 70/14
70/22 70/25 75/11 77/4
77/6 77/7 77/11 77/12
77/13 77/17 77/22 78/3
78/10 79/6 79/8 79/23
81/16 81/19 82/19 83/19
87/17 87/25 88/16 89/8
91/20 95/20 98/21 107/7
111/8 115/22 118/9 122/16
124/2 124/5 126/20 138/14
153/10 155/8 155/25 158/15
159/23 162/12 163/6 173/12

174/11 177/17 186/9 187/3
187/22
outside [11]   4/12 15/16
15/20 64/3 71/8 71/23
72/10 142/14 163/13 185/3
185/4
outspokenness [1]   12/17
over [42]   14/16 15/5 15/22
17/15 32/9 46/10 46/11
47/12 51/9 51/10 54/13
55/4 56/20 59/16 59/18
60/18 60/22 60/23 61/15
61/24 61/25 73/15 77/11
82/25 83/6 88/2 95/11
95/23 98/10 107/14 111/5
124/12 126/23 127/18
146/17 149/6 155/21 157/6
166/2 172/24 175/11 175/15
overall [1]   129/12
overhead [2]   136/13 158/14
overlapping [1]   137/11
overly [1]   180/23
overlying [2]   135/18
136/15
overseas [10]   44/15 45/2
46/5 48/10 48/13 91/20
94/22 96/24 143/17 145/9
oversee [1]   192/6
oversight [5]   145/16
147/24 148/12 148/12
171/21
overwhelming [2]   28/23
138/18
Owens [1]   6/21
own [9]   9/17 24/24 31/17
36/4 98/3 153/2 154/13
181/20 184/13
owners [1]   152/7

**P**

p.m [7]   13/12 102/18
102/19 151/16 161/20
161/21 195/2
pace [1]   172/22
pack [1]   64/10
page [7]   2/2 2/20 104/8
114/16 164/12 177/25
179/15
pages [1]   104/9
paid [2]   158/22 173/18
pain [14]   21/22 21/23
87/24 127/19 128/9 128/15
128/15 128/17 131/20 134/6
134/10 138/5 138/7 138/10
painful [5]   131/20 134/7
134/11 135/12 135/15
paint [2]   50/12 82/4
Pakistani [1]   168/16
panel [2]   8/22 8/25
panels [1]   50/19
pants [2]   67/6 84/20
paper [3]   15/18 72/15
72/16
paragraph [1]   189/4
parchment [1]   117/11
part [42]   7/14 8/24 23/17
35/6 37/21 40/11 47/22
49/5 56/13 61/11 62/4
62/19 74/10 74/22 79/22
88/2 100/4 103/24 107/10
107/15 107/17 110/23

**P**

**part... [20]** 110/24 116/15 117/6 117/8 122/5 123/16 127/20 131/5 134/20 136/22 143/18 144/6 145/5 145/23 148/5 155/17 167/9 179/2 183/18 186/9
**part-time [4]** 103/24 107/10 107/15 107/17
**participate [1]** 166/7
**particular [13]** 32/19 35/11 35/12 50/2 118/21 148/22 149/24 165/20 166/11 173/9 181/7 181/9 193/25
**particularly [7]** 9/14 122/1 122/15 125/9 129/23 130/4 130/20
**parties [2]** 3/3 188/7
**parts [3]** 8/11 17/22 120/25
**party [4]** 144/16 155/21 189/5 189/12
**pass [3]** 13/15 26/18 105/12
**passage [1]** 132/10
**passed [7]** 22/16 29/11 46/11 46/12 85/10 151/13 192/9
**passenger [1]** 61/1
**passes [1]** 37/1
**passport [9]** 13/15 59/17 59/18 59/20 59/25 60/2 60/4 61/15 68/16
**passports [8]** 13/18 13/18 59/23 60/13 60/14 60/15 60/17 63/20
**password [1]** 68/15
**passwords [6]** 67/9 67/10 67/12 67/12 68/16 68/18
**past [9]** 22/12 34/20 38/10 107/14 111/13 124/18 168/8 175/15 176/20
**patch [2]** 36/18 36/18
**patches [4]** 52/7 52/12 52/15 62/9
**pathologist [1]** 110/7
**pathologists [1]** 108/18
**pathology [9]** 103/24 104/25 105/1 105/6 105/17 106/3 106/5 108/25 110/10
**pathway [1]** 120/12
**pause [3]** 52/18 163/25 164/11
**pay [3]** 47/6 105/10 191/4
**payment [1]** 190/4
**payments [1]** 190/8
**payroll [1]** 92/24
**pays [1]** 173/12
**peace [1]** 63/16
**peas [1]** 99/12
**peeled [1]** 137/4
**pelvis [1]** 136/15
**penetrators [2]** 181/23 191/17
**peninsula [1]** 184/17
**Pentagon [1]** 169/24
**people [31]** 12/7 12/21 14/2 25/2 35/6 36/4 39/8 47/19 58/11 58/17 66/15

66/17 69/16 74/1 78/18 79/14 79/17 79/18 91/20 94/6 111/4 123/17 126/3 127/4 129/2 141/17 144/18 151/20 160/6 178/11 178/15
**People's [1]** 170/22
**per [5]** 19/11 19/12 19/19 25/11 123/7
**perceived [1]** 158/17
**percent [3]** 138/17 159/12 159/15
**Perfect [1]** 176/15
**perform [1]** 148/10
**performance [1]** 44/8
**performed [4]** 107/19 107/20 110/13 114/9
**Perhaps [1]** 118/4
**period [7]** 12/2 25/23 92/25 127/18 160/6 163/7 171/24
**periods [1]** 146/4
**permission [3]** 4/13 154/16 154/17
**person [16]** 25/20 78/25 92/9 92/13 98/4 105/8 119/21 120/9 122/19 123/3 124/12 125/12 126/9 131/21 159/7 187/2
**personal [11]** 44/6 52/5 67/13 148/23 152/12 153/2 153/2 158/6 182/4 183/20 192/17
**personally [9]** 52/23 100/24 107/20 144/8 144/13 144/25 147/3 151/23 156/1
**personnel [17]** 13/1 13/8 51/13 52/7 53/21 54/13 54/15 56/18 56/21 56/23 57/2 58/12 59/11 59/24 60/13 60/24 61/8
**perspective [3]** 28/8 152/15 173/3
**persuaded [1]** 67/11
**pervasive [1]** 34/17
**Peshmerga [1]** 168/19
**petechiae [1]** 116/4
**petechial [1]** 116/4
**Peter [1]** 91/22
**Peterson [1]** 186/6
**Petraeus [2]** 167/14 169/22
**phenomenon [1]** 141/4
**phone [13]** 13/21 13/21 48/1 61/22 61/22 61/23 80/14 87/11 152/7 152/10 153/8 153/10 153/11
**photo [3]** 119/1 136/20 136/24
**photograph [5]** 116/18 116/22 117/4 118/18 132/13
**photographically [1]** 15/15
**photographs [24]** 110/14 111/25 112/2 112/3 112/6 112/11 112/20 112/22 112/24 112/25 113/2 113/11 113/13 114/11 115/2 117/6 119/13 131/23 134/13 134/22 135/7 136/3 137/18 139/18
**photos [2]** 115/21 116/12
**phrase [2]** 114/22 173/16
**physical [6]** 21/22 21/25

22/5 95/16 128/9 147/18
**physically [4]** 90/15 101/22 126/16 137/24
**pick [1]** 156/4
**picked [4]** 69/8 69/9 70/11 150/12
**picking [1]** 66/22
**picture [8]** 38/3 83/21 83/22 117/22 123/17 136/6 136/19 173/3
**piece [4]** 19/9 24/6 50/11 95/20
**pieces [3]** 64/10 99/13 171/17
**pillow [1]** 95/23
**pilots [1]** 58/12
**pinker [1]** 136/8
**pinpoint [1]** 116/2
**pipe [5]** 72/8 72/9 72/9 72/11 72/12
**pistol [2]** 130/14 130/20
**PJCC [1]** 184/6
**place [23]** 11/2 13/24 14/7 18/2 24/25 30/14 32/1 45/7 48/19 62/24 71/21 81/15 86/15 94/15 99/18 99/19 115/10 118/10 137/12 143/17 143/17 167/7 183/6
**placed [14]** 63/20 71/19 122/7 142/16 143/2 143/10 143/20 144/22 146/12 146/21 147/15 157/16 158/25 191/24
**places [8]** 9/8 30/21 109/21 123/2 168/9 171/5 183/9 192/23
**plaintiff [2]** 41/11 142/3
**plaintiffs [7]** 1/4 1/14 5/17 23/5 23/7 40/18 162/13
**PLAINTIFFS' [5]** 2/20 104/17 112/16 187/15 189/2
**plan [7]** 9/4 13/14 29/4 29/8 97/11 97/14 171/23
**plane [11]** 13/13 57/3 59/8 59/8 59/10 59/12 156/25 157/11 158/9 158/12 158/13
**planes [1]** 39/19
**planning [4]** 57/18 64/11 73/9 102/22
**plans [2]** 87/2 185/23
**plastic [1]** 125/15
**play [1]** 140/23
**Played [2]** 2/13 163/24
**playing [3]** 162/19 164/10 164/18
**plays [1]** 92/12
**please [19]** 3/4 3/19 42/1 103/3 103/16 106/18 116/13 117/16 118/9 118/25 119/3 128/19 136/12 136/17 136/21 139/1 142/17 165/2 165/13
**pleasure [1]** 55/21
**pled [2]** 22/12 22/14
**pocket [1]** 158/18
**podium [1]** 3/4
**point [24]** 33/20 33/21 38/19 49/24 56/23 68/25 74/18 78/19 87/9 115/22 122/2 122/4 149/7 152/16

**P**

point... [10]  153/3 153/10
153/13 154/3 154/10 154/14
157/24 158/9 189/3 193/12
pointed [4]  59/14 122/16
124/5 126/20
pointing [1]  180/7
points [1]  118/7
policy [13]  31/21 36/24
165/19 166/18 171/13
171/16 172/10 172/12 173/5
173/7 173/14 175/3 189/21
polite [1]  78/8
political [23]  7/5 10/11
11/22 12/13 12/15 23/25
34/7 34/14 35/2 35/3 35/7
76/7 169/21 171/8 172/15
175/12 182/12 188/7 189/5
189/12 189/16 189/17
189/19
politicians [1]  174/12
Pompeo [1]  178/12
portion [9]  118/12 122/20
135/19 142/4 142/24 143/11
160/21 164/20 188/4
portions [2]  160/21 160/23
ports [1]  186/4
position [6]  56/8 57/19
103/25 107/15 109/24
143/23
positionally [1]  25/21
positions [3]  147/25 166/8
168/9
positive [1]  115/6
possibility [4]  26/16
125/11 138/19 152/19
possible [3]  94/17 140/22
161/1
possibly [1]  50/25
post [6]  93/19 94/7 102/4
167/20 168/14 171/16
Post-Traumatic [3]  93/19
94/7 102/4
postings [1]  169/17
posts [1]  176/25
potential [1]  116/8
potentially [1]  143/17
pounds [1]  16/1
power [1]  51/21
practical [1]  38/23
practicalities [1]  40/13
practice [6]  103/23 105/9
106/8 107/7 107/8 108/23
practicing [1]  106/13
pray [1]  94/1
prayed [1]  101/6
prayer [1]  80/24
prayers [1]  86/8
praying [1]  86/8
preceded [1]  6/5
precise [1]  21/13
predicted [1]  6/23
predominantly [2]  10/7
121/21
preexisting [1]  30/14
prefer [1]  113/16
PREGENT [16]  2/15 7/21
32/3 34/10 164/25 165/9
165/14 172/9 172/21 175/23
176/16 187/18 189/8 189/11

190/11 193/19
premier [1]  181/22
prepare [3]  13/7 35/22
160/4
prepared [1]  30/12
preparing [2]  55/17 56/22
prescribe [1]  93/22
prescribing [1]  95/1
presence [1]  114/20
present [7]  3/25 5/22 20/6
31/10 37/6 115/15 142/12
presented [1]  112/4
presently [4]  8/4 42/3
103/21 109/18
presents [1]  140/15
preserve [1]  141/18
president [13]  10/14 10/18
10/24 11/9 11/16 11/17
16/23 62/20 103/22 109/20
109/23 109/24 110/4
pressure [7]  119/16 119/19
119/24 122/8 126/6 128/3
128/4
presumably [1]  16/4
presuming [1]  66/14
pretty [16]  14/1 27/1
29/20 33/8 33/22 47/5
66/11 69/10 83/15 98/4
98/15 98/21 109/4 121/24
131/2 178/1
prevent [1]  50/23
previous [1]  55/19
previously [1]  111/19
pride [1]  171/3
primacy [2]  175/11 184/13
primarily [7]  69/16 103/22
165/18 166/4 168/12 185/5
188/1
primary [2]  145/6 170/23
principal [2]  139/4 185/9
principles [1]  176/2
prints [1]  50/7
prior [16]  11/17 12/6
44/13 46/16 49/1 52/22
55/22 59/21 61/18 89/10
125/21 137/12 150/25
152/17 166/7 174/13
prison [20]  7/3 12/17 14/9
14/13 16/12 24/7 24/7 24/8
25/17 71/14 75/4 76/1 77/2
77/12 80/18 81/3 81/11
81/13 81/20 81/21
prisoner [1]  26/14
prisoners [5]  23/25 24/9
34/14 35/2 35/3
private [1]  107/7
privilege [1]  5/16
pro [2]  22/22 28/13
probably [40]  9/3 17/8
20/24 31/19 39/15 39/20
40/14 40/17 47/4 57/6 58/5
59/9 61/12 61/14 64/2
66/21 67/8 68/4 68/11 70/3
70/4 70/5 70/22 88/21
90/17 101/5 101/8 127/18
131/21 132/16 141/1 145/22
148/7 148/22 150/22 151/16
152/18 157/13 158/7 164/2
problem [4]  60/3 74/10
150/20 152/20
problems [2]  60/1 95/18

procedure [2]  131/6 136/23
proceed [3]  3/19 103/10
163/1
proceeding [6]  18/11 142/4
142/25 160/21 160/25
164/20
proceedings [5]  1/25 5/4
5/5 195/2 196/5
proceeds [1]  39/22
process [13]  14/1 18/3
29/21 29/21 30/3 59/3
101/3 120/7 120/13 121/3
161/2 177/3 177/5
procurement [1]  57/2
produced [1]  1/25
profession [2]  120/5
147/13
professional [5]  104/13
108/17 108/22 109/12
183/21
professionally [1]  147/4
professions [1]  174/13
proffer [1]  110/6
proffers [1]  23/9
profile [1]  26/9
program [9]  8/20 9/7 57/2
106/2 106/5 108/24 143/24
144/2 144/15
programs [1]  106/1
progress [3]  11/8 11/9
11/9
prohibition [1]  29/12
project [8]  13/9 13/9
36/11 56/3 145/4 146/9
166/21 167/21
projects [1]  136/25
proliferation [1]  8/20
promote [1]  166/19
promulgates [1]  105/7
pronounce [1]  76/3
pronounced [1]  115/17
proof [2]  28/25 29/1
prop [1]  183/10
propelled [1]  181/12
propose [1]  4/2
proposed [1]  4/3
proscriptions [1]  9/6
protect [1]  55/15
protection [3]  44/6 50/9
51/1
protrude [1]  119/21
protruding [2]  119/14
119/22
prove [1]  30/14
proved [1]  136/9
proves [1]  134/25
provide [10]  6/15 7/9
10/19 28/19 30/7 46/9
145/16 147/24 181/18
181/25
provided [11]  5/22 6/11
6/14 25/1 32/17 50/21
96/25 162/16 163/14 188/9
191/11
provides [4]  179/17 179/24
179/25 181/1
providing [8]  9/24 31/24
178/5 179/19 180/7 188/6
189/5 189/15
provision [1]  33/2
provisional [3]  11/6 11/7

provisional... record

**P**

provisional... [1]  11/15
proxies [17]  173/12 174/11
175/6 175/11 175/19 176/22
179/24 180/4 180/12 180/22
181/1 181/5 181/16 182/18
183/1 184/16 191/24
proximal [1]  120/11
proximate [4]  32/20 33/11
34/3 120/11
proximity [1]  190/22
proxy [22]  32/3 167/1
167/2 170/8 173/9 173/16
173/23 173/25 180/25 181/7
182/6 182/10 184/1 184/11
184/25 186/21 189/16
190/16 190/22 190/23 192/3
192/10
proxy's [1]  183/7
psychiatrist [2]  98/6
101/19
psychologically [1]  6/7
public [5]  109/1 143/18
160/22 160/25 164/21
publications [1]  171/15
publicly [1]  178/10
publish [1]  167/9
published [4]  167/11
167/13 167/22 171/12
pull [6]  33/17 78/13
110/17 124/14 129/23
176/13
pulled [1]  158/15
pulling [2]  122/23 126/23
pulls [1]  123/3
punch [1]  133/21
punitive [8]  30/17 37/22
37/23 37/24 38/21 38/24
40/8 40/16
punitives [3]  38/25 39/2
39/3
purchase [1]  48/17
purpose [2]  13/6 174/7
purposely [1]  127/6
purposes [7]  23/11 102/22
107/22 138/9 164/3 194/2
194/4
pushed [1]  158/5
pushing [2]  66/12 119/19
put [31]  12/17 16/4 23/8
56/6 62/24 64/14 65/1 65/4
67/20 67/22 70/13 71/9
72/25 75/21 81/21 81/23
85/20 94/4 111/8 117/13
117/23 117/25 118/5 124/13
137/6 140/11 158/17 167/7
168/13 177/17 182/24
puts [2]  99/16 121/2
putting [5]  21/2 21/3
68/24 74/7 183/13
puzzling [1]  141/8
PVC [7]  50/8 50/14 50/17
50/18 72/8 72/9 72/9

**Q**

QADER [5]  2/12 76/4 163/23
164/9 164/17
Qaeda [7]  73/6 80/18 81/10
168/20 170/6 170/7 184/17
Qasem [7]  166/5 166/23

166/24 174/2 174/3 191/18
192/21
QCM [1]  43/15
Qods [71]  6/14 31/19 31/20
31/22 32/10 34/12 165/20
166/5 166/25 167/15 168/15
169/25 170/18 170/23
170/24 170/25 171/4 171/13
172/10 172/15 173/11
173/19 173/24 174/1 174/2
174/7 174/9 174/15 174/24
175/2 175/8 175/10 175/15
176/5 177/7 177/20 177/24
178/2 178/7 178/13 179/17
179/17 179/23 180/4 180/12
180/13 180/19 180/21
180/24 181/4 181/8 181/16
182/5 182/9 182/18 182/19
183/14 184/3 184/11 184/15
185/2 185/5 185/8 190/15
191/1 191/12 191/20 191/23
192/2 192/5 192/18
qualifications [4]  16/22
104/20 105/19 169/11
qualified [4]  43/15 110/9
169/16 172/14
qualifies [2]  6/10 168/9
qualify [1]  172/12
quality [8]  43/17 44/8
44/19 45/14 48/5 69/20
94/20 146/10
quarter [1]  65/2 115/12
115/13 118/15 118/16
quarter-inch [5]  65/2
115/12 115/13 118/15
118/16
quarters [1]  45/1
quell [2]  11/23 34/7
quest [1]  40/3
question [30]  5/21 9/24
17/25 18/5 19/17 21/14
21/17 22/13 22/21 22/25
28/19 32/18 32/22 35/14
35/21 38/23 89/11 101/15
111/23 112/1 115/7 115/25
123/19 128/24 138/12 139/4
139/5 189/8 193/23 193/23
questions [6]  74/4 84/8
99/2 138/24 139/2 159/1
quick [1]  151/17
quicker [1]  64/13
quickly [2]  28/24 136/5
quid [2]  22/22 28/13
quiet [2]  49/21 69/5
quite [13]  14/23 34/3
61/22 70/23 73/5 76/10
88/4 115/17 116/1 122/4
136/18 136/20 138/3
quo [2]  22/22 28/13
quotation [1]  130/4
quoting [1]  4/19

**R**

radicalization [1]  32/11
raggedness [1]  129/22
raise [4]  103/3 142/17
165/2 194/22
raised [5]  18/13 47/3 47/9
70/20 153/5
ran [1]  11/15
ranch [2]  95/9 96/21

RANDOLPH [1]  1/10
RANDY [3]  1/14 3/6 5/16
range [4]  30/20 30/20
34/23 132/17
ransom [1]  24/1
ransoms [2]  23/19 34/8
rapport [1]  83/7
Raquel [3]  3/8 37/11 42/23
rare [4]  6/22 6/25 7/17
121/12
rather [2]  119/3 123/16
rayed [1]  88/23
reach [2]  25/22 140/17
reaching [1]  121/19
reaction [1]  151/17
read [4]  23/12 50/7 53/2
91/3
reading [2]  15/19 20/3
ready [5]  60/5 60/10 73/2
78/3 163/20
real [5]  40/10 92/10 102/6
134/25 183/14
realize [4]  15/4 77/25
78/24 97/17
realized [6]  49/25 60/14
66/16 70/9 75/20 98/5
really [29]  19/22 22/25
33/12 39/9 45/22 47/13
48/19 49/21 59/7 61/20
68/8 69/24 74/19 75/9 76/3
78/2 78/23 84/9 88/9 91/1
91/2 94/2 100/22 109/11
110/25 116/8 119/2 129/3
136/1
realms [1]  111/6
realtime [1]  1/25
rear [5]  118/19 124/14
133/7 133/18 156/17
reason [13]  38/17 47/12
54/6 59/22 70/13 75/23
100/5 111/23 112/7 140/15
140/15 141/15 147/23
reasonable [7]  23/10 27/10
113/14 113/16 113/21
113/25 138/13
reasonably [5]  33/13 34/17
34/24 138/21 140/17
reasoning [1]  143/14
reasons [3]  18/20 20/14
34/4
rebar [1]  71/21
rebels [10]  5/23 6/2 6/7
8/9 9/15 9/25 43/4 49/19
149/10 160/8
recall [1]  146/17
receive [1]  77/14 182/2
received [4]  105/22 105/24
152/7 171/24
recent [4]  131/25 132/2
172/3 177/18
recently [1]  176/21
recognize [5]  9/22 36/16
62/5 62/6 94/6
recognized [1]  172/9
recollection [1]  33/5
recommendation [1]  53/14
recommended [1]  97/16
reconvene [1]  193/11
record [17]  3/5 4/2 34/5
41/7 41/8 42/1 102/18
102/19 103/17 143/19

**R**

record... [7]  160/22
160/25 161/20 161/21
162/10 162/12 196/4
recorded [1]  1/25
records [1]  15/14
recover [1]  19/24
recruit [1]  171/3
recruiting [1]  170/18
red [1]  52/13
redacted [2]  164/1 164/5
redactions [1]  164/21
reestablished [1]  148/18
refer [1]  108/16
reference [2]  44/24 135/1
referenced [3]  115/2
128/13 141/5
referred [1]  29/5
referring [3]  9/21 111/1
189/6
refers [2]  135/3 135/4
refrained [1]  93/25
refused [1]  67/10
regard [12]  10/5 18/14
20/18 28/23 31/11 40/8
50/3 56/4 59/4 59/5 60/9
115/1
regarding [8]  23/10 55/12
114/25 115/4 119/10 120/2
127/11 128/7
regards [1]  37/16
regime [3]  10/18 63/2
182/3
regimes [1]  8/18
region [8]  9/23 165/22
166/2 169/14 170/14 170/15
171/18 192/23
regional [2]  147/19 148/3
Register [1]  194/14
regrets [1]  98/24
regular [3]  89/20 95/5
111/10
regularly [1]  111/8
rehab [1]  37/20
reinforcements [1]  13/25
relate [1]  184/3
related [7]  9/12 35/16
67/16 113/3 115/7 119/15
170/5
relates [1]  104/21
relations [1]  168/3
relationship [14]  40/4
44/24 46/18 166/19
122/22 146/18 166/19
180/17 181/4 182/1 184/22
185/1 190/20
relative [2]  118/20 139/14
relatively [2]  132/2
137/17
release [16]  7/4 7/14 7/16
24/12 25/1 30/18 34/15
87/14 90/5 100/8 100/17
100/20 100/21 154/18
158/23 159/4
released [10]  6/7 7/13
28/10 30/9 35/25 71/12
73/6 73/10 89/12 89/21
relevant [3]  23/9 123/8
184/12
relied [1]  112/25

relieve [1]  72/5
religious [1]  93/25
rely [3]  4/24 178/18
188/19
relying [3]  4/19 194/3
194/4
remain [1]  106/12
remained [1]  175/17
remaining [1]  137/9
remember [23]  39/17 48/6
53/8 57/1 58/20 58/22
58/23 59/7 61/7 65/8 66/9
66/13 66/18 66/22 68/20
86/9 87/22 88/6 88/10
88/15 88/17 88/18 163/12
remembered [1]  85/9
remind [2]  83/13 120/3
reminded [2]  38/12 67/7
remnants [2]  30/22 31/16
remotely [1]  54/19
removed [9]  64/15 66/23
66/24 67/6 68/19 70/18
71/14 85/4 85/4
removing [2]  67/5 67/18
render [1]  131/22
rendering [1]  29/2
renovating [1]  49/14
repeated [1]  22/4
report [35]  8/22 11/20
11/25 12/5 22/17 23/15
29/17 29/24 37/8 91/3
111/24 112/2 112/5 112/7
112/8 112/18 113/11 113/12
114/8 114/11 115/12 119/13
131/24 132/4 134/13 135/1
135/6 174/4 187/9 188/10
188/14 188/18 188/18
188/21 189/11
reporter [3]  1/21 1/21
162/8
reporting [1]  194/14
reports [10]  8/25 9/9 9/11
12/20 29/19 38/13 111/8
111/10 111/20 167/14
represent [2]  5/16 162/15
representations [1]  113/9
representative [5]  150/1
155/16 157/5 158/19 159/3
representatives [13]  89/20
90/4 150/16 153/24 154/24
155/6 155/7 155/22 156/1
157/18 158/7 159/17 159/20
represents [5]  17/14
108/17 108/25 109/12
131/13
REPUBLIC [5]  1/6 3/3 5/20
6/21 175/24
request [11]  78/10 143/11
143/14 159/9 159/10 159/11
160/20 164/20 169/19
169/22 185/5
requested [1]  159/2
requests [1]  155/13
required [4]  29/17 33/9
35/10 35/13
requirement [1]  172/17
requirements [5]  50/11
144/4 144/4 144/5 140/10
requires [2]  44/5 120/10
residencies [1]  106/2
resist [1]  128/2

resistance [3]  79/22 84/1
85/22
resisting [1]  126/10
resolution [3]  8/21 29/11
29/15
resolve [1]  127/5
resolved [1]  125/22
resources [6]  5/23 6/16
9/25 10/19 28/20 175/20
respect [18]  5/6 18/23
18/25 19/1 19/10 20/5 20/6
20/16 20/25 34/24 35/5
35/7 35/14 97/2 139/5
160/8 172/17 172/19
respond [1]  29/25
response [1]  132/8
responsibilities [2]  50/2
56/13
responsibility [1]  50/4
responsible [19]  28/22
31/21 144/3 144/8 144/10
144/13 144/16 145/1 147/17
148/2 149/20 149/22 149/25
150/11 156/2 173/22 173/25
188/1 189/15
rest [5]  6/7 58/17 60/24
79/9 123/10
restaurant [4]  88/14 88/20
88/21 88/25
rested [1]  101/6
restraining [1]  126/16
restricted [1]  149/1
result [5]  8/20 19/11
29/15 128/18 153/25
results [3]  17/24 95/17
121/19
resume [2]  104/13 104/20
retained [1]  61/2
retention [1]  48/21
retired [3]  45/18 46/16
147/2
return [2]  149/4 161/19
returned [1]  92/1
reunited [1]  157/15
revealed [1]  6/4
revealing [1]  161/1
review [8]  110/13 111/8
111/10 111/13 112/1 113/3
131/23 160/20
reviewed [4]  111/19 112/22
112/25 113/7
reviewing [2]  112/18
113/12
revised [1]  167/20
revolution [2]  173/14
174/22
Revolutionary [6]  6/14
31/20 166/5 166/25 173/24
175/7
reward [1]  191/24
rhythms [1]  91/12
rib [14]  132/20 132/21
132/22 132/24 133/3 133/4
133/13 133/15 133/22
133/24 134/5 134/6 134/7
135/20
ribcage [4]  133/3 133/18
133/19 135/19
ribs [12]  17/19 127/15
132/19 132/25 133/1 133/6
133/7 133/9 133/9 133/10

| R | | |
|---|---|---|
| **ribs... [2]**   141/11 141/15 | **Russian [1]**   181/18 | 127/23 131/11 134/13 |
| **rice [3]**   99/15 99/15 99/16 | **S** | 137/17 157/23 158/16 |
| **rid [1]**   68/6 | | 170/17 |
| **ride [5]**   14/13 25/5 65/12 | **Sa'dah [2]**   10/9 85/14 | **say [31]**   17/7 44/17 45/15 |
| 66/1 85/7 | **safe [8]**   13/16 55/14 56/8 | 52/15 53/11 56/6 58/5 |
| **riding [1]**   14/14 | 85/18 87/10 100/7 154/10 | 58/19 63/5 71/20 74/14 |
| **rifles [2]**   85/17 88/3 | 158/23 | 74/24 79/12 79/17 80/5 |
| **right [54]**   13/16 19/14 | **safely [3]**   61/9 154/20 | 84/13 85/1 88/12 89/15 |
| 22/6 26/17 32/21 33/3 | 159/14 | 91/23 96/15 96/20 101/5 |
| 33/19 34/4 35/18 40/6 | **safer [1]**   57/22 | 113/18 125/8 133/11 142/24 |
| 40/17 53/2 62/18 63/16 | **safety [6]**   24/24 44/4 44/6 | 144/13 149/12 155/23 193/4 |
| 66/23 72/6 75/7 77/5 85/13 | 55/12 152/12 153/2 | **saying [3]**   13/23 27/23 |
| 88/5 89/5 90/17 98/19 | **said [73]**   4/13 6/21 9/17 | 39/12 |
| 101/24 101/24 101/25 103/3 | 11/1 15/25 22/14 22/19 | **says [12]**   12/5 36/18 80/15 |
| 117/25 119/1 119/2 119/5 | 22/20 23/1 23/2 23/5 24/3 | 80/16 87/13 89/2 89/3 |
| 121/7 127/6 131/2 132/25 | 24/14 26/7 37/8 38/8 45/2 | 102/3 132/12 164/13 179/25 |
| 132/25 133/4 133/18 134/19 | 52/20 53/10 55/13 55/14 | 189/4 |
| 134/20 136/1 136/6 136/7 | 60/16 60/16 61/10 62/4 | **scalp [1]**   131/5 |
| 136/8 136/14 137/1 137/1 | 63/8 63/23 65/19 65/21 | **scared [2]**   78/20 79/25 |
| 137/8 137/14 137/16 142/17 | 68/20 69/20 69/22 69/24 | **scarf [5]**   64/15 125/3 |
| 165/2 170/25 177/13 | 70/2 77/14 78/24 81/9 | 125/9 125/13 125/18 |
| **rights [10]**   6/17 11/25 | 82/23 83/16 84/5 84/6 84/8 | **scarred [1]**   6/7 |
| 12/9 18/7 18/8 23/15 31/8 | 85/2 85/3 86/2 86/4 86/13 | **scarves [1]**   67/21 |
| 33/15 34/5 35/1 | 86/22 87/12 88/13 88/15 | **scenario [3]**   126/15 126/20 |
| **ring [2]**   68/19 68/21 | 89/2 89/4 89/16 93/13 | 141/11 |
| **ringing [1]**   95/22 | 93/14 98/6 100/7 100/12 | **scenarios [3]**   134/4 141/20 |
| **rise [1]**   20/22 | 100/16 100/24 101/9 101/18 | 183/15 |
| **rises [2]**   21/4 21/18 | 113/19 118/15 123/9 153/8 | **scheduled [3]**   149/17 |
| **risking [1]**   138/11 | 164/14 167/17 170/2 185/23 | 149/24 150/23 |
| **Ritz [1]**   21/2 | 191/5 191/19 | **school [6]**   47/1 86/12 |
| **riveted [1]**   188/13 | **said you [1]**   167/17 | 86/18 105/24 168/4 168/6 |
| **Riyadh [1]**   88/11 | **Saleh [4]**   10/15 10/18 | **Science [1]**   105/22 |
| **road [36]**   1/15 86/17 98/7 | 10/23 62/20 | **Sciences [1]**   109/8 |
| 103/19 | **Saleh's [1]**   63/2 | **scientific [2]**   113/14 |
| **roadblocks [2]**   52/8 52/10 | **same [36]**   7/13 8/12 16/17 | 113/19 |
| **rocket [3]**   30/7 167/7 | 28/1 29/6 45/1 52/8 59/23 | **scrape [1]**   134/18 |
| 181/12 | 69/17 71/13 79/25 84/17 | **scraping [1]**   129/21 |
| **rockets [1]**   181/14 | 87/16 91/15 92/8 92/9 92/9 | **scratch [1]**   125/23 |
| **role [7]**   45/13 145/3 145/5 | 92/13 95/13 118/10 119/2 | **scratching [1]**   126/3 |
| 146/9 147/16 147/20 192/4 | 119/6 130/3 133/10 133/23 | **scream [1]**   16/13 |
| **roles [3]**   145/15 145/16 | 136/18 139/23 146/19 | **screaming [1]**   78/17 |
| 148/10 | 146/25 147/13 147/13 150/6 | **screen [15]**   85/21 104/3 |
| **roll [2]**   95/24 124/2 | 171/7 175/17 185/20 188/25 | 110/18 117/17 117/19 |
| **rolls [1]**   109/23 | **Sana'a [28]**   11/14 12/3 | 117/25 119/4 129/11 129/14 |
| **room [17]**   1/23 14/9 51/1 | 12/24 16/21 24/7 32/9 | 131/1 131/9 132/14 136/13 |
| 66/22 68/25 69/1 69/7 | 49/16 56/24 57/16 58/4 | 177/13 179/16 |
| 69/11 69/14 82/16 82/17 | 58/18 63/3 69/20 144/7 | **scroll [1]**   104/12 |
| 83/12 85/20 86/1 142/8 | 144/12 144/12 145/1 145/4 | **SCUD [1]**   183/17 |
| 142/24 157/15 | 147/21 148/5 148/14 148/21 | **se [1]**   123/7 |
| **rooms [2]**   50/20 50/25 | 148/25 149/7 149/14 150/21 | **seal [5]**   24/17 25/8 142/1 |
| **rope [1]**   123/23 | 171/2 171/10 | 142/9 142/25 |
| **rose [1]**   107/2 | **sanctioned [3]**   31/23 31/23 | **sealed [12]**   2/9 142/16 |
| **roster [1]**   61/13 | 178/5 | 143/1 143/2 143/10 143/12 |
| **rotator [1]**   149/17 | **sanctions [10]**   8/17 8/21 | 143/20 144/22 146/12 |
| **rough [1]**   66/12 | 8/24 9/2 9/6 9/10 9/12 | 146/21 147/15 158/25 |
| **roughly [2]**   133/5 133/10 | 9/13 178/17 179/1 | **searched [1]**   39/10 |
| **routine [2]**   150/10 150/13 | **sat [5]**   60/18 65/9 66/13 | **searching [2]**   39/8 63/23 |
| **routinely [1]**   121/2 | 66/21 77/13 | **seated [4]**   41/22 103/8 |
| **row [1]**   3/9 | **satisfied [4]**   11/11 19/3 | 142/22 165/7 |
| **RPG [1]**   50/23 | 19/24 172/17 | **seats [3]**   11/7 13/19 190/1 |
| **RPGs [1]**   51/24 | **satisfies [1]**   28/25 | **second [14]**   5/8 52/18 |
| **RPR [3]**   1/21 196/3 196/10 | **satisfying [1]**   40/8 | 53/18 53/19 53/22 106/4 |
| **rubber [1]**   72/5 | **Saudi [12]**   30/21 86/6 | 107/3 112/19 115/23 137/10 |
| **rule [4]**   110/9 138/14 | 86/20 87/5 87/15 88/5 | 138/23 164/1 164/11 187/4 |
| 163/13 172/17 | 88/22 89/22 100/21 155/8 | **secondary [1]**   178/17 |
| **rules [1]**   187/9 | 166/3 186/3 | **secondly [6]**   4/10 23/21 |
| **run [1]**   94/3 | **Saudis [2]**   86/20 88/1 | 24/16 31/5 34/18 36/7 |
| **rush [1]**   193/3 | **save [1]**   162/20 | **secret [2]**   26/5 50/6 |
| **rushing [1]**   193/10 | **saw [19]**   4/12 7/14 13/18 | **Secretary [4]**   9/9 9/18 |
| | 15/3 15/15 25/9 38/9 60/16 | 29/16 178/12 |
| | 70/14 73/10 77/20 88/1 | **section [2]**   157/16 191/7 |

**S**

**sections [1]**  148/2
**sectors [3]**  143/8 175/22
175/22
**secure [2]**  7/16 13/17
**security [32]**  8/23 13/8
13/10 26/5 27/4 49/25
50/22 51/13 52/6 52/21
56/5 56/14 75/25 80/18
81/20 89/1 90/12 147/17
147/18 147/19 148/3 148/25
150/1 150/11 151/6 151/17
165/19 166/18 168/25 171/9
175/13 182/12
**see [74]**  14/18 15/24 15/25
17/23 27/22 29/18 30/1
30/5 34/23 35/1 35/4 39/10
46/17 51/18 51/22 52/1
59/19 61/7 61/8 64/18
65/10 65/11 66/25 70/12
70/16 72/10 72/10 73/13
74/11 74/17 74/20 75/3
75/3 83/15 86/10 87/25
89/3 90/19 90/20 91/7
100/18 111/16 116/19
117/12 118/1 118/2 118/3
118/11 118/14 118/18
118/25 121/14 127/1 127/4
129/11 130/5 131/2 136/14
136/16 137/14 139/22
140/10 157/17 157/17 170/7
176/13 177/14 177/25
179/16 179/23 186/17 189/4
190/11 194/25
**see the [1]**  186/17
**seeing [5]**  25/19 33/5
104/8 116/19 116/21
**seek [2]**  97/15 188/23
**seems [3]**  32/16 40/9
161/12
**seen [17]**  37/17 51/17
63/20 71/10 85/17 90/12
108/4 108/10 116/5 119/15
123/2 127/7 160/13 181/2
181/9 181/10 193/24
**seize [2]**  39/25 178/22
**seldom [1]**  6/20
**selected [3]**  112/20 112/23
183/3
**selecting [2]**  182/19
183/11
**self [3]**  17/17 120/16
123/16
**self-explanatory [1]**
120/16
**self-imposed [1]**  17/17
**self-inflicted [1]**  123/16
**send [1]**  27/17
**sending [1]**  183/12
**senior [3]**  147/6 165/16
165/24
**sense [4]**  4/9 21/11 97/19
193/8
**Sensitive [1]**  170/4
**sent [2]**  28/3 55/20
**sentence [3]**  179/16 180/7
186/9
**separate [12]**  92/4 142/16
143/2 143/10 143/20 144/22
146/12 146/21 147/15

158/25 183/1 194/6
**separated [1]**  15/7
**September [6]**  11/13 12/21
49/7 49/10 50/3 51/6
**September 14th [2]**  49/7
49/10
**September 2014 [2]**  12/21
50/3
**sequence [1]**  120/8
**Sergeant [1]**  147/5
**Sergeants [1]**  147/7
**series [3]**  31/10 111/2
159/16
**serious [1]**  135/12
**serve [5]**  13/8 46/19 46/20
47/13 174/7
**served [3]**  7/22 105/25
109/13
**service [4]**  106/21 146/16
146/17 168/17
**services [2]**  143/8 143/9
**serving [1]**  109/18
**session [1]**  3/10
**set [8]**  11/3 11/5 52/8
52/8 52/10 60/17 80/15
189/25
**sets [1]**  184/15
**setting [1]**  81/10
**seven [7]**  58/12 59/11
66/16 85/16 132/25 133/5
169/6
**seventh [1]**  32/3
**several [10]**  27/7 111/12
117/4 121/15 132/17 133/14
140/3 141/19 157/4 176/22
**severe [2]**  128/15 136/1
**Sewage [1]**  72/24
**Shaabi [1]**  170/21
**shams [2]**  53/3 77/8
**shape [1]**  98/15
**share [4]**  21/11 39/22
152/10 153/9
**shared [3]**  7/7 12/18
147/12
**sharp [10]**  122/14 129/4
129/17 129/19 130/3 130/4
130/7 130/10 130/10 134/10
**sharply [4]**  115/17 122/4
125/9 129/16
**sharpness [1]**  131/11
**shave [1]**  85/5
**shaved [4]**  85/5 117/6
131/4 131/5
**shaving [4]**  117/9 117/22
118/11 119/5
**she [30]**  37/14 37/18 38/5
38/7 38/8 38/9 38/10 38/10
80/20 80/21 80/24 81/1
91/4 91/4 91/15 91/18
91/22 91/24 92/5 92/6 92/8
92/10 93/13 93/18 93/19
93/21 93/23 94/12 95/5
97/16
**she'd [1]**  91/16
**she's [7]**  5/3 42/23 92/8
92/9 92/9 92/12 97/19
**sheet [3]**  50/18 123/23
124/1
**shell [2]**  178/24 178/25
**shells [1]**  51/25
**Sheraton [15]**  13/5 13/7

24/19 24/22 36/11 48/16
48/23 50/3 56/4 69/21
148/15 148/19 153/5 156/3
156/19
**Shia [14]**  7/24 10/8 10/15
167/2 167/4 168/20 170/8
170/21 180/8 180/11 180/15
184/19 184/20 188/2
**shin [7]**  134/21 135/3
135/8 135/13 136/6 136/7
136/8
**shine [2]**  71/22 71/24
**shins [2]**  135/14 138/7
**ship [2]**  29/12 29/23
**shipment [3]**  9/7 9/13 9/14
**shipping [2]**  178/4 181/9
**ships [1]**  30/4
**shirt [1]**  84/21
**shirts [1]**  67/6
**shock [3]**  88/7 88/8 91/2
**shoes [1]**  67/5
**shook [1]**  88/15
**shoot [1]**  182/21
**short [5]**  15/6 30/20 40/24
57/5 163/7
**shorthand [1]**  1/25
**shortly [1]**  123/14
**shot [1]**  53/20
**should [13]**  19/8 28/21
76/14 116/25 126/8 143/18
155/10 155/10 160/1 160/9
164/1 164/3 180/6
**shoulder [4]**  14/16 82/21
134/19 135/24
**shoulders [2]**  52/14 137/3
**shouldn't [2]**  151/9 155/10
**shouting [1]**  157/25
**shoving [1]**  66/12
**show [7]**  6/9 17/3 19/25
31/16 86/11 86/18 177/11
**showed [1]**  86/11
**showing [3]**  32/17 117/21
136/23
**shown [4]**  8/12 32/11 136/3
141/3
**shows [1]**  17/1
**shrapnel [1]**  50/24
**shut [1]**  54/9
**shuts [1]**  179/1
**sick [5]**  59/6 66/9 66/18
66/20 70/10
**sickness [1]**  66/11
**side [22]**  87/15 115/14
117/5 117/14 117/21 118/11
118/19 119/1 119/2 119/5
124/17 129/6 129/6 132/25
133/23 134/17 135/8 135/24
137/7 158/5 184/18 184/19
**sides [2]**  88/4 122/1
**sign [1]**  4/12
**significance [6]**  119/10
128/19 128/24 132/22
133/22 178/7
**significant [4]**  130/25
131/7 131/13 178/20
**signs [1]**  52/8
**similar [3]**  25/20 36/2
109/6
**similarly [1]**  186/6
**simplistic [1]**  180/24
**simply [2]**  155/23 157/9

**S**

**Simpson [5]**   22/10 23/2
24/4 25/19 26/18
**since [16]**   66/2 82/17
92/22 93/5 93/21 95/7
102/11 117/4 164/19 170/12
171/11 174/21 174/22
174/22 186/16 187/25
**SINGER [11]**   1/14 1/15 2/4
2/7 3/7 3/15 5/12 5/16
41/9 102/20 193/24
**sir [69]**   42/8 42/20 43/10
43/19 44/12 45/24 46/1
46/3 46/25 48/12 48/25
49/8 49/12 49/17 50/15
53/3 53/24 54/4 54/16 55/5
55/10 55/19 55/25 56/2
56/16 57/8 57/11 57/17
57/19 58/1 58/10 58/16
58/23 62/25 63/4 63/7 65/5
71/16 73/21 76/16 90/8
93/8 93/10 93/18 96/14
96/17 97/24 100/5 100/9
102/13 103/15 104/6 104/23
112/13 113/5 124/8 125/1
125/5 125/24 128/10 138/15
139/1 139/3 139/8 160/16
163/17 164/7 164/23 165/13
**sit [6]**   5/4 13/19 82/20
82/22 87/22 105/10
**site [2]**   131/15 170/4
**sits [1]**   41/12
**sitting [3]**   60/25 61/4
61/6
**situation [12]**   18/16 22/21
36/2 100/14 100/15 143/18
148/25 151/18 152/14 171/9
171/9 189/17
**situational [1]**   149/22
**six [23]**   6/5 10/12 10/13
11/18 15/9 15/16 28/24
29/17 38/19 53/9 77/18
77/19 77/20 81/12 82/25
83/1 84/18 90/24 99/13
99/24 109/15 132/25 133/4
**Sixth [1]**   31/25
**size [4]**   15/13 32/9 123/5
123/7
**sized [2]**   116/2 134/15
**skills [1]**   94/19
**skin [7]**   125/19 129/8
131/4 131/15 134/23 137/4
137/11
**skip [2]**   176/13 176/14
**skull [1]**   131/17
**Skype [1]**   54/22
**slammed [1]**   70/24
**sleep [4]**   73/25 91/19
95/24 96/4
**slide [1]**   122/19
**slight [1]**   186/9
**slightly [5]**   17/15 114/7
115/14 119/14 119/22
**slip [1]**   31/9
**slipping [1]**   122/23
**slow [2]**   127/23 172/22
**small [9]**   15/10 45/8 72/2
78/12 134/14 134/16 137/17
181/11 182/22
**smaller [1]**   81/23

**smarts [1]**   182/23
**smoke [1]**   63/13
**so [211]**
**soap [3]**   72/18 72/18 84/18
**socks [1]**   67/6
**soft [3]**   129/1 135/22
162/5
**softer [1]**   125/13
**soldier [3]**   36/16 36/17
64/23
**soldiers [16]**   61/17 61/19
62/3 62/4 62/6 62/19 62/19
63/1 63/5 64/3 64/16 81/15
88/4 89/20 89/21 156/16
**Soleimani [6]**   166/24 174/2
174/3 174/4 191/18 192/21
**Soleimani's [2]**   166/5
166/23
**solely [1]**   170/10
**solemnly [4]**   41/18 103/4
142/18 165/3
**solid [2]**   20/17 72/17
**solution [3]**   155/15 159/13
159/15
**solved [1]**   61/12
**some [112]**   4/17 4/23 8/13
9/5 11/17 13/19 13/24 15/4
18/3 20/11 21/16 21/23
22/22 30/12 30/25 31/10
33/14 33/20 37/8 37/8 39/4
39/9 39/18 39/19 39/21
39/23 39/24 40/13 43/22
43/24 47/1 47/19 47/19
47/22 48/20 50/21 51/17
52/6 52/22 59/22 62/3 62/9
66/13 70/13 72/13 79/19
83/7 84/8 86/25 90/15
91/21 93/22 94/10 96/21
101/1 101/19 101/21 101/21
108/20 112/3 115/6 115/7
115/9 117/5 117/7 119/17
121/12 122/5 122/13 123/23
127/14 127/14 127/15
127/18 128/1 128/15 129/8
129/21 129/22 130/7 131/18
131/25 132/10 134/19
135/18 136/1 138/2 138/4
138/5 138/19 140/20 141/2
141/4 141/8 143/18 146/4
148/11 149/12 152/10
153/21 154/3 155/6 155/9
155/21 157/6 157/24 159/21
159/23 159/25 160/7 160/23
183/11
**somebody [16]**   21/1 22/24
27/15 49/19 115/25 121/8
123/2 126/15 126/22 127/17
133/20 134/1 134/2 135/14
140/18 150/17
**somebody's [1]**   125/10
**someone [11]**   13/14 17/9
17/14 21/3 25/19 122/6
137/24 141/14 142/5 155/24
189/22
**someplace [1]**   63/25
**something [34]**   11/3 19/24
22/23 22/24 24/13 35/5
38/10 40/9 46/14 67/18
78/1 79/3 81/3 81/4 95/24
100/3 102/5 110/2 116/9
120/20 123/21 125/15 126/8

128/5 130/18 132/12 132/16
135/25 153/9 176/19 181/23
187/10 191/6 194/18
**sometime [2]**   53/8 152/6
**sometimes [6]**   11/22 73/23
137/20 141/5 148/9 148/9
**somewhat [3]**   75/15 76/21
126/22
**somewhere [2]**   151/16 185/4
90/19
**son [4]**   37/11 37/12 83/16
90/19
**son's [1]**   90/18
**soon [6]**   14/1 59/13 60/16
64/9 100/13 162/19
**sorry [9]**   18/22 42/4 52/18
62/11 74/22 89/24 99/6
139/18 187/4
**sort [8]**   19/19 21/12 48/20
64/25 141/7 143/6 182/17
183/23
**sorts [2]**   51/18 119/16
**sound [2]**   64/3 188/11
**sounds [1]**   141/8
**source [1]**   169/1
**south [3]**   79/14 79/21
86/22
**Sovereign [1]**   5/19
**space [3]**   150/3 150/5
184/13
**spaced [1]**   128/21
**speak [11]**   16/3 52/23 53/2
63/17 69/22 80/3 83/11
87/13 100/11 156/10 158/3
**speaking [7]**   58/17 65/9
66/15 69/16 145/14 165/25
180/10
**special [2]**   52/22 174/10
**specialized [2]**   7/23 8/3
**specializes [1]**   26/1
**specially [1]**   187/21
**specialties [1]**   105/4
**specialty [1]**   106/1
**specific [14]**   35/13 35/16
114/7 114/23 120/7 120/12
139/11 139/17 144/17
147/21 147/22 173/21 185/6
191/13
**specifically [12]**   35/23
111/13 130/17 138/7 155/20
166/23 169/4 169/24 172/1
183/24 191/16 192/25
**specificity [1]**   34/24
**specs [1]**   48/21
**spectrum [1]**   35/18
**speculate [1]**   152/4
**Speculation [1]**   153/11
**spells [2]**   16/11 96/10
**spend [1]**   37/4
**spending [1]**   47/2
**spent [10]**   13/21 21/11
91/18 106/20 106/25 107/4
109/15 168/18 169/6 169/20
**spheric [1]**   40/10
**split [3]**   129/8 131/3
131/14
**splits [1]**   129/2
**splitting [1]**   130/1
**spoke [9]**   13/22 52/21
63/18 63/18 75/22 82/7
83/18 88/12 159/24
**sponsor [4]**   5/20 192/12

**S**

**sponsor... [2]**  192/13 194/5
**sponsors [2]**  6/19 194/11
**spouse [2]**  46/8 97/1
**spread [2]**  173/14 176/1
**Spring [2]**  10/17 169/24
**square [1]**  137/7
**stabbing [1]**  134/10
**stack [1]**  25/11
**stacks [4]**  25/10 25/10 158/16 158/17
**staff [1]**  142/3
**stages [1]**  28/24
**stairs [2]**  66/13 158/18
**stake [1]**  152/17
**stakeholders [1]**  11/5
**stamped [1]**  59/20
**stand [5]**  9/22 67/5 103/1 113/20 187/22
**standard [1]**  184/24
**standards [3]**  105/7 105/8 108/23
**standing [4]**  17/14 60/12 85/19 88/5
**stands [1]**  187/3
**start [6]**  23/20 78/4 97/20 102/14 116/13 136/5
**started [30]**  11/12 13/25 14/9 16/11 30/19 38/11 43/13 44/16 48/8 49/24 50/5 62/1 64/21 65/12 67/5 68/23 69/11 75/5 75/6 76/19 78/2 80/24 81/16 95/3 150/22 151/4 165/12 169/25 172/1 191/16
**starting [4]**  77/25 98/8 133/2 162/19
**state [44]**  5/20 6/19 8/1 9/17 9/18 10/21 11/20 11/24 12/5 12/19 13/2 13/4 22/17 23/10 23/15 25/3 26/1 26/3 26/5 26/5 26/13 28/16 40/5 42/1 43/23 45/20 45/22 47/19 48/16 51/4 51/21 53/14 88/7 103/16 104/1 106/6 106/24 107/15 143/25 192/12 192/13 194/5 194/7 194/11
**stated [22]**  46/17 47/20 74/3 75/23 76/9 76/17 81/6 82/18 83/12 84/7 84/23 87/4 90/1 98/9 100/19 101/23 102/3 153/13 157/9 175/25 185/8 186/7
**statement [9]**  3/16 3/18 3/21 5/14 21/24 27/13 176/7 176/9 176/11
**statements [4]**  7/8 28/17 31/9 31/11
**states [26]**  1/1 1/11 9/5 9/22 12/22 16/16 25/15 29/5 29/22 30/24 36/23 43/1 43/3 43/7 54/17 106/9 106/10 106/14 106/15 109/4 109/7 159/21 170/11 173/15 188/12 189/11
**stationed [2]**  146/22 146/25
**status [4]**  18/13 37/7

**statute [2]**  18/16 194/2
**statutorily [1]**  120/25
**statutory [2]**  19/3 194/4
**stave [1]**  186/21
**stay [9]**  51/8 54/3 56/19 57/21 61/5 76/21 102/1 118/9 148/8
**stayed [7]**  51/10 51/13 54/4 60/25 67/4 91/23 154/3
**staying [4]**  53/8 64/11 71/2 148/15
**steel [2]**  70/15 70/18
**stenographic [1]**  1/25
**step [1]**  35/4
**stepped [4]**  10/22 10/23 10/23 13/13
**stepping [3]**  88/16 172/1 188/3
**sticks [1]**  156/7
**stiffen [1]**  128/2
**still [25]**  46/23 49/11 54/1 54/19 54/21 54/25 61/20 66/8 69/2 76/20 91/1 91/2 93/1 94/18 94/20 96/6 98/15 100/15 119/9 124/11 132/14 132/14 161/17 185/15 186/17
**stint [1]**  54/3
**stomped [1]**  134/1
**stood [3]**  48/20 64/21 67/25
**stop [5]**  9/7 22/24 50/23 50/24 86/17
**stopped [3]**  60/12 86/10 190/7
**stopping [1]**  193/12
**stops [1]**  156/23
**storm [1]**  160/1
**story [1]**  73/6
**strands [1]**  34/16
**strangle [1]**  126/24
**strangled [5]**  6/3 6/12 27/9 122/6 126/4
**strangling [1]**  141/15
**strangulation [16]**  17/4 17/7 108/8 108/11 108/12 114/2 114/22 116/6 120/1 121/11 121/23 126/2 127/2 127/21 127/22 128/17
**strangulations [1]**  108/10
**strategic [2]**  168/7 181/4
**strategically [1]**  173/12
**strategy [1]**  167/20
**Street [1]**  171/16
**stress [4]**  22/2 93/19 94/7 102/4
**strike [11]**  15/24 16/6 20/24 28/4 74/19 74/24 75/1 75/2 75/5 75/17 112/19
**strong [8]**  18/12 19/1 22/7 92/2 98/4 98/15 98/21 141/13
**stronghold [1]**  85/15
**struck [3]**  29/3 38/7 131/19
**structure [1]**  144/11
**struggles [1]**  125/12
**struggling [1]**  141/18

**stuck [1]**  64/17
**stuff [4]**  63/14 72/24 87/20 94/4
**subcutaneous [2]**  140/13 140/14
**subdural [2]**  140/10 140/12
**subheadings [1]**  114/17
**subject [10]**  20/14 35/12 73/18 73/20 163/14 169/4 169/8 169/9 169/15 178/17
**submit [3]**  30/13 37/8 38/21
**submitted [2]**  23/7 37/14
**subpoena [1]**  163/14
**subsequent [3]**  14/6 151/11 153/1
**substance [1]**  162/17
**substantial [14]**  74/21 74/23 122/12 131/18 133/13 133/17 135/10 137/12 138/3 138/5 140/10 140/18 140/20 140/24
**subsumed [1]**  127/13
**successful [1]**  154/4
**successor [1]**  10/24
**such [14]**  6/18 10/21 17/5 22/1 28/21 33/12 45/9 112/7 124/16 126/11 126/17 130/11 135/14 167/6
**Sudan [1]**  6/21
**suffer [3]**  97/3 97/5 128/17
**suffered [1]**  17/25
**suffering [3]**  127/19 128/9 138/10
**sufficient [4]**  19/24 24/4 31/18 131/14
**Suffolk [1]**  106/22
**suggested [1]**  124/23
**suggests [1]**  126/11
**suicidal [6]**  108/5 121/11 121/24 122/3 122/14 122/18
**suicide [12]**  107/25 120/18 121/6 123/8 123/18 123/21 127/2 127/5 127/7 138/14 138/20 138/21
**suicides [1]**  127/3
**summarize [2]**  173/6 173/14
**sun [5]**  53/4 72/10 77/8 77/13 77/20
**sunlight [1]**  77/14
**Sunni [1]**  170/9
**Sunnis [2]**  77/3 79/20
**superseding [2]**  115/9 116/8
**supervised [1]**  107/24
**supervision [1]**  44/18
**supervisor [2]**  144/18 144/20
**supervisors [1]**  101/2
**supervisory [2]**  144/20 148/10
**supplement [1]**  4/2
**supplied [2]**  30/24 181/16
**supplies [1]**  30/7
**supply [4]**  30/18 180/24 182/5 184/11
**supplying [2]**  10/5 30/19
**support [47]**  5/22 6/16 8/18 9/20 9/25 28/20 31/7 31/10 32/1 32/10 32/18

**S**

**support... [36]**   32/20
32/24 33/2 33/12 33/23
38/15 95/25 143/8 143/8
148/19 168/16 169/5 170/1
170/6 170/7 170/8 170/17
178/3 178/5 179/13 179/18
179/19 179/24 180/1 180/8
181/8 181/25 184/19 186/18
186/21 188/6 188/8 189/16
189/16 189/17 191/8
**supported [1]**   145/17
**supporting [8]**   31/22 33/14
34/9 143/24 144/12 175/16
180/22 188/2
**supportive [1]**   52/1
**supports [4]**   166/15 174/15
180/4 180/12
**suppose [1]**   19/17
**supposed [4]**   14/2 61/9
150/17 190/5
**Supreme [3]**   174/6 174/25
189/19
**sure [25]**   26/9 33/20 50/7
50/10 54/1 54/24 56/7 56/9
61/12 64/23 69/9 69/10
76/18 88/23 89/17 100/23
127/19 139/20 154/17
159/12 159/15 161/1 161/3
193/10 193/16
**sure we're [1]**   89/17
**surface [8]**   125/18 125/19
130/10 130/13 140/17
140/21 141/1 141/6
**surfaces [1]**   116/3
**surprise [1]**   40/19
**surprised [2]**   40/15 140/6
**surrounded [1]**   98/18
**survive [1]**   16/8
**surviving [1]**   6/5
**suspect [2]**   40/14 194/18
**suspended [1]**   123/4
**suspension [2]**   122/2 122/5
**swear [4]**   41/18 103/4
142/18 165/3
**sworn [2]**   162/20 163/14
**Syria [9]**   32/2 170/16
170/19 170/20 171/5 172/16
183/10 183/12 184/25
**system [7]**   107/4 107/11
111/1 111/9 111/14 111/17
111/20
**systemic [2]**   6/17 23/19
**systems [4]**   108/19 175/12
181/3 181/19

**T**

**T-pipe [1]**   72/9
**table [1]**   11/5
**tactics [6]**   23/22 32/12
34/11 34/12 34/13 182/22
**Taiz [1]**   12/14
**take [43]**   16/7 19/8 23/18
25/10 25/12 30/13 35/2
39/24 40/24 41/1 41/4
63/24 73/15 79/6 81/17
85/6 85/13 86/5 87/5 87/7
94/25 95/5 102/2 112/7
116/10 123/9 128/1 129/23
143/17 145/3 151/18 155/12

157/3 159/18 160/2 161/5
161/9 161/18 173/15 183/6
183/15 183/18 194/18
**taken [12]**   6/1 30/23 35/8
38/16 43/4 65/15 117/6
122/19 157/16 159/2 186/9
191/15
**takeover [1]**   63/3
**takes [2]**   140/20 141/5
**taking [29]**   6/10 7/10
18/15 18/18 18/23 19/18
20/17 21/1 21/1 21/3 22/7
22/8 22/13 22/20 32/1
32/25 33/16 33/24 34/13
34/14 66/22 68/21 85/11
85/11 93/24 94/1 95/3
97/17 156/2
**talent [5]**   182/19 182/20
182/22 183/5 183/16
**Taliban [2]**   168/16 179/20
**talk [15]**   10/1 10/3 28/4
37/20 38/6 68/5 69/2 80/21
98/23 98/24 157/7 171/22
180/20 182/16 192/25
**talked [11]**   9/1 15/2 15/8
16/7 39/23 77/2 79/13
79/15 84/4 92/10 100/23
**talking [17]**   40/15 48/23
62/16 63/6 66/15 69/2 87/1
87/12 87/14 87/16 91/19
100/15 100/16 119/9 162/8
172/24 179/21
**talks [5]**   23/17 177/17
179/17 180/7 189/4
**tall [3]**   72/2 81/24 81/25
**Tampa [3]**   47/23 54/20
143/5
**tank [4]**   8/5 165/18 166/15
171/17
**target [2]**   191/14 192/1
**targets [1]**   191/25
**tarmac [2]**   59/8 59/9
**tasers [2]**   67/11 68/13
**tattoos [1]**   16/22
**tax [2]**   80/19 81/4
**team [1]**   52/6
**teams [1]**   151/20
**tears [2]**   91/4 129/2
**technical [3]**   43/13 145/16
147/24
**technically [2]**   106/13
135/4
**teeth [3]**   119/11 119/14
119/23
**Tehran [1]**   167/5
**telephone [1]**   101/4
**tell [42]**   13/22 14/5 15/13
16/15 26/9 43/11 44/13
49/15 60/9 63/22 66/5 68/2
74/13 74/15 80/16 81/8
82/3 82/6 83/9 86/14 87/2
87/8 89/4 89/12 89/23
89/25 91/11 97/25 99/4
99/7 100/6 100/10 101/23
104/24 105/18 130/17
130/18 131/23 140/23
165/13 178/10 186/19
**telling [4]**   61/7 66/18
68/20 80/24
**temper [2]**   27/15 78/5
**tempo [1]**   186/15

**tenant [1]**   150/4
**tend [6]**   122/11 127/5
129/21 129/22 181/19
182/25
**Tennessee [4]**   42/6 42/6
43/25 90/10
**term [4]**   6/13 113/16
127/13 167/21
**terminal [3]**   59/10 64/4
70/5
**terminology [1]**   135/3
**terms [9]**   36/22 101/22
118/7 120/16 121/19 130/9
131/7 159/4 160/12
**terrain [1]**   156/21
**terrorism [15]**   5/20 6/20
40/19 165/21 166/12 166/24
171/22 174/16 175/2 175/16
178/6 178/6 179/13 194/6
194/12
**terrorist [14]**   8/18 8/18
31/7 165/21 166/6 170/9
176/16 176/22 178/23
179/10 179/14 179/24
187/21 194/1
**terrorists [1]**   31/22
**test [3]**   26/19 34/3 37/1
**testified [1]**   171/17
**testifies [2]**   15/12 35/23
**testify [21]**   5/3 7/2 7/6
7/12 7/19 16/25 23/22 25/8
26/4 26/6 27/6 31/4 31/13
31/25 32/5 37/18 102/24
110/9 125/2 171/20 172/14
**testifying [5]**   24/17 38/6
142/1 143/15 172/3
**testimony [37]**   6/20 7/17
8/6 8/8 14/12 17/2 17/23
24/16 26/20 27/12 34/11
37/19 41/18 103/4 124/25
142/16 142/18 143/2 143/10
143/12 143/20 144/22
146/12 146/21 147/15
158/25 160/24 161/23 163/3
163/14 163/23 164/9 164/17
165/3 167/12 172/18 193/9
**testing [1]**   165/11
**text [3]**   4/11 4/12 160/2
**textbook [2]**   131/8 167/16
**texting [1]**   91/19
**than [23]**   12/9 20/13 24/5
24/8 25/3 33/25 65/23
72/19 72/23 77/25 81/19
106/23 113/9 114/8 119/3
123/16 137/16 140/6 157/20
160/13 176/4 186/20 193/4
**thank [42]**   3/14 4/15 5/2
5/7 5/15 23/14 37/2 40/23
41/6 41/17 41/22 52/25
89/2 102/8 102/9 102/16
102/21 103/2 103/8 103/9
104/19 110/12 116/17
117/20 138/22 141/23
141/24 141/25 142/22
160/15 160/16 160/17
160/18 163/4 163/19 164/8
164/15 165/7 172/21 180/10
187/16 195/1
**that's [93]**   4/8 4/25 5/1
15/7 18/17 19/21 20/8
20/17 21/6 21/23 23/15

that's — three
Case 1:16-cv-01394-RDM   Document 48   Filed 08/03/18   Page 234 of 240
Page 234

**T**

**that's... [82]**   24/2 26/4
27/18 27/19 28/1 28/20
32/11 33/21 34/1 34/10
34/19 35/13 35/13 36/23
36/25 37/2 38/20 39/1 39/6
40/17 47/11 47/13 47/25
52/19 53/3 53/4 62/1 67/3
70/25 72/4 73/14 74/14
76/12 77/8 80/19 80/20
82/22 84/5 84/6 84/25
84/25 86/21 88/7 98/20
100/4 100/16 102/7 109/1
117/15 123/11 126/9 129/14
132/13 132/16 136/8 136/8
137/9 137/12 154/17 159/6
160/15 167/22 173/18
173/22 175/13 177/13
179/10 183/15 185/7 187/6
187/10 187/18 188/13
189/18 189/19 191/6 191/20
193/13 193/22 194/3 194/9
194/18
**the airport [1]**   63/9
**their [76]**   9/7 11/9 11/9
11/23 13/18 13/25 14/3
14/24 14/25 14/25 15/1
23/8 24/23 27/15 31/7 31/9
31/9 31/20 32/11 32/11
34/11 34/15 36/4 36/13
36/19 37/11 38/15 42/21
43/9 47/3 51/13 52/14 62/8
62/8 63/2 67/21 67/22
73/10 74/17 75/4 79/20
85/18 86/8 86/21 87/2 88/1
99/20 129/22 149/20 150/23
151/10 152/17 153/25
168/17 172/1 173/5 173/11
175/12 175/21 175/21
175/22 176/25 178/3 178/10
178/11 179/24 180/16
180/17 181/20 183/1 183/4
184/25 185/21 188/3 188/7
191/13
**them [97]**   4/19 4/19 4/20
4/21 4/23 11/22 14/14 15/7
21/2 21/3 22/23 22/23
24/13 26/4 26/11 27/12
30/2 34/9 34/10 40/11
44/24 46/20 47/5 47/14
47/25 50/8 50/18 50/19
52/14 52/22 55/13 60/15
62/9 62/9 63/13 63/16
64/22 64/25 65/23 65/24
66/22 67/10 67/11 68/15
68/16 69/2 69/15 73/9
78/20 80/2 80/3 80/13
81/10 86/9 86/14 87/25
89/2 98/14 98/16 99/19
111/3 117/15 124/1 124/2
128/15 129/3 129/20 129/22
138/3 138/6 141/14 150/25
151/1 151/11 151/24 152/3
155/24 158/16 159/24 160/8
167/5 167/5 173/8 173/12
173/13 179/7 181/9 183/8
183/12 183/13 184/12
184/13 184/14 185/24
186/13 191/4 191/18
**themselves [6]**   34/12 37/6

**then [123]**   4/1 4/7 4/10
4/15 4/24 9/8 9/18 10/5
10/14 10/16 10/24 16/10
19/14 19/15 20/1 26/11
29/24 32/3 32/13 32/22
36/15 37/3 37/21 42/23
42/24 43/24 44/19 49/24
51/12 54/18 55/3 56/19
57/4 58/5 58/6 59/23 61/23
61/24 63/9 63/19 64/17
65/1 66/5 66/22 66/24
67/10 67/22 67/25 68/12
68/15 69/6 70/6 78/2 78/20
79/9 79/10 81/18 83/21
84/23 85/3 85/3 85/11
85/25 86/11 86/17 86/22
87/14 87/25 88/11 89/3
90/16 99/11 99/14 99/20
100/3 101/7 102/14 102/25
105/9 105/12 105/21 105/23
105/25 106/20 106/25 107/4
107/6 110/3 114/10 115/15
115/23 124/18 124/18
125/20 126/15 133/6 135/17
135/21 135/24 142/2 152/21
153/12 156/15 157/15
158/20 162/8 168/2 168/4
168/17 169/2 169/13 169/14
171/17 172/1 175/1 178/23
182/20 182/22 182/24 192/6
193/20 194/17 195/1
**there [219]**
**there's [49]**   8/7 8/14 17/7
18/4 18/6 18/9 19/10 19/14
21/13 21/15 21/17 21/25
22/5 22/7 22/8 25/16 25/17
29/20 30/11 31/18 31/25
32/17 34/18 39/9 39/11
39/15 40/3 40/18 54/25
63/14 104/20 117/17 119/19
121/16 122/12 125/11
130/24 134/15 134/16 135/8
135/18 137/1 137/7 137/15
138/16 142/6 161/12 179/7
190/7
**they [390]**
**they'd [8]**   13/16 24/21
71/10 86/18 99/14 131/20
150/23 178/17
**they'll [3]**   29/24 182/20
182/24
**they're [22]**   8/12 10/10
32/6 32/7 36/2 36/5 50/19
55/15 61/10 61/12 74/8
86/3 86/15 127/5 132/3
134/8 134/11 135/12 135/12
183/4 185/19 191/13
**they've [12]**   28/12 34/2
35/5 138/3 181/20 181/21
181/23 181/25 183/10
186/15 189/25 191/14
**thick [2]**   68/10 71/20
**thigh [1]**   135/5
**thin [3]**   115/11 130/8
130/12
**thing [37]**   4/16 5/2 26/10
27/19 29/20 34/21 36/15
37/5 44/7 46/22 50/5 63/16
69/17 73/2 74/19 79/25
82/19 84/6 88/5 89/4 96/20

97/15 98/9 117/3 119/12
119/15 120/12 130/2 130/9
163/5 163/9 164/12 173/10
178/21 181/24 185/22
187/20
**things [42]**   10/20 14/22
15/15 16/17 26/7 34/7 38/1
38/6 39/14 39/19 40/9 47/6
49/24 51/18 52/2 64/13
67/17 68/7 68/24 72/21
74/9 76/15 79/16 80/25
86/2 86/3 87/3 90/15 90/16
91/3 92/11 92/18 96/19
97/21 101/21 134/10 138/5
140/23 155/9 161/23 182/18
183/23
**think [97]**   4/5 8/5 12/1
15/11 18/18 18/20 18/24
19/21 20/7 20/16 20/21
21/18 22/7 22/19 26/17
26/19 26/22 28/8 28/22
28/25 32/14 33/21 33/22
34/2 34/5 34/16 35/10 36/3
36/25 37/4 37/23 38/4 38/8
38/9 40/2 40/10 40/13
40/17 40/18 47/20 51/11
54/12 57/4 58/20 61/20
66/3 67/18 69/3 70/5 78/20
84/10 84/12 91/1 91/2 91/5
96/6 96/6 98/19 101/11
101/23 101/24 112/23 113/8
113/10 116/24 117/11
129/13 134/20 135/12
135/25 136/18 138/1 138/18
140/4 140/15 141/1 152/18
152/19 156/9 161/10 161/12
161/17 163/1 164/2 165/18
166/14 171/16 172/11
172/13 172/16 172/24
179/21 187/8 187/12 193/8
194/7 194/23
**thinking [6]**   14/11 21/11
72/25 84/22 98/20 130/16
**third [8]**   4/15 31/12 34/18
36/15 55/4 55/18 56/23
155/21
**though [12]**   4/21 21/24
22/5 98/17 130/16 133/22
135/11 141/8 149/20 154/5
170/23 180/11
**thought [19]**   4/8 13/16
27/19 46/10 46/21 69/23
73/2 73/14 76/19 76/20
76/20 83/16 83/23 85/8
85/10 85/12 102/5 151/8
188/17
**thousand [1]**   185/19
**thousands [2]**   30/8 107/24
**threaten [4]**   78/22 78/23
186/3 186/4
**threatened [5]**   16/13 68/12
69/4 80/1 80/5
**threatening [2]**   78/18
78/20
**three [53]**   6/2 7/1 15/15
15/17 15/23 16/3 16/20
19/3 19/23 19/25 20/1 20/6
25/10 26/25 27/8 34/16
46/10 47/10 50/18 57/3
57/20 58/6 61/17 64/2 64/5
70/14 73/16 73/21 77/20

**157/21 171/3 175/21 184/14**

**T**

**three... [24]**   77/21 79/2
79/24 81/17 83/24 88/25
90/14 95/23 96/24 98/7
98/19 100/1 106/2 106/24
109/16 148/7 148/9 148/22
153/6 153/12 158/17 161/22
171/17 179/15
**three-year [1]**   106/2
**threw [2]**   70/24 134/2
**throat [6]**   17/4 99/20
117/25 118/4 119/17 126/3
**through [60]**   5/4 6/13 8/15
9/17 13/15 13/25 14/24
14/25 24/21 29/18 30/3
36/10 40/13 53/13 56/1
57/20 59/3 59/19 59/25
60/2 60/4 60/7 60/10 60/11
60/21 60/24 61/9 62/1
63/10 64/1 64/3 77/11 84/7
86/2 86/2 87/18 91/16
93/12 94/7 98/24 98/24
99/14 102/23 104/12 104/22
107/2 110/18 110/22 111/2
131/14 133/2 133/3 133/4
136/5 141/8 158/5 179/3
183/1 192/23 193/10
**throughout [4]**   8/19 17/22
110/24 176/2
**thumbed [1]**   36/13
**tie [2]**   64/22 65/1
**tied [10]**   14/6 64/14 64/16
64/19 64/23 65/7 65/8
66/24 67/21 125/3
**tight [2]**   124/14 146/18
**tile [1]**   71/18
**time [139]**   5/21 5/22 5/25
7/5 7/12 11/14 12/3 13/20
13/21 14/15 15/22 19/13
21/11 28/1 28/2 32/5 35/2
37/4 38/8 46/5 46/21 46/22
46/23 47/2 47/8 48/7 48/8
49/4 49/6 49/16 49/20 51/6
51/9 51/10 51/19 53/6
53/15 53/18 53/18 53/20
53/22 53/25 54/4 54/9
54/11 55/4 55/17 55/18
56/4 56/23 57/12 57/13
58/25 61/14 61/17 61/18
61/21 64/10 64/22 65/15
65/16 66/2 66/10 67/20
68/5 69/7 70/13 72/18
73/19 73/23 74/12 76/18
77/4 78/16 79/9 79/21
82/14 83/6 83/14 84/11
85/9 85/25 86/8 88/4 92/14
92/25 98/1 98/5 98/17
99/12 100/21 103/24 106/20
107/6 107/10 107/15 107/17
125/21 127/18 128/1 131/25
132/1 132/11 134/8 134/9
134/9 134/9 139/13 139/14
139/24 140/1 140/16 140/20
141/10 143/23 146/4 146/18
148/25 149/4 151/1 151/13
156/8 158/6 160/6 161/4
163/7 168/18 169/17 170/15
171/24 172/3 173/1 177/25
185/20 190/3 191/4 193/2
194/11 194/17

**timeframe [1]**   28/12
**times [16]**   15/16 15/17
57/20 73/21 73/22 77/17
77/20 79/1 79/2 80/1 99/21
100/20 101/9 107/23 171/17
177/7
**timing [1]**   176/15
**tissue [7]**   129/1 129/2
129/25 132/7 137/4 137/9
137/10
**tissues [2]**   135/22 141/3
**title [1]**   165/23
**titled [1]**   175/24
**titles [1]**   107/2
**to me [1]**   187/3
**today [11]**   3/9 5/4 18/14
40/10 102/22 107/8 141/23
161/11 161/11 176/11
185/15
**together [17]**   9/16 11/5
26/24 28/8 42/12 47/10
69/3 73/8 76/22 77/10
77/11 83/23 92/7 92/12
124/15 146/3 157/15
**toilet [4]**   15/18 15/18
72/15 72/16
**toiletries [1]**   72/15
**told [47]**   12/19 24/12
28/12 36/20 36/21 49/25
51/14 52/23 52/24 53/17
55/11 55/11 61/5 61/12
63/11 63/13 64/14 65/15
67/2 68/5 73/6 76/12 76/17
77/3 80/17 80/20 80/22
81/1 81/1 81/18 82/8 83/11
83/25 84/4 84/16 85/16
86/1 86/24 89/14 89/15
89/18 90/2 90/3 94/12
94/13 97/16 100/17
**tomorrow [8]**   5/3 26/8 38/6
84/16 161/17 161/17 193/6
193/11
**tones [2]**   66/16 69/16
**tongue [6]**   119/10 119/13
119/18 119/20 119/20
119/22
**too [10]**   13/20 35/13 46/21
68/19 78/22 79/25 98/22
100/5 172/11 172/23
**took [32]**   11/2 13/18 14/1
18/2 24/25 25/6 43/24
59/23 63/8 66/5 66/7 66/9
69/10 70/19 76/13 81/15
82/15 85/14 85/18 88/22
91/9 95/4 95/4 98/14 98/16
155/24 158/8 158/16 158/19
167/5 185/24 191/18
**tool [2]**   178/20 178/20
**tools [1]**   178/9
**toothpaste [1]**   72/17
**top [15]**   17/15 51/23 54/12
71/21 71/24 72/6 78/13
82/2 118/20 133/2 135/4
136/20 136/23 141/17
177/14
**topics [2]**   171/12 172/9
**torture [21]**   6/4 12/10
18/12 18/17 19/11 19/14
20/8 20/11 20/12 20/22
21/5 21/9 21/12 21/18
21/20 21/24 21/25 22/4

32/25 33/23 34/8
**tortured [4]**   6/12 18/1
38/9 89/6
**torturing [2]**   33/16 138/9
**total [7]**   40/18 40/19
106/20 106/25 107/6 107/18
123/17
**totality [4]**   115/6 119/25
121/16 123/10
**tours [1]**   27/7
**touted [1]**   180/16
**toward [6]**   56/20 58/21
66/23 67/3 118/19 136/19
**towel [1]**   124/1
**Toyota [1]**   87/24
**traced [1]**   31/3
**tracers [1]**   51/22
**track [4]**   20/11 49/23
54/23 171/4
**trade [2]**   85/12 184/3
**trailing [1]**   161/13
**train [9]**   32/2 166/17
167/5 171/8 174/12 182/18
182/20 182/21 192/21
**trained [8]**   23/23 32/7
65/14 133/21 166/16 167/4
173/18 183/12
**training [26]**   6/15 32/1
32/10 34/9 34/18 44/2
44/18 105/7 105/9 106/1
106/19 173/23 173/25 180/1
182/2 182/16 182/23 182/25
183/2 183/3 183/14 183/21
184/10 185/20 188/1 192/15
**trainings [1]**   183/6
**transcribe [1]**   164/19
**transcript [15]**   1/10 1/25
4/3 160/20 162/6 162/9
162/16 162/21 162/22 163/2
164/5 164/12 164/13 164/21
196/4
**transcription [1]**   1/25
**transcripts [3]**   162/1
162/23 162/24
**transfer [2]**   78/10 79/23
**transferred [3]**   49/13
56/20 81/12
**transfers [1]**   182/13
**transit [1]**   48/18
**transpired [1]**   44/10
**transport [2]**   63/24 155/13
150/12
**transported [2]**   14/7
150/12
**trauma [2]**   139/22 141/9
**Traumatic [3]**   93/19 94/7
102/4
**travel [8]**   54/20 143/16
148/24 149/20 149/25
150/10 157/14 166/2
**traveling [1]**   170/14
**Treasury [8]**   176/17 176/25
177/5 177/9 177/16 177/17
182/17 191/9
**tree [2]**   39/7 39/11
**trial [1]**   164/3
**tribal [1]**   32/7
**tried [11]**   11/23 26/3 38/1
46/20 69/2 76/16 91/12
95/24 96/25 98/3 100/13
**trip [2]**   148/22 149/3
**truck [2]**   64/4 156/16

**T**

**trucks [1]**   156/16
**true [9]**   34/1 104/7 174/20
174/21 174/22 176/9 176/11
185/13 185/15
**trust [1]**   190/24
**truth [13]**   41/19 41/19
41/20 103/5 103/5 103/6
111/23 142/19 142/19
142/20 165/4 165/4 165/5
**try [30]**   15/6 17/2 20/14
35/9 62/5 65/21 74/16
81/16 84/20 92/19 94/10
94/15 97/10 98/10 102/1
126/5 126/18 128/3 128/3
141/18 151/18 154/11
154/13 155/11 160/1 166/18
172/22 178/21 178/22
178/22
**trying [30]**   13/10 13/17
14/12 15/5 16/7 16/8 16/12
20/20 38/15 39/22 40/13
46/7 61/11 63/15 64/10
64/13 64/21 65/13 69/3
70/14 75/13 76/21 82/22
91/10 91/20 118/2 179/11
179/11 179/12 186/15
**tucked [1]**   87/23
**tuition [1]**   47/6
**Tupperware [1]**   99/10
**turmoil [1]**   40/5
**turn [2]**   48/17 186/23
**turned [8]**   14/22 42/15
42/16 68/25 69/7 70/25
116/14 157/6
**turning [1]**   88/10
**turns [1]**   21/18
**TV [2]**   85/20 85/21
**tweeting [1]**   76/10
**twice [1]**   53/18
**twist [1]**   134/10
**Twitter [2]**   12/15 12/16
**two [73]**   5/25 8/16 14/10
17/7 22/16 24/11 35/21
38/14 46/10 49/22 51/11
51/11 51/11 55/19 55/21
57/9 57/20 58/3 58/12
59/11 60/17 60/19 61/14
63/20 65/16 67/14 70/4
72/7 77/1 77/25 78/5 83/12
95/4 95/7 98/7 99/10 100/1
102/24 105/20 105/21
105/25 106/23 113/3 114/17
121/7 121/13 128/21 129/5
129/12 129/15 130/2 133/6
133/6 133/7 133/9 133/9
133/16 133/18 134/16
135/23 137/7 137/7 137/11
147/9 148/9 153/6 153/12
156/15 162/11 162/14
169/15 183/1 183/2
**type [13]**   3/15 24/3 25/18
35/12 107/8 125/4 127/22
130/13 150/6 151/8 160/7
188/18 191/8
**types [7]**   40/9 45/3 46/14
108/11 111/15 147/13 167/6
**typical [3]**   109/23 122/14
151/9
**typically [4]**   120/17

120/25 121/22 122/4

**U**

**U.S [32]**   1/22 12/25 13/1
13/6 27/21 40/3 49/11
54/10 56/23 89/9 90/3
144/12 148/1 148/2 148/18
149/1 150/3 150/11 152/4
154/22 155/7 159/17 166/14
166/15 166/17 166/20 178/9
178/17 179/1 181/10 182/10
186/21
**U.S.C [1]**   5/18
**ultimately [1]**   28/10
**UN [23]**   9/9 29/10 29/15
29/16 30/23 36/8 36/8 36/9
38/13 55/15 57/4 57/16
57/18 58/8 58/10 60/20
61/8 149/17 150/1 150/2
150/2 150/4 151/17
**unable [1]**   10/19
**unblindfolded [1]**   83/22
**uncomfortable [5]**   150/22
151/5 151/7 152/18 152/20
**unconscious [1]**   131/22
**unconsciousness [1]**   127/25
**under [36]**   5/18 6/10 10/14
11/5 24/17 25/8 26/25
29/7 29/7 49/18 51/3 63/2
70/12 87/23 110/9 114/17
122/20 123/19 125/18
127/13 142/1 142/16 142/25
143/2 143/10 143/20 144/22
146/12 146/21 147/15
158/25 186/8 186/10 187/8
187/13 194/15
**underlying [4]**   120/10
120/13 135/10 137/4
**underneath [5]**   119/18
129/8 129/10 131/15 134/24
**understand [7]**   46/13 63/19
63/19 82/5 91/16 96/15
98/17
**understanding [8]**   38/24
50/21 62/12 63/1 142/14
158/22 160/5 194/2
**understood [6]**   28/5 56/18
61/18 91/1 101/2 191/6
**underwear [1]**   84/19
**undetermined [1]**   120/19
**undisclosed [3]**   66/8 81/15
85/18
**undoubtedly [2]**   17/3 21/17
**uneasy [1]**   151/7
**Unfortunately [1]**   21/13
**uniform [1]**   168/18
**uniforms [2]**   36/18 62/18
**Union [1]**   43/24
**unique [1]**   31/3
**unit [19]**   146/20 167/3
171/4 171/5 171/6 173/19
180/18 182/22 187/25
189/14 190/21 190/21 191/1
192/5 192/6 192/6 192/8
192/8 192/20
**UNITED [36]**   1/1 1/11 6/1
8/16 8/22 9/5 9/22 10/22
11/8 13/7 16/16 25/14 29/1
29/5 29/19 29/22 29/24
29/25 30/1 30/24 36/10
36/14 36/23 38/16 43/1

43/3 43/6 54/17 109/4
109/7 148/19 150/16 151/6
159/21 170/10 188/12
**units [2]**   167/4 170/22
**universal [1]**   126/7
**University [12]**   43/23
43/23 43/24 105/21 105/21
105/23 106/3 166/9 166/13
166/16 168/3 168/5
**unless [2]**   110/2 123/22
**unlike [1]**   162/5
**unrealistic [1]**   40/2
**unregistered [1]**   106/12
**unrest [5]**   10/17 51/15
51/18 55/13 73/5
**unseal [1]**   160/19
**untied [8]**   14/15 14/17
14/18 15/1 65/19 65/19
66/3 98/13
**until [16]**   24/13 41/4 54/4
64/21 71/11 71/13 71/15
75/3 78/2 78/15 93/4 100/4
102/12 151/1 152/16 181/25
**unusual [2]**   27/18 27/19
**up [101]**   5/7 5/21 11/3
11/5 14/6 14/8 14/9 15/9
17/10 17/11 21/2 21/3
22/15 27/24 33/17 34/19
38/12 38/13 43/14 44/17
46/6 48/20 48/22 52/8 52/8
52/10 53/20 56/6 64/4
64/15 64/19 64/22 64/23
65/1 65/8 66/13 66/20
66/20 66/22 69/8 69/9 70/4
70/10 70/11 70/20 71/2
73/25 78/11 78/13 80/15
82/4 83/25 85/7 86/19
88/10 88/19 88/25 91/21
92/20 95/24 96/22 101/15
102/5 107/12 110/18 112/19
118/1 122/19 124/2 126/22
134/2 136/17 140/19 147/9
147/14 150/12 151/1 152/9
152/16 156/4 157/12 158/15
159/1 161/23 162/6 162/14
162/25 165/12 172/1 173/9
175/11 176/13 179/2 183/10
183/13 184/15 187/4 188/3
189/25 192/21 194/1
**upon [9]**   4/24 55/3 112/25
123/16 127/17 128/1 128/3
128/14 144/5
**upper [4]**   89/20 134/17
135/18 137/3
**uproar [1]**   10/22
**upstairs [1]**   74/14
**upward [11]**   115/14 115/17
118/20 118/21 119/17
119/20 121/25 122/4 122/13
122/20 126/23
**upwards [2]**   117/24 145/18
**uranium [1]**   29/10
**urinate [1]**   75/12
**us [65]**   3/10 27/25 30/13
39/10 51/13 51/14 51/23
55/15 55/15 59/24 60/12
60/14 60/17 60/18 60/23
61/9 61/11 61/24 65/1 65/9
66/7 66/12 66/12 66/22
66/22 67/2 67/2 67/4 67/5
67/7 67/11 67/21 67/22

**U**

**us... [32]**   69/1 69/4 69/4
77/11 77/11 87/17 89/5
97/18 99/21 100/3 116/10
120/3 149/1 151/8 152/10
153/8 154/4 155/12 155/17
155/25 156/2 156/17 157/5
157/6 157/10 157/18 158/8
158/19 158/20 159/19 160/2
160/4
**use [22]**   4/11 22/21 32/24
94/19 104/5 110/16 114/12
120/19 123/21 123/23
123/24 123/24 129/17 130/3
178/25 181/9 181/13 181/13
182/2 182/11 188/21 191/14
**used [14]**   8/10 13/5 30/21
31/15 48/15 70/23 92/17
92/18 92/20 95/8 96/19
173/16 182/3 191/19
**using [5]**   23/25 23/25
114/14 175/21 191/16
**usually [7]**   17/11 84/10
117/17 120/15 122/5 122/7
185/4
**utilities [1]**   10/21
**UTM [1]**   43/23

**V**

**VA [1]**   1/16
**vague [1]**   33/5
**Valley [1]**   45/7
**valuable [2]**   26/11 94/18
**value [5]**   26/14 27/12
112/8 191/25 192/1
**van [10]**   14/7 14/13 14/14
64/5 65/1 65/2 65/4 65/7
66/1 98/19
**various [10]**   7/8 105/11
106/8 108/11 109/1 119/16
120/25 147/12 148/1 155/5
**vary [1]**   73/22
**varying [1]**   128/14
**vehicle [3]**   86/1 87/17
157/16
**vehicles [2]**   88/25 151/21
**verbatim [1]**   162/12
**verify [2]**   65/21 69/10
**version [1]**   164/5
**versus [9]**   3/3 6/21 22/10
123/6 123/8 123/18 130/1
175/24 186/7
**vertical [3]**   128/21 129/5
134/18
**very [55]**   6/20 9/19 14/11
20/17 21/19 22/20 25/20
44/6 47/10 52/8 57/5 66/9
66/9 69/22 71/21 75/7
75/22 81/17 83/11 83/17
85/23 114/15 118/14 118/22
121/12 129/16 130/9 130/9
130/12 131/8 131/20 133/12
133/21 134/2 134/2 134/7
134/11 134/16 134/22 135/2
135/9 135/25 145/5 146/2
146/3 146/18 147/7 150/10
150/12 152/18 157/20
160/10 182/19 183/4 191/13
**vetted [1]**   56/7
**via [1]**   147/14

**vice [3]**   16/23 109/20
109/23
**victim [1]**   22/2
**video [15]**   73/12 161/6
161/7 161/19 161/23 161/25
162/5 162/10 162/13 162/17
162/23 163/3 163/23 164/9
164/17
**videographer's [1]**   162/22
**videos [1]**   162/18
**videotaped [4]**   2/13 7/7
37/19 102/24
**view [6]**   112/4 129/12
136/12 136/13 136/17
185/11
**vigils [1]**   80/24
**violates [1]**   35/1
**violating [1]**   33/15
**violation [1]**   23/24
**violations [3]**   6/18 12/9
31/8
**violent [1]**   78/25
**VIP [1]**   157/16
**Virginia [7]**   1/16 103/20
104/1 106/16 106/16 107/11
107/16
**visa [3]**   57/14 59/20 59/21
**visible [2]**   134/19 141/6
**visit [3]**   18/9 18/9 192/6
**visited [1]**   166/2
**vitae [1]**   104/13
**vitamin [1]**   77/14
**vocational [1]**   37/20
**voice [1]**   82/17
**voicebox [1]**   119/19
**voices [2]**   66/15 69/16
**volume [1]**   162/6
**voluntarily [1]**   107/12
**Votel [1]**   185/22

**W**

**wage [1]**   37/21
**wait [5]**   58/2 61/11 85/3
101/7 151/10
**waited [1]**   58/6
**waiting [3]**   156/25 157/18
186/17
**wake [1]**   140/19
**walked [9]**   59/9 59/10
59/18 60/22 70/12 70/15
87/17 158/18 186/18
**walking [4]**   49/23 87/25
88/6 88/17
**wall [10]**   48/21 67/3 71/5
71/23 72/2 72/13 82/4 82/5
134/3 171/16
**walls [7]**   14/24 16/13 50/9
71/20 72/17 78/12 84/15
**wanded [1]**   88/23
**want [38]**   3/15 3/16 10/1
10/3 20/18 20/23 22/8
33/20 40/24 53/10 58/5
58/19 62/4 64/23 73/12
74/19 80/16 84/23 84/24
84/24 85/2 85/3 86/14
89/16 93/1 95/11 96/11
96/23 97/10 97/25 104/21
184/12 184/14 186/23 190/2
190/23 193/3 193/10
**wanted [15]**   4/19 15/24
47/14 48/17 56/5 59/7 67/9

67/12 82/20 86/3 87/2 87/2
90/11 95/5 194/22
**wanting [1]**   186/2
**wants [3]**   33/18 182/3
184/24
**war [5]**   47/15 47/18 166/11
167/19 188/13
**warfare [1]**   32/7
**warn [1]**   178/15
**warrants [1]**   153/13
**wars [2]**   10/13 11/19
**wash [2]**   84/19 84/20
**Washington [9]**   1/5 1/23
7/19 8/4 8/5 16/25 107/5
168/4 171/16
**wasn't [21]**   15/19 17/16
22/14 47/12 48/21 57/13
57/17 60/23 68/10 70/9
71/10 71/19 84/12 84/22
84/22 91/15 95/25 99/18
140/16 142/24 155/23
**waste [1]**   75/11
**watched [1]**   73/4
**watches [1]**   67/7
**watching [1]**   54/13
**water [8]**   10/20 31/15 59/7
70/11 72/6 84/19 84/20
99/11
**watt [1]**   71/23
**waved [1]**   59/15
**way [35]**   4/6 32/24 33/14
34/9 35/8 35/10 46/19
59/23 61/17 69/3 85/1
101/2 110/19 118/5 122/9
122/11 124/16 126/25
130/11 135/15 135/16
140/11 140/16 155/9 155/15
155/24 156/23 159/22
159/23 162/25 163/2 168/14
173/7 182/3 184/12
**ways [9]**   8/16 17/7 22/17
35/22 36/15 91/25 127/18
133/15 190/7
**we [276]**
**we'd [5]**   51/25 57/1 86/17
95/10 98/16
**we'll [15]**   4/7 21/23 32/16
35/22 41/4 64/25 86/15
115/24 136/11 161/14
161/17 162/14 193/19
193/20 193/21
**we're [26]**   9/19 9/20 20/16
27/23 37/9 38/20 39/25
40/1 51/14 61/6 63/16 84/7
89/4 89/17 116/24 127/9
143/7 156/9 161/1 162/8
179/2 179/11 179/11 186/17
193/10 194/24
**we've [7]**   4/16 26/3 47/9
181/2 181/9 181/10 182/7
**weapon [2]**   181/3 182/21
**weapons [33]**   6/15 8/9 9/1
10/6 29/9 29/13 29/13
29/23 30/1 30/7 30/8 30/19
31/12 31/14 31/24 98/18
98/22 180/1 180/23 180/24
181/1 181/7 181/11 181/15
181/17 181/18 181/20
181/22 181/25 182/5 182/13
183/18 191/14
**wearing [1]**   62/17

**W**

**website [1]** 177/1
**wedding [2]** 68/19 68/21
**weeds [1]** 38/3
**week [10]** 38/6 58/5 58/21
79/3 94/12 94/13 140/7
140/7 152/6 178/12
**weeks [23]** 6/2 15/23 16/4
16/10 16/20 24/21 26/25
27/8 49/22 53/9 73/16
91/12 91/14 92/5 95/4
97/22 125/20 132/12 140/5
148/9 148/22 150/7 159/13
**weigh [1]** 96/3
**weight [7]** 74/21 74/23
96/2 96/2 100/5 122/18
122/23
**weights [1]** 94/4
**Welcome [2]** 3/11 89/2
**well [121]** 3/13 5/17 8/20
9/20 11/10 18/4 18/23
19/19 21/8 21/9 26/22 28/2
30/17 32/12 35/4 36/12
36/14 36/21 37/10 37/18
39/23 40/4 46/16 47/5
53/17 54/10 54/19 55/13
56/5 56/18 57/1 58/14
58/23 59/6 60/11 61/6
61/10 63/10 63/21 64/1
64/9 67/20 68/23 69/7
69/10 73/2 74/18 75/2
76/16 76/20 77/5 77/7
77/19 79/13 79/19 79/24
80/13 81/6 81/11 83/5
83/10 83/16 84/16 85/8
85/14 86/7 86/25 89/4
89/18 90/11 90/25 91/14
91/17 92/17 95/8 95/18
98/3 101/21 104/4 108/18
112/22 115/5 118/16 124/14
124/20 127/2 127/7 128/23
130/7 130/9 131/1 133/12
133/20 138/25 146/1 146/2
153/23 155/5 161/25 166/2
167/4 167/23 168/1 168/11
174/19 176/13 178/9 181/1
181/19 183/8 184/8 184/12
186/5 188/15 189/14 190/19
192/4 192/8 192/12 192/23
194/25
**well-defined [3]** 118/16
130/7 130/9
**went [54]** 8/9 9/1 11/13
11/21 14/24 14/25 15/14
15/23 16/6 17/13 22/14
44/16 44/19 46/9 47/12
48/5 49/4 49/10 49/21 51/8
52/6 53/10 53/16 53/17
53/18 53/19 53/19 53/22
55/22 60/2 60/4 60/24
60/24 61/14 64/1 64/25
69/25 70/3 70/23 74/24
75/2 86/2 90/14 90/16
96/24 101/8 107/7 156/21
157/13 158/14 168/2 168/4
183/25 186/16
**weren't [1]** 11/11
**west [5]** 42/6 86/23 104/1
106/16 107/16
**what [210]**

**what that [1]** 102/4
**what's [8]** 111/13 137/6
165/23 167/25 170/13
177/11 178/7 186/23
**whatever [5]** 27/16 28/7
36/22 61/11 191/1
**whatsoever [1]** 18/7
**when [108]** 8/11 10/2 10/17
12/24 15/1 15/11 15/20
17/7 17/15 21/22 24/6 24/7
24/10 24/19 26/2 27/18
34/8 35/23 36/20 36/25
37/7 37/14 38/5 43/3 44/11
45/11 47/25 48/2 48/14
49/4 49/10 49/21 51/8 52/5
53/5 53/11 53/16 53/17
54/17 54/19 55/6 55/19
56/22 56/23 57/15 58/8
61/4 62/1 63/5 64/7 66/6
66/23 70/5 70/17 72/25
74/24 76/12 77/6 77/7
78/11 79/3 79/17 79/24
80/5 82/7 82/22 83/11
84/13 85/10 87/10 87/14
89/1 90/23 96/15 100/7
105/15 107/6 123/2 129/1
133/22 134/8 135/22 137/11
144/13 144/23 145/21
146/15 146/19 149/4 150/6
150/10 150/14 150/20 151/4
151/14 154/25 156/25
157/11 168/24 169/2 173/3
178/12 178/18 183/1 190/11
191/22 192/14 194/14
**where [74]** 4/6 13/16 13/20
16/12 20/11 20/12 21/12
21/16 21/23 25/9 25/20
30/2 32/2 34/10 35/18
39/21 42/3 42/5 43/20
44/25 54/22 57/22 59/18
59/19 61/15 63/18 64/17
66/5 67/3 70/14 70/25 72/4
74/18 75/24 80/16 80/17
81/21 85/13 86/9 91/20
94/15 96/11 103/21 105/22
107/11 114/16 114/16 117/9
117/18 118/2 123/20 127/1
132/21 133/5 136/15 140/9
140/25 143/4 148/13 157/17
165/15 168/15 169/24 170/5
171/24 173/15 175/13
177/23 183/16 183/25
184/15 186/4 189/3 190/1
**where are [1]** 43/20
**whether [32]** 9/9 17/17
18/15 19/17 19/23 20/21
20/21 20/23 21/4 21/8 21/9
21/10 21/18 32/19 32/23
33/1 49/15 49/18 69/3 74/1
76/7 90/4 104/24 128/4
131/24 132/9 141/11 174/15
174/25 187/10 190/6 190/7
**which [92]** 3/25 4/17 9/17
11/14 12/22 13/3 14/9 17/6
17/13 18/18 21/18 24/8
25/10 25/12 26/1 27/18
29/15 30/20 32/2 32/22
35/10 37/15 45/8 47/23
50/5 56/9 56/12 64/5 75/23
77/8 77/12 80/19 80/19
85/14 85/18 88/25 91/23

103/23 104/3 107/16 108/15
108/19 108/19 109/7 109/16
109/21 111/24 111/24 112/3
114/22 115/6 115/7 117/1
118/4 118/6 118/10 118/22
119/23 121/3 123/17 127/12
127/14 127/15 129/3 129/12
129/25 130/24 131/4 134/21
134/24 135/8 135/19 135/21
136/9 141/13 145/17 145/17
147/6 160/21 160/24 161/24
167/3 168/16 171/7 177/3
177/7 179/15 181/3 182/11
189/14 192/13 193/24
**whichever [1]** 104/4
**while [12]** 9/22 12/18
14/23 31/8 70/6 71/3 71/8
76/18 132/11 138/16 141/5
141/14
**whispered [2]** 14/16 65/18
**white [2]** 64/4 72/11
**who [94]** 5/25 7/5 7/11
7/15 7/18 7/19 7/22 7/25
10/1 10/8 10/15 11/18
12/12 12/13 13/14 14/14
16/3 25/8 25/20 26/8 27/11
27/16 32/4 32/5 35/6 37/12
37/20 38/17 39/10 39/21
40/7 42/21 42/24 43/20
51/2 51/2 52/10 53/11
56/14 56/17 62/12 62/20
73/3 74/1 74/6 75/19 80/5
85/21 86/24 89/16 93/14
100/15 100/16 100/23 114/9
121/8 126/4 127/4 133/20
134/1 134/2 141/13 141/17
142/2 142/5 142/6 142/9
142/23 149/6 149/9 149/25
150/14 152/3 153/15 153/19
153/21 154/21 155/17 156/1
157/5 159/3 159/6 159/11
160/24 163/13 174/1 174/4
174/23 178/11 182/10
183/16 183/17 183/17
183/18
**who's [8]** 16/22 24/17 32/3
83/16 87/12 102/23 163/14
166/16
**whole [7]** 34/23 41/19
64/11 103/5 142/19 165/4
166/20
**whom [1]** 102/24
**why [28]** 23/5 28/9 38/20
41/3 41/3 69/19 74/5 74/8
82/6 83/19 99/22 100/5
100/16 100/18 102/11
124/10 136/22 137/18 154/7
155/19 161/9 164/4 180/24
184/10 187/22 189/9 190/17
193/11
**wide [4]** 68/11 72/4 115/13
118/15
**wider [1]** 123/25
**widespread [1]** 23/21
**wife [16]** 15/21 26/8 27/5
37/10 37/13 43/6 47/11
68/20 80/9 84/24 85/2
85/16 91/1 91/15 92/9
101/25
**wife's [1]** 42/9
**will [88]** 3/3 4/19 4/23

# W

**will... [85]**  5/3 6/9 7/2
7/6 7/9 7/11 7/12 7/18
7/19 7/20 7/24 9/23 12/12
14/5 14/12 16/14 16/17
16/25 17/1 17/3 17/7 17/23
20/1 23/22 24/12 24/16
25/8 26/8 27/5 29/18 29/23
29/25 30/5 31/4 31/9 31/10
31/13 31/25 32/5 34/10
34/11 35/13 37/6 37/10
37/12 37/18 37/19 37/20
38/5 41/19 64/24 86/15
88/14 92/20 102/24 103/5
104/3 105/14 117/4 121/10
121/13 123/14 124/1 126/4
127/20 129/24 130/10
134/10 136/21 137/15 142/1
142/19 161/6 165/4 172/18
181/19 183/16 183/17
183/17 183/18 186/19
187/14 190/1 192/5 194/25
**willed [1]**  98/4
**willing [4]**  26/6 27/25
94/22 94/25
**wind [1]**  68/7
**window [11]**  15/3 59/19
59/19 67/3 67/25 68/2 68/2
68/10 68/10 69/3 78/13
**windows [4]**  15/19 50/20
50/22 68/9
**windy [1]**  68/8
**wire [2]**  65/2 65/2
**wishes [1]**  5/6
**withdrawn [1]**  13/1
**within [13]**  59/9 83/24
88/14 100/25 101/1 150/22
173/21 174/4 174/7 175/20
177/5 183/7 189/20
**without [3]**  74/21 91/19
138/11
**witness [37]**  2/2 2/9 3/16
6/20 7/1 7/11 7/17 8/6
9/17 22/18 23/22 24/17
25/8 25/9 25/11 38/5 40/25
40/25 41/10 41/14 102/10
102/20 142/1 142/13 142/23
143/1 160/23 161/2 161/6
161/16 162/20 163/13
164/14 164/24 172/12 184/7
193/2
**witness' [2]**  164/1 172/18
**witnesses [10]**  4/11 4/12
4/20 6/22 7/1 37/6 102/24
102/25 161/11 161/14
**women [1]**  79/15
**won't [5]**  4/17 4/21 17/2
98/6 119/6
**wondering [2]**  141/7 141/10
**word [4]**  63/23 78/8 130/3
154/18
**words [3]**  24/14 129/17
140/17
**wore [2]**  88/1 95/20
**work [53]**  13/6 22/22 24/18
36/8 44/13 44/14 45/2
45/11 45/12 45/12 48/11
48/15 49/1 49/5 50/7 54/2
54/21 54/23 54/25 56/8
56/11 56/15 92/14 92/18

93/7 94/16 94/22 96/25
97/11 98/24 106/17 107/8
107/9 107/18 108/19 108/20
110/23 111/7 114/24 143/6
143/16 144/9 146/3 148/6
166/7 166/10 167/9 168/23
170/21 171/6 178/19 185/1
193/14
**worked [29]**  13/14 32/4
45/4 45/5 45/5 45/6 45/7
45/8 46/9 54/19 56/10
57/10 59/16 59/24 74/6
92/22 93/5 96/23 98/21
106/22 111/5 147/7 166/21
167/17 168/24 169/23 170/4
176/19 184/1
**worker [1]**  47/24
**workers [1]**  54/15
**workforce [1]**  145/17
**working [35]**  5/25 7/12
13/3 13/5 36/9 36/9 38/15
44/11 44/15 46/5 46/14
48/2 48/14 51/3 55/24 56/9
70/1 96/24 106/21 106/25
142/5 143/21 144/19 144/21
145/10 146/6 166/19 167/13
169/14 169/24 171/11
174/14 176/14 176/21 185/9
**workout [1]**  94/3
**works [3]**  8/4 60/13 185/6
**world [5]**  8/19 15/20
108/21 120/18 176/3
**worn [2]**  62/9 70/22
**worry [1]**  73/11
**worse [1]**  26/22
**would [150]**  3/17 3/25 4/2
4/5 14/22 18/25 19/16
19/18 19/19 23/18 23/18
24/25 26/12 27/20 30/13
32/8 32/18 32/24 32/24
33/24 34/21 35/11 35/21
37/15 38/21 39/2 39/4
39/12 39/24 40/17 41/2
46/18 46/22 47/4 50/7
50/19 50/23 50/24 52/2
52/4 52/7 52/7 52/10 53/5
54/20 54/21 54/23 56/11
56/17 56/19 56/19 57/3
57/4 57/4 57/22 69/3 71/24
72/3 72/4 72/8 72/12 72/13
72/13 73/23 73/24 74/15
78/4 78/4 78/11 78/12 79/1
79/2 81/16 83/4 85/7 86/11
86/22 93/1 97/16 99/13
99/14 101/5 101/7 102/10
102/16 103/1 104/14 110/6
110/17 112/9 116/10 121/7
123/21 123/23 124/3 124/19
125/6 125/17 125/21 125/22
127/1 127/25 128/1 128/14
133/16 135/3 135/15 137/19
138/5 140/12 143/17 144/1
145/12 147/17 148/8 149/12
150/1 150/9 152/4 154/3
154/18 155/16 155/22
155/23 159/18 161/4 163/8
170/8 170/9 173/6 173/13
184/22 187/12 188/17
188/19 188/21 189/19
189/22 189/24 189/24 190/6
190/25 191/3 191/3 191/19

192/1 193/4 193/8 193/18
194/6
**wouldn't [14]**  40/14 40/19
50/23 74/20 75/15 75/20
82/21 84/10 84/10 87/25
99/15 135/16 154/9 157/10
**wound [1]**  116/9
**wounds [1]**  18/3
**woven [1]**  65/2
**wrapped [1]**  122/9
**wrestle [1]**  35/14
**wrist [1]**  125/7
**wrists [4]**  124/22 124/24
125/11 126/14
**writings [1]**  171/12
**wrong [3]**  90/15 91/4
101/22

# X

**X-rayed [1]**  88/23

# Y

**yard [3]**  24/8 81/11 86/25
**yards [2]**  59/9 87/18
**Yeah [4]**  51/8 86/4 129/14
164/2
**year [24]**  8/21 12/6 12/25
32/9 48/9 49/8 64/12 85/16
92/8 94/17 97/11 98/7
106/2 106/4 107/12 110/5
168/12 169/3 169/15 169/15
172/6 186/14 188/11 190/6
**years [32]**  7/22 7/25 10/12
11/18 27/5 39/8 39/21
42/12 44/15 75/22 76/17
95/7 98/7 105/20 105/21
106/20 106/23 106/25
106/25 107/4 107/10 107/15
109/15 111/3 111/5 146/17
169/6 169/12 169/13 185/18
185/23 185/24
**yelled [2]**  69/4 77/8
**yelling [3]**  69/16 78/16
78/17
**yellow [1]**  71/24
**Yemen [65]**  7/5 7/12 8/3
9/2 9/8 9/15 9/19 9/21
10/20 11/4 11/14 11/18
11/24 12/23 23/16 35/6
36/5 36/16 43/4 48/24 49/1
49/3 49/4 49/11 50/1 51/5
51/8 55/4 56/22 57/5 57/24
92/14 92/22 144/7 146/6
147/16 148/14 150/7 154/16
154/23 155/1 157/10 158/23
170/1 170/6 170/12 170/13
170/16 170/18 171/5 172/2
172/16 182/15 183/11 184/4
184/17 184/20 185/1 186/3
188/5 188/12 189/19 192/25
193/1 193/20
**Yemeneze [1]**  12/15
**Yemeni [7]**  10/8 10/10
10/13 12/8 75/21 189/5
189/12
**yes [186]**  18/24 20/3 21/7
25/25 40/22 41/15 41/16
41/21 42/8 42/20 43/2 43/5
43/8 43/10 43/19 44/12
46/25 48/12 48/25 49/12
49/17 50/15 53/24 55/5

**Y**

**yes... [162]**   55/10 55/19
56/2 56/16 57/8 57/11
57/19 58/10 58/23 60/16
62/22 63/4 63/7 63/18 65/5
68/1 68/14 71/16 73/21
76/6 76/16 76/24 77/24
78/19 80/11 80/16 81/7
83/1 83/4 83/8 87/7 88/15
90/20 90/22 92/5 93/13
94/9 94/12 94/14 94/21
95/2 96/9 96/14 96/17 97/4
97/13 97/24 99/1 100/9
101/13 101/21 102/13 104/6
104/10 104/11 104/11
104/23 105/2 108/2 108/9
109/15 109/20 110/1 110/4
112/13 112/23 113/5 113/16
113/23 115/23 119/12
120/23 124/8 125/1 125/5
126/21 127/6 127/12 128/10
130/15 132/20 132/24
134/14 136/4 138/1 138/8
138/15 138/20 138/24 139/1
139/3 139/8 141/20 143/13
144/8 145/20 145/25 146/8
146/14 146/23 147/10 149/8
149/12 149/15 150/19
151/13 152/2 152/13 152/25
153/6 153/16 153/18 158/10
159/5 159/24 160/10 162/18
163/15 163/17 163/21 164/3
164/7 164/23 167/23 168/7
169/19 171/15 172/7 173/24
174/17 175/4 175/9 176/8
176/10 176/12 176/18
176/21 177/2 177/6 177/10
177/14 177/14 177/22 179/7
179/20 180/5 180/10 181/8
183/22 185/12 185/14
186/13 186/25 188/6 188/17
188/17 189/7 192/4 192/19
193/15 194/13 194/20
**yet [6]**   91/2 91/10 91/10
95/3 117/23 150/24
**York [7]**   39/16 106/3 106/4
106/11 106/16 106/23 107/1
**you [754]**
**you'd [12]**   27/24 51/17
59/21 84/18 84/20 88/8
104/4 123/24 123/24 155/3
187/11 194/3
**you'll [9]**   4/1 15/11 16/2
16/18 115/23 117/21 118/1
121/13 161/10
**younger [1]**   83/10
**yourselves [1]**   3/4
**Youssef [1]**   152/9
**YouTube [1]**   73/12

**Z**

**Zaidi [2]**   10/8 10/15