**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JENNIFER HAMEN et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 1:16cv1394 |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**PROPOSED ORDER**

This matter COMES NOW before the Court on Plaintiffs' Motion for Order Authorizing Execution and Attachment pursuant to 28 U.S.C. § 1610(c). Upon consideration of the Motion, applicable case law, and the record in this matter:

It is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs effected service of their default judgment on the Islamic Republic of Iran on October 5, 2020 and a reasonable time has elapsed since that date. Accordingly, pursuant to 28 U.S.C. § 1610(c), this Court holds that Plaintiffs may now pursue attachment and enforcement efforts to satisfy their judgment.

IT IS SO ORDERED.

Date: January 27, 2021                   _____
                                          UNITED STATES JUDGE